# In The United States Court of Federal Claims

## Cover Sheet

05- 956T

Plaintiff(s) or Petitioner(s)

David S. Litman and Malia A. Litman

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] John W. Porter

Firm Name: Baker Botts L.L.P.

Post Office Box:

Street Address: 910 Louisiana

City-State-Zip: Houston, Texas 77002

Telephone & Facsimile Numbers: (713) 229-1597; (713) 229-2797 (fax)

E-mail address: john.porter@bakerbotts.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 1 2

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ 15,101,991.60, plus interest thereon

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005