Form **8582**

Department of the Treasury
Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate Instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008
**2000**
Attachment Sequence No. 88

Name(s) shown on return: DAVID S. & MALIA A. LITMAN
Identifying number: 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

## Part I 2000 Passive Activity Loss

**Caution:** *See the instructions for Worksheets 1 and 2 on page 8 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| | | | | |
|---|---|---|---|---|
| **1a** Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | 151,546. | | |
| **b** Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | <2,992.> | | |
| **c** Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | | | |
| **d** Combine lines 1a, 1b, and 1c | | | 1d | 148,554. |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| **2a** Activities with net income (enter the amount from Worksheet 2, column (a)) | 2a | | | |
| **b** Activities with net loss (enter the amount from Worksheet 2, column (b)) | 2b | <2,702.> | | |
| **c** Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) | 2c | | | |
| **d** Combine lines 2a, 2b, and 2c | | | 2d | <2,702.> |
| **3** Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used. If this line and line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | 145,852. |

## Part II Special Allowance for Rental Real Estate With Active Participation

**Note:** *Enter all numbers in Part II as positive amounts. See page 8 for examples.*

**Note:** *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not** *complete Part II. Instead, enter -0- on line 9 and go to line 10.*

| | | | | |
|---|---|---|---|---|
| **4** Enter the smaller of the loss on line 1d or the loss on line 3 | | | 4 | |
| **5** Enter $150,000. If married filing separately, see the instructions | 5 | | | |
| **6** Enter modified adjusted gross income, but not less than zero | 6 | | | |
| **Note:** *If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7.* | | | | |
| **7** Subtract line 6 from line 5 | 7 | | | |
| **8** Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | |
| **9** Enter the smaller of line 4 or line 8 | | | 9 | |

## Part III Total Losses Allowed

| | | |
|---|---|---|
| **10** Add the income, if any, on lines 1a and 2a and enter the total | 10 | |
| **11** **Total losses allowed from all passive activities for 2000.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 | 5,694. |

Form **8582**

Department of the Treasury
Internal Revenue Service

ALTERNATIVE MINIMUM TAX

# Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008
**2000**
Attachment Sequence No. 88

| Name(s) shown on return | Identifying number |
|---|---|
| DAVID S. & MALIA A. LITMAN | 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 |

## Part I 2000 Passive Activity Loss

**Caution:** *See the instructions for Worksheets 1 and 2 on page 8 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 1a | Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | 151,822. | | |
| b | Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | <3,172.> | | |
| c | Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | | | |
| d | Combine lines 1a, 1b, and 1c | | | 1d | 148,650. |

**All Other Passive Activities**

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 2a | Activities with net income (enter the amount from Worksheet 2, column (a)) | 2a | | | |
| b | Activities with net loss (enter the amount from Worksheet 2, column (b)) | 2b | <2,677.> | | |
| c | Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) | 2c | | | |
| d | Combine lines 2a, 2b, and 2c | | | 2d | <2,677.> |
| 3 | Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used. If this line and line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | 145,973. |

## Part II Special Allowance for Rental Real Estate With Active Participation

**Note:** *Enter all numbers in Part II as positive amounts. See page 8 for examples.*

**Note:** *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not** *complete Part II. Instead, enter -0- on line 9 and go to line 10.*

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 | |
| 5 | Enter $150,000. If married filing separately, see the instructions | 5 | | | |
| 6 | Enter modified adjusted gross income, but not less than zero | 6 | | | |
| | **Note:** *If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7.* | | | | |
| 7 | Subtract line 6 from line 5 | 7 | | | |
| 8 | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | |
| 9 | Enter the **smaller** of line 4 or line 8 | | | 9 | |

## Part III Total Losses Allowed

| Line | Description | Line | Amount |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total | 10 | |
| 11 | **Total losses allowed from all passive activities for 2000.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 | 5,849. |

LHA **For Paperwork Reduction Act Notice, see separate instructions.** Form **8582** (2000)

**Form 1116** **U.S. and Foreign Source Income Summary**

NAME

DAVID S. & MALIA A. LITMAN 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

| INCOME TYPE | TOTAL | U.S. | FOREIGN PASSIVE |
|---|---|---|---|
| Compensation | 114,500. | 114,500. | |
| Dividends/Distributions | 2,125,881. | 2,125,881. | |
| Interest | 276,862. | 276,862. | |
| Capital Gains | 50,625,103. | 50,625,103. | |
| Business/Profession | | | |
| Rent/Royalty | 2,444. | 2,444. | |
| State/Local Refunds | | | |
| Partnership/S Corporation | 18,921. | 18,921. | |
| Trust/Estate | | | |
| Other Income | 5,193. | <149,648.> | 154,841. |
| Nontaxable Income | 1,029,146. | 1,029,146. | |
| Gross Income | 54,198,050. | 54,043,209. | 154,841. |
| Less: | | | |
| Section 911 Exclusion | | | |
| Capital Losses | 814,780. | 814,780. | |
| Capital Gains Tax Adjustment | | | |
| Nontaxable Income | 1,029,146. | 1,029,146. | |
| Total Income - Form 1116 | 52,354,124. | 52,199,283. | 154,841. |
| Deductions: | | | |
| Business/Profession Expenses | | | |
| Rent/Royalty Expenses | 5,436. | 5,436. | |
| Partnership/S Corporation Losses | 2,685. | 2,685. | |
| Trust/Estate Losses | 3,570,107. | 3,570,107. | |
| Capital Losses | | | |
| Non-capital Losses | | | |
| Individual Retirement Account | | | |
| Moving Expenses | | | |
| Self-employment Tax Deduction | | | |
| Self-employment Health Insurance | | | |
| Keogh Contributions | | | |
| Alimony | | | |
| Forfeited Interest | | | |
| Foreign Housing Deduction | | | |
| Other Adjustments | | | |
| Capital Gains Tax Adjustment | | | |
| Total Deductions | 3,578,228. | 3,578,228. | |
| Adjusted Gross Income | 48,775,896. | 48,621,055. | 154,841. |
| Less Itemized Deductions: | | | |
| Specifically Allocated | | | |
| Home Mortgage Interest | | | |
| Other Interest | 11,535. | 11,535. | |
| Ratably Allocated | 10,173. | 10,144. | 29. |
| Total Adjustments to Adjusted Gross Income | 21,708. | 21,679. | 29. |
| Taxable Income Before Exemptions | 48,754,188. | 48,599,376. | 154,812. |

027931
05-15-00

**Form 1116** **Allocation of Itemized Deductions**

NAME
DAVID S. & MALIA A. LITMAN 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

| | Total Itemized Deductions | Itemized Deductions After Sec. 68 Reduction | Form 1116 Specifically U.S. | Form 1116 Specifically Foreign | Form 1116 Ratable |
|---|---|---|---|---|---|
| Taxes | 22,689. | 4,538. | | | 4,538. |
| Interest - Not Including Investment Interest | | | | | |
| Contributions | 28,175. | 5,635. | | | 5,635. |
| Miscellaneous Deductions Subject to 2% | | | | | |
| Other Miscellaneous Deductions - Not Including Gambling Losses | | | | | |
| Foreign Adjustment | | | | | |
| Total Itemized Deductions Subject to Sec. 68 | 50,864. | 10,173. | | | |
| Add Itemized Deductions Not Subject to Sec. 68: | | | | | |
| Medical/Dental | | | | | |
| Investment Interest | 11,535. | 11,535. | 11,535. | | |
| Casualty Losses | | | | | |
| Gambling Losses | | | | | |
| Foreign Adjustment | | | | | |
| Total Itemized Deductions | 62,399. | | | | |
| Total Allowed on Schedule A | | 21,708. | 11,535. | | 10,173. |

027871
05-15-00

Form 1116 — Foreign Tax Preference Items

NAME

DAVID S. & MALIA A. LITMAN — 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

Alternative minimum tax deductions allocation:

| | | |
|---|---|---|
| Itemized deductions | | 28,175. |
| Other deductions not directly allocated | | 0. |
| Total alternative minimum tax adjustments | | 28,175. |
| Total foreign source income | 154,841. | |
| Total gross income | 54,198,050. | |
| Ratio of foreign source income to gross income | | .002857 |
| Total foreign source deductions | | 80. |

Total deductions allocated to foreign income class:

| | |
|---|---|
| General limitation income | |
| Passive income | 80. |
| Dividends from a DISC or former DISC | |
| Distributions of a FSC | |
| High withholding tax interest | |
| Financial services income | |
| Shipping income | |
| Section 901(j) income | |
| Income re-sourcedby treaty | |

027941
05-15-00

DAVID S. & MALIA A. LI[illegible] 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

## FORM 1040 PERSONAL EXEMPTION WORKSHEET STATEMENT 1

1. IS THE AMOUNT ON FORM 1040, LINE 34, MORE THAN THE AMOUNT SHOWN ON LINE 4 BELOW FOR YOUR FILING STATUS?
   NO. STOP. MULTIPLY $2,800 BY THE TOTAL NUMBER OF EXEMPTIONS CLAIMED ON FORM 1040, LINE 6D, AND ENTER THE RESULT ON LINE 38.
   YES. GO TO LINE 2.

| | | | |
|---|---|---|---|
| 2. | MULTIPLY $2,800 BY THE TOTAL NUMBER OF EXEMPTIONS CLAIMED ON FORM 1040, LINE 6D . . . . . . . . . . . . . . . . . . | | 14,000. |
| 3. | ENTER THE AMOUNT FROM FORM 1040, LINE 34 . . | 48,775,896. | |
| 4. | ENTER THE AMOUNT FOR YOUR FILING STATUS . . | 193,400. | |
| | MARRIED FILING SEPARATE $ 96,700 | | |
| | SINGLE $128,950 | | |
| | HEAD OF HOUSEHOLD $161,150 | | |
| | MARRIED FILING JOINT OR WIDOW(ER) $193,400 | | |
| 5. | SUBTRACT LINE 4 FROM LINE 3 . . . . . . . . | 48,582,496. | |
| | IF LINE 5 IS MORE THAN $122,500 ($61,250 IF MARRIED FILING SEPARATE) ENTER ZERO ON FORM 1040, LINE 38. | | |
| 6. | DIVIDE LINE 5 BY $2,500 ($1,250 IF MFS) . . | | |
| 7. | MULTIPLY LINE 6 BY 2% (.02) AND ENTER THE RESULT AS A DECIMAL . . . . . . . . . . . . . . . . . | | |
| 8. | MULTIPLY LINE 2 BY LINE 7 . . . . . . . . . . . . . . . . . . . | | |
| 9. | SUBTRACT LINE 8 FROM LINE 2. TOTAL TO FORM 1040, LINE 38. | | 0. |

## FORM 1040 TAX-EXEMPT INTEREST STATEMENT 2

| NAME OF PAYER | AMOUNT |
|---|---|
| SALOMON SMITH BARNEY #108-03015-16 | 172,560. |
| SALOMON SMITH BARNEY #108-02054-10 | 1,208. |
| SALOMON SMITH BARNEY #108-03015-16 | 469,152. |
| SALOMON SMITH BARNEY #108-08328-17 | 2,781. |
| SALOMON SMITH BARNEY #108-08330-13 | 4,020. |
| SALOMON SMITH BARNEY #108-08331-12 | 7,462. |
| SAMOMON SMITH BARNEY #108-08329-16 | 10,812. |
| STRONG FUNDS | 29,874. |
| STRONG FUNDS | 53,769. |
| SALOMON SMITH BARNEY #108-02705-13 | 3. |
| SALOMON SMITH BARNEY #108-02708-10 | 3. |
| FROM K-1 - TMF LIQUIDATING TRUST | 206,402. |
| FROM K-1 - ANNA MARIE LITMAN EXEMPT GS-TRUST | 18,877. |
| FROM K-1 - ZACHARY CHARLES LITMAN EXEMPT GS TRUST | 18,789. |
| FROM K-1 - KATHERINE ELIZABETH LITMAN EXEMPT GS-TRUST | 18,871. |
| FROM K-1 - JONATHAN LITMAN TRUST | 1. |
| FROM K-1 - ML LOYAL TRUST | 7,281. |
| FROM K-1 - DL SECURE TRUST | 7,281. |
| TOTAL TO FORM 1040, LINE 8B | 1,029,146. |

DAVID S. & MALIA A. LI? .. 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

FORM 1040 WAGES RECEIVED AND TAXES WITHHELD STATEMENT 3

| T S | EMPLOYER'S NAME | AMOUNT PAID | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | CITY SDI TAX W/H | FICA TAX | MEDICARE TAX |
|---|---|---|---|---|---|---|---|
| T | HRN INC | 114,500. | 23,469. | | | 4,724. | 1,813. |
| | TOTALS | 114,500. | 23,469. | | | 4,724. | 1,813. |

FORM 1040 FEDERAL INCOME TAX WITHHELD STATEMENT 4

| T S | DESCRIPTION | AMOUNT |
|---|---|---|
| T | HRN INC | 23,469. |
| | SALOMON SMITH BARNEY #108-02705-13 | 28. |
| | SALOMON SMITH BARNEY #108-02708-10 | 28. |
| T | JONATHAN LITMAN TRUST | 15. |
| T | ML LOYAL TRUST | 168. |
| T | DL SECURE TRUST | 168. |
| | TOTAL TO FORM 1040, LINE 58 | 23,876. |

SCHEDULE A MISCELLANEOUS DEDUCTIONS SUBJECT TO FLOOR STATEMENT 5

| DESCRIPTION | AMOUNT |
|---|---|
| INVESTMENT ADVISORY FEES | 192,843. |
| INVESTMENT FEES-ANNA MARIE LITMAN EXEMPT GS TRUST | 3,289. |
| INVESTMENT FEES-ZACHARY C. LITMAN EXEMPT GS TRUST | 1,416. |
| INVESTMENT FEES-KATHERINE E. LITMAN EXEMPT GS-TRUST | 1,411. |
| FROM K-1 - ANNA MARIE LITMAN EXEMPT GS-TRUST | 3,070. |
| FROM K-1 - ZACHARY CHARLES LITMAN EXEMPT GS TRUST | 1,325. |
| FROM K-1 - KATHERINE ELIZABETH LITMAN EXEMPT GS-TRUST | 1,318. |
| FROM K-1 - DLJAMG MEZZANINE PARTNERS, L.P. | 12,018. |
| FROM K-1 - DLJ PRIVATE EQUITY PARTNERS FUND II LP | 34,216. |
| FROM K-1 - THE COMMUNICATIONS FUND I, LP | 11,288. |
| TOTAL TO SCHEDULE A, LINE 22 | 262,194. |

DAVID S. & MALIA A. LI? .. 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

| SCHEDULE A | CASH CONTRIBUTIONS | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | AMOUNT 50% LIMIT | AMOUNT 30% LIMIT |
|---|---|---|
| BRYAN'S HOUSE | 500. | |
| SMU SCHOOL OF BUSINESS | 500. | |
| CONSERVATION INTERNATIONAL | 5,000. | |
| GREENHILL SCHOOL | 2,000. | |
| JEWISH FEDERATION OF DALLAS | 536. | |
| NATURE CONSERVANCY | 5,000. | |
| SALVATION ARMY | 5,500. | |
| TEMPLE EMANU-EL | 4,221. | |
| MISCELLANEOUS CONTRIBUTIONS | 2,442. | |
| FROM K-1 - THE COMMUNICATIONS FUND I, LP | 1. | |
| SUBTOTALS | 25,700. | |
| TOTAL TO SCHEDULE A, LINE 15 | | 25,700. |

| SCHEDULE A | INVESTMENT INTEREST | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SALOMON SMITH BARNEY #108-03015-16 | 5,827. |
| DONALDSON, LUFKIN & JENRETTE | 667. |
| GOLDMAN SACHS & CO | 1,544. |
| FROM K-1 - DLJAMG MEZZANINE PARTNERS, L.P. | 511. |
| FROM K-1 - DLJ PRIVATE EQUITY PARTNERS FUND II LP | 2,193. |
| FROM K-1 - THE COMMUNICATIONS FUND I, LP | 793. |
| TOTAL TO SCHEDULE A, LINE 13 | 11,535. |

DAVID S. & MALIA A. LIT 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

SCHEDULE A ITEMIZED DEDUCTIONS WORKSHEET STATEMENT 8

| | | | |
|---|---|---|---|
| 1. | ADD THE AMOUNTS ON SCHEDULE A, LINES 4, 9, 14, 18, 19, 26, AND 27 . . . . . . . . . . . . . . . . . . . . . | | 62,399. |
| 2. | ADD THE AMOUNTS ON SCHEDULE A, LINES 4, 13, AND 19, PLUS ANY GAMBLING AND CASUALTY OR THEFT LOSSES INCLUDED ON LINE 27 . . . . . . . . . . . . . . . . . . . . . . | | 11,535. |
| 3. | IS THE AMOUNT ON LINE 2 LESS THAN THE AMOUNT ON LINE 1? IF NO, YOUR DEDUCTION IS NOT LIMITED. ENTER THE AMOUNT FROM LINE 1 ABOVE ON SCHEDULE A, LINE 28. IF YES, SUBTRACT LINE 2 FROM LINE 1 . . . . . . . . . . . . . | | 50,864. |
| 4. | MULTIPLY LINE 3 ABOVE BY 80% (.80) . . . . . | 40,691. | |
| 5. | ENTER THE AMOUNT FROM FORM 1040, LINE 34. . . | 48,775,896. | |
| 6. | ENTER: $128,950 IF SINGLE, MARRIED FILING JOINTLY, HEAD OF HOUSEHOLD, OR QUALIFYING WIDOW(ER); $64,475 IF MARRIED FILING SEPARATELY . . . . . . . . . . . . . . . . . . | 128,950. | |
| 7. | IS THE AMOUNT ON LINE 6 LESS THAN THE AMOUNT ON LINE 5? IF NO, YOUR DEDUCTION IS NOT LIMITED. ENTER THE AMOUNT FROM LINE 1 ABOVE ON SCHEDULE A, LINE 28. IF YES, SUBTRACT LINE 6 FROM LINE 5 . . . . . . | 48,646,946. | |
| 8. | MULTIPLY LINE 7 ABOVE BY 3% (.03) . . . . . . | 1,459,408. | |
| 9. | ENTER THE SMALLER OF LINE 4 OR LINE 8 . . . . . . . . . . . | | 40,691. |
| 10. | TOTAL ITEMIZED DEDUCTIONS. SUBTRACT LINE 9 FROM LINE 1. ENTER THE RESULT HERE AND ON SCHEDULE A, LINE 28 . . . . | | 21,708. |

SCHEDULE B INTEREST INCOME STATEMENT 9

| NAME OF PAYER | AMOUNT |
|---|---|
| CHARLES SCHWAB #DL5635-6045 | 1,263. |
| CHASE MANHATTAN BANK - STATE OF ISREAL | 2,063. |
| GOLDMAN, SACHS & CO | 488. |
| GOVT OF ISRAEL | 1,068. |
| MBNA AMERICA | 7,685. |
| SALOMON SMITH BARNEY #108-03015-16 | 1,935. |
| SALOMON SMITH BARNEY OID #108-03015-16 | 17,979. |
| CHASE MANHATTAN BANK #08806072250 | 243. |
| FROM K-1 - HRN MARKETING CORP. | 1. |
| FROM K-1 - TMF LIQUIDATING TRUST | 164,797. |
| FROM K-1 - ANNA MARIE LITMAN EXEMPT GS-TRUST | 16,203. |
| FROM K-1 - ZACHARY CHARLES LITMAN EXEMPT GS TRUST | 16,423. |
| FROM K-1 - KATHERINE ELIZABETH LITMAN EXEMPT GS-TRUST | 16,211. |
| FROM K-1 - DLJAMG MEZZANINE PARTNERS, L.P. | 13,857. |
| FROM K-1 - DLJ PRIVATE EQUITY PARTNERS FUND II LP | 9,511. |
| FROM K-1 - THE COMMUNICATIONS FUND I, LP | 5,057. |

DAVID S. & MALIA A. LI] 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

| | |
|---|---|
| FROM K-1 - ZACHARY CHARLES LITMAN EXEMPT GS TRUST | 2,046. |
| FROM K-1 - KATHERINE ELIZABETH LITMAN EXEMPT GS-TRUST | 32. |
| TOTAL TO SCHEDULE B, LINE 1 | 276,862. |

SCHEDULE B DIVIDEND INCOME STATEMENT 10

| NAME OF PAYER | AMOUNT |
|---|---|
| ALLIANCE INSTIT RES PRIME PORT-CL A | 2,348. |
| ALLIANCE INSTIT RES PRIME PORT-CL A | 2,245. |
| AMERICAN CENTURY ULTRA | 2,550. |
| BT ALEX. BROWN | 19. |
| CHARLES SCHWAB #DL5635-6045 | 2,208. |
| DONALDSON, LUFKIN & JENRETTE | 14,363. |
| DONALDSON, LUFKIN & JENRETTE | 10,481. |
| DONALDSON, LUFKIN & JENRETTE | 322. |
| DONALDSON, LUFKIN & JENRETTE | 16,614. |
| FIDELITY GINNIE MAE FUND | 5,164. |
| FIDELITY LO PRC STK | 2,321. |
| FIDELITY SPTN MMKT | 5,946. |
| HARBOR INTERNATIONAL FUND | 7,534. |
| HARBOR MONEY MARKET FUND | 177. |
| SALOMON SMITH BARNEY #108-02054-10 | 35,002. |
| SALOMON SMITH BARNEY #108-03015-16 | 1,786,391. |
| SALOMON SMITH BARNEY #108-03558-19 | 4,017. |
| SALOMON SMITH BARNEY #108-08328-17 | 64,785. |
| SALOMON SMITH BARNEY #108-08330-13 | 44,424. |
| SALOMON SMITH BARNEY #108-08331-12 | 17,132. |
| SAMOMON SMITH BARNEY #108-08329-16 | 95,725. |
| STRONG FUNDS | 49,472. |
| STRONG FUNDS | 53,769. |
| T. ROWE PRICE NEW ASIA | 1,399. |
| T. ROWE PRICE NEW ERA | 3,440. |
| VANGUARD 500 INDEX FUND | 19,680. |
| VANGUARD EQUITY INCOME FUND | 10,978. |
| VANGUARD GROWTH INDEX FUND | 7,420. |
| VANGUARD INTN'L GROWTH FUND | 6,742. |
| VANGUARD PRIME MONEY MKT FUND | 16,286. |
| VANGUARD SMALL-CAP INDEX FUND | 437. |
| VANGUARD TAX-MANAGED CAP APPREC | 5,612. |
| VANGUARD TAX-MANAGED GROWTH & INCOME | 14,910. |
| VANGUARD TAX-MANAGED INTERNATIONAL | 16,731. |
| VANGUARD TAX-MANAGED SMALL-CAP | 8,960. |
| VANGUARD TOTAL BOND MKT INDEX FUND | 24,563. |
| VANGUARD VALUE INDEX FUND | 27,004. |
| VANGUARD WELLINGTON FUND | 17,873. |
| VANGUARD VALUE INDEX FUND ADM | 11,139. |
| VANGUARD GROWTH INDEX FUND ADM | 3,137. |
| VANGUARD 500 INDEX FUND ADM | 8,099. |
| VANGUARD SMALL-CAP INDEX FUND ADM | 4,445. |

DAVID S. & MALIA A. LIT 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

| | |
|---|---|
| SALOMON SMITH BARNEY #108-02705-13 | 632. |
| SALOMON SMITH BARNEY #108-02708-10 | 632. |
| FROM K-1 - TMF LIQUIDATING TRUST | 43,030. |
| FROM K-1 - ANNA MARIE LITMAN EXEMPT GS-TRUST | 63,563. |
| FROM K-1 - ZACHARY CHARLES LITMAN EXEMPT GS TRUST | 65,780. |
| FROM K-1 - KATHERINE ELIZABETH LITMAN EXEMPT GS-TRUST | 65,268. |
| FROM K-1 - DLJAMG MEZZANINE PARTNERS, L.P. | 1,405. |
| FROM K-1 - DLJ PRIVATE EQUITY PARTNERS FUND II LP | 57. |
| FROM K-1 - THE COMMUNICATIONS FUND I, LP | 87. |
| FROM K-1 - JONATHAN LITMAN TRUST | 115. |
| FROM K-1 - ML LOYAL TRUST | 16,266. |
| FROM K-1 - DL SECURE TRUST | 16,266. |
| TOTAL TO SCHEDULE B, LINE 5 | 2,704,965. |

SCHEDULE B — TAX-EXEMPT INTEREST FROM 1099-DIV — STATEMENT 11

| NAME OF PAYER | AMOUNT |
|---|---|
| SALOMON SMITH BARNEY #108-02054-10 | 1,208. |
| SALOMON SMITH BARNEY #108-03015-16 | 469,152. |
| SALOMON SMITH BARNEY #108-08328-17 | 2,781. |
| SALOMON SMITH BARNEY #108-08330-13 | 4,020. |
| SALOMON SMITH BARNEY #108-08331-12 | 7,462. |
| SAMOMON SMITH BARNEY #108-08329-16 | 10,812. |
| STRONG FUNDS | 29,874. |
| STRONG FUNDS | 53,769. |
| SALOMON SMITH BARNEY #108-02705-13 | 3. |
| SALOMON SMITH BARNEY #108-02708-10 | 3. |
| TOTAL TAX-EXEMPT INTEREST FROM 1099-DIV TO SCHEDULE B, LINE 5 | 579,084. |

SCHEDULE D — SHORT-TERM CAPITAL GAINS AND LOSSES — STATEMENT 12

| DESCRIPTION | ACQUIRED | SOLD | PRICE | COST | GAIN OR LOSS |
|---|---|---|---|---|---|
| GOLDMAN SACHS A/C#012-08498-4-9007 | VARIOUS | VARIOUS | 12,199,966 | 12,054,622 | 145,344. |
| GOLDMAN SACHS A/C#012-08498-4-9007 | VARIOUS | VARIOUS | 24,335. | 36,800. | (12,465.) |
| SALOMON SMITH BARNEY A/C#108-08328-17 | VARIOUS | VARIOUS | 810,964. | 850,017. | (39,053.) |
| SALOMON SMITH BARNEY A/C#108-03558-19 | VARIOUS | VARIOUS | 448,580. | 552,947. | (104,367.) |
| SALOMON SMITH BARNEY A/C#108-08331-12 | VARIOUS | VARIOUS | 9,051,589. | 9,195,288. | (143,699.) |
| SALOMON SMITH BARNEY A/C#108-08331-12-RETEK INC | VARIOUS | 10/30/00 | 36. | | 36. |

DAVID S. & MALIA A. LIT 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

| | | | | | |
|---|---|---|---|---|---|
| SALOMON SMITH BARNEY A/C#108-08330-13 | VARIOUS | VARIOUS | 1,397,311. | 1,374,285. | 23,026. |
| SALOMON SMITH BARNEY A/C#108-08330-13 - PRIZER, INC. | VARIOUS | 06/19/00 | 23. | | 23. |
| SALOMON SMITH BARNEY A/C#108-08330-13 - QWEST COMM | VARIOUS | 06/30/00 | 30. | | 30. |
| SALOMON SMITH BARNEY A/C#108-08330-13 - VIVENDI UNIVER | VARIOUS | 12/08/00 | 41. | | 41. |
| SALOMON SMITH BARNEY A/C#108-08329-16 | VARIOUS | VARIOUS | 491,428. | 421,436. | 69,992. |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-001162 | VARIOUS | VARIOUS | 320,626. | 309,731. | 10,895. |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-001162 - AXA | VARIOUS | 06/08/00 | 407. | | 407. |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-01162 - BROKEN HILL | VARIOUS | 12/05/00 | 267. | | 267. |
| SALOMON SMITH BARNEY A/C#108-08328-17 - TELEFONICA S.A. | VARIOUS | 07/12/00 | 48. | | 48. |
| SALOMON SMITH BARNEY A/C#108-03558-19 - ALLAIRE CORP | 02/16/00 | 09/28/00 | 355. | 2,445. | (2,090.) |
| SALOMON SMITH BARNEY A/C#108-03558-19 - ALLAIRE CORP | VARIOUS | 10/13/00 | 1,143. | 10,221. | (9,078.) |
| SALOMON SMITH BARNEY A/C#108-03558-19 - FLEXTRONICS | VARIOUS | 04/03/00 | 22. | | 22. |
| SALOMON SMITH BARNEY A/C#108-08329-16 - ZURICH FINAN | VARIOUS | 10/17/00 | 31. | | 31. |
| DONALDSON, LUFKIN & JENRETTE A/C#2N8-007112 | VARIOUS | VARIOUS | 308,307. | 299,942. | 8,365. |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-001154 | VARIOUS | VARIOUS | 368,305. | 317,496. | 50,809. |
| SALOMON SMITH BARNEY A/C#108-03015-16 | VARIOUS | VARIOUS | 12,149,856 | 12,128,106 | 21,750. |
| TOTAL TO SCH. D, PAGE 1, LINE 1 | | | 37573670. | 37553336. | 20,334. |

DAVID S. & MALIA A. LIT 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

SCHEDULE D LONG-TERM CAPITAL GAINS AND LOSSES STATEMENT 13

| DESCRIPTION | ACQUIRED | SOLD | PRICE | COST | GAIN OR LOSS | 28% GAIN |
|---|---|---|---|---|---|---|
| SALOMON SMITH BARNEY A/C#108-08328-17 | VARIOUS | VARIOUS | 68,071. | 66,742. | 1,329. | |
| SALOMON SMITH BARNEY A/C#108-03558-19 | VARIOUS | VARIOUS | 382,467. | 314,873. | 67,594. | |
| SALOMON SMITH BARNEY A/C#108-08331-12 | VARIOUS | VARIOUS | 2,231,728. | 2,346,204. | (114,476.) | |
| SALOMON SMITH BARNEY A/C#108-08330-13 | VARIOUS | VARIOUS | 681,357. | 850,447. | (169,090.) | |
| SALOMON SMITH BARNEY A/C#108-08329-16 | VARIOUS | VARIOUS | 668,203. | 761,323. | (93,120.) | |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-001154 | VARIOUS | VARIOUS | 3,423. | 9,711. | (6,288.) | |
| SALOMON SMITH BARNEY A/C#108-03015-16 | VARIOUS | VARIOUS | 491,451. | 608,940. | (117,489.) | |
| DONALDSON, LUFKIN & JENRETTE 2N8-007112 | 11/15/99 | 12/15/00 | 10. | 9. | 1. | |
| DB ALEX BROWN LLC | VARIOUS | 07/20/00 | 629. | | 629. | |
| TOTAL TO SCH. D, PART II, LINE 8 | | | 4,527,339. | 4,958,249. | <430,910.> | |

SCHEDULE D NET LONG-TERM GAIN OR LOSS FROM FORMS 4797, 2439, 6252, 4684, 6781 AND 8824 STATEMENT 14

| DESCRIPTION OF PROPERTY | GAIN OR LOSS | 28% GAIN |
|---|---|---|
| FORM 4797 | 146,352. | |
| TOTAL TO SCHEDULE D, PART II, LINE 11 | 146,352. | |

DAVID S. & MALIA A. LI[illegible] 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

SCHEDULE D — NET SHORT-TERM GAIN OR LOSS FROM PARTNERSHIPS, S CORPORATIONS, AND FIDUCIARIES — STATEMENT 15

| DESCRIPTION OF ACTIVITY | GAIN OR LOSS |
|---|---|
| ANNA MARIE LITMAN EXEMPT GS-TRUST | <8,702.> |
| ZACHARY CHARLES LITMAN EXEMPT GS TRUST | 1,731. |
| KATHERINE ELIZABETH LITMAN EXEMPT GS-TRUST | 1,692. |
| DLJAMG MEZZANINE PARTNERS, L.P. | 1,980. |
| THE COMMUNICATIONS FUND I, LP | <265.> |
| TOTAL TO SCHEDULE D, PART I, LINE 5 | <3,564.> |

SCHEDULE D — NET LONG-TERM GAIN OR LOSS FROM PARTNERSHIPS, S CORPORATIONS, AND FIDUCIARIES — STATEMENT 16

| DESCRIPTION OF ACTIVITY | GAIN OR LOSS | 28% GAIN |
|---|---|---|
| TMF LIQUIDATING TRUST | 44,643,233. | |
| ANNA MARIE LITMAN EXEMPT GS-TRUST | 1,732,662. | |
| ZACHARY CHARLES LITMAN EXEMPT GS TRUST | 1,720,404. | |
| KATHERINE ELIZABETH LITMAN EXEMPT GS-TRUST | 1,719,071. | |
| THE COMMUNICATIONS FUND I, LP | 986. | |
| TOTAL TO SCHEDULE D, PART II, LINE 12 | 49,816,356. | |

SCHEDULE D — CAPITAL GAIN DISTRIBUTIONS — STATEMENT 17

| NAME OF PAYER | TOTAL CAPITAL GAIN | 28% GAIN |
|---|---|---|
| AMERICAN CENTURY ULTRA | 29,419. | |
| CHARLES SCHWAB #DL5635-6045 | 10,749. | |
| FIDELITY LO PRC STK | 20,792. | |
| HARBOR INTERNATIONAL FUND | 32,186. | |
| SALOMON SMITH BARNEY #108-03015-16 | 27,400. | |
| STRONG FUNDS | 31,322. | |
| T. ROWE PRICE NEW ERA | 7,237. | |
| VANGUARD EQUITY INCOME FUND | 20,188. | |
| VANGUARD INTN'L GROWTH FUND | 18,449. | |
| VANGUARD SMALL-CAP INDEX FUND | 1,130. | |
| VANGUARD VALUE INDEX FUND | 2,163. | |
| VANGUARD WELLINGTON FUND | 23,860. | |
| VANGUARD VALUE INDEX FUND ADM | 18,713. | |
| VANGUARD SMALL-CAP INDEX FUND ADM | 18,147. | |
| TOTALS TO SCHEDULE D, LINE 13 | 261,755. | |

SCHEDULE D UNRECAPTURED SECTION 1250 GAIN STATEMENT 18

| | | |
|---|---|---|
| 1. DID YOU HAVE A SECTION 1250 PROPERTY IN PART III OF FORM 4797 FOR WHICH YOU MADE AN ENTRY IN PART I OF FORM 4797?<br>[ ] NO. LEAVE LINES 1 THROUGH 3 BLANK. GO TO LINE 4.<br>[X] YES. ENTER THE SMALLER OF LINE 22 OR LINE 24 OF FORM 4797 FOR THAT PROPERTY | | 90,163. |
| 2. ENTER THE AMOUNT FROM FORM 4797, LINE 26G, FOR THE PROPERTY FOR WHICH YOU MADE AN ENTRY ON LINE 1 | | 5,193. |
| 3. SUBTRACT LINE 2 FROM LINE 1 | | 84,970. |
| 4. DO YOU HAVE ANY UNRECAPTURED SECTION 1250 GAIN FROM AN INSTALLMENT SALE OF TRADE OR BUSINESS PROPERTY HELD MORE THAN 1 YEAR THAT YOU ARE REPORTING ON FORM 6252?<br>[X] NO. LEAVE LINE 4 BLANK. GO TO LINE 5.<br>[ ] YES. ENTER THE TOTAL UNRECAPTURED SECTION 1250 GAIN INCLUDED ON LINE 26 OR LINE 27 OF FORM(S) 6252 FROM INSTALLMENT SALES OF TRADE OR BUSINESS PROPERTY HELD MORE THAN 1 YEAR | | |
| 5. WAS ANY AMOUNT REPORTED TO YOU ON SCHEDULES K-1 FROM A PARTNERSHIP OR AN S CORPORATION AS "UNRECAPTURED SECTION 1250 GAIN"<br>[X] NO. LEAVE LINE 5 BLANK. GO TO LINE 6.<br>[ ] YES. ENTER THE TOTAL AMOUNT OF THAT SECTION 1250 GAIN | | |
| 6. ADD LINES 3 THROUGH 5 | | 84,970. |
| 7. ENTER THE SMALLER OF LINE 6 OR THE GAIN FROM FORM 4797, LINE 7 | 84,970. | |
| 8. ENTER THE AMOUNT, IF ANY, FROM FORM 4797, LINE 8 | | |
| 9. SUBTRACT LINE 8 FROM LINE 7. IF ZERO OR LESS, ENTER -0- | | 84,970. |
| 10. DO YOU HAVE ANY GAIN FROM THE SALE OR EXCHANGE OF AN INTEREST IN A PARTNERSHIP ATTRIBUTABLE TO UNRECAPTURED SECTION 1250 GAIN?<br>[X] NO. LEAVE LINE 10 BLANK. GO TO LINE 11.<br>[ ] YES. ENTER THE TOTAL AMOUNT OF THAT SECTION 1250 GAIN | | |
| 11. WAS ANY AMOUNT REPORTED TO YOU ON A SCHEDULE K-1, FORMS 1099-DIV, OR FORM 2439 AS "UNRECAPTURED SECTION 1250 GAIN" FROM AN ESTATE, TRUST, REAL ESTATE INVESTMENT TRUST, OR MUTUAL FUND (OR OTHER REGULATED INVESTMENT COMPANY)?<br>[X] NO. LEAVE LINE 11 BLANK. GO TO LINE 12.<br>[ ] YES. ENTER THE TOTAL AMOUNT OF THAT SECTION 1250 GAIN | | |
| 12. DO YOU HAVE ANY UNRECAPTURED SECTION 1250 GAIN FROM SALES (INCLUDING INSTALLMENT SALES) OR OTHER DISPOSITONS OF SECTION 1250 PROPERTY HELD MORE THAN 1 YEAR FOR WHICH YOU DID NOT MAKE AN ENTRY IN PART I OF FORM 4797 FOR THE YEAR OF SALE?<br>[X] NO. LEAVE LINE 12 BLANK. GO TO LINE 13.<br>[ ] YES. ENTER THE TOTAL AMOUNT OF THAT SECTION 1250 GAIN | | |
| 13. ADD LINES 9 THROUGH 12 | | 84,970. |
| 14. ENTER THE GAIN OR (LOSS) FROM SCHEDULE D, LINE 15 | | |
| 15. ENTER THE (LOSS), IF ANY, FROM SCHEDULE D, LINE 7. IF SCHEDULE D, LINE 7, IS ZERO OR A GAIN ENTER -0- | 0. | |
| 16. COMBINE LINES 14 AND 15. IF THE RESULT IS ZERO OR A GAIN, ENTER -0-. IF THE RESULT IS A (LOSS), ENTER IT AS A POSITIVE AMOUNT | | 0. |
| 17. SUBTRACT LINE 16 FROM LINE 13. IF ZERO OR LESS, ENTER -0-. ENTER THE RESULT ON SCHEDULE D, LINE 25 | | 84,970. |

DAVID S. & MALIA A. LIT 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

SCHEDULE D — ALTERNATIVE MINIMUM TAX SHORT-TERM CAPITAL GAINS AND LOSSES — STATEMENT 19

| DESCRIPTION | ACQUIRED | SOLD | PRICE | COST | GAIN OR LOSS |
|---|---|---|---|---|---|
| GOLDMAN SACHS A/C#012-08498-4-9007 | VARIOUS | VARIOUS | 12,199,966 | 12,054,622 | 145,344. |
| GOLDMAN SACHS A/C#012-08498-4-9007 | VARIOUS | VARIOUS | 24,335. | 36,800. | (12,465.) |
| SALOMON SMITH BARNEY A/C#108-08328-17 | VARIOUS | VARIOUS | 810,964. | 850,017. | (39,053.) |
| SALOMON SMITH BARNEY A/C#108-03558-19 | VARIOUS | VARIOUS | 448,580. | 552,947. | (104,367.) |
| SALOMON SMITH BARNEY A/C#108-08331-12 | VARIOUS | VARIOUS | 9,051,589. | 9,195,288. | (143,699.) |
| SALOMON SMITH BARNEY A/C#108-08331-12-RETEK INC | VARIOUS | 10/30/00 | 36. | | 36. |
| SALOMON SMITH BARNEY A/C#108-08330-13 | VARIOUS | VARIOUS | 1,397,311. | 1,374,285. | 23,026. |
| SALOMON SMITH BARNEY A/C#108-08330-13 - PRIZER, INC. | VARIOUS | 06/19/00 | 23. | | 23. |
| SALOMON SMITH BARNEY A/C#108-08330-13 - QWEST COMM | VARIOUS | 06/30/00 | 30. | | 30. |
| SALOMON SMITH BARNEY A/C#108-08330-13 - VIVENDI UNIVER | VARIOUS | 12/08/00 | 41. | | 41. |
| SALOMON SMITH BARNEY A/C#108-08329-16 | VARIOUS | VARIOUS | 491,428. | 421,436. | 69,992. |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-001162 | VARIOUS | VARIOUS | 320,626. | 309,731. | 10,895. |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-001162 - AXA | VARIOUS | 06/08/00 | 407. | | 407. |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-01162 - BROKEN HILL | VARIOUS | 12/05/00 | 267. | | 267. |
| SALOMON SMITH BARNEY A/C#108-08328-17 - TELEFONICA S.A. | VARIOUS | 07/12/00 | 48. | | 48. |
| SALOMON SMITH BARNEY A/C#108-03558-19 - ALLAIRE CORP | 02/16/00 | 09/28/00 | 355. | 2,445. | (2,090.) |
| SALOMON SMITH BARNEY A/C#108-03558-19 - ALLAIRE CORP | VARIOUS | 10/13/00 | 1,143. | 10,221. | (9,078.) |
| SALOMON SMITH BARNEY A/C#108-03558-19 - FLEXTRONICS | VARIOUS | 04/03/00 | 22. | | 22. |

| | | | | | |
|---|---|---|---|---|---|
| SALOMON SMITH BARNEY A/C#108-08329-16 - ZURICH FINAN | VARIOUS | 10/17/00 | 31. | | 31. |
| DONALDSON, LUFKIN & JENRETTE A/C#2N8-007112 | VARIOUS | VARIOUS | 308,307. | 299,942. | 8,365. |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-001154 | VARIOUS | VARIOUS | 368,305. | 317,496. | 50,809. |
| SALOMON SMITH BARNEY A/C#108-03015-16 | VARIOUS | VARIOUS | 12,149,856 | 12,128,106 | 21,750. |
| TOTAL TO SCHEDULE D, PAGE 1, LINE 1 | | | 37573670. | 37553336. | 20,334. |

SCHEDULE D | ALTERNATIVE MINIMUM TAX LONG-TERM CAPITAL GAINS AND LOSSES | STATEMENT 20

| DESCRIPTION | ACQUIRED | SOLD | PRICE | COST | GAIN OR LOSS | 28% GAIN |
|---|---|---|---|---|---|---|
| SALOMON SMITH BARNEY A/C#108-08328-17 | VARIOUS | VARIOUS | 68,071. | 66,742. | 1,329. | |
| SALOMON SMITH BARNEY A/C#108-03558-19 | VARIOUS | VARIOUS | 382,467. | 314,873. | 67,594. | |
| SALOMON SMITH BARNEY A/C#108-08331-12 | VARIOUS | VARIOUS | 2,231,728. | 2,346,204. | (114,476.) | |
| SALOMON SMITH BARNEY A/C#108-08330-13 | VARIOUS | VARIOUS | 681,357. | 850,447. | (169,090.) | |
| SALOMON SMITH BARNEY A/C#108-08329-16 | VARIOUS | VARIOUS | 668,203. | 761,323. | (93,120.) | |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-001154 | VARIOUS | VARIOUS | 3,423. | 9,711. | (6,288.) | |
| SALOMON SMITH BARNEY A/C#108-03015-16 | VARIOUS | VARIOUS | 491,451. | 608,940. | (117,489.) | |
| DONALDSON, LUFKIN & JENRETTE 2N8-007112 | 11/15/99 | 12/15/00 | 10. | 9. | 1. | |
| DB ALEX BROWN LLC | VARIOUS | 07/20/00 | 629. | | 629. | |
| TOTAL TO SCH D, PART II, LINE 8 | | | 4,527,339. | 4,958,249. | <430,910.> | |

DAVID S. & MALIA A. LIT 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

SCHEDULE D — ALTERNATIVE MINIMUM TAX — NET LONG-TERM GAIN OR LOSS FROM PARTNERSHIPS, S CORPORATIONS, ESTATES AND TRUSTS — STATEMENT 21

| DESCRIPTION OF ACTIVITY | GAIN OR LOSS | 28% GAIN |
|---|---|---|
| TMF LIQUIDATING TRUST | 44,643,233. | |
| ANNA MARIE LITMAN EXEMPT GS-TRUST | 1,732,662. | |
| ZACHARY CHARLES LITMAN EXEMPT GS TRUST | 1,720,404. | |
| KATHERINE ELIZABETH LITMAN EXEMPT GS-TRUST | 1,719,071. | |
| THE COMMUNICATIONS FUND I, LP | 986. | |
| TOTAL TO SCHEDULE D, PART II, LINE 12 | 49,816,356. | |

SCHEDULE D — ALTERNATIVE MINIMUM TAX — CAPITAL GAIN DISTRIBUTIONS — STATEMENT 22

| NAME OF PAYER | TOTAL CAPITAL GAIN | 28% GAIN |
|---|---|---|
| AMERICAN CENTURY ULTRA | 29,419. | |
| CHARLES SCHWAB #DL5635-6045 | 10,749. | |
| FIDELITY LO PRC STK | 20,792. | |
| HARBOR INTERNATIONAL FUND | 32,186. | |
| SALOMON SMITH BARNEY #108-03015-16 | 27,400. | |
| STRONG FUNDS | 31,322. | |
| T. ROWE PRICE NEW ERA | 7,237. | |
| VANGUARD EQUITY INCOME FUND | 20,188. | |
| VANGUARD INTN'L GROWTH FUND | 18,449. | |
| VANGUARD SMALL-CAP INDEX FUND | 1,130. | |
| VANGUARD VALUE INDEX FUND | 2,163. | |
| VANGUARD WELLINGTON FUND | 23,860. | |
| VANGUARD VALUE INDEX FUND ADM | 18,713. | |
| VANGUARD SMALL-CAP INDEX FUND ADM | 18,147. | |
| TOTALS TO SCHEDULE D, LINE 13 | 261,755. | |

DAVID S. & MALIA A. LIT 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

SCHEDULE D — ALTERNATIVE MINIMUM TAX
NET LONG-TERM GAIN OR LOSS FROM FORMS
4797, 2439, 6252, 4684, 6781 AND 8824 — STATEMENT 23

| DESCRIPTION OF PROPERTY | GAIN OR LOSS | 28% GAIN |
|---|---|---|
| FORM 4797 AMT | 146,628. | |
| TOTAL TO SCHEDULE D, PART II, LINE 11 | 146,628. | |

SCHEDULE D — ALTERNATIVE MINIMUM TAX
NET SHORT-TERM GAIN OR LOSS FROM
PARTNERSHIPS, S CORPORATIONS, ESTATES AND TRUSTS — STATEMENT 24

| DESCRIPTION OF ACTIVITY | GAIN OR LOSS |
|---|---|
| ANNA MARIE LITMAN EXEMPT GS-TRUST | <8,702.> |
| ZACHARY CHARLES LITMAN EXEMPT GS TRUST | 1,731. |
| KATHERINE ELIZABETH LITMAN EXEMPT GS-TRUST | 1,692. |
| DLJAMG MEZZANINE PARTNERS, L.P. | 1,980. |
| THE COMMUNICATIONS FUND I, LP | <265.> |
| TOTAL TO SCHEDULE D, PART I, LINE 5 | <3,564.> |

DAVID S. & MALIA A. LIT .i 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

| SCHEDULE D | UNRECAPTURED SECTION 1250 GAIN - AMT | | STATEMENT 25 |
|---|---|---|---|
| 1. | DID YOU HAVE A SECTION 1250 PROPERTY IN PART III OF FORM 4797 FOR WHICH YOU MADE AN ENTRY IN PART I OF FORM 4797?<br>[ ] NO. LEAVE LINES 1 THROUGH 3 BLANK. GO TO LINE 4.<br>[X] YES. ENTER THE SMALLER OF LINE 22 OR LINE 24 OF FORM 4797 FOR THAT PROPERTY | | 90,439. |
| 2. | ENTER THE AMOUNT FROM FORM 4797, LINE 26G, FOR THE PROPERTY FOR WHICH YOU MADE AN ENTRY ON LINE 1 | | 5,193. |
| 3. | SUBTRACT LINE 2 FROM LINE 1 | | 85,246. |
| 4. | DO YOU HAVE ANY UNRECAPTURED SECTION 1250 GAIN FROM AN INSTALLMENT SALE OF TRADE OR BUSINESS PROPERTY HELD MORE THAN 1 YEAR THAT YOU ARE REPORTING ON FORM 6252?<br>[X] NO. LEAVE LINE 4 BLANK. GO TO LINE 5.<br>[ ] YES. ENTER THE TOTAL UNRECAPTURED SECTION 1250 GAIN INCLUDED ON LINE 26 OR LINE 37 OF FORM(S) 6252 FROM INSTALLMENT SALES OF TRADE OR BUSINESS PROPERTY HELD MORE THAN 1 YEAR | | |
| 5. | WAS ANY AMOUNT REPORTED TO YOU ON SCHEDULES K-1 FROM A PARTNERSHIP OR AN S CORPORATION AS "UNRECAPTURED SECTION 1250 GAIN"<br>[X] NO. LEAVE LINE 5 BLANK. GO TO LINE 6.<br>[ ] YES. ENTER THE TOTAL AMOUNT OF THAT SECTION 1250 GAIN | | |
| 6. | ADD LINES 3 THROUGH 5 | | 85,246. |
| 7. | ENTER THE SMALLER OF LINE 6 OR THE GAIN FROM FORM 4797, LINE 7 | 85,246. | |
| 8. | ENTER THE AMOUNT, IF ANY, FROM FORM 4797, LINE 8 | | |
| 9. | SUBTRACT LINE 8 FROM LINE 7. IF ZERO OR LESS, ENTER -0- | | 85,246. |
| 10. | DO YOU HAVE ANY GAIN FROM THE SALE OR EXCHANGE OF AN INTEREST IN A PARTNERSHIP ATTRIBUTABLE TO UNRECAPTURED SECTION 1250 GAIN?<br>[X] NO. LEAVE LINE 10 BLANK. GO TO LINE 11.<br>[ ] YES. ENTER THE TOTAL AMOUNT OF THAT SECTION 1250 GAIN | | |
| 11. | WAS ANY AMOUNT REPORTED TO YOU ON A SCHEDULE K-1, FORMS 1099-DIV, OR FORM 2439 AS "UNRECAPTURED SECTION 1250 GAIN" FROM AN ESTATE, TRUST, REAL ESTATE INVESTMENT TRUST, OR MUTUAL FUND (OR OTHER REGULATED INVESTMENT COMPANY)?<br>[X] NO. LEAVE LINE 11 BLANK. GO TO LINE 12.<br>[ ] YES. ENTER THE TOTAL AMOUNT OF THAT SECTION 1250 GAIN | | |
| 12. | DO YOU HAVE ANY UNRECAPTURED SECTION 1250 GAIN FROM SALES (INCLUDING INSTALLMENT SALES) OR OTHER DISPOSITIONS OF SECTION 1250 PROPERTY HELD MORE THAN 1 YEAR FOR WHICH YOU DID NOT MAKE AN ENTRY IN PART I OF FORM 4797 FOR THE YEAR OF SALE?<br>[X] NO. LEAVE LINE 12 BLANK. GO TO LINE 13.<br>[ ] YES. ENTER THE TOTAL AMOUNT OF THAT SECTION 1250 GAIN | | |
| 13. | ADD LINES 9 THROUGH 12 | | 85,246. |
| 14. | ENTER THE GAIN OR (LOSS) FROM SCHEDULE D, LINE 15 | | |
| 15. | ENTER THE (LOSS), IF ANY, FROM SCHEDULE D, LINE 7. IF SCHEDULE D, LINE 7, IS ZERO OR A GAIN ENTER -0- | 0. | |
| 16. | COMBINE LINES 14 AND 15. IF THE RESULT IS ZERO OR A GAIN, ENTER -0-. IF THE RESULT IS A (LOSS), ENTER IT AS A POSITIVE AMOUNT | | 0. |
| 17. | SUBTRACT LINE 16 FROM LINE 13. IF ZERO OR LESS, ENTER -0-. ENTER THE RESULT ON SCHEDULE D, LINE 25 | | 85,246. |

DAVID S. & MALIA A. LIT N 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

SCHEDULE E INCOME OR (LOSS) FROM ESTATES AND TRUSTS STATEMENT 26

| NAME | EMPLOYER ID NO. | PASSIVE LOSS | PASSIVE INCOME | NONPASSIVE LOSS | NONPASSIVE INCOME |
|---|---|---|---|---|---|
| TMF LIQUIDATING TRUST | 75-6546935 | | | 3,207,888. | |
| ANNA MARIE LITMAN EXEMPT GS-TRUST | 75-6530742 | | | 120,740. | |
| ZACHARY CHARLES LITMAN EXEMPT GS TRUST | 75-6530741 | | | 120,740. | |
| KATHERINE ELIZABETH LITMAN EXEMPT GS-TRUST | 75-6530744 | | | 120,739. | |
| JONATHAN LITMAN TRUST | 75-6569104 | | | | |
| JONATHAN LITMAN TRUST | 75-6569104 | | | | |
| ML LOYAL TRUST | 75-6569102 | | | | |
| ML LOYAL TRUST | 75-6569102 | | | | |
| DL SECURE TRUST | 75-6569103 | | | | |
| DL SECURE TRUST | 75-6569103 | | | | |
| KATHERINE E LITMAN EXEMPT GS TRUST | 75-6530744 | | | | |
| ZACHARY C LITMAN EXEMPT GS TRUST | 75-6530741 | | | | |
| ANNA M LITMAN EXEMPT GS TRUST | 75-6530742 | | | | |
| TOTALS TO SCHEDULE E, LINE 33 | | | | 3,570,107. | |

* ENTIRE DISPOSITION OF NONPASSIVE ACTIVITY

DAVID S. & MALIA A. LIT N 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

FORM 1116 TAXABLE INCOME BEFORE EXEMPTION DEDUCTION WORKSHEET FOR LINE 17 STATEMENT 27

| | | | | |
|---|---|---|---|---|
| 1 | ENTER THE AMOUNT FROM FORM 1040, LINE 37 | | | 48,754,188. |
| 2 | ENTER THE AMOUNT FROM SCHEDULE D, LINE 17<br>NOTE: IF THE AMOUNT ON SCHEDULE D, LINE 16 IS ZERO OR A LOSS, ENTER THE AMOUNT FROM LINE 2 ON LINE 12 AND ENTER THE AMOUNT FROM LINE 1 ON LINE 13 | | 49,810,323. | |
| 3 | ENTER THE AMOUNT FROM SCHEDULE D, LINE 46 | 0. | | |
| 4 | MULTIPLY LINE 3 BY .3687 | | | |
| 5 | ENTER THE AMOUNT FROM SCHEDULE D, LINE 50 | 0. | | |
| 6 | MULTIPLY LINE 5 BY .2929 | | | |
| 7 | ENTER THE AMOUNT FROM SCHEDULE D, LINE 36 | 43,850. | | |
| 8 | MULTIPLY LINE 7 BY .7475 | 32,778. | | |
| 9 | ENTER THE AMOUNT FROM SCHEDULE D, LINE 40 | 48,710,338. | | |
| 10 | MULTIPLY LINE 9 BY .4949 | 24,106,746. | | |
| 11 | ADD LINES 4, 6, 8 AND 10 | | 24,139,524. | |
| 12 | SUBTRACT LINE 11 FROM LINE 2 | | 25,670,799. | |
| 13 | SUBTRACT LINE 11 FROM LINE 1. ENTER THE RESULT HERE AND ON FORM 1116, LINE 17 | | | 24,614,664. |

DAVID S. & MALIA A. LIT 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

FORM 6251 PASSIVE ACTIVITIES STATEMENT 28

| | | NET INCOME (LOSS) | | |
|---|---|---|---|---|
| NAME OF ACTIVITY | FORM | AMT | REGULAR | ADJUSTMENT |
| DUPLEX 5937 & 5939 ROSS | FORM 4797 | 151,822. | 151,546. | 276. |
| DLJAMG MEZZANINE PARTNERS, L.P. | SCH E | <2.> | <2.> | |
| DLJ PRIVATE EQUITY PARTNERS FUND II LP | SCH E | <173.> | <173.> | |
| THE COMMUNICATIONS FUND I, LP | FORM 4797 | <1.> | <1.> | |
| THE COMMUNICATIONS FUND I, LP | SCH E | <2,501.> | <2,526.> | 25. |
| HOUSE - 5937-5939 ROSS | SCH E | <3,172.> | <2,992.> | <180.> |
| TOTAL TO FORM 6251, LINE 11 | | | | 121. |

DAVID S. & MALIA A. LIT 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

| FORM 1116 | ALTERNATIVE MINIMUM TAX FOREIGN TAX CREDIT WORKSHEET FOR LINE 17 | STATEMENT 29 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | ENTER THE AMOUNT FROM FORM 6251, LINE 21 | | | 48,773,137. |
| 2 | ENTER THE AMOUNT FROM AMT SCH D, LINE 17 NOTE: IF THE AMOUNT ON AMT SCH D, LINE 16 IS ZERO OR A LOSS, ENTER THE AMOUNT FROM LINE 2 ON LINE 12 AND ENTER THE AMOUNT FROM LINE 1 ON LINE 13 | | 49,810,599. | |
| 3 | ENTER THE AMOUNT FROM AMT SCHEDULE D, LINE 46 | | | |
| 4 | MULTIPLY LINE 3 BY .3687 | | | |
| 5 | ENTER THE AMOUNT FROM AMT SCHEDULE D, LINE 50 | | | |
| 6 | MULTIPLY LINE 5 BY .2929 | | | |
| 7 | ENTER THE AMOUNT FROM AMT SCHEDULE D, LINE 36 | 43,850. | | |
| 8 | MULTIPLY LINE 7 BY .7475 | 32,778. | | |
| 9 | ENTER THE AMOUNT FROM AMT SCHEDULE D, LINE 40 | 48,729,287. | | |
| 10 | MULTIPLY LINE 9 BY .4949 | 24,116,124. | | |
| 11 | ADD LINES 4, 6, 8 AND 10 | | 24,148,902. | |
| 12 | SUBTRACT LINE 11 FROM LINE 2 | | 25,661,697. | |
| 13 | SUBTRACT LINE 11 FROM LINE 1. ENTER THE RESULT HERE AND ON FORM 1116 AMT, LINE 17 | | | 24,624,235. |

| FORM 4952 | INVESTMENT INTEREST EXPENSE | STATEMENT 30 |
|---|---|---|

| DESCRIPTION | CURRENT | CARRYOVER |
|---|---|---|
| SALOMON SMITH BARNEY #108-03015-16 | 5,827. | |
| DONALDSON, LUFKIN & JENRETTE | 667. | |
| GOLDMAN SACHS & CO | 1,544. | |
| FROM K-1 - DLJAMG MEZZANINE PARTNERS, L.P. | 511. | |
| FROM K-1 - DLJ PRIVATE EQUITY PARTNERS FUND II LP | 2,193. | |

DAVID S. & MALIA A. LI" .. 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

| | | |
|---|---|---|
| FROM K-1 - THE COMMUNICATIONS FUND I, LP | 793. | |
| TOTALS TO FORM 4952 | 11,535. | |

FORM 4952 INCOME FROM PROPERTY HELD FOR INVESTMENT STATEMENT 31

| DESCRIPTION | AMOUNT |
|---|---|
| INTEREST INCOME | 276,862. |
| DIVIDEND INCOME | 2,125,881. |
| DLJ PRIVATE EQUITY PARTNERS FUND II LP | 4. |
| THE COMMUNICATIONS FUND I, LP | 12. |
| TOTAL TO FORM 4952, LINE 4A | 2,402,759. |

FORM 4952 NET CAPITAL GAIN FROM THE DISPOSITION OF PROPERTY HELD FOR INVESTMENT STATEMENT 32

| DESCRIPTION | AMOUNT |
|---|---|
| SALOMON SMITH BARNEY A/C#108-08328-17 | 1,329. |
| SALOMON SMITH BARNEY A/C#108-03558-19 | 67,594. |
| SALOMON SMITH BARNEY A/C#108-08331-12 | <114,476.> |
| SALOMON SMITH BARNEY A/C#108-08330-13 | <169,090.> |
| SALOMON SMITH BARNEY A/C#108-08329-16 | <93,120.> |
| DONALDSON, LUFKIN & JENRETTE A/C#2A8-001154 | <6,288.> |
| SALOMON SMITH BARNEY A/C#108-03015-16 | <117,489.> |
| DONALDSON, LUFKIN & JENRETTE 2N8-007112 | 1. |
| DB ALEX BROWN LLC | 629. |
| CAPITAL GAIN DISTRIBUTIONS | 261,755. |
| GAIN OR LOSS FROM PARTNERSHIPS, S CORPS, TRUSTS, ETC. | 49,816,356. |
| TOTAL TO FORM 4952, LINE 4C | 49,647,201. |

DAVID S. & MALIA A. LI[illegible] 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

FORM 8582 ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1 STATEMENT 33

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| HOUSE - 5937-5939 ROSS | 151,546. | <2,992.> | | 148,554. | |
| TOTALS | 151,546. | <2,992.> | | 148,554. | |

FORM 8582 OTHER PASSIVE ACTIVITIES - WORKSHEET 2 STATEMENT 34

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| DLJAMG MEZZANINE PARTNERS, L.P. | 0. | <2.> | | | <2.> |
| DLJ PRIVATE EQUITY PARTNERS FUND II LP | 0. | <173.> | | | <173.> |
| THE COMMUNICATIONS FUND I, LP | 0. | <2,527.> | | | <2,527.> |
| TOTALS | 0. | <2,702.> | | | <2,702.> |

FORM 8582 SUMMARY OF PASSIVE ACTIVITIES STATEMENT 35

| RREA | NAME | FORM OR SCHEDULE | GAIN/LOSS | PRIOR YEAR C/O | NET GAIN/LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| X | DUPLEX 5937 & 5939 ROSS | FORM 4797 | 151,546. | | 151,546. | | |
| | DLJAMG MEZZANINE PARTNERS, L.P. | SCH E | <2.> | | <2.> | | 2. |
| | DLJ PRIVATE EQUITY PARTNERS FUND II LP | SCH E | <173.> | | <173.> | | 173. |
| | THE COMMUNICATIONS FUND I, LP | FORM 4797 | <1.> | | <1.> | | 1. |

DAVID S. & MALIA A. LI

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

| | | | | | | |
|---|---|---|---|---|---|---|
| THE COMMUNICATIONS FUND I, LP | SCH E | <2,526.> | | <2,526.> | | 2,526. |
| X HOUSE - 5937-5939 ROSS | SCH E | <2,992.> | | <2,992.> | | 2,992. |
| TOTALS | | 145,852. | | 145,852. | | 5,694. |

PRIOR YEAR CARRYOVERS ALLOWED DUE TO CURRENT YEAR NET ACTIVITY INCOME

TOTAL TO FORM 8582, LINE 11 5,694.

DAVID S. & MALIA A. LI 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

FORM 8582 — ALTERNATIVE MINIMUM TAX — ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1 — STATEMENT 36

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| HOUSE - 5937-5939 ROSS | 151,822. | <3,172.> | | 148,650. | |
| TOTALS | 151,822. | <3,172.> | | 148,650. | |

FORM 8582 — ALTERNATIVE MINIMUM TAX — OTHER PASSIVE ACTIVITIES - WORKSHEET 2 — STATEMENT 37

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| DLJAMG MEZZANINE PARTNERS, L.P. | 0. | <2.> | | | <2.> |
| DLJ PRIVATE EQUITY PARTNERS FUND II LP | 0. | <173.> | | | <173.> |
| THE COMMUNICATIONS FUND I, LP | 0. | <2,502.> | | | <2,502.> |
| TOTALS | 0. | <2,677.> | | | <2,677.> |

FORM 8582AMT — SUMMARY OF PASSIVE ACTIVITIES - AMT — STATEMENT 38

| R R E A | NAME | FORM OR SCHEDULE | GAIN/LOSS | PRIOR YEAR C/O | NET GAIN/LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| X | DUPLEX 5937 & 5939 ROSS | FORM 4797 | 151,822. | | 151,822. | | |
| | DLJAMG MEZZANINE PARTNERS, L.P. | SCH E | <2.> | | <2.> | | 2. |
| | DLJ PRIVATE EQUITY PARTNERS FUND II LP | SCH E | <173.> | | <173.> | | 173. |

DAVID S. & MALIA A. LIT 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

| | | | | |
|---|---|---|---|---|
| THE COMMUNICATIONS FUND I, LP | FORM 4797 | <1.> | <1.> | 1. |
| THE COMMUNICATIONS FUND I, LP | SCH E | <2,501.> | <2,501.> | 2,501. |
| X HOUSE - 5937-5939 ROSS | SCH E | <3,172.> | <3,172.> | 3,172. |
| TOTALS | | 145,973. | 145,973. | 5,849. |

PRIOR YEAR CARRYOVERS ALLOWED DUE TO CURRENT YEAR NET ACTIVITY INCOME

TOTAL TO FORM 8582AMT, LINE 11 5,849.

Form **8621** (Rev. December 2000) Department of the Treasury Internal Revenue Service

# Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund

▶ See separate instructions.

OMB No. 1545-1002

Attachment Sequence No. 69

| | |
|---|---|
| Name of shareholder: DAVID A. LITMAN | Identifying number (see page 2 of instructions): 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 |
| Number, street, and room or suite no. (If a P.O. box, see page 2 of instructions.): 10710 STRAIT LANE | Shareholder tax year: calendar year 20 00 or other tax year beginning ______, 20 ___ and ending ______, 20 ___. |
| City or town, state, and ZIP code or country: DALLAS, TX 75229 | |

Check type of shareholder filing the return: [X] Individual [ ] Corporation [ ] Partnership [ ] S Corporation [ ] Nongrantor Trust [ ] Estate

| | |
|---|---|
| Name of passive foreign investment company (PFIC) or qualified electing fund (QEF): HARBOURVIEW CBO I, LTD | Employer identification number (if any): N/A |
| Address (Enter number, street, city or town, and country.): CAYMAN ISLANDS | Tax year of company or fund: calendar year 20 ___ or other tax year beginning JUNE 22, 20 ___ and ending DEC 31, 20 ___. |

## Part I Elections (See instructions.)

A [X] **Election To Treat the PFIC as a QEF.** I, a shareholder of a PFIC, elect to treat the PFIC as a QEF. *Complete lines 1a through 2c of Part II.*

B [ ] **Deemed Sale Election.** I, a shareholder on the first day of a PFIC's first tax year as a QEF, elect to recognize gain on the deemed sale of my interest in the PFIC. *Enter gain or loss on line 10f of Part IV.*

C [ ] **Deemed Dividend Election.** I, a shareholder on the first day of a PFIC's first tax year as a QEF that is a controlled foreign corporation (CFC), elect to treat an amount equal to my share of the post-1986 earnings and profits of the CFC as an excess distribution. *Enter this amount on line 10e.*

D [ ] **Election To Extend Time For Payment of Tax.** I, a shareholder of a QEF, elect to extend the time for payment of tax on the undistributed earnings and profits of the QEF until this election is terminated. *Complete lines 3a through 4c of Part II to calculate the tax that may be deferred.*

**Note:** *If any portion of line 1a or line 2a of Part II is includible under section 551 or 951, you may* **not** *make this election. Also, see sections 1294(c) and 1294(f) and the related regulations for events that terminate this election.*

E [ ] **Election To Recognize Gain on Deemed Sale of PFIC.** I, a shareholder of a former PFIC, elect to treat as an excess distribution the gain recognized on the deemed sale of my interest in the PFIC, or, if I qualify, my share of the PFIC's post-1986 earnings and profits deemed distributed, on the last day of its last tax year as a PFIC under section 1297(a). *Enter gain on line 10f of Part IV.*

F [ ] **Election To Mark-to-Market PFIC Stock.** I, a shareholder of a PFIC, elect to mark-to-market the PFIC stock that is marketable within the meaning of section 1296(e). *Complete Part III.*

## Part II Income From a Qualified Electing Fund (QEF). 
All QEF shareholders complete lines 1a through 2c. If you are making Election D, also complete lines 3a through 4c. (See page 5 of instructions.)

| | | | | |
|---|---|---|---|---|
| **1a** Enter your pro rata share of the ordinary earnings of the QEF | 1a | 725.00 | | |
| **b** Enter the portion of line 1a that is included in income under section 551 or 951 or that may be excluded under section 1293(g) | 1b | | | |
| **c** Subtract line 1b from line 1a. Enter this amount on your tax return as dividend income | | | 1c | 725.00 |
| **2a** Enter your pro rata share of the total net capital gain of the QEF | 2a | | | |
| **b** Enter the portion of line 2a that is included in income under section 551 or 951 or that may be excluded under section 1293(g) | 2b | | | |
| **c** Subtract line 2b from line 2a. This amount is a net long-term capital gain. Enter this amount in Part II of the Schedule D used for your income tax return. (See instructions.) | | | 2c | |
| **3a** Add lines 1c and 2c | | | 3a | 725.00 |
| **b** Enter the total amount of cash and the fair market value of other property distributed or deemed distributed to you during the tax year of the QEF. (See instructions.) | 3b | 955.00 | | |
| **c** Enter the portion of line 3a not already included in line 3b that is attributable to shares in the QEF that you disposed of, pledged, or otherwise transferred during the tax year | 3c | | | |
| **d** Add lines 3b and 3c | | | 3d | 955.00 |
| **e** Subtract line 3d from line 3a, and enter the difference (if zero or less, enter amount in brackets) | | | 3e | (230.00) |
| **Important:** *If line 3e is greater than zero, and no portion of line 1a or 2a is includible in income under section 551 or 951, you may make Election D with respect to the amount on line 3e.* | | | | |
| **4a** Enter the total tax for the tax year (See instructions.) | 4a | | | |
| **b** Enter the total tax for the tax year determined without regard to the amount entered on line 3e | 4b | | | |
| **c** Subtract line 4b from line 4a. **This is the deferred tax, the time for payment of which is extended by making Election D. See instructions** | | | 4c | |

**For Paperwork Reduction Act Notice, see page 7 of separate Instructions.**

**Part III** **Gain or (Loss) From Mark-to-Market Election** (See page 5 of instructions.)

| | | | |
|---|---|---|---|
| 5 | Enter the fair market value of your PFIC stock at the end of the tax year | 5 | |
| 6 | Enter your adjusted basis in the stock at the end of the tax year | 6 | |
| 7 | Excess. Subtract line 6 from line 5. If a gain, **stop here.** Include this amount as ordinary income on your tax return. If a loss, go to line 8 | 7 | |
| 8 | Enter any unreversed inclusions (as defined in section 1296(d)). See instructions. | 8 | |
| 9 | Enter the smaller of line 7 or line 8. Include this amount as an ordinary loss on your tax return | 9 | |

**Part IV** **Distributions and Disposition of Stock in a Section 1291 Fund** (See page 6 of instructions.)
*Complete a separate Part IV for each excess distribution.*

| | | | |
|---|---|---|---|
| 10a | Enter your total distributions from the PFIC during the current tax year. If the holding period of the PFIC stock began in the current tax year, this amount is dividend income to the extent there are accumulated earnings and profits | 10a | |
| b | Enter the total distributions (reduced by the portions of such distributions that were excess distributions but not included in income under section 1291(a)(1)(B)) made by the company for each of the 3 years preceding the current tax year (or if shorter, the portion of the shareholder's holding period before the current tax year) | 10b | |
| c | Divide line 10b by 3. (See instructions if the number of preceding tax years is less than 3.) | 10c | |
| d | Multiply line 10c by 125%. Enter the lesser of line 10a or line 10d as a dividend on your income tax return | 10d | |
| e | Subtract line 10d from line 10a. This amount, if more than zero, is the total excess distribution. If zero or less and you did not dispose of stock during the tax year, **do not** complete the rest of Part IV. See instructions if you received more than one distribution during the current tax year | 10e | |
| f | Enter gain or loss from the disposition of stock of a section 1291 fund or former section 1291 fund. If a gain, complete line 11. If a loss, show it in brackets and **do not** complete line 11 | 10f | |
| 11a | Attach a statement for each distribution and disposition. Show your holding period for each share of stock or block of shares held. Allocate the excess distribution to each day in your holding period. Add all amounts that are allocated to days in each tax year. | | |
| b | Enter the total of the amounts determined in line 11a that are allocable to the current tax year and tax years before the foreign corporation became a PFIC (pre-PFIC tax years). Enter these amounts on your income tax return as other income | 11b | |
| c | Enter the aggregate increases in tax (before credits) for each tax year in your holding period (other than the current tax year and pre-PFIC years). (See instructions.) | 11c | |
| d | Foreign tax credit. (See instructions.) | 11d | |
| e | Subtract line 11d from line 11c. Enter this amount on your income tax return as "additional tax." (See instructions.) | 11e | |
| f | Determine interest on each net increase in tax determined on line 11e using the rates and methods of section 6621. Enter the aggregate amount of interest here. (See instructions.) | 11f | |

**Part V** **Status of Prior Year Section 1294 Elections and Termination of Section 1294 Elections**
*Complete a separate column for each outstanding election. Complete lines 9 and 10 only if there is a partial termination of the section 1294 election.*

| | | (i) | (ii) | (iii) | (iv) | (v) | (vi) |
|---|---|---|---|---|---|---|---|
| 1 | Tax year of outstanding election | | | | | | |
| 2 | Undistributed earnings to which the election relates | | | | | | |
| 3 | Deferred tax | | | | | | |
| 4 | Interest accrued on deferred tax (line 3) as of the filing date | | | | | | |
| 5 | Event terminating election | | | | | | |
| 6 | Earnings distributed or deemed distributed during the tax year | | | | | | |
| 7 | Deferred tax due with this return | | | | | | |
| 8 | Accrued interest due with this return | | | | | | |
| 9 | Deferred tax outstanding after partial termination of election | | | | | | |
| 10 | Interest accrued after partial termination of election | | | | | | |

Form **8621** (Rev. December 2000) Department of the Treasury Internal Revenue Service

# Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund

▶ See separate instructions.

OMB No. 1545-1002

Attachment Sequence No. 69

Name of shareholder: DAVID A. LITMAN

Identifying number (see page 2 of instructions): 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

Number, street, and room or suite no. (If a P.O. box, see page 2 of instructions.): 10710 STRAIT LANE

Shareholder tax year: calendar year 20 00 or other tax year beginning ________, 20 ____ and ending ________, 20 ____.

City or town, state, and ZIP code or country: DALLAS, TX 75229

Check type of shareholder filing the return: [X] Individual [ ] Corporation [ ] Partnership [ ] S Corporation [ ] Nongrantor Trust [ ] Estate

Name of passive foreign investment company (PFIC) or qualified electing fund (QEF): PHARMA MARKETING LTD

Employer identification number (if any): N/A

Address (Enter number, street, city or town, and country.): BERMUDA

Tax year of company or fund: calendar year 20 ____ or other tax year beginning JUNE 22, 20 ____ and ending DEC 31, 20 ____.

## Part I Elections (See instructions.)

A [X] **Election To Treat the PFIC as a QEF.** I, a shareholder of a PFIC, elect to treat the PFIC as a QEF. *Complete lines 1a through 2c of Part II.*

B [ ] **Deemed Sale Election.** I, a shareholder on the first day of a PFIC's first tax year as a QEF, elect to recognize gain on the deemed sale of my interest in the PFIC. *Enter gain or loss on line 10f of Part IV.*

C [ ] **Deemed Dividend Election.** I, a shareholder on the first day of a PFIC's first tax year as a QEF that is a controlled foreign corporation (CFC), elect to treat an amount equal to my share of the post-1986 earnings and profits of the CFC as an excess distribution. *Enter this amount on line 10e.*

D [ ] **Election To Extend Time For Payment of Tax.** I, a shareholder of a QEF, elect to extend the time for payment of tax on the undistributed earnings and profits of the QEF until this election is terminated. *Complete lines 3a through 4c of Part II to calculate the tax that may be deferred.*

**Note:** *If any portion of line 1a or line 2a of Part II is includible under section 551 or 951, you may* **not** *make this election. Also, see sections 1294(c) and 1294(f) and the related regulations for events that terminate this election.*

E [ ] **Election To Recognize Gain on Deemed Sale of PFIC.** I, a shareholder of a former PFIC, elect to treat as an excess distribution the gain recognized on the deemed sale of my interest in the PFIC, or, if I qualify, my share of the PFIC's post-1986 earnings and profits deemed distributed, on the last day of its last tax year as a PFIC under section 1297(a). *Enter gain on line 10f of Part IV.*

F [ ] **Election To Mark-to-Market PFIC Stock.** I, a shareholder of a PFIC, elect to mark-to-market the PFIC stock that is marketable within the meaning of section 1296(e). *Complete Part III.*

## Part II Income From a Qualified Electing Fund (QEF).

All QEF shareholders complete lines 1a through 2c. If you are making Election D, also complete lines 3a through 4c. (See page 5 of instructions.)

| | | | | | |
|---|---|---|---|---|---|
| 1a | Enter your pro rata share of the ordinary earnings of the QEF | 1a | (2.00) | | |
| b | Enter the portion of line 1a that is included in income under section 551 or 951 or that may be excluded under section 1293(g) | 1b | | | |
| c | Subtract line 1b from line 1a. Enter this amount on your tax return as dividend income | | | 1c | (2.00) |
| 2a | Enter your pro rata share of the total net capital gain of the QEF | 2a | | | |
| b | Enter the portion of line 2a that is included in income under section 551 or 951 or that may be excluded under section 1293(g) | 2b | | | |
| c | Subtract line 2b from line 2a. This amount is a net long-term capital gain. Enter this amount in Part II of the Schedule D used for your income tax return. (See instructions.) | | | 2c | |
| 3a | Add lines 1c and 2c | | | 3a | (2.00) |
| b | Enter the total amount of cash and the fair market value of other property distributed or deemed distributed to you during the tax year of the QEF. (See instructions.) | 3b | 1,173.00 | | |
| c | Enter the portion of line 3a not already included in line 3b that is attributable to shares in the QEF that you disposed of, pledged, or otherwise transferred during the tax year | 3c | | | |
| d | Add lines 3b and 3c | | | 3d | 1,173.00 |
| e | Subtract line 3d from line 3a, and enter the difference (if zero or less, enter amount in brackets) | | | 3e | (1,175.00) |
| | **Important:** *If line 3e is greater than zero, and no portion of line 1a or 2a is includible in income under section 551 or 951, you may make Election D with respect to the amount on line 3e.* | | | | |
| 4a | Enter the total tax for the tax year (See instructions.) | 4a | | | |
| b | Enter the total tax for the tax year determined without regard to the amount entered on line 3e | 4b | | | |
| c | Subtract line 4b from line 4a. **This is the deferred tax, the time for payment of which is extended by making Election D. See instructions** | | | 4c | |

**Part III** **Gain or (Loss) From Mark-to-Market Election** (See page 5 of instructions.)

| | | | |
|---|---|---|---|
| 5 | Enter the fair market value of your PFIC stock at the end of the tax year | 5 | |
| 6 | Enter your adjusted basis in the stock at the end of the tax year | 6 | |
| 7 | **Excess.** Subtract line 6 from line 5. If a gain, **stop here.** Include this amount as ordinary income on your tax return. If a loss, go to line 8 | 7 | |
| 8 | Enter any unreversed inclusions (as defined in section 1296(d)). See instructions. | 8 | |
| 9 | Enter the smaller of line 7 or line 8. Include this amount as an ordinary loss on your tax return | 9 | |

**Part IV** **Distributions and Disposition of Stock in a Section 1291 Fund** (See page 6 of instructions.)
*Complete a separate Part IV for each excess distribution.*

| | | | |
|---|---|---|---|
| 10a | Enter your total distributions from the PFIC during the current tax year. If the holding period of the PFIC stock began in the current tax year, this amount is dividend income to the extent there are accumulated earnings and profits | 10a | |
| b | Enter the total distributions (reduced by the portions of such distributions that were excess distributions but not included in income under section 1291(a)(1)(B)) made by the company for each of the 3 years preceding the current tax year (or if shorter, the portion of the shareholder's holding period before the current tax year) | 10b | |
| c | Divide line 10b by 3. (See instructions if the number of preceding tax years is less than 3.) | 10c | |
| d | Multiply line 10c by 125%. Enter the lesser of line 10a or line 10d as a dividend on your income tax return | 10d | |
| e | Subtract line 10d from line 10a. This amount, if more than zero, is the total excess distribution. If zero or less and you did not dispose of stock during the tax year, **do not** complete the rest of Part IV. See instructions if you received more than one distribution during the current tax year | 10e | |
| f | Enter gain or loss from the disposition of stock of a section 1291 fund or former section 1291 fund. If a gain, complete line 11. If a loss, show it in brackets and **do not** complete line 11 | 10f | |
| 11a | Attach a statement for each distribution and disposition. Show your holding period for each share of stock or block of shares held. Allocate the excess distribution to each day in your holding period. Add all amounts that are allocated to days in each tax year. | | |
| b | Enter the total of the amounts determined in line 11a that are allocable to the current tax year and tax years before the foreign corporation became a PFIC (pre-PFIC tax years). Enter these amounts on your income tax return as other income | 11b | |
| c | Enter the aggregate increases in tax (before credits) for each tax year in your holding period (other than the current tax year and pre-PFIC years). (See instructions.) | 11c | |
| d | Foreign tax credit. (See instructions.) | 11d | |
| e | Subtract line 11d from line 11c. Enter this amount on your income tax return as "additional tax." (See instructions.) | 11e | |
| f | Determine interest on each net increase in tax determined on line 11e using the rates and methods of section 6621. Enter the aggregate amount of interest here. (See instructions.) | 11f | |

**Part V** **Status of Prior Year Section 1294 Elections and Termination of Section 1294 Elections**
*Complete a separate column for each outstanding election. Complete lines 9 and 10 only if there is a partial termination of the section 1294 election.*

| | | (i) | (ii) | (iii) | (iv) | (v) | (vi) |
|---|---|---|---|---|---|---|---|
| 1 | Tax year of outstanding election | | | | | | |
| 2 | Undistributed earnings to which the election relates | | | | | | |
| 3 | Deferred tax | | | | | | |
| 4 | Interest accrued on deferred tax (line 3) as of the filing date | | | | | | |
| 5 | Event terminating election | | | | | | |
| 6 | Earnings distributed or deemed distributed during the tax year | | | | | | |
| 7 | Deferred tax due with this return | | | | | | |
| 8 | Accrued interest due with this return | | | | | | |
| 9 | Deferred tax outstanding after partial termination of election | | | | | | |
| 10 | Interest accrued after partial termination of election | | | | | | |

**DLJAMG MEZZANINE PARTNERS, L.P.**
**E.I.N.: 13-4050941**
**Schedule K-1 Supporting Schedule: Form 8621**
**FYE: December 31, 2000**

**Partner Number: 184**
**Partner Name: DAVID LITMAN/MALIA A. LITMAN**
**E.I.N.: 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**

| Name of PFIC | Note (1) Line 1a | Note (2) Line 2a | Note (3) Line 3b |
|---|---|---|---|
| HARBOURVIEW CBO I, LTD.<br>CAYMAN ISLANDS<br>EIN: N/A<br>TAX YEAR: 06/22/2000 - 12/31/2000 | 725 | NONE | 955 |
| PHARMA MARKETING LTD<br>BERMUDA<br>EIN: N/A<br>TAX YEAR: 06/22/2000 - 12/31/2000 | -2 | NONE | 1,173 |

NOTES:

(1) These amounts are included in Dividend Income on lines 4b and 7 of your Schedule K-1.

(2) These amounts are Included in Net Long-Term Capital Gains (Loss) on lines 4e and 7 of your Schedule K-1.

(3) These amount represent the cash & fair market value of other property distributed or deemed distributed from the above QEF's.

(4) Each of the PFIC's listed above will permit its shareholder's to inspect and copy the permanent books of account, records and such other documents as may be maintained by the PFIC that are necessary to establish that the PFIC's ordinary earnings and net capital gains, as provided in §1293(e) of the U.S. Internal Revenue Code, are computed in accordance with U.S. income tax principles.

▼ DETACH HERE ▼

Form **4868**

Department of the Treasury
Internal Revenue Service (99)

# Application for Automatic Extension of Time To File U.S. Individual Income Tax Return

OMB No. 1545-0188

**2000**

For calendar year 2000, or other tax year beginning , 2000, ending ,

**Part I Identification**

1 Your name(s)
DAVID S. LITMAN & MALIA A. LITMAN

Address
10710 STRAIT LANE

City, town or post office, state, and ZIP code
DALLAS, TX 75229

2 Your social security number
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

3 Spouse's social security number
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

**Part II Complete ONLY If Filing Gift/GST Tax Return**

**Caution:** *Only for gift/GST tax extension! Checking box(es) may result in correspondence if Form 709 or 709-A is not filed.*

This form also extends the time for filing a gift or generation-skipping transfer (GST) tax return if you file a calendar (not fiscal) year income tax return. Enter your gift or GST tax payment(s) in Part IV and:

Check this box ▶ ☐ if you are requesting a Gift or GST tax return extension.

Check this box ▶ ☐ if your spouse is requesting a Gift or GST tax return extension.

**Part III Individual Income Tax**

| | |
|---|---|
| 4 Total tax liability on your income tax return for 2000 ...... $ | 9,848,525. |
| 5 Total 2000 payments ......................... | 9,848,525. |
| 6 **Balance.** Subtract 5 from 4 .............. | 0. |

**Part IV Gift/GST Tax –** If you are **not filing** a gift or GST tax return, go to Part V now. See the instructions.

| | |
|---|---|
| 7 Your gift or GST tax payment ........... $ | |
| 8 **Your spouse's** gift/GST tax payment ... | |

**Part V Total**

| | |
|---|---|
| 9 **Total liability.** Add lines 6, 7, and 8 ... $ | 0. |
| 10 Amount you are paying ............ ▶ | 0. |

**Confirmation Number**

If you file electronically, you will receive a confirmation number telling you that your Form 4868 has been accepted. Enter the confirmation number here and keep it for your records ........▶

Form **2688**

Department of the Treasury
Internal Revenue Service

**App n for Additional Extension of Time**
**U.S. Individual Income Tax Return**

▶ See instructions.
▶ You must complete all items that apply to you.

OMB No. 1545-0066

**2000**

| Please type or print. | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| | DAVID S. | LITMAN | 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 |
| File by the due date for filing your return. | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | MALIA A. | LITMAN | 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 |
| | Home address (number and street) | | |
| | 10710 STRAIT LANE | | |
| | City, town or post office, state, and ZIP code | | |
| | DALLAS, TX 75229 | | |

RECEIVED
1312 AUG 04 2001 IRS
AUSTIN, TEXAS

**Please fill in the Return Label at the bottom of this page.**

1 I request an extension of time until 10/15/01, to file Form 1040EZ, Form 1040A, Form 1040, Form 1040NR-EZ, or Form 1040NR for the calendar year 2000, or other tax year ending __________.

2 Explain why you need an extension. You must give an adequate explanation ▶
ADDITIONAL TIME IS REQUIRED TO OBTAIN ALL INFORMATION NECESSARY TO FILE A COMPLETE AND ACCURATE TAX RETURN.

3 Have you filed Form 4868 to request an automatic extension of time to file for this tax year? [X] Yes [ ] No
If you checked "No," we will grant your extension only for undue hardship. Fully explain the hardship in item 2. Attach any information you have that helps explain the hardship.

**If you expect to file a gift or generation-skipping transfer (GST) tax return, complete line 4.**
4 If you or your spouse plan to file a gift or GST tax return (Form 709 or 709-A) for 2000, generally due by April 16, 2001, see the instructions and check here ........ Yourself ▶ [ ] Spouse ▶ [ ]

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

Signature of taxpayer ▶ __________ Date ▶ ______

Signature of spouse ▶ __________ Date ▶ ______
(If filing jointly, both must sign even if only one had income.)

Signature of preparer other than taxpayer ▶ Lisa Florentino, CPA Date ▶ 8-1-01

Please fill in the Return Label below with your name, address, and social security number. The IRS will complete the Notice to Applicant and return it to you. If you want it sent to another address or to an agent acting for you, enter the other address and add the agent's name.

(Do not detach)

**Notice to Applicant To Be Completed by the IRS**

[✓] We have approved your application.
[ ] We have not approved your application.
However, we have granted a 10-day grace period to ________. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return.
[ ] We have not approved your application. After considering the information you provided in item 2 above, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.
[ ] We cannot consider your application because it was filed after the due date of your return.
[ ] Other ________

Director ________ Date ______

**Return Label** (Please type or print)

| Taxpayer's name (and agent's name, if applicable). If a joint return, also give spouse's name. | Taxpayer's social security number |
|---|---|
| DAVID S. & MALIA A. LITMAN<br>C/O VINK PIER & TEAGUE PC | 115 54 3724 |
| Number and street (include suite, room, or apt. no.) or P.O. box number | Spouse's social security number |
| 5550 LBJ FWY, STE 650 | 447 60 5845 |
| City, town or post office, state, and ZIP code | AGENTS: Always include taxpayer's name on Return Label. |
| DALLAS, TX 75240-6217 | |



013901
10-18-00