# In the United States Court of Federal Claims

**No. 05-956T**
**(November 17, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. LITMAN and**
**MALIA A. LITMAN,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER**

---

On November 10, 2005, Defendant filed an unopposed motion pursuant to Rules 40.1, 40.2, and 42.1 of the Rules of the United States Court of Federal Claims (RCFC) seeking transfer of this case and consolidation with Diener et. al. v. United States, No. 05-971T, which is currently pending before Judge Christine Odell Cook Miller. Under Rule 40.1(b), "[t]o promote docket efficiency, to conform to the requirements of any case management plan, or for the efficient administration of justice, a case may be transferred by order of the assigned judge to another judge upon the agreement of both judges."

As good cause for the motion, Defendant informs the Court that both actions arise from the same transaction, involve valuation of almost identical blocks of restricted stock, and involve disallowance of the same employee compensation deduction. Plaintiffs do not oppose transfer of this action. Pursuant to Rule 40.1(b) and with the concurrence of Judge Miller, this action is transferred to Judge Miller for further proceedings. It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**