# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DAVID S. and MALA A. LITMAN,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-956T |
| **THE UNITED STATES,** | * | (Filed Nov. 22, 2005) |
| Defendant. | * | |

______________________________________

| | | |
|---|---|---|
| **ROBERT B. and MICHELLE S. DIENER,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-971T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

______No. 05-956T was transferred to the undersigned based on the parties' Notice of Directly Related Cases and Unopposed Motion To Transfer and Consolidate filed on November 10, 2005, which requested that this case be consolidated with the later filed case of Robert B. and Michelle S. Diener v. United States, No. 05-971T (Fed. Cl.), pending before the undersigned. See RCFC 40.2(3). However, Judge Williams requested that the undersigned accept transfer, see RCFC 40.2(a)(2); No. 05- 956T is directly related to No. 05-971T; and, pursuant to RCFC 40.1(b), the cases are consolidated. Accordingly,

**IT IS ORDERED**, as follows:

1. By December 5, 2005, plaintiffs shall refile a revised motion for summary judgment to include No. 05-971T, with a hard copy of a bound appendix, which may be submitted in two volumes. Alternatively, plaintiffs may file a notice that the decision in No. 05-956T shall control in No. 05-971T. The response time to plaintiffs' pending motion for summary judgment shall run from December 5, 2005.

2. Further briefing on plaintiffs' motion for summary judgment shall include No. 05-971T.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge