**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-956T** |
| **THE UNITED STATES** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **ROBERT B. DIENER and MICHELLE S. DIENER,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-971T** **(Judge Christine O.C. Miller)** |
| **THE UNITED STATES** | ) | |
| **Defendant-Counterplaintiff.** | ) | |

**NOTICE**

Pursuant to this Court's Order dated November 22, 2005, Plaintiffs-Counterdefendants, Robert B. Diener and Michelle S. Diener ("the Dieners") hereby give notice of the following:

1. On November 14, 2005, David S. Litman and Malia A. Litman ("the Litmans") filed a Motion for Summary Judgment in their case, No.05-956T, then docketed separately in Judge Mary Ellen Coster Williams' Court.

2. On November 17, 2005, Judge Williams signed an order transferring the Litmans' case to this Court.

3. On November 21, 2005, the Dieners filed a Motion for Summary Judgment in this Court that addresses the identical issues raised in the Litmans' Motion.

4. On November 22, 2005, the Court consolidated the Litmans' case with the the Dieners' case.

5. On November 22, 2005, this Court ordered that either Plaintiffs refile their Motions for Summary Judgment jointly or that the Dieners file this Notice.

6. Accordingly, the Dieners hereby give notice that they have no objection to the motions being heard together or, alternatively, that the Motion for Summary Judgment submitted by the Litmans on November 14, 2005 shall control on all common issues of fact and law addressed by that Motion with regard to the Dieners' case.

Respectfully submitted,

Dated: December 2, 2005

By: s/ John W. Porter

John W. Porter
Attorney of Record

Stephanie Loomis-Price (Of Counsel)
J. Graham Kenney (Of Counsel)

BAKER BOTTS L.L.P.
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
(713) 229-1597
(713) 229-2797 (Fax)

COUNSEL FOR PLAINTIFFS-COUNTERDEFENDANTS, ROBERT B. AND MICHELLE S. DIENER