# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DAVID S. and MALA A. LITMAN,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-956T |
| **THE UNITED STATES**, | * | (Filed Jan. 17, 2006) |
| Defendant. | * | |

______________________________________________

| | | |
|---|---|---|
| **ROBERT B. and MICHELLE S. DIENER**, | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-971T |
| **THE UNITED STATES**, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant on November 29, 2005, filed Defendant the United States' Motion To Strike Plaintiffs' Motions for Summary Judgment. Plaintiffs responded on December 13, 2005, and defendant replied on December 27, 2005. At this early stage, the court considers that the interests of justice will best be served by developing the record more fully for the reasons stated in defendant's briefs before briefing on summary judgment is resumed. Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiffs' motion is deferred until discovery has been completed.

2. By January 30, 2006, the parties shall file a proposed discovery schedule not to exceed 120 days.

s/ Christine O. C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge