**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and** | ) | |
| **MALIA A. LITMAN,** | ) | |
| | ) | |
| **Plaintiffs-Counterdefendants** | ) | |
| | ) | **No. 05-956 T** |
| **vs.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant-Counterplaintiffs.** | ) | |

| | | |
|---|---|---|
| **ROBERT B. DEINER and** | ) | |
| **MICHELLE S. DEINER,** | ) | |
| | ) | |
| **Plaintiffs-Counterdefendants** | ) | |
| | ) | **No. 05-971 T** |
| **vs.** | ) | |
| | ) | **(Judge Christine O. C. Miller)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant-Counterplaintiff.** | ) | |

**PROPOSED DISCOVERY SCHEDULE**

Pursuant to this Court's Order of January 17, 2006, the parties submit the following proposed discovery schedule:

| | |
|---|---|
| Deadline for submission of expert reports: | April 21, 2006 |
| Deadline for submission of rebuttal reports, if any: | May 12, 2006 |
| Discovery closes: | May 31, 2006 |

The parties request that the Court also schedule a status or post-discovery conference shortly after the close of discovery.

Respectfully submitted,

The United States

s/ Cory A. Johnson
Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Eileen J. O'Connor
Assistant Attorney General
David Gustafson
Acting Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

s/ Steven I. Frahm
Of Counsel

Robert and Michelle Deiner and David and Malia Litman

s/ John W. Porter
John W. Porter
Attorney of Record

Stephanie Loomis-Price
Of Counsel
J. Graham Kenney
Of Counsel

Baker Botts L.L.P.
3000 One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
713-229-1597

Dated: January 30, 2006