# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DAVID S. and MALA A. LITMAN,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-956T |
| **THE UNITED STATES,** | * | (Filed Feb. 8, 2006) |
| Defendant. | * | |
| ________________________________________ | * | |
| **ROBERT B. and MICHELLE S. DIENER,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-971T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the parties' Proposed Discovery Schedule filed on January 30, 2006,

**IT IS ORDERED**, as follows:

1. By April 21, 2006, the parties shall exchange all expert reports.

2. By May 12, 2006, any rebuttal expert reports shall be exchanged.

3. By May 31, 2006, all discovery shall be completed.

4. A status conference shall be held at 2:00 p.m. on Thursday, June 8, 2006, in the Howard T. Markey National Courts Building. Counsel for plaintiffs shall notify the court at 202/357-6620 by June 2, 2006, if he wishes to participate by telephone conference call to be placed by the court. The parties shall be prepared to propose a schedule for further proceedings.

s/ Christine O. C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge