# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALA A. LITMAN,** *

Plaintiffs, *

v. * No. 05-956T

**THE UNITED STATES**, * (Filed Mar. 9, 2006)

Defendant. *

_______________________________________

**ROBERT B. and MICHELLE S. DIENER**, *

Plaintiffs, *

v. * No. 05-971T

**THE UNITED STATES**, *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

______Plaintiffs on March 7, 2006, filed their Motion for Order Setting Case for Trial. Pursuant to RCFC 7.2(a), the court expedites briefing. Accordingly,

**IT IS ORDERED**, as follows:

1. Defendant shall respond by March 15, 2006.

2. Plaintiffs shall reply by March 22, 2006.

s/ Christine O. C. Miller

_________________________________________

**Christine Odell Cook Miller**
Judge