# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DAVID S. and MALA A. LITMAN,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-956T |
| **THE UNITED STATES,** | * | (Filed Mar. 20, 2006) |
| Defendant. | * | |
| ________________________________________ | * | |
| **ROBERT B. and MICHELLE S. DIENER,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-971T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs on March 7, 2006, filed a Motion for Order Setting Case for Trial. Further to the order entered on March 9, 2006 expediting briefing, defendant filed its response on March 15, 2006, accompanied by The United States' Motion To Extend the Discovery Schedule. Pursuant to RCFC 7.2(a), the court rules without further briefing. Plaintiffs protest too vigorously. The undersigned took the earlier-filed case in order to expedite addressing both, at the request of the transferor judge. Plaintiffs are in a good position for expediting proceedings, and the judge is not going to put up with any more pushing. The court is aware that plaintiffs are anxious for a resolution. Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiffs' Motion for Order Setting Case for Trial is denied.

2. Defendant's Motion To Extend the Discovery Schedule is granted. The order entered on February 8, 2006, is modified as follows:

> 1) By June 21, 2006, the parties shall exchange all expert reports.
>
> 2) By July 12, 2006, any rebuttal expert reports shall be exchanged.
>
> 3) By July 31, 2006, all discovery shall be completed.
>
> 4) A status conference shall be held at 2:00 p.m. on Thursday, August 10, 2006, in the Howard T. Markey National Courts Building. Counsel for plaintiffs shall notify the court at 202/357-6620 by August 2, 2006, if he wishes to participate by telephone conference call to be placed by the court. The parties shall be prepared to propose a schedule for further proceedings.

3. The filing of an action by Hotels.com and its consolidation with these actions (f/k/a Hotel Reservations Network, Inc.) shall not affect the schedule, nor the disposition of plaintiffs' motions for summary judgment. Any consolidation will depend on Hotels.com's ability to meet the current schedule. No further extensions.

s/ Christine O. C. Miller

__________________________________________

**Christine Odell Cook Miller**
Judge