**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DAVID S. and MALIA A. LITMAN,<br>Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 05-956T |
| ROBERT B. and MICHELLE S. DIENER,<br>Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 05-971T |
| HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.)<br>Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-285T<br>Judge Christine O. C. Miller |

**JOINT PRELIMINARY STATUS REPORT**

Plaintiff Hotels.com, Inc. and Subsidiaries and defendant United States submit this joint preliminary status report pursuant to Appendix A of the RCFC. Answers to the questions set forth in paragraph 4 of Appendix A are as follows:

(a) The parties agree that the Court has jurisdiction.

(b) This case was consolidated with *Litman et al. v. United States*, No. 05-cv-956 (Ct. Fed. Cl.) pursuant to the Court's May 1, 2006, Order.

(c) Trial should not be bifurcated.

(d) Proceedings in the case should not be deferred pending consideration of another case before the Court or any other tribunal.

(e) Not applicable.

(f) Additional parties will not be joined.

(g) Hotels.com may file a motion pursuant to RCFC 56. If such a motion is filed, it will be filed after the close of discovery. At this time, the United States does not anticipate filing a motion pursuant to RCFC 56 concerning Hotels.com's claim for refund of income taxes.

(h) In brief, the relevant factual and legal issues raised by Hotels.com's claim for a refund of income taxes concern the valuation of certain shares of stock for tax purposes, and the appropriate goodwill amortization deductions based on the issuance of that stock.

(i) The parties continue to be willing to explore the possibility of settlement.

(j) It is possible that the matter will proceed to trial. The parties do not request expedited trial scheduling.

(k) There are no specific issues regarding electronic case management needs.

Consistent with the Court's consolidation order of May 1, 2006, the discovery schedule in this case will be the same as that in *Litman et al.* The parties also will exchange Rule 26 disclosures by May 12, 2006.

Dated: May 10, 2006

Respectfully submitted,

By s/ Kim Marie K. Boylan

KIM MARIE K. BOYLAN
Attorney of Record
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2235
(202) 637-2201
Kim.Boylan@lw.com

Of Counsel:

MCGEE GRIGSBY
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2256
(202) 637-2201
McGee.Grigsby@lw.com

KARI M. LARSON
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-1018
(202) 637-2201
Kari.Larson@lw.com

By s/ Cory A. Johnson

CORY ARTHUR JOHNSON
Attorney of Record
U.S. Department of Justice Tax Division
555 Fourth Street, N.W., Room 8122
Washington, D.C. 20001
(202) 307-3046
Cory.A.Johnson@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Asst. Chief, Court of Federal Claims Section

s/ Steven I. Frahm
Of Counsel



1677783.1