# EXHIBIT A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-956T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **ROBERT B. DIENER and MICHELLE S. DIENER,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-971T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | ) | **No. 06-285T (Judge Christine O.C. Miller)** |
| **Plaintiffs,** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**TMF LIQUIDATING TRUST'S RESPONSES AND OBJECTIONS**
**<u>TO HOTELS.COM'S SUBPOENA</u>**

TO: Kari M. Larson, Latham & Watkins L.L.P., 555 Eleventh Street N.W., Suite 1000, Washington, DC 20004-1304

TMF Liquidating Trust ("TMF") responds to Hotels.com's Subpoena dated May 24, 2006 ("the Subpoena") pursuant to Rule 45 of the Rules of the United States Court of Federal Claims as follows:

TMF objects to the Subpoena as it purports to require production of documents by a non-party in this case in Washington D.C., which is more than 100 miles from the place where TMF conducts business, which is Dallas, Texas.

**Response to Requests for Production Nos. 1 - 10:**

TMF objects to Requests 1 – 10 as vague, overbroad, immaterial, irrelevant, not reasonably calculated to result in the discovery of admissible evidence, and unduly burdensome. TMF also objects to Requests 1 – 10 to the extent they purport to require production of documents protected by the attorney client privilege and/or tax-practitioner's privilege. Subject to and without waiving these objections, TMF states that documents responsive to Requests 1 - 10 will be produced to Hotels.com by Brian Lidji, Bates-labeled LIDJI00001 - LIDJI03713, in response to the subpoena issued to him by Hotels.com, and were previously produced by the Litmans and Dieners in their Responses to the United States' First Requests for Production of Documents in this case, Bates-labeled LD00001 - LD06017, which have been previously produced to Hotels.com in this case. Additional responsive documents, protected by the attorney client privilege and/or tax-practitioner's privilege, are listed in the privilege log accompanying Mr. Lidji's responses.

**Response to Request for Production No. 11:**

TMF objects to this Request as overbroad, immaterial, irrelevant, not reasonably calculated to result in the discovery of admissible evidence, and unduly burdensome.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was sent by Electronic Mail and Federal Express, this 6th day of June, 2006, to Cory A. Johnson, Tax Division, United States Department of Justice, 555 4th Street N.W., Judiciary Center Building, Washington, DC 20530 and Kari M. Larson, Latham & Watkins, L.L.P., 555 Eleventh Street N.W., Suite 1000, Washington, D.C. 20004-1304.

s/ J. Graham Kenney

J. Graham Kenney