Kari M. Larson
Direct Dial: (202) 637-1018
kari.larson@lw.com

LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200 Fax: (202) 637-2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

July 14, 2006

John W. Porter
Baker Botts, LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002

Re: Litman et al. v. United State, No. 05-956 T (Fed. Cl.)
Hotels.com & Subsidiaries

Dear Mr. Porter:

This letter responds to your June 6, 2006 response and objections to the subpoena served by Hotels.com on TMF Liquidating Trust, dated May 24, 2006. We repeat the request below, followed by your objection and our response thereto.

**Request for Production No. 11:** All brokerage, investment, bank and other statements of any kind reflecting assets held directly or indirectly by TMF Liquidating Trust for the period 1999 through 2004.

**TMF Response to Request for Production No. 11:** TMF objects to this Request as overbroad, immaterial, irrelevant, not reasonably calculated to result in the discovery of admissible evidence, and unduly burdensome.

In light of your objection, Hotels.com agrees to narrow its request as follows:

**Modified Request for Production No. 11:** All brokerage, investment, bank and other statements of any kind reflecting assets held directly or indirectly by TMF Liquidating Trust for the period January 1, 2000 through December 31, 2000.

As such, the request is now substantially limited in scope and as such plainly "reasonably calculated to lead to the discovery of admissible evidence."

Please advise us on or before 2:00 p.m. EDT July 21, 2006, if you intend to stand by your objection, in spite of our modified request, so that we may action as appropriate pursuant to Rule 45(c)(2)(B). If you would like to discuss any of the above, do not hesitate to contact us.

Please call me at (202) 637-1018, or Kim Boylan at (202) 637-2235 if you have any questions.

Best regards,

Kari M. Larson
of LATHAM & WATKINS LLP

cc: Kim Marie Boylan, Latham & Watkins, LLP
Cory Johnson, DOJ Tax Division