# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALIA A. LITMAN,** *

Plaintiffs, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Aug. 11, 2006)

Defendant. *

---

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

---

**HOTELS.COM and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** *

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

______The status conference held on August 10, 2006, pursuant to ¶ 2. 4) of the order entered on March 20, 2006, addressed The United States' Motion for Leave To File Amended Counterclaims Against the Litmans and Dieners filed on August 3, 2006, as well as plaintiffs Hotels.com and subsidiaries' Motion To Compel TMF Liquidating Trust's Response to Subpoena Request No. 11. The parties having been heard,

**IT IS ORDERED,** as follows:

1. Pursuant to RCFC 15(a), defendant's motion is granted over plaintiffs Litmans' and Dieners' objections, plaintiffs Hotels.com and subsidiaries having registered by filing on August 4, 2006, that they did not object to the grant of defendant's motion, and defendant's amended counterclaims shall be filed this date.

2. Plaintiffs Litmans and Dieners shall file their answers to the amended counterclaims within the time provided for by rule.

3. Plaintiffs Hotels.com and subsidiaries' motion to compel is granted in part for the reasons stated from the bench. Introduction of the new issues raised by the new valuation of Hotels.com and subsidiaries will not delay proceedings. By August 18, 2006, plaintiffs Litmans and Dieners shall deliver to plaintiffs Hotels.com and subsidiaries and defendant (1) all documents that show the date the subject shares were received by the liquidating trust; and (2) brokerage statements of the TMF Liquidating Trust inclusive of January through April 2000. Plaintiffs Litmans and Dieners may expunge information of a confidential sensitive financial nature from the statements that does not relate to the valuation of the subject shares.

4. Other than as provided by ¶ 1 hereof, all proceedings are stayed, subject to further order of the court, until no later than October 31, 2006, for the purpose of mediation.

5. By November 6, 2006, the parties shall file a Joint Status Report informing the court of the result of the mediation; failing successful mediation, the parties shall propose dates for all pretrial events and filings, the pretrial conference, and trial, not to exceed five days, in Dallas, Texas.

s/ Christine O. C. Miller

______________________________

**Christine Odell Cook Miller**
Judge