IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAVID S. LITMAN and<br>MALIA A. LITMAN,<br><br>Plaintiffs-Counterdefendants<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant-Counterplaintiff. | ) | No. 05-956 T |
| ROBERT B. DEINER and<br>MICHELLE S. DEINER,<br><br>Plaintiffs-Counterdefendants<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant-Counterplaintiff. | ) | No. 05-971 T |
| HOTELS.COM, INC. AND SUBSIDIARIES<br>(f/k/a HOTEL RESERVATIONS NETWORK,<br>INC.),<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant | ) | No. 06-285 T<br><br>Judge Christine O. C. Miller |

AMENDED JOINT STATUS REPORT

Pursuant to the Court's Order of August 11, 2006, the parties submit this joint status report:

Mediation

A mediation session was held in Chicago with a private mediator on November 1, 2006. The mediation was unsuccessful.

Proposed Pretrial Schedule

In accordance with Appendix A of the Rules of the Court of Federal Claims, the parties propose the following pretrial schedule:

| | |
|---|---|
| February 12, 2007 (or earlier) | Parties hold a meeting of counsel (Appendix A, ¶ 13). |
| February 26, 2007 | Plaintiffs file their memoranda of contentions of fact and law (Appendix A, ¶ 14). |
| April 2, 2007 | The United States files its memoranda of contentions of fact and law (Appendix A, ¶ 14). |
| April 5, 2007 | All motions in limine filed. |
| April 13, 2007 | Responses to motions in limine filed. |
| April 19, 2007 | Replies in support of motions in limine filed. |
| April 23, 2007 | Pretrial conference (RCFC 16(d)). |

Trial

The parties propose that trial commence on April 30, 2007. As ordered on August 11, 2006, trial will be held in Dallas Texas.

Other Motions

Plaintiffs David and Malia Litman and Robert and Michelle Diener intend to withdraw the summary judgment motions they filed in November 2005. (The motions were stayed pending completion of discovery.)

The United States is contemplating filing a motion, based on the variance doctrine and 26 U.S.C. §7422, seeking to preclude plaintiff Hotels.com from making certain claims at trial. The

motion would be filed by April 2, 2007, at the latest, when the United States' memorandum of facts and law is due. Hotels.com does not believe that any variance claim is supported by law or fact and assuming, *arguendo*, such a claim were considered by the Court, it also has been waived. If the United States were to file such a claim, Hotels.com would file a response at such time as the Court directs.

Other Matters

The parties are available to discuss the above proposals, and any other matters, at the Court's convenience.

Respectfully submitted,

s/ John W. Porter
John W. Porter
Baker Botts LLP
3000 One Shell Plaza
910 Louisiana
Houston TX 77002

Attorney for plaintiffs David and Malia Litman
and Robert and Michelle Diener

s/ Kim Marie K Boylan
Kim Marie K. Boylan
Latham & Watkins LLP
555 Eleventh Street, N.W. Suite 1000
Washington D.C. 20004

Attorney for plaintiff Hotels.com

s/ Cory A. Johnson
Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Eileen J. O'Connor
Assistant Attorney General
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

s/ Steven I. Frahm
Of Counsel

Attorney for The United States

Dated: November 16, 2006