# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DAVID S. and MALA A. LITMAN,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-956T |
| **THE UNITED STATES,** | * | (Filed Nov. 16, 2006) |
| Defendant. | * | |
| ________________________________________ | * | |
| **ROBERT B. and MICHELLE S. DIENER,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 05-971T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |
| ________________________________________ | * | |
| **HOTELS.COM, INC., and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-285T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the parties' Amended Joint Status Report filed this date,

**IT IS ORDERED**, as follows:

1. The meeting of counsel pursuant to RCFC Appendix A ¶ 13 shall be held by February 12, 2007.

2. Plaintiffs' filings pursuant to RCFC Appendix A ¶¶ 14(a), 15, and 16 shall be made by February 26, 2007. Defendant's filings pursuant to RCFC Appendix A ¶¶ 14(b), 15, and 16 shall be made by April 2, 2007.

3. Any motions in *limine* shall be filed by April 5, 2007.

4. Responses to any motions in *limine* shall be filed by April 13, 2007.

5. Replies thereto shall be filed by April 19, 2007.

6. The pretrial conference shall be held at 2:00 p.m. on Monday, April 23, 2007, in the Howard T. Markey National Courts Building. Counsel for plaintiffs' Litmans and Dieners may participate by telephone conference call to be placed by the court.

7. Trial, not to exceed five days, shall commence at 10:00 a.m. on Monday, April 30, 2007, in the U.S. District Court for the Northern District of Texas, 1100 Commerce Street, Dallas, TX.

s/ Christine O.C. Miller
______________________________________
**Christine Odell Cook Miller**
Judge