# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * 

**DAVID S. and MALIA A. LITMAN,** *

Plaintiffs, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Jan. 3, 2007)

Defendant. *

___________________________________________

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

___________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a**
**HOTEL RESERVATIONS NETWORK, INC.),** *

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * 

**ORDER**

On November 14, 2005, plaintiffs David S. and Malia A. Litman (the "Litmans") filed Plaintiffs-Counterdefendants' Motion for Summary Judgment. Robert B. and Michelle S. Diener (the "Dieners") also filed a motion for summary judgment on November 21, 2005, in Robert B. and Michelle S. Diener v. United States, 05-971T (Fed. Cl.). In lieu of a response, on November 29, 2005, defendant filed Defendant the United States' Motion To Strike Plaintiffs' Motions for Summary Judgment. On December 2, 2005, the court entered an order consolidating David S. and Malia A. Litman v. United States, No. 05-956T (Fed. Cl.) with Diener, No. 05-971T, and directed plaintiffs to either "refile a revised motion for summary judgment to include No. 05-971T" or, in the alternative, "file a notice that the decision in No. 05-956T shall control in No. 05-971T." Order entered Nov. 22, 2005, ¶ 1. Pursuant to the court's November 22, 2006 order, the Dieners filed a notice, stating, in part:

> Accordingly, the Dieners hereby give notice that they have no objection to the motions being heard together or, alternatively, that the Motion for Summary Judgment submitted by the Litmans on November 14, 2005 shall control on all common issues of fact and law addressed by that Motion with regard to the Dieners' case.

Notice filed Dec. 2, 2005, ¶ 6.

Following completed briefing on defendant's motion to strike, the court deferred judgment on plaintiffs' summary judgment motions. See Order entered Jan. 17, 2006, ¶ 1. All discovery was completed by July 31, 2006. See Order entered March 20, 2006, ¶ 2.3). On November 16, 2006, the parties filed an Amended Joint Status Report, stating, "Plaintiffs David and Malia Litman and Robert and Michelle Diener intend to withdraw the summary judgment motions they filed in November 2005." Am. Joint Status Report filed Nov. 16, 2006, at 2.

Accordingly,

**IT IS ORDERED,** as follows:

1. The summary judgment motions filed by the Litmans and Dieners are deemed withdrawn *nunc pro tunc* to November 16, 2006.

2. Defendant's motion to strike therefore is rendered moot.

3. All issues raised in the summary judgment motions are preserved for trial.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge