**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiffs.** | ) | **No. 05-956 T** |
| **ROBERT B. DEINER and MICHELLE S. DEINER,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiff.** | ) | **No. 05-971 T** |
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.**<br><br>**Plaintiff**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant** | ) | **No. 06-285 T**<br><br>**(Christine O. C. Miller)** |

**JOINT CERTIFICATION**
**OF MEETING OF COUNSEL**

The parties, pursuant to RCFC Appendix A, ¶ 13 (d), submit this joint certification. Counsel for the parties met on February 12, 2007, and exchanged the materials and discussed the issues required by RCFC Appendix A, ¶ 13. The parties intend to continue to work on a joint stipulation of facts and preparation of a set of joint exhibits for submission to the Court pursuant to RCFC Appendix A, ¶¶ 17 and 18.

Respectfully submitted,

*s/ John W. Porter*
John W. Porter
Baker Botts LLP
3000 One Shell Plaza
910 Louisiana
Houston TX 77002

Attorney for plaintiffs David and Malia Litman and Robert and Michelle Diener

*s/ Kim Marie K Boylan*
Kim Marie K. Boylan
Latham & Watkins LLP
555 Eleventh Street, N.W. Suite 1000
Washington D.C. 20004

Attorney for plaintiff Hotels.com

*s/ Cory A. Johnson*
Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Eileen J. O'Connor
Assistant Attorney General
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

*s/ Steven I. Frahm*
Of Counsel

Attorney for The United States

Dated: February 14, 2007