IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAVID S. LITMAN and<br>MALIA A. LITMAN,<br><br>Plaintiffs-Counterdefendants<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant-Counterplaintiff. | ) | No. 05-956 T |
| ROBERT B. DIENER and<br>MICHELLE S. DIENER,<br><br>Plaintiffs-Counterdefendants<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant-Counterplaintiff. | ) | No. 05-971 T |
| HOTELS.COM, INC. AND SUBSIDIARIES<br>(f/k/a HOTEL RESERVATIONS NETWORK,<br>INC.),<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant | ) | No. 06-285 T<br><br>Judge Christine O. C. Miller |

**PLAINTIFFS' JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE EXHIBIT OBJECTIONS UNDER RCFC APPENDIX A ¶14(A)(3)**

Plaintiffs Hotels.com and Subsidiaries ("Hotels.com"), David S. and Malia A. Litman ("Litmans"), and Robert B. and Michelle S. Diener ("Dieners"), together respectfully request, for

the reasons set forth below, that the Court's November 16, 2006 Order ("Scheduling Order") be modified to allow all plaintiffs an additional 35 days to file objections to exhibit lists disclosed under RCFC Appendix A ¶13(a) ("13(a) Disclosures"). Counsel for the United States does not oppose this motion to the extent it relates to the plaintiffs' objections to each others exhibit lists but does object to the extent it relates to plaintiffs' objections to the government's exhibit list.

The Scheduling Order currently requires plaintiffs to object to all 13(a) Disclosures by February 26, 2007, but allows defendant an additional 35 days, until April 2, 2007, to make such objections. Consistent with the Scheduling Order and RCFC Appendix A ¶13, counsel for the parties exchanged witness and trial exhibit lists on February 12, 2007. Hotels.com identified approximately 1,400 exhibits,[1] the Litmans and Dieners identified 133 exhibits, and the United States identified 74 exhibits. The parties have agreed to stipulate to joint exhibits, and adopted other conventions for reducing the number of exhibits. As of February 18, 2007, Hotels.com has reduced the number of its identified exhibits to 588. Given the parties' expressed desire to enter into meaningful stipulation discussions and to the extent various deposition transcripts are entered into the record as substantive testimony, it is expected that the number of potential trial exhibits will be reduced even further.

To conserve both judicial and party resources and to take into account the unique nature of this consolidated case,[2] all plaintiffs respectfully request an enlargement of time of 35 days (or any other reasonable duration that the Court deems appropriate) within which to file any objections to

[1] Hotels.com believes this large number is in part due to the unique procedural nature of this case, where three separately-filed cases were consolidated into a single action. Moreover, as discussed at the meeting of counsel, many documents had been produced by several different entities and Hotels.com's list of exhibits included all of the various versions pending discussion with counsel as to determining a protocol as to which version to use.

[2] While the RCFC contemplate such consolidations (*see* RCFC 42), the RCFC do not contemplate adverse plaintiffs and other special circumstances resulting from such consolidations.

all 13(a) Disclosures. This would allow the parties time to stipulate to facts as well as joint exhibits and further reduce the number of identified exhibits before filing objections, and would provide a more reasonable amount of time for all plaintiffs to evaluate exhibit lists before filing any objections.

Respectfully submitted,

s/ Kim Marie K. Boylan
Kim Marie K. Boylan
Attorney of Record
Latham & Watkins LLP
555 Eleventh Street, N.W. Suite 1000
Washington D.C. 20004
Phone: (202) 637-2235
Fax: (202) 637-2201

Attorney for Hotels.com and Subsidiaries

s/ John W. Porter
John W. Porter
Baker Botts LLP
3000 One Shell Plaza
910 Louisiana
Houston TX 77002
Phone: (713) 229-1597
Fax: (713) 229-2797

Attorney for plaintiffs David and Malia Litman and Robert and Michelle Diener