**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN And MALIA A. LITMAN,**<br>**Plaintiffs-Counterdefendants,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant-Counterplaintiff** | ) | **No. 05-956T** |
| **ROBERT B. DIENER And MICHELLE S. DIENER,**<br>**Plaintiffs-Counterdefendants,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant-Counterplaintiff** | ) | **No. 05-971T** |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.)**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant** | ) | **No. 06-285T**<br>**(Judge Christine O.C. Miller)** |

**PLAINTIFF HOTELS.COM'S DEPOSITION DESIGNATIONS**

**<u>David J. Bohlmann</u>**

**Deposition Testimony (July 24, 2006)**

4:10 through 4:25
7:4 through 7:16
8:20 through 15:18
16:19 through 19:11
21:9 through 24:23
25:3 through 27:25
28:12 through 30:12
34:2 through 37:4
38:23 through 40:4
42:4 through 50:4

52:6 through 82:25
85:6 through 86:21
89:19 through 91:11
92:23 through 97:18
103:6 through 105:3
106: 9 through 109:25
115:4 through 115:16

**Eric DeGraw**

**Deposition Testimony (June 13, 2006)**

9:10 through 9:17
10:13 through 14:20
15:7 through 16:9
18:9 through 25:1
26:15 through 40:19
41:6 through 45:8
46:22 through 48:12
51:10 through 53:22
58:7 through 63:14
63:21 through 64:12
66:18 through 69:4
72:9 through 74:5
77:21 through 81:7
98:19 through 99:7
100:18 through 102:4
105:14 through 110:8
114:13 through 114:18
115:18 through 115:21

**James Lucien Horan**

**Deposition Testimony (July 24, 2006)**

4:10 through 6:18
12:9 through 13:11
14:1 through 20:23
21:19 through 21:23
22:4 through 35:16
38:5 through 51:6
52: 16 through 60:1
66:23 through 73:6
73:18 through 74:10
75:11 through 76:25
84:2 through 86:11

88:25 through 90:14
91:3 through 95:20

**<u>Christine Zeikel</u>**

**Deposition Testimony (July 26, 2006)**

6:6 through 6:11
7:17 through 17:23
19:2 through 21:17
22:20 through 24:14
26:7 through 29:23
32:19 through 34:13
37:24 through 39:9
41:3 through 45:22
49:7 through 50:2
53:6 through 54:12
56:17 through 56:25
62:2 through 63:11
70:11 through 71:3