Zeikel

A. Yes.

Q. That is where you state, "The value of the put represents the cost of insuring that the shares can be sold at the end of the option period at today's market price."

Do you see that?

A. Yes.

Q. Is -- the cost of the put is basically the cost of an insurance policy that you can sell the stock for today's market price at some defined point in the future, is that right?

A. That's correct. It is a proxy.

Q. Under this method you calculate the cost of that put?

A. Yes.

Q. And subtract that from the market price?

A. Yes.

Q. And the result of that is the value of the restricted share in terms of dollars?

A. Correct.

Zeikel

Q. Would you agree that the portfolio of an unrestricted stock -- strike that. Back up.

Would you agree that the portfolio of a restricted share of stock, restricted for one year, plus a put option that would allow you to sell the stock in one year for the current market price is more valuable than a share of the unrestricted stock?

A. I don't understand the question. Technically it should be the same.

Q. Would you rather have -- if I were to offer you today a share of unrestricted stock at whatever today's market price is, or a share of restricted stock, that same stock, that is restricted for a year plus a put option for which you don't have to pay that would allow you to sell that stock or, I mean, a put option that expired in a year and allowed you to sell the stock at today's price in one year's time?

MR. PORTER: Objection, vague.

Zeikel

THE WITNESS: It should be the same.

BY MR. PORTER:

Q. You would be indifferent between the two?

A. Yes.

Q. Do you recall that -- do you recall Mr. DeGraw or anybody else telling you that 16.50 was not the IPO price?

A. No.

Q. Ms. Zeikel, I have handed to you what we previously marked as Exhibit 23.

Do you recognize that?

A. Yes.

Q. What is it?

A. This is a memo from Fred Kautz who is a senior manager in our practice who in response to, I guess, a memo from the IRS looked at the specifics of the issues here.

Q. You said Mr. Kautz was a senior manager in your practice.

What practice area?

A. Valuation within Financial

Zeikel

Advisory Services.

Q. Was he working with you at this time, the time is March 2005, on this matter?

A. He -- his expertise is option pricing and he was asked to look at the information.

Q. Are you the one who asked him?

A. Yes.

Q. Is that because he is an expert in option pricing, to use your description?

A. As well as his availability to work on this.

Q. What is his background, do you know, his education and professional background?

A. I would be speculating.

Q. How long has he been with the valuations group at Deloitte & Touche?

A. Again, I am guessing. At least three years.

Q. Is he still with Deloitte?

A. Yes, he is.

Q. In the first sentence of the

Zeikel

second paragraph he says that, "The assumed volatility magnitude in this case is central to the determination of an appropriate discount required to estimate the fair market value of the restricted stock."

Do you agree that the volatility assumptions used are central to determining the fair market value using the option analysis?

A. I believe he is responding to the IRS memo which I believe -- the one difference that the IRS memo indicated was the volatility as compared to the Deloitte volatility, the Deloitte-used volatility or assumed volatility.

Q. Do you recall whether -- that the IRS memo or the IRS used 100 percent volatility?

A. I believe so, yes.

Q. Was it yours and Mr. Kautz's conclusion that that assumed volatility was too high?

A. I believe that is what Fred is

Zeikel

indicating that the actual volatility of the HRN stock is trending downward post IPO, information that was available after the valuation date.

Q. Is it your understanding that the -- generally volatility decreases as you move along in time after an IPO?

A. Yes.

Q. So the time period immediately after an IPO volatility is greater than it would be a year or two down the road assuming the stock is still being traded?

A. I would have to do more research but I would assume that would be the case.

Q. In light of that would you agree that it is inappropriate to use a 100 percent volatility assumption in the Black-Scholes calculation for all four years that the restricted stock might be or is restricted?

MR. PORTER: Objection. Leading.

THE WITNESS: I would think that it would be too high unless the industry overall is experiencing high

volatility.

BY MR. JOHNSON:

Q. Do you know in your report whether the volatility you assumed in the Black-Scholes calculation was the same for year one, two, three and four or did you assume different volatilities for different years?

A. I don't recall.

Q. What do you think would be the appropriate thing to do for -- in this instance where the stock is restricted for one to four years should the volatility assumptions for those different years be different or should they just be assumed to be the same in your opinion?

A. There are probably different schools of thought. It really depends on the industry and the company.

One would think that the stock would be less volatile, however, another school of thought would be that this industry could experience similar volatility throughout the period.

Zeikel

Q. Do you have an opinion as to what would be appropriate in this case?

A. No, I don't.

Q. Are you aware of any criticisms in the valuation literature, finance literature, of the use of the put option analysis to value restricted stock?

A. I am not.

MR. JOHNSON: That is all I have. Thank you.

THE WITNESS: You are welcome.

BY MS. LARSON:

Q. Ms. Zeikel, I have a few questions.

Kari Larson representing Hotels dot com.

Earlier in response to a question from Mr. Porter you mentioned that you had met with me a couple of weeks ago.

When you met with me were you aware of today's deposition date?

A. No. I was not.

Q. Do you recall any of the circumstances surrounding our meeting, the

Zeikel

time period?

A. Do you mean the actual date that we met?

Q. Correct.

A. I can look it up in my calendar.

Q. Do you have your calendar with you today?

A. I have my Blackberry which would take me a while to go back.

Q. How much time did you spend in connection with the preparation of the report that was marked Exhibit 84 in this case?

A. I will estimate probably five to ten hours.

Q. Do you know how much time Kevin Fitzgibbon spent in connection with the preparation of your report?

A. Given the fee, I would estimate probably 50 to 70 hours.

Q. How would you characterize the magnitude of this project, this valuation project, compared to other valuations you have performed?

Zeikel

A. This is a very small project for our practice, for myself.

MS. LARSON: I am going to pass the witness.

BY MR. PORTER:

Q. The fact that this was a small project for your practice doesn't mean you would have skimped on the professional standards that you applied in preparing the analysis, does it?

A. We would not skimp on the professional standards.

Q. Even though it was a relatively small project you would use the same high quality professional appraisal standards that you employ in any project, correct?

A. That's correct.

Q. You would strive to ensure that your analysis and conclusions were accurate and consistent with standard valuation practice?

A. That's correct.

Q. Let me ask you, if you could turn to page 8 of Exhibit 84, Mr. Johnson asked

Zeikel

you about the discussion under Revenue Ruling 77-287, the third bullet point which was the buyer's right to receive continuous disclosure of information about the issuer from the seller.

That was something that you said could impact the size of the lack of marketability discount; is that correct?

A. That's correct.

Q. In the context of your analysis and Revenue Ruling 77-287 would, in your view, regular filings by the company with the Securities and Exchange Commission, the 10-Ks and the 10-Qs, be the type of information that you are referring to with respect to continuous disclosure of information about the issuer?

A. That would be one of the pieces of information.

Q. What other types of information would you be contemplating?

A. Just general information about the business, the forecast, the outlook, the current financial status.

Zeikel

Q. That is the type of information one would anticipate seeing in a publicly traded corporation, public filings with the SEC, isn't it?

A. That's correct.

Q. A buyer of shares who had information that was not available to the public, material information not available to the public, is it your understanding that buyer would be prohibited from using that information to trade the shares?

A. I am not sure if I understand the question.

Q. Sure.

We have talked about public information that is available through regular filings of the company with the SEC.

If a holder of the shares had access to material non-public information about the company is it your understanding that the holder of those shares would be prohibited from trading the shares based upon that information?

Zeikel

A. Generally speaking, yes. I don't think you can trade on private information.

Q. That would violate the federal securities laws?

A. Exactly.

Q. Would you turn with me to page 24?

Mr. Johnson was asking you about the language regarding volatility and -- in the context of the fact that HRN had just -- was in the process of going through an IPO at the time these shares were issued.

A. Yes.

Q. You say in the last full paragraph at the bottom of page 84, "We have determined the volatility of HRN shares based upon the daily and weekly changes in comparable share prices between 12 and 36 months prior to the IPO date."

I think as we discussed before you basically looked at companies comparable to HRN, correct?

A. That's correct.

Zeikel

Q. Had any of those comparable companies just engaged in an IPO when you determined the volatility associated with those shares?

A. I don't remember.

Q. You also said in response to one of my Johnson's questions, he asked you what in your opinion was the most important factor in the Black-Scholes analysis and I think you said time to expiration.

Is that time to -- the time before which the restrictions on your ability to transfer the shares would expire?

A. In the context of a Black-Scholes model the terminology is generally time to expiration and there are a number of factors which are laid out on page 24 which is that the risk free rate, the volatility, the time to expiration, so all those factors work together to drive the price of the --

Q. Certainly. What I am asking for is in the context of the language "time to

Zeikel

expiration," does that mean the time to which the restrictions on a holder's ability to freely trade the shares expires?

A. Exactly.

Q. In this case it would be the expiration of the -- both the contractual and the Rule 144 holding periods?

A. Right.

Q. In the context of the Black-Scholes analysis would you state whether you agree or disagree with this equation, and that is the restricted stock value equals the value of the stock without the restrictions less the cost of the put determined under the Black-Scholes method?

A. Please restate that.

Q. Sure.

Would you agree or disagree this equation accurately reflects how you determine the value of shares under the Black-Scholes method and that is, the value of the restricted shares is equal to the value of the stock without restrictions less the cost of the put option as

Zeikel

determined under the Black-Scholes method?

A. That's correct. It is a proxy.

Q. You say it is a proxy?

A. Right.

Q. The cost of the put option determined under the Black-Scholes method is a proxy for determining the appropriate lack of marketability discount?

A. Exactly.

MR. PORTER: Thank you.

No further questions.

MR. JOHNSON: I have one question, or a couple of questions maybe.

BY MR. JOHNSON:

Q. Exhibit 23, I forgot to ask you something about that.

That is the -- Mr. Kautz's memo.

A. Okay.

Q. Do you know on the first page again, the numbered paragraphs, paragraph numbered 1, it says in that paragraph or sentence he says, "The HRN historical annualized volatility computed from the

Zeikel

weekly stock price history for the year following 2/25/2000 is 79 percent."

Do you see that?

A. Yes.

Q. Is that his -- Mr. Kautz's calculation of the volatility for the year following HRN's IPO?

A. That is my understanding.

Q. You asked him to do that as an option pricing expert?

A. He probably suggested to look at some of these variables.

Q. That 79 percent is pretty much right in the middle of your volatility estimate for your report for between 70 and 90 percent?

A. That's correct.

MR. JOHNSON: Thank you.

MS. LARSON: I have no further questions.

BY MR. PORTER:

Q. Staying on Exhibit 23, bullet points 1 and 2 both examine the HRN historical volatility.

Zeikel

That -- both bullet points refer to information that is post valuation date, don't they?

A. Right.

Q. Would a hypothetical willing buyer and willing seller be aware of what HRN's subsequent volatility would be as of the valuation date?

A. No, they would not.

Q. In preparing your Black-Scholes option pricing analysis you didn't rely on HRN's historical volatility in determining the appropriate volatility to apply, did you?

A. The information in this memo you mean?

Q. You didn't rely on HRN's volatility in determining the appropriate volatility to apply when you did your Black-Scholes analysis in Exhibit 84, your report?

A. In our report we are estimating future volatility for HRN by looking at the comparable companies' historical

HOTELS.COM DEPOSITION DESIGNATION
EXHIBIT 2



Zeikel

volatility.

Q. Not HRN's subsequent volatility?

A. No.

Q. Did you look at HRN's subsequent volatility in preparing Exhibit 84 -- Exhibit 84 is your report -- in preparing your report?

A. That information would not be available as of the valuation date.

MR. PORTER: Thank you.

All done. Thank you very much.

(Time noted: 11:40 a.m.)

__________________________

CHRISTINE ZEIKEL

Subscribed and sworn to
before me this day
of 2006.

______________________________

Zeikel

CERTIFICATE

STATE OF NEW YORK )
: Ss
COUNTY OF NEW YORK)

I, Steven Neil Cohen, a Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify: That CHRISTINE ZEIKEL, the witness whose deposition is herein before set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

I further certify that neither. the deponent nor a party requested a review of the transcript pursuant to Federal Rule of Civil Procedure 30(e) before the deposition was completed.

In witness whereof, I have hereunto set my hand this 7th day of August 2006.

STEVEN NEIL COHEN, RPR

Zeikel

INDEX OF EXAMINATION

CHRISTINE ZEIKEL

By Mr. Porter........................6
71
78
By Mr. Johnson.....................51
77
By Ms. Larson......................69

**A**
**ability** 25:16 39:20 40:18 75:14 76:4
**able** 28:4
**accepted** 30:12
**access** 73:21
**accountant** 8:2
**accounting** 13:4 53:4
**accurate** 44:4 71:20
**accurately** 76:20
**action** 81:14
**actual** 67:2 70:3
**additional** 32:18
**address** 6:9
**administer** 5:8
**Advisory** 7:23 8:4 8:7,8,23 10:13,19 21:24 64:2
**affect** 60:4
**affiliated** 15:17 16:10
**affiliation** 16:23
**affiliations** 15:10 18:5
**ago** 10:24 50:7,8 69:20
**agree** 34:14 37:2 46:24 62:2,5 65:8 66:4,5 67:16 76:12,19
**AGREED** 5:3
**agreement** 32:16
**AIMR** 15:4 17:7
**akin** 7:24
**allow** 18:16 28:18 62:8,20
**allowed** 62:22
**amended** 32:15 53:8
**American** 30:13,15 30:25 31:2,10
**analysis** 14:4,8 18:15,22 19:22 24:2,8,10,12,16 24:23 25:6 28:6 35:9 40:22 42:7 42:13 44:7 48:4 48:20,21 49:4,23 56:4,6,13 65:11 69:8 71:11,20 72:11 75:10 76:11 79:12,21
**analyst** 13:22 14:2 14:14,19,24 15:7 15:15,19 16:7,16 30:23
**Analysts** 16:11,24 17:11,14
**Angeles** 21:22
**anniversary** 33:10 33:12,13,14 38:3
**annual** 13:15
**annualized** 46:2 77:25
**annually** 13:13
**answer** 47:14,23
**answered** 28:6
**answers** 6:24
**anticipate** 73:3
**anticipated** 47:9
**anybody** 52:22 63:9
**APPEARANCES** 3:2
**appears** 19:7 21:15
**applicable** 19:21
**applied** 29:7,13 32:9 38:22 41:15 41:19,24 42:4 71:10
**apply** 53:5 56:19 79:14,20
**appraisal** 19:20 25:18 31:7,8,9,13 31:18 71:16
**appraiser** 46:20
**appraisers** 25:22 30:14,16,25 31:3 31:11
**appropriate** 19:20 24:24 25:7 26:6 30:3,5 32:8 35:5 37:13 44:8 49:19 65:5 68:12 69:3 77:8 79:14,19
**approximately** 12:18 13:16,19 15:8 17:12
**area** 8:12 13:18 63:24
**ASA** 31:4,20,24
**asked** 18:10 52:4 64:7,9 71:25 75:8 78:10
**asking** 6:20,21 74:9 75:24
**asset** 32:15
**assets** 9:16
**assignment** 22:7 23:19
**assist** 13:6 35:4
**assistance** 31:23
**associated** 9:15 14:17,21 25:16 36:7,14 37:21 40:6,11 41:9 47:9 75:4
**association** 15:4,11 15:18 16:2 17:2
**assume** 38:9 67:15 68:8
**assumed** 65:2,17 65:23 68:5,16
**assuming** 15:24 66:25 67:13
**assumption** 67:18
**assumptions** 65:9 68:15
**attached** 12:13 18:3 29:22
**attaining** 16:4
**attempting** 38:7
**Attorneys** 3:7,15 3:22 4:6
**August** 81:23
**authorized** 5:8
**availability** 64:13
**available** 67:4 73:8 73:9,17 80:10
**aware** 21:8 22:10 53:9 69:5,22 79:7
**A&M** 10:23
**a.m** 2:3 80:13

**B**
**B** 1:10
**back** 8:25 19:12,17 29:15 38:18 47:17 62:4 70:10
**background** 64:15 64:17 66:6
**Bad** 44:14
**Baker** 2:7 3:3
**balance** 9:16
**base** 56:18
**based** 26:21 35:9 46:5 48:4,21 49:4 55:21 56:14 66:5 73:24 74:19
**basically** 25:13 47:19 50:10 61:11 74:23
**basis** 13:15
**Bates** 29:18
**begins** 42:13
**behalf** 19:10
**believe** 7:10 17:19 20:22 21:21 22:3 22:15 32:21 37:23 40:13,24 51:13 58:8 65:12,13,21 65:25
**belong** 30:19
**Ben** 3:13
**best** 46:17
**bidding** 22:11
**Blackberry** 70:9
**Black-Scholes** 24:15,23 25:6,10 25:20,25 42:10,14 42:15,17,25 43:10 43:20 56:3 67:19 68:6 75:10,16 76:11,16,22 77:2 77:7 79:11,21
**block** 28:16 29:3,4
**blocks** 28:16
**blood** 81:15
**Bohlmann** 54:20
**booklet** 6:25
**bottom** 21:15 27:22 27:22 35:16 48:3 59:20 66:14 74:17
**Botts** 2:7 3:3
**Box** 3:12
**break** 7:14
**bullet** 59:21 72:3 78:23 79:2
**business** 6:8 9:14 9:18 11:8,16 12:21,25 13:7,11 13:14,18 14:7 57:19,22,23 59:7 72:24
**buy** 25:14
**buyer** 60:14 73:7 73:11 79:7
**buyer's** 59:24 72:4
**BVS** 54:18

**C**
**calculate** 61:16
**calculated** 43:20
**calculation** 67:19 68:6 78:7
**calendar** 70:6,7
**call** 42:19
**called** 6:3
**capacities** 16:21
**capacity** 12:2
**capture** 25:7
**captures** 24:23
**carbon** 21:18 27:25

**career** 12:7 34:5
**carries** 48:3,8
**case** 12:14 17:18 19:3 46:12 50:14 50:20 53:14,19 65:3 66:19 67:15 69:3 70:14 76:6
**cases** 6:15 51:8
**cash** 37:17,20
**central** 65:4,9
**certain** 13:12 14:25 18:11 19:21,24 20:5,10 32:9,17
**Certainly** 75:24
**CERTIFICATE** 81:2
**certified** 8:2
**certify** 81:8,13,17
**CFA** 15:22
**CFAs** 16:14
**chance** 54:14
**changes** 46:2,5 74:20
**characteristics** 41:7
**characterize** 57:21 59:14 70:22
**chartered** 13:21 14:2,13,18,23 15:7,14,18 16:6 16:24 17:10 30:23
**chemical** 12:3,4
**Christine** 1:17 2:5 4:6 6:2,7 80:15 81:8 82:4
**circumstances** 69:25
**cite** 35:18 39:12 58:23
**cited** 39:3
**citing** 60:3
**Civil** 81:20
**CLAIMS** 1:2
**class** 15:23
**classes** 13:5,13
**clear** 7:10
**client** 24:4 32:3
**code** 31:10
**Cohen** 1:24 2:9 81:5,24
**com** 50:5,15,18 69:17
**come** 10:18
**coming** 25:13
**Commission** 72:14
**common** 19:24
**commonly** 25:22 31:14 42:17
**communicate** 22:5
**communicated** 20:25
**Communications** 58:24
**companies** 30:21 46:14,16 53:24 54:12 74:23 75:3 79:25
**company** 22:9 36:21 37:11 38:21 39:24 42:22 43:3 43:11,15 59:3 68:20 72:13 73:18 73:22
**company's** 39:19
**comparable** 46:6 46:13,13,16 74:20 74:24 75:2 79:25
**compared** 65:15 70:24
**comparison** 39:6
**complete** 28:6
**completed** 29:7 81:21
**compliance** 22:13
**computed** 77:25
**concerned** 37:16
**conclude** 41:3,13 41:22 42:3
**concluded** 55:22 57:2
**conclusion** 29:25 30:2 48:21 65:23
**conclusions** 49:14 49:23 71:20
**conducted** 30:11
**conformity** 31:6
**connection** 12:19 12:23 19:14 23:18 31:17 50:13 52:24 54:13 58:6 70:12 70:18
**consensus** 22:22
**consider** 40:8
**consideration** 32:18 40:17
**consist** 8:5 9:8
**consisted** 9:3
**consistent** 66:19 71:21
**consolidated** 51:8
**consultant** 11:5,6
**consulting** 8:14
**consulting-type** 9:19
**contact** 21:4
**contacted** 50:12
**contemplating** 72:22
**context** 40:22 72:11 74:11 75:16,25 76:10
**continuing** 14:16 16:14
**continuous** 59:24 60:15 72:4,17
**contractual** 76:7
**control** 9:17
**controlling** 21:9
**conversation** 26:25 27:14
**convey** 27:9 38:7
**conveyed** 27:10
**conveying** 38:10
**copied** 27:25
**copy** 18:2 21:18
**corporate** 8:12 13:4
**corporation** 73:4
**correct** 8:3 11:2,18 21:16,17 23:11,12 27:25 30:6,8,9 33:8,18,19 35:3 41:10,11,16,20,21 41:25 42:5,6,11 42:12,24 46:9,10 46:15 48:6,7,13 48:14 49:6 52:18 55:23 58:21 60:5 60:6,18 61:15,25 66:9,12 70:5 71:17,18,23 72:9 72:10 73:6 74:24 74:25 77:3 78:18
**Cory** 3:16 51:5
**cost** 43:22 61:4,10 61:11,17 76:15,25 77:6
**costs** 60:20
**counsel** 5:4
**counterpart** 10:6
**COUNTY** 81:4
**couple** 50:6,8 69:20 77:14
**course** 14:22
**courses** 12:25 13:3
**court** 1:2 6:10,21 7:5 24:2 52:6 55:6
**cover** 34:21
**CP** 13:13
**CPE** 13:17 14:21
**criticisms** 69:5
**current** 44:2 62:9 72:25
**currently** 7:18 9:8
**curriculum** 12:13 18:2

**D**

**D** 36:5
**daily** 46:5 74:19
**date** 19:25 20:11,14 20:15,19 32:14 40:20 41:2 45:12 45:12,16 46:7,8 48:17 52:7 67:5 69:22 70:3 74:21 79:3,9 80:10
**dated** 19:4 52:11
**David** 1:4 54:20
**day** 23:9 80:17 81:23
**DC** 3:14
**deals** 41:4
**dealt** 54:11
**decreases** 67:7
**Defendant** 1:8,15
**Defendants** 2:6 3:15
**defined** 61:13
**DeGraw** 18:10,20 20:7 21:5,16 22:18,20 23:5 26:12 27:15,24 28:4 29:5 32:19 49:8,13,17,21 52:3,21 55:15,16 55:18 63:9
**DeGraw's** 23:10
**degree** 12:4,20,24
**Deloitte** 4:2 7:19 8:5,8,17,20 10:13 10:17 11:3,15 12:10 19:7,10 22:11 29:24 64:20 64:23 65:15
**Deloitte-used** 65:16
**Department** 3:11 51:6
**depending** 48:18
**depends** 68:19
**deponent** 81:18
**deposed** 6:12
**deposition** 2:5 5:6 5:7 50:4 69:22

81:9,11,21
**describe** 13:24
**described** 11:17 25:21
**description** 57:8 64:12
**designated** 16:22
**designation** 14:18 14:24 15:15 17:6
**designations** 13:21 18:5
**determinable** 44:21
**determination** 65:4
**determine** 14:12 18:16 20:8 25:11 25:22 32:7 42:18 44:8 46:11,21 76:21
**determined** 20:19 28:15 41:18 46:4 48:23,24 56:20 74:18 75:4 76:16 77:2,7
**determining** 35:5 65:9 77:8 79:13 79:19
**developed** 59:12
**deviate** 27:4
**deviation** 45:25
**DIENER** 1:11
**difference** 65:14
**different** 10:21 16:17,17 68:8,8 68:15,16,18
**disagree** 55:21 76:12,19
**disclosed** 60:10
**disclosure** 59:25 60:15 72:5,17
**discount** 9:17 11:9 19:21 24:5,14,24 25:8,11,15,23 26:9,13 27:3,17 28:23 30:2,4,8 35:6 36:6,13,24 37:5 39:18,22 40:3,9 41:14,19 41:24 42:4 43:21 44:3,9 47:3 48:12 49:4 55:20,22 56:19 60:4,8,13 60:17 65:5 72:9 77:9
**discounts** 26:5 28:15 29:2,6,12 32:9 35:10 41:8 42:16 48:16 49:19
**discuss** 50:9
**discussed** 42:9 74:22
**discussing** 56:22
**discussion** 35:25 52:7 72:2
**discussions** 29:11 49:12 56:17
**dispute** 8:14
**dissatisfaction** 49:22
**dividend** 39:16
**dividends** 39:21 40:2,6,9,10
**document** 17:22 29:19
**doing** 10:21 11:20 19:15 21:7
**dollars** 61:24
**dot** 50:5,14,18 69:17
**downward** 66:20 67:3
**drive** 75:22
**duly** 6:4 81:10
**D.C** 3:21 4:5

**E**

**earlier** 39:3 42:10 51:13,17 60:25 69:18
**easily** 44:21
**education** 14:16 16:15 64:16
**either** 20:23 49:22
**Eleventh** 3:19
**employ** 71:17
**employed** 7:18,19
**engaged** 75:3
**engagement** 19:13 51:14 52:14 53:2
**engineer** 12:3
**engineering** 12:5
**ensure** 71:19
**entails** 13:25
**equal** 40:3 45:11 46:25 76:23
**equals** 76:14
**equation** 56:6 76:13,20
**equity** 9:16,21 11:8
**Eric** 4:7 18:10 22:9
**ESQ** 3:8,16,23 4:7
**Essentially** 43:19
**establish** 19:20
**estimate** 19:23 25:11 26:5 29:6 65:5 70:15,20 78:16
**estimates** 29:9
**estimating** 79:23
**ethics** 31:10
**exact** 27:13
**Exactly** 54:9 74:6 76:5 77:10
**exam** 15:23 16:5
**EXAMINATION** 82:2
**examine** 78:24
**examined** 39:2 66:16
**example** 14:11
**exams** 14:4
**exchange** 32:16 72:14
**exercise** 45:10 48:19
**Exhibit** 17:18 19:3 21:13 27:19 29:15 34:12 49:7 51:12 54:25 57:5 63:13 70:13 71:25 77:17 78:23 79:21 80:6 80:7
**expect** 38:18
**expected** 36:19,22 38:20 39:16 40:5 40:12 46:21,25 58:5
**expects** 39:25
**experience** 26:22 53:12 68:24
**experiencing** 67:25
**expert** 50:14,19 64:11 78:11
**expertise** 64:6
**expiration** 56:15 75:11,18,21 76:2 76:7
**expire** 75:15
**expired** 37:22 62:22
**expires** 76:4
**explain** 18:20 34:19 57:16 60:7
**exploit** 12:11
**expressed** 43:25
**expressing** 49:18 49:22
**e-mail** 21:14 22:20 23:10,21 26:7 27:21 28:25 29:13 55:2,9
**e-mails** 27:20

**F**

**fact** 33:6 37:6 40:24 44:12 55:19 71:7 74:11
**factor** 36:5,12 40:7 56:5,11 60:3 75:10
**factors** 35:25 36:19 39:17,21 41:4 48:5 60:12 75:19 75:22
**fair** 11:14 18:16,23 19:23 20:8 26:3 29:24 35:9 39:23 42:18 48:23 52:16 58:18 65:6,10
**fairly** 16:7
**familiar** 59:6
**fashion** 9:22
**February** 20:15 32:14,20
**federal** 1:2 32:8 51:20 74:4 81:19
**fee** 70:20
**feedback** 22:24
**feeling** 55:10 56:7
**fees** 23:2
**field** 13:8
**file** 53:7
**files** 52:6
**filing** 5:5
**filings** 72:13 73:4 73:18
**final** 29:10
**finance** 8:12 12:15 12:20,24 13:3,4,5 14:8 69:6
**finance-type** 14:6
**financial** 7:22 8:4,7 8:8,16,20,22 10:13,18 13:22 14:2,4,14,18,23 15:7,15,19 16:7 16:24 17:10 21:24 30:23 58:9,10 63:25 72:25
**firm** 7:25
**first** 19:12,17 21:15 24:7 27:21,21 33:10 40:16 43:5 60:24 64:25 77:21
**Fitzgibbon** 23:13 23:14 27:24 28:3

28:8 70:18
**Fitzsimmons** 23:10
**five** 8:18 9:2 70:15
**focus** 8:12
**focused** 13:14 14:4 16:14,17
**follow** 30:24 31:3 31:16,20,24
**following** 66:22 78:3,8
**follows** 6:4
**follow-up** 51:9
**forecast** 58:10 72:24
**forecasted** 58:6
**foregoing** 32:17
**forensic** 8:14
**forever** 54:4
**forgot** 77:17
**form** 5:10 6:25 9:22 25:3 34:17 35:14 51:21,24 52:20,24
**forth** 81:10
**forum** 16:15
**forwarded** 23:9
**Foundation** 31:8
**four** 33:17 38:10 40:20,25 42:2 54:4 59:21 67:19 68:7,14
**fourth** 19:6 33:14 36:4 38:3
**four-year** 23:23 28:19,21 33:7 38:22 44:25 48:25 49:2
**Franklin** 3:13
**Fred** 63:17 65:25
**free** 75:20
**freely** 60:9 76:4
**full** 28:21 45:24 74:16
**further** 20:3 77:12 78:20 81:13,17
**future** 61:14 79:24

**G**

**general** 26:22 31:4 33:5 72:23
**generally** 30:12 53:20 57:22 67:7 74:2 75:17
**getting** 12:9
**give** 7:17
**given** 55:15 70:20 81:12
**giving** 7:3
**go** 8:25 14:3 23:25 37:24 41:3 43:18 48:2 70:10
**goes** 26:7 28:14 32:12 45:23
**going** 19:12,17 23:22 29:12 54:8 71:4 74:12
**Goldstein** 21:19,20 22:5
**Goldstein's** 22:17
**good** 10:24 25:10
**gotten** 22:24
**Government** 11:23
**governs** 30:18
**great** 33:23
**greater** 47:9 56:14 67:11
**group** 8:5,16,21,23 10:19 21:24 22:2 22:6 64:20
**growing** 57:22,25
**growth** 57:22 58:5 58:6,14,16 59:13
**guess** 15:20 34:18 63:19
**guessing** 15:25 64:21
**guidance** 30:20
**guidelines** 30:24 31:4

**H**

**hand** 17:17 81:23
**handed** 63:12
**handwriting** 19:9
**happy** 7:11
**heard** 59:3 60:21 60:22
**held** 37:3 40:18 53:24
**helping** 28:7
**hereto** 5:5
**hereunto** 81:22
**Hertzel** 35:21
**high** 26:8 27:16 65:24 67:24,25 71:15
**higher** 28:22 37:5 46:25 47:2,6,7 60:11,13
**Hilton** 6:10
**historical** 58:9,13 66:17,18 77:24 78:25 79:13,25
**history** 78:2
**hold** 37:7
**holder** 73:20,23
**holder's** 76:3
**holding** 36:20,22 37:9 38:20 39:13 47:10,21 60:10 76:8
**Hotel** 17:20 18:12 20:24 21:10 23:24 32:10
**Hotels** 50:5,14,18 69:16
**Hotels.com** 3:22
**hours** 13:16 70:16 70:21
**Houston** 3:6
**HRN** 10:2 18:16,21 18:23 28:10 33:23 35:6 36:2 37:18 40:11,19 45:12,16 46:4,8,18,22 53:6 54:16 57:11,14,19 57:25 58:4,20 59:15 66:18 67:3 74:11,18,24 77:24 78:24 79:24
**HRN's** 38:3 78:8 79:8,13,18 80:3,5
**huge** 24:5
**hypothetical** 45:13 79:6

**I**

**IAC000319** 29:18
**IAC000870** 27:23
**IAC00322** 32:5
**IAC324** 32:23
**illiquid** 37:3,8
**imagine** 26:24 39:6
**immediately** 36:17 66:21 67:10
**impact** 56:9,14 72:8
**impacting** 36:2 39:17,21
**impacts** 36:23
**impaired** 36:7,14
**important** 56:5,11 75:9
**imposed** 33:3,23 34:9,11 38:25
**impression** 55:16 55:17
**inability** 25:17 53:22
**inappropriate** 67:17
**include** 9:20 15:11 16:19 35:20
**including** 9:17
**income** 32:8 51:20
**indefinite** 54:5,6
**indefinitely** 53:25
**independent** 26:21
**indeterminable** 54:6,7
**INDEX** 82:2
**indicate** 35:16
**indicated** 24:4 25:9 26:25 41:5 44:3 65:14
**indicating** 22:25 66:2 67:2
**indication** 25:10 42:16 45:17
**indications** 66:16
**indifferent** 63:5
**industries** 16:17
**industry** 16:16 25:18 57:8,11,14 59:7,11,12,15,16 67:25 68:20,24
**information** 58:5,9 58:11,13,18 59:25 60:9,16 64:8 67:4 72:5,16,18,20,21 72:23 73:2,8,9,12 73:17,21,25 74:3 79:3,16 80:9
**initial** 20:11,14 26:9 27:6
**instance** 68:13
**instances** 53:17 54:10
**Institute** 16:23 17:10
**instruments** 10:9
**insurance** 61:11
**insuring** 43:23 61:5
**intent** 39:20
**interested** 81:16
**interests** 9:21
**inverse** 25:15
**investment** 15:4,11 16:3 17:2 36:20 37:3,4,8,9 38:21
**investment's** 37:12
**investor** 37:7,10,14
**investors** 37:16
**investor's** 37:13
**involved** 11:15 28:7

34:7
**involves** 53:21
**involving** 16:20
**IPO** 20:2,20 33:11 38:3 40:20 41:2 45:12,16,19,22 46:7,8 48:17 56:23 57:3 63:10 66:21,22 67:4,8 67:11 74:13,21 75:3 78:8
**IRS** 63:20 65:13,14 65:19,19
**issued** 20:4,10 29:10 74:14
**issuer** 59:25 72:5 72:18
**issues** 14:6 16:19 63:20
**item** 39:16

J

**Jersey** 6:11
**Job** 1:25
**JOHN** 3:8
**Johnson** 3:16 25:2 34:16 35:13 50:25 51:4,6 68:3 69:10 71:25 74:9 77:13 77:16 78:19 82:8
**Johnson's** 75:8
**judgment** 56:12
**July** 1:19 2:2
**Jupiter** 58:23,23 59:4
**Justice** 3:11 51:7
**justify** 60:17

K

**Kari** 3:23 50:6 69:16
**Kautz** 63:17,22
**Kautz's** 65:22 77:19 78:6
**keep** 22:25
**Kevin** 23:10,15 31:20 39:5 70:17
**key** 39:21 45:7
**knew** 54:22
**know** 7:15 22:16 29:14 35:22 39:14 51:24 52:19 54:24 55:24 60:19 64:16 66:23 68:4 70:17 77:21
**known** 60:11

L

**labeled** 29:18
**lack** 24:24 25:8,23 26:13 30:7 35:5 36:6,13,24 39:22 40:3 41:23 42:3 44:8 47:2 49:3 72:8 77:9
**laid** 75:19
**language** 38:16 45:5 74:10 75:25
**lapse** 54:8
**larger** 60:17
**Larson** 3:23 47:12 69:13,16 71:4 78:20 82:10
**LATHAM** 3:18
**law** 7:6
**laws** 74:5
**lawyers** 6:20 50:5 50:17
**lead** 60:12
**leading** 25:3 35:14 47:12 67:22
**learn** 16:15
**letter** 19:4,14 29:19 29:21 51:14 52:14 53:2
**let's** 8:25 9:6 10:12 10:16 29:15 32:22 34:24 35:23 40:14
**level** 13:13 14:3 16:4
**light** 67:16
**limited** 54:3
**line** 23:22
**lines** 8:10 16:18
**liquidity** 36:7,14 37:14,20
**literature** 69:6,7
**LITMAN** 1:4
**little** 51:18
**LLP** 2:7 3:3,18 4:2 8:9
**long** 8:15,19 15:6 17:9,14 64:19
**longer** 37:2,7,12 38:24 66:20
**look** 10:11 14:11 27:19 40:9 53:3 54:14,25 57:5 64:7 70:6 78:12 80:5
**looked** 34:24,25 51:16 60:24 63:20 74:23
**looking** 14:6 23:2 59:20 79:24
**Los** 21:22
**lot** 34:4
**Louisiana** 3:5
**low** 27:16,16
**lower** 40:9 66:10
**lowest** 26:8

M

**M** 3:23
**magnitude** 65:3 70:23
**maintaining** 14:17
**MALIA** 1:4
**management** 11:24 12:6 14:5 15:5,12 16:3 17:2 39:20
**manager** 23:15 63:18,23
**March** 64:4
**Mark** 21:18,21 22:8
**marked** 17:18 19:3 21:13 63:13 70:13
**market** 18:16,23 19:23 20:8 42:18 61:6,13,19 62:9 62:17 65:6,10
**marketability** 24:13,25 25:8,23 26:14 30:8 35:6 36:2,6,13,24 39:18,22 40:4 41:8,13,19,23 42:4 43:21 44:3,9 47:3 48:12 49:3 53:21 72:9 77:9
**marketable** 37:4,8
**marketplace** 26:24
**marriage** 81:15
**Mary** 28:5
**material** 73:9,21
**math** 10:24
**matter** 64:5 81:16
**matters** 31:18,22
**mature** 59:7,7,11 59:16
**MBA** 12:9,15
**MBA-type** 13:5
**mean** 34:19 38:4 40:21 62:21 70:3 71:8 76:2 79:17
**measure** 45:25
**median** 35:10
**meet** 50:4
**meeting** 69:25
**member** 17:9,15 31:3,24
**members** 31:19
**memo** 63:17,19 65:13,14,19 77:19 79:16
**mentioned** 69:19
**met** 50:6 69:20,21 70:4
**method** 25:21 42:18 46:19 55:24 61:16 76:16,22 77:2,7
**methodologies** 53:5
**methodology** 56:4
**MICHELLE** 1:10
**middle** 51:17,18 78:15
**million** 28:17,20 29:2,4 33:11,16 40:18 48:25
**minute** 34:22,23
**minutes** 51:2
**model** 25:10,25 42:11,15,20,25 43:10 45:7 75:17
**models** 26:2
**moderate** 59:13
**monitoring** 60:20
**months** 46:7 74:21
**move** 9:7 67:8

N

**name** 6:6 51:5
**names** 10:21
**necessarily** 32:2 43:13
**necessary** 18:21 22:4
**need** 7:14 31:20 55:5
**Neil** 1:24 2:9 81:5 81:24
**neither** 81:17
**Network** 18:13 20:24,24 21:9,10 23:24 32:11
**Networks** 18:10 19:14 22:12
**New** 1:18,18 2:8,8 2:11 6:10 12:15 16:11 17:13 81:3 81:4,7
**non-dividend** 46:3
**non-public** 73:21

**normal** 14:22
**Notary** 2:10 81:6
**note** 13:20 16:22
**noted** 80:13
**notice** 2:6 35:18
**number** 17:18 19:3 21:13 26:3 27:11 27:19 29:15 30:18 33:12 35:19 39:17 75:18
**numbered** 66:13 77:22,23
**Numeral** 45:8
**Numerous** 54:12
**N.W** 3:19 4:4

**O**

**oath** 5:9 7:4
**Objection** 25:2 34:16 35:13 47:12 62:25 67:22
**objections** 5:9
**objective** 19:22 26:21
**obtain** 17:6 18:22 37:20
**obtained** 18:6
**obtaining** 12:20,24
**Obviously** 32:6 46:8
**occurred** 20:16
**October** 19:4 22:21 27:23 52:11,15
**offer** 62:15
**offering** 20:11,14
**office** 21:22
**officer** 5:8
**offices** 2:7
**Okay** 7:13,16 10:23 28:13 35:18 51:11 77:20
**Once** 6:18
**onerous** 38:8
**ones** 53:14,19
**one-year** 41:12
**online** 57:10,20 59:14
**opinion** 29:19,21 36:23 46:20 68:17 69:2 75:9
**opportunities** 12:11
**opportunity** 16:2
**option** 24:2,8,10 25:15,20 42:10,14 43:19,24,24 44:6 44:17,19 45:13 47:7 48:10 56:4 61:6 62:7,19,21 64:6,12 65:10 69:7 76:25 77:6 78:11 79:12
**options** 42:19
**oral** 29:11
**organization** 12:10 14:25 15:13 17:15
**oriented** 12:6
**outcome** 81:16
**outlook** 72:24
**overall** 9:18 66:17 67:25
**owners** 37:18
**owns** 39:24

**P**

**P** 4:7
**page** 17:24 19:7,12 19:17 27:22 28:25 29:18 30:10 32:4 32:22,24,24 34:24 35:23,24 36:18 40:14,23 42:13 44:23 48:4,9 51:18 57:7 59:19 60:23 66:14 71:25 74:7,17 75:19 77:21
**paid** 40:12
**paper** 52:6
**paragraph** 32:12 36:4,18 37:25 43:6 44:23 45:24 48:3 60:24 65:2 66:13 74:17 77:22 77:23
**paragraphs** 77:22
**Parsippany** 6:10
**part** 16:2 32:15
**particular** 22:23 23:18 26:15
**parties** 5:5 54:16 81:14
**partner** 7:25
**party** 81:18
**pass** 50:23 71:4
**passing** 16:4
**pay** 25:14 39:20 62:20
**paying** 46:3
**peer** 14:9
**peers** 14:11
**People-wise** 9:9
**percent** 26:10,13 27:2,2,7,11 29:3,4 30:3,4 35:12 41:14,18,23 42:3 48:6,18 49:5 55:11,20 65:19 66:7,11 67:18 78:3,14,17
**percentage** 44:2 48:10
**perform** 11:7
**performed** 70:25
**performing** 11:12
**period** 23:23 28:19 28:22 36:20,22 37:10 38:20 43:24 44:25 45:4 47:10 48:18 54:8 56:8 56:10 61:6 66:16 66:21 67:10 68:25 70:2
**periods** 39:13 45:10 76:8
**person** 60:10
**personal** 14:8
**pieces** 72:19
**placed** 28:9
**Plaintiffs** 1:5,12 3:7 6:3
**Plaza** 2:8 3:4
**please** 6:6 7:10 47:17 76:17
**plus** 62:7,19
**point** 27:5 59:16 61:13 72:3
**points** 59:21 78:24 79:2
**policy** 61:11
**Porter** 3:8 6:5 25:4 34:20 35:17 47:13 47:16,22 50:23 62:25 63:4 67:22 69:19 71:6 77:11 78:22 80:11 82:5
**Porter's** 53:11
**portfolio** 14:5 37:13 62:3,6
**portfolio-type** 14:8
**position** 7:21 11:4
**possible** 26:9 27:17
**post** 66:20 67:3 79:3
**potential** 37:16
**potentially** 50:13
**practice** 7:23 9:2,7 10:20 23:16 24:19 31:8,9,13 63:18 63:23,24 71:3,8 71:22
**practitioners** 30:19
**predictable** 59:12
**preliminary** 29:9
**premium** 11:9
**preparation** 31:17 50:3 70:12,19
**prepare** 18:11 31:23
**prepared** 17:20 18:7 31:6
**preparing** 54:13 58:7 71:10 79:11 80:6,7
**pretty** 9:18 14:6 78:14
**previous** 26:22
**previously** 63:13
**price** 22:23 25:14 43:25 44:2,20,20 45:11,11,15,18,19 45:22 46:2 47:7,7 48:11 56:18,18,23 56:24 57:3 61:7 61:13,20 62:9,17 62:23 63:10 75:22 78:2
**prices** 46:6 66:19 74:20
**pricing** 16:20 42:10 42:15 64:7,12 78:11 79:12
**primarily** 9:14 13:14 16:13
**primary** 36:5,12
**principal** 7:22,24 8:16,18 21:4,21
**principles** 31:9
**prior** 10:16 11:19 28:18 29:9 46:7 74:21
**private** 43:15 54:12 74:3
**privately** 53:24
**probably** 17:16 26:25 27:3 39:5,7 55:17 56:7 68:18 70:15,21 78:12
**Procedure** 81:20
**procedures** 30:21
**process** 15:24 16:7 22:12 74:12
**processes** 30:21
**professional** 2:10 13:21 15:10 18:4

18:5 31:7,13 53:12 56:12 64:16 71:9,13,16 81:6
**professionally** 11:20
**prohibited** 44:17 73:11,24
**project** 11:24 12:5 34:8 52:4 70:23 70:24 71:2,8,15 71:17
**projects** 44:7
**promulgated** 30:13
**proper** 43:10
**proposals** 23:3,6
**provide** 9:11 29:9 49:7 58:4
**provided** 12:10 14:24
**provides** 28:24,25 30:20
**providing** 16:14
**provisions** 28:17
**proxy** 43:21 46:17 48:11 61:15 77:3 77:4,8
**public** 2:10 8:2 20:11,14 44:20 73:4,9,10,16 81:6
**publicly** 9:22 10:5 33:21 34:10 42:22 43:3,12,14 46:9 73:3
**publicly-traded** 37:11
**purchase** 32:16,18
**purchased** 45:14
**purchasing** 44:17
**purpose** 18:15 19:19 32:6 52:22
**purposes** 18:18 24:6 32:8 51:21
**pursuant** 2:6 81:19
**put** 24:2,8,9 42:19 43:19,22,25 44:6 45:13 47:7 48:10 53:2 56:4 61:4,10 61:17 62:7,19,21 69:7 76:15,25 77:6
**P.O** 3:12

**Q**

**qualified** 14:13
**quality** 71:16
**quantify** 24:13
**question** 7:8 23:4 34:2,22 39:9 44:14 47:17,23 57:17 62:12 69:18 73:14 77:14
**questions** 6:21,22 6:23 28:5 51:10 53:11 69:15 75:8 77:12,14 78:21
**quick** 24:2
**quickly** 52:5
**quoted** 58:15

**R**

**range** 23:3 27:3 29:12 35:11 48:17
**ranges** 28:25 41:9
**ranging** 48:5
**rate** 75:20
**reached** 49:25
**read** 47:16,18
**really** 68:19
**reasonable** 46:19
**recall** 18:9 20:23 33:5 49:17,21 52:3,9 53:6,14,17 56:17,22 58:12,25 59:2 63:8,9 65:18 68:10 69:24
**receive** 12:12 32:17 59:24 60:15 72:4
**received** 12:14 32:13,20 38:23
**Recess** 51:3
**recognize** 12:12 17:22 19:13 63:14
**recollection** 28:11 57:13
**record** 47:18 81:11
**records** 10:11
**refer** 79:2
**referred** 31:14 36:19 60:20
**referring** 66:23 72:16
**refers** 40:24
**reflects** 76:20
**regarding** 54:16 58:13 74:10
**Registered** 2:9 81:5
**regular** 39:25 72:13 73:18
**relate** 39:12
**related** 81:13
**relationship** 22:9 22:17
**relatively** 71:14
**released** 33:10 45:3
**rely** 25:22 79:12,18
**remaining** 28:5 45:2
**remember** 18:25 20:21 21:11 22:14 23:8 27:13,18 38:6,17 49:16 52:21 54:24 58:8 59:5 75:6
**rendered** 19:19
**report** 12:14 17:19 18:3,6 29:10,16 29:22 31:5 32:4 39:4 49:9,15 50:10 52:11 54:14 54:18 57:6 58:7 58:16,19,22 59:20 66:8 68:4 70:13 70:19 78:16 79:22 79:23 80:7,8
**Reported** 1:24
**reporter** 2:10 6:22 55:6 81:6
**reporting** 18:17
**reports** 31:18
**representing** 50:5 51:7 69:16
**represents** 43:22 61:4
**requested** 81:18
**required** 13:12 65:5
**requires** 14:3 28:22 37:14
**research** 15:5,12 16:3 17:3 39:15 67:14
**reservation** 59:15
**Reservations** 17:21 18:12 20:24 21:10 23:24 32:10
**reserved** 5:10
**respect** 6:15 17:20 18:23 20:25 22:6 22:12 23:6 24:10 26:14 49:13,24 50:20 72:17
**respective** 5:4
**responding** 65:12
**response** 53:10 63:19 69:18 75:7
**restate** 7:11 76:17
**restated** 32:15
**restrict** 28:21
**restricted** 9:21 10:2 10:5 17:21 18:12 19:21,24,25 20:4 20:9 24:3,11 25:24 26:4,15,23 28:10 32:10 33:21 33:24 35:2,7,19 36:3,8,15 37:15 37:19 38:2,5,23 39:2,8,11,25 40:11,19,22 41:6 41:9,12 42:8,16 42:21 43:2,11 44:12 47:11 48:25 49:2 50:21 53:22 54:11 60:11 61:23 62:6,7,17,18 65:6 67:20,21 68:13 69:8 76:13,23
**restriction** 23:23 24:14 38:13,14,15 38:22 40:15 44:25 45:9
**restrictions** 28:9 30:22 33:3,7,22 34:8,11,15 37:21 38:8,25 39:7 48:13 53:13,18 54:3 75:13 76:3 76:15,24
**restructuring** 8:13 8:13
**result** 61:22
**resulting** 48:12
**results** 51:19 66:15
**return** 37:12 53:8
**revenue** 41:5 72:2 72:12
**review** 14:9 81:18
**Riedy** 28:5,7,12
**right** 43:17 44:22 55:3 59:24 60:15 61:14 66:11 72:4 76:9 77:5 78:15 79:5
**rights** 32:17
**rigorous** 16:8
**risk** 37:12 47:9,21 75:20
**road** 67:12
**ROBERT** 1:10
**Rockefeller** 2:8
**role** 11:24
**Roman** 45:8
**roughly** 33:11
**RPR** 1:24 81:24
**RSG** 8:13

**Rule** 39:12 76:8 81:19
**ruling** 41:5 72:3,12

**S**

**S** 1:4,10
**saw** 53:19
**saying** 24:22
**says** 19:19 20:3 22:21 23:21 27:6 28:3,20 30:10 31:5 32:6 40:17 42:14,20 44:24 48:9 51:18 65:2 66:15 77:23,24
**scenarios** 37:17
**school** 68:23
**schools** 68:19
**sealing** 5:5
**SEC** 73:5,19
**second** 23:22 28:24 33:12 42:15 65:2 66:14
**section** 30:3,5 37:25 41:4 44:24 48:16
**securities** 16:20 36:8,15 37:15 72:14 74:5
**security** 16:11,16 17:14 54:2
**see** 39:25 51:22 52:6 53:23 54:18 55:12 57:11 61:8 78:4
**seeing** 73:3
**seeking** 23:6
**seen** 33:21 53:13
**segment** 14:10 17:8
**sell** 25:17 36:16 37:11 38:10 53:23 53:25 61:12 62:8 62:21,23
**seller** 24:5 55:10 60:2 72:6 79:7
**sellers** 54:22 55:19 55:25
**send** 49:8
**sending** 22:21
**senior** 63:18,22
**sense** 57:17
**sensitive** 22:23
**sensitivity** 52:8 56:13
**sent** 27:23 29:13 49:14
**sentence** 35:15 36:10 40:16 48:8 51:17 64:25 66:15 77:24
**separate** 28:15
**service** 8:9 16:18
**services** 7:23 8:5,7 8:9,16,20,23 9:10 9:10,12,15,19 10:13,19 19:18 21:24 50:19 57:20 64:2
**serving** 50:13
**set** 45:11 54:7 81:10,22
**severe** 34:10,14,19 38:13,15 53:13,18
**severely** 38:2,4 40:19,21
**share** 23:5 29:3 44:2 45:11,15 46:2,6 48:10 61:23 62:6,10,15 62:17 74:20
**shareholder** 21:9 39:24
**shareholders** 20:5 20:10
**shares** 10:2,4 18:11 18:17,24 19:22,24 19:25 20:4,9 24:11 25:24 26:15 28:10,16,17,18,20 30:4,5 32:10,13 32:20 33:4,6,6,9 33:11,17,21,24 34:12 35:7 37:19 37:20,22,25 38:23 39:25 40:5,11,15 40:18 41:7,10,13 41:17 42:2 43:23 44:12,16,18,24 45:2,3 46:4,22 48:16 49:2 50:21 61:5 73:7,12,20 73:23,24 74:13,19 75:5,14 76:4,21 76:23
**sheet** 9:16
**Shell** 3:4
**show** 19:2 21:12
**showed** 58:13
**shown** 45:8 51:13
**signed** 5:7 19:7
**significant** 58:16
**similar** 68:24
**size** 72:8
**skimp** 71:12
**skimped** 71:9
**small** 71:2,7,15
**Smith** 35:21
**society** 16:11,13 17:13 30:13,15,17 30:25 31:2,10
**sold** 28:18 33:15,17 40:25 43:23 44:13 61:5
**somebody** 25:14 40:8
**sorry** 9:4 12:23 36:10 43:5 47:15 55:7 57:16
**sort** 22:8 53:22
**speak** 28:4
**speaking** 53:20 74:2
**special** 17:5
**specialized** 12:21 13:11
**specific** 41:6
**specifically** 22:16 51:21 57:10
**specifics** 63:20
**speculating** 64:18
**spend** 70:11
**spent** 70:18
**sponsors** 15:14
**Ss** 81:3
**staff** 31:19
**standard** 27:4 45:25 71:21
**standards** 30:12 31:7,12 71:10,13 71:16
**start** 9:6 10:16
**starting** 27:5 56:18
**state** 2:11 6:6 25:19 55:9 61:3 76:11 81:3,7
**statement** 42:24 44:4
**states** 1:2 19:18 51:7 59:23
**Station** 3:13
**status** 57:14,17 72:25
**Staying** 78:23
**Steven** 1:24 2:9 81:5,24
**STIPULATED** 5:3
**stock** 9:20 10:4,5 17:21,21 18:12 23:24 24:3 26:4 26:23 33:22 34:10 35:2,19 36:3,16 38:23 39:2,8,11 41:6 42:8,17,21 42:23 43:2,4,11 43:12,14 45:18 46:18 47:2,10,21 48:25 49:2 53:13 53:22,23,25 54:11 54:16 55:21 60:11 61:12 62:3,6,8,11 62:16,18,18,21,23 65:7 66:19 67:3 67:13,20 68:13,21 69:8 76:13,14,24 78:2
**stocks** 38:25 46:3
**Street** 3:19 4:4
**strike** 45:10 62:4
**string** 21:14 27:20 27:22
**strive** 71:19
**structure** 45:3
**studies** 9:17,18 11:9,10 12:11 24:4 25:9 26:4,20 26:23 35:2,11,19 39:3,8,11 41:6 42:8
**study** 35:20 53:21 58:23,24 59:2,4
**subject** 28:21 39:8
**Subscribed** 80:17
**subsection** 36:5
**subsequent** 79:8 80:3,5
**subset** 16:25
**subtract** 61:19
**suggest** 24:9
**suggested** 78:12
**suggestion** 24:7
**Suite** 3:20 4:3
**summary** 24:3,3 33:2
**supportable** 66:3
**sure** 9:5 34:3 73:13 73:15 76:18
**surrounding** 69:25
**switch** 12:8
**sworn** 5:7 6:4 80:17 81:10

**T**

**table** 45:8,24
**take** 13:12 14:21 27:19 50:25 55:19

57:2 70:10
**taken** 2:6
**talk** 10:3 45:6
**talked** 73:16
**tax** 18:17 22:3,5,12 24:2,5 32:8 51:20 51:21,24 53:4,8
**Technically** 62:13
**tell** 15:21 16:12 20:18 25:12 26:12 27:15 32:19 35:21 50:18 53:16
**telling** 52:22 63:9
**ten** 10:10 15:8 17:12 70:16
**term** 59:6,10 60:21 60:22 66:20
**terminology** 75:17
**terms** 30:20 61:23
**testified** 6:4
**testifying** 7:5
**testimony** 7:3 81:12
**Texas** 3:6 10:23
**Thank** 8:24 69:11 77:11 78:19 80:11 80:12
**Thanks** 55:8
**thing** 68:12
**things** 11:25 34:25 40:2 46:24
**think** 15:13 51:16 52:12 58:10,15,22 67:23 68:11,21 74:3,22 75:11
**third** 16:4 33:13 44:23 59:23 72:3
**thought** 18:21 26:10,13 27:7,10 27:11 49:18 68:19 68:23
**three** 14:3 41:22 64:22 68:7
**three-level** 15:23 15:23
**three-year** 45:4,9
**tiered** 45:2
**time** 5:10 7:14 21:7 22:10 39:11 48:18 52:8,17 54:8 56:8 56:10,15 57:15,23 57:25 59:17 62:24 64:4,4 66:18 67:8 67:10 70:2,11,17 74:13 75:11,12,12 75:17,21,25 76:2 80:13
**times** 6:17 10:8 24:18 53:23
**TMF** 40:19
**today** 7:4 10:3 11:12 50:4 62:15 70:8
**today's** 43:24 61:6 61:12 62:16,23 69:22
**told** 55:15
**top** 55:2
**Touche** 4:2 7:20 8:5,17,20 11:16 19:8,10 22:11 64:20
**Touche's** 29:25
**trade** 46:9 73:12 74:3 76:4
**traded** 9:23 10:6 33:22 34:10 42:22 43:3,12,14 47:11 67:13 73:4
**trading** 73:24
**training** 12:21 13:11
**transcript** 81:19
**transfer** 33:2,7,22 34:9,11 40:14,17 48:13 75:14
**travel** 57:8,10,20 59:15
**trend** 66:20
**trending** 66:17
67:3
**trial** 5:10
**true** 44:11,15,16 81:11
**try** 7:11
**Tuesday** 1:19
**turn** 17:24 19:6 29:15,17 32:4,22 34:24 35:23 36:18 40:14 51:12 59:19 60:23 71:24 74:7
**Twelfth** 4:4
**two** 28:15 39:13,21 41:17 45:9 63:6 67:12 68:7
**two-page** 29:20
**type** 10:21 11:11 12:25 16:16 24:14 24:16 27:2 53:4 53:20 54:2 72:15 73:2
**types** 9:10 11:6,25 14:5 72:21
**typical** 13:5 24:12
**typically** 53:3
**typing** 6:24

**U**

**ultimate** 29:21,25 49:13
**ultimately** 6:24 13:7 48:24
**unclear** 37:10
**undergrad** 12:4
**understand** 6:19 7:9 20:3 28:8 34:2 51:19 52:19 62:12 73:13
**understanding** 20:6,13 26:19 39:10 45:20,21 55:14 57:18 59:9 60:16 67:6 73:10 73:22 78:9
**uniform** 31:6,12
**United** 1:2 51:7
**University** 12:15
**unmarketable** 54:2
**unreasonable** 26:11,16 27:8,12
**unrestricted** 62:3 62:11,16
**untypical** 29:8
**USA** 1:7,14 4:2 18:10 19:14 20:24 21:8 22:12 26:7 53:6 58:4,19
**use** 38:16 43:10 45:15 46:13,16 50:19 52:23 55:20 64:12 66:7 67:17 69:7 71:15
**USPAP** 31:14,16 31:20,25
**usually** 59:11
**U.S** 3:11 11:23

**V**

**v** 1:6,13
**vague** 62:25
**valuable** 62:10
**valuation** 6:15 8:11 9:12,14 10:2 11:8 11:9,16 12:22 13:2,8,11,14,18 14:7 18:11,22 19:15 20:16 21:2 21:8,23 22:6,24 23:7,18 24:11,19 30:11,12,19 31:5 31:18 32:7,14 33:20 34:4,8 44:7 49:14,23,24 51:19 52:4,23 53:5,7 54:23 63:25 67:5 69:6 70:23 71:21 79:3,9 80:10
**valuations** 54:15 64:20 70:24
**value** 18:17,23 19:23 20:8 26:8 27:16 30:21 42:18 42:21 43:2,11,19 43:22,25 48:9 50:20 61:4,23 65:6,10 69:8 76:14,14,21,22,24
**valued** 10:4,9
**values** 20:19
**valuing** 9:16,20 33:24 34:12 37:19
**variable** 56:6
**variables** 45:7 78:13
**varied** 39:7
**various** 6:21 35:25 41:9
**view** 24:21 25:7,19 38:8,12 43:9 72:13
**VII-A** 45:8
**violate** 74:4
**vitae** 12:13 18:3
**volatile** 68:22
**volatilities** 66:18 68:8
**volatility** 45:24 46:4,11,18,21,22 47:2,6,20 48:5 56:5,8,16 65:3,8 65:15,16,16,17,20 65:23 66:2,8,10 67:2,7,11,18 68:2 68:5,14,25 74:10 74:18 75:4,20 77:25 78:7,15,25 79:8,13,14,19,20 79:24 80:2,3,6
**V-9** 45:24

**W**

**W** 3:8
**waived** 5:6
**want** 45:5 50:19,25 51:9

**wanted** 20:7,18 53:7
**wants** 32:3
**Washington** 3:14 3:21 4:5
**wasn't** 46:9 58:2
**WATKINS** 3:18
**way** 25:5 81:15
**Wednesday** 27:23
**weekly** 46:5 74:19 78:2
**weeks** 50:6,8 69:20
**week's** 52:17
**welcome** 69:12
**went** 10:23
**whereof** 81:22
**willing** 79:6,7
**WITIW** 4:7
**witness** 6:3 34:18 35:15 47:19 50:14 50:24 63:2 67:23 69:12 71:5 81:9 81:12,22
**words** 14:10
**work** 10:22 11:7,11 13:7 14:11,22 19:15 21:2,8 22:13 23:7 29:7 33:20 34:5 52:16 64:14 75:22
**worked** 11:23 12:2
**working** 23:17 64:3
**wouldn't** 30:18

**X**

**x** 1:3,9,16

**Y**

**year** 13:17 41:17 42:2 58:17 59:17 62:7,9,19,22 67:12 68:7 78:2,7
**years** 8:18,22 9:2 10:14,24 15:9 17:12,16 33:18 38:11 39:13 40:20 40:25 41:22 54:4 64:22 67:20 68:9 68:14,15
**year's** 62:24
**yield** 39:16
**York** 1:18,18 2:8,8 2:11 12:15 16:11 17:13 81:3,4,7

**Z**

**Zeikel** 1:17 2:5 4:6 6:1,2,7,8 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1,5 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1,12 64:1 65:1 66:1 67:1 68:1 69:1,14 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1,15 81:1,8 82:1,4

**$**

**$15,000** 23:2

**0**

**05-956T** 1:6

**1**

**1** 32:4 77:23 78:24
**1,959,960** 33:14
**10** 17:16 33:11
**10-Ks** 72:15
**10-Qs** 72:15
**100** 65:19 66:7 67:17
**1000** 3:20
**11** 19:4 52:15
**11:40** 80:13
**12** 22:21 46:6 74:21
**144** 39:12 76:8
**15** 17:16 41:14
**16.50** 45:16 63:10
**17** 27:23
**18** 8:22 10:14,24 52:11
**186276** 1:25
**1988** 10:25 11:3,14 11:21
**1991** 12:18
**1998** 11:19

**2**

**2** 6:10 66:13 78:24
**2/25/2000** 78:3
**20** 35:11,23,24 41:14,18
**2000** 9:6 20:15 32:14,20 59:17
**20004-1207** 4:5
**20004-1304** 3:21
**2001** 18:9 19:5 22:22 27:24 59:17
**20044** 3:14
**2005** 64:4
**2006** 1:19 2:2 80:18 81:23
**21** 36:18
**23** 40:14,23 63:13 77:17 78:23
**24** 42:13 44:23 48:17 60:23 74:8 75:19
**25** 20:15 32:14,20
**26** 1:19 2:2 3:12

**3**

**3** 32:22,24
**30** 2:7 17:25 27:2 27:10 29:3 41:18 41:23
**30(e)** 81:20
**319320** 29:20
**320** 30:10
**324** 32:24
**325** 32:23,25
**33** 30:2
**35** 29:3 41:23 42:3
**36** 46:7 74:21

**4**

**4** 32:24 36:18
**4.9** 28:16 29:2
**40** 13:19 26:10,13 27:2,2,7,11 29:4 30:4 42:3 49:4
**45** 29:4 35:11
**46** 48:17
**489,990** 33:12

**5**

**5** 39:17 57:7
**5-971T** 1:13
**5.1** 28:20 29:4 33:16 40:18 48:25
**50** 70:21
**500** 4:3
**51** 82:8
**555** 3:19 4:4

**6**

**6** 82:5
**69** 82:10

**7**

**7th** 81:23
**7.11.3** 28:16 30:4 45:2
**7.13.1** 48:16
**7.15** 28:20 30:5 37:25 44:24
**70** 48:5 66:10 70:21 78:16
**71** 82:6
**77** 82:9
**77-287** 41:5 72:3,12
**77002-4995** 3:6
**78** 82:7
**79** 78:3,14

**8**

**8** 59:19 71:25
**80** 55:11,20
**81** 19:3 51:12
**82** 21:13 54:25
**84** 17:19 29:16 34:12 49:7 57:6 70:13 71:25 74:17 79:21 80:6,7
**85** 27:19
**8594** 51:21,24 52:20

**9**

**9** 34:24
**9:50** 2:3
**90** 48:5 66:11 78:17
**910** 3:5