refers to book value, in your mind, is that also GAAP reporting?

A. In my mind, yes.

Q. What is GAAP?

A. Generally Accepted Accounting Principles.

Q. Now, it goes on to say, there's a block that says "Applicable Discounts," and one is 33 percent for the 4.9 million dollars -- or 4.9 million share block, and the other is 40 percent for the 5.1 million share block. And then it goes on to say "Discounted Values," and there's a column for "Low Discount" which totals up to approximately 96 million, and a block for or a column for "High Discount" which totals to 101 million 486,928.

Do you know why IAC was running a low discount and a high discount for these two blocks of shares?

A. I didn't prepare this, so I really don't have any idea what they were trying to accomplish here.

Q. Do you ever recall seeing this document?

A. I do not.

Q. The 101,486,928 number, under the High

column, do you recall that ultimately being the number used to report the cost basis of the good will attributable to the issuance of the restricted shares?

A. Yes, the number was 101 million. That's my recollection.

(Whereupon, Defendant's Deposition Exhibit No. DeGraw 92 was marked for Identification.)

BY MR. PORTER:

Q. Mr. DeGraw, I have handed you what has been marked as Exhibit number 92. Can you identify this document for me?

A. It's the tax sharing agreement between IAC and Expedia pursuant to the spinoff, I think.

Q. And did you have any role in preparing this document?

A. I did.

Q. Were you one -- did you provide significant input?

A. I provided input.

Q. And what's the purpose of this tax sharing

agreement?

A. The purpose of a tax sharing agreement when you -- is to -- when the one party leaves a consolidated group, it's to give -- it's to allow for an understanding how to treat the taxes after the split-up for the period where the two parties were together.

Q. Does this tax sharing agreement have any bearing on the outcome of this case, in other words, who might have to pay any deficiency that is found to be owed by Hotels.com or any refund that Hotels.com is ultimately entitled to receive?

A. It's my understanding that it does.

Q. It does. Okay. And could you tell me where in this agreement that might be, that impact might be found?

A. I would assume that it is in Section 3, Indemnification for Income Taxes and Other Taxes.

Q. And what's your understanding of how that Section 3 impacts the results of this case?

MS. LARSON: I'm going to object to the extent this question calls for a legal

conclusion from this witness.
BY MR. PORTER:
Q. You can go ahead and answer if you can.
A. It's my understanding that, and it's complicated, but it's my understanding that pre-spin, any tax exposure or liability for a travel entity which is defined in here, which would include Expedia, Hotels, IAC would be indemnified for that liability post-close.
Q. And would be indemnified by Expedia, Inc.?
A. Correct.
Q. And when you say pre-spin, is that prior to August 9, 2005?
A. Correct.
MR. PORTER: I will pass the witness.
MS. LARSON: We don't have any questions. The deposition is concluded at 12:19.
(The deposition was concluded at 12:19 p.m.)

\- - -

E R R A T A

I wish to make the following changes, for the following reasons:

PAGE LINE

CHANGE:

REASON:

CHANGE:

REASON:

CHANGE:

REASON:

CHANGE:

REASON:

CHANGE:

REASON:

CHANGE:

REASON:

ERIC DeGRAW DATE

A C K N O W L E D G E M E N T

STATE OF NEW YORK)

:ss

COUNTY OF NEW YORK)

I, ERIC DeGRAW, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

____________________________

ERIC DeGRAW

Sworn and subscribed to before

me, this day

of , 2006.

____________________________________

Notary Public

C E R T I F I C A T E

I, JEANNETTE McCORMICK, a Certified Shorthand Reporter and Notary Public, certify that the foregoing is a true and accurate Computerized Transcript of the Deposition within.

I further certify that I am neither attorney, of counsel for, nor related to or employed by any of the parties to the action in which the Depositions are taken, and further that I am not a relative or employee of any attorney or counsel employed in this case, nor am I financially interested in the action.

Jeannette McCormick

JEANNETTE McCORMICK, C.S.R.
My Commission Expires on June 18, 2008
Certificate No. 920

A

**about** 11:4,9 16:4 16:14 18:1 31:5 33:9 36:5 39:16 44:1,4,5,15,22 50:19 54:2,9 55:2 60:5,20,21 62:5 65:3,4,6,13 65:14 66:5 67:4 69:18,21 72:15 72:19 74:18 78:13 84:3 85:16,20 86:10 87:1 92:11,13 94:21,21 98:11 98:13 102:14 112:22 114:21
**above** 62:19 78:17 106:16
**accepted** 60:8 115:5
**accomplish** 115:19
**accordance** 104:19
**according** 9:3
**accountants** 60:13,15 65:13
**accounting** 18:22 49:11 60:6 70:17 83:21 101:10 115:5
**accurate** 121:6
**accurately** 66:9
**acquired** 12:18
**acquiring** 19:3
**acquisition** 18:19 19:22 21:6 104:20
**action** 110:20 121:11,15
**actual** 65:6
**actually** 21:12 49:13 55:16 60:7
**add** 111:22
**addition** 103:4
**additional** 29:22 66:19 91:20
**adjusted** 27:4
**advice** 86:20
**advises** 105:17
**after** 25:16 49:2 52:1 61:21 68:10 70:1,21 73:14 76:6 81:22 93:21 94:2 97:17 105:4,9 108:6 110:14,14 117:5
**again** 42:17 69:16 83:15 111:17
**against** 22:11
**agent** 53:11
**ago** 16:5,14 95:7 104:3
**agree** 35:12 40:12 40:19
**agreement** 8:13 26:15 28:14 29:17 40:20 41:2,3,4 65:11 94:8 105:19 106:5 116:14 117:1,2,8,15
**agrees** 104:22
**ahead** 118:3
**allocation** 104:22
**allow** 117:4
**along** 30:21 34:18 97:6
**already** 48:17 49:3 61:17
**always** 91:6
**amend** 71:16
**amended** 26:16 26:20 29:17 41:5 63:15,19 65:11 75:2,5,10 75:11,15 77:4 81:18,21 87:11 87:12,20 88:5 88:18 90:4,7 93:10 111:14,18
**amendment** 26:20 27:9,9,14 28:14 114:16
**among** 38:20
**amortization** 79:13,14 111:1
**amortizing** 111:6
**amount** 25:6
**amounts** 105:19 106:5
**another** 26:2 30:3 31:16 83:14
**answer** 10:8 94:21 99:7 118:3
**answering** 15:1
**anybody** 10:16 14:19 31:11 37:7,15 41:18 41:21 44:22 45:6 55:16,19 67:3 71:21,22 72:4 73:21 74:10,18,20 76:17,22 84:14 86:19 88:17 93:18 95:6
**anymore** 76:19 85:10
**anyone** 51:16 99:8,12,16 101:8 102:8 107:4 109:19
**anything** 10:13 11:16 13:14 15:15 19:7,13 24:16 37:9 39:15 60:1 64:16 65:19 66:20 70:13 85:10,12,16 93:15,22 94:7,9
**anywhere** 104:7
**appears** 34:7 37:17 42:8,21 78:1,16 79:4 83:18 89:9
**Applicable** 115:7
**applied** 73:2,5,10
**applying** 112:7
**appraisal** 48:5,10 49:2,13 54:4 105:11 109:16 110:10,15,18 111:16,21 112:12
**appraisers** 65:12
**appropriate** 38:9 71:11 85:21 87:7
**approval** 49:19 73:21 84:15,18 109:19
**approve** 18:4
**approximately** 115:12
**arguing** 87:6
**around** 13:1 26:17 54:8
**articulated** 109:11
**asked** 63:10 68:14 87:21 97:20 104:2
**asking** 9:21 39:6
**aspects** 26:14
**asset** 20:13,16 21:6 28:14 70:15 104:20 111:5
**assets** 23:17 29:22 96:4 98:17
**assist** 59:4
**assisted** 17:7,14
**associated** 28:16
**assume** 10:8 36:9 37:4 60:9 65:10 71:15 73:20 88:8 96:6 102:19,20 117:17
**assumed** 76:13 110:19
**assuming** 88:12
**assumption** 79:10 104:21
**attached** 104:20 120:12
**attachment** 80:21 81:2
**attempt** 37:1
**attend** 102:17
**attendance** 102:12
**attended** 102:5,21
**attention** 100:2
**attentive** 22:6
**attorney** 121:10 121:13
**attorneys** 10:17 43:6,7
**attributable** 116:3
**audit** 53:10,13 55:8,9 87:15,16 90:22 95:20 97:12,17,19,21 98:1,19 99:2,2,5 99:14
**audited** 97:10 99:18
**auditor** 60:17 90:21 99:16
**August** 89:10 98:14,16 118:13
**authority** 17:18 99:3
**authorize** 108:12
**automatically** 70:14
**awarded** 61:12 62:9
**aware** 19:2 25:22 26:4,15 27:10 28:6 31:3 46:12 46:13,17 53:7 53:16,20 55:18 60:22 61:2 66:13 73:13 75:4,9 76:22 84:17 88:7 90:5 91:16 92:8 97:10 99:16 101:11
**a.m** 2:4

**B**

**B** 1:10 6:6 7:1 8:1
**back** 16:22 26:5 27:17 34:21 37:13 43:13 54:1,8 55:14 69:2 71:8 85:19 93:22 100:1
**background** 11:20
**BAKER** 3:4 4:15
**balance** 39:11
**bankers** 24:13
**Barry** 92:9
**based** 22:8,8 45:11 75:2,11 80:16 92:1
**basic** 39:11,11
**basically** 11:11 31:1 39:6 85:9
**basis** 46:3 70:9,18 80:10,11 84:21 87:19 94:20 116:2
**Bates** 6:14,16,21 7:7,9,13,15,19 8:7,10 35:10 42:16 52:1 58:20 69:10 77:22 80:3 81:14 82:13 83:15 89:2,2 92:21
**bearing** 117:9
**became** 12:2,3,4,5 12:11,12,22 15:18
**become** 13:4 15:13
**before** 3:12 9:19 15:1 18:4 42:11 43:4,11 80:4 100:19 107:11 120:17
**beginning** 97:9
**begins** 52:18 70:2
**behalf** 4:3,13 5:4 5:14 21:2 42:8 96:3,4,12,16,18 99:3 102:6
**being** 21:14 22:6 22:7 27:4 32:2 42:22 54:9 57:10 75:15 85:17,18,20 86:13,22 91:1 94:10,21,22 99:18,20 107:6 116:1
**belief** 26:10,11 90:13
**believe** 53:14 104:5
**below** 59:8,19 106:13
**BEN** 5:8
**besides** 49:6
**between** 26:15 28:7 40:21 50:16 56:16 62:6 80:10 85:11,17 86:11 92:7 113:19 114:1 116:14
**bid** 60:4,19 61:1 62:2 104:5
**bidding** 60:6 61:3 84:3 104:3
**bill** 47:14,17 85:9
**billings** 62:1
**bills** 85:1,6
**bit** 11:10
**block** 112:21 113:2,3 114:1 114:20 115:6,9 115:10,13
**blocks** 112:20 115:16
**Bo** 31:9
**Bob** 97:6
**book** 30:21 79:14 79:14 114:17,19 114:22 115:1
**books** 50:13
**both** 22:22 23:1 30:20 84:7 85:9 89:4 92:9
**bottom** 34:10 37:18 59:11 77:22 80:22 112:17
**BOTTS** 3:4 4:15
**Box** 5:7
**Boylan** 4:5 10:19 58:12
**break** 58:13 96:22
**breaks** 10:12
**Brian** 47:4
**briefly** 11:19
**Burk** 17:7 102:17 102:20
**business** 18:11 62:1,8
**businesses** 92:5
**buyer** 23:1 26:16 40:12,19 56:9
**BVS** 53:9,19 54:9 54:10,11
**B.A** 15:9,10
**B.S** 15:9

**C**

**C** 4:1 5:1 6:1 120:1 121:1,1
**Calculating** 79:5
**calculations** 28:8
**called** 12:15 18:10 19:20,22 20:15 30:14 53:9
**calls** 117:22
**came** 71:8 72:22 77:13
**capacity** 38:18
**carried** 111:7
**carrot** 59:21
**case** 11:7 18:9 63:12 117:9,20 121:14
**cash** 27:6
**cause** 56:6
**caused** 56:2 57:18
**causing** 85:5
**cc'd** 47:20
**Cell** 99:10
**Cenceria** 17:8,10 102:11
**certain** 73:1 90:21
**Certainly** 111:18
**Certificate** 121:21
**Certified** 121:4
**certify** 120:10 121:5,9
**CFO** 13:18 16:4,7 16:11 17:3 47:9 74:2 100:9
**CFOs** 13:20
**chairman** 92:9
**challenge** 56:10 64:8
**challenged** 66:15
**chance** 42:18 52:2
**change** 13:6,8 15:19,21 16:1 16:10 60:15 91:11 111:6 119:8,10,12,14 119:16,18
**changed** 13:2
**changes** 12:19 119:4
**charge** 31:10 103:18,22
**Christine** 106:10
**CLAIMS** 1:1
**close** 99:1 112:1
**code** 40:18
**collect** 85:7
**column** 115:11,13 116:1
**come** 18:22 36:5 94:7 100:2 101:12
**comfortable** 56:14 58:5 64:10,21 66:17 91:6 114:5,10
**coming** 86:13 103:5,6
**comments** 66:4 68:17
**Commission** 121:20
**companies** 14:3 14:14 65:3,6 92:9
**company** 12:4,8 12:15,19 17:15 18:10 19:3,16 33:21 38:12 53:9 60:11 91:5 92:10 97:14 98:7 99:19,21 100:7,10 109:1
**completed** 103:3
**compliance** 17:8 23:22 31:10 60:4,7 61:6,8,15 62:2 84:4 103:1 103:2,19 104:5 104:6
**complicated** 118:5
**Computerized** 121:6
**concluded** 72:17 110:6 118:17,19
**conclusion** 72:22 76:8 118:1
**conclusions** 72:3 73:15,16 74:4 74:11,13
**conducted** 70:3,5
**conflicts** 28:6
**connection** 19:7 30:16 80:12 92:6
**connections** 92:8
**consider** 56:20
**consideration** 29:22 73:4
**considerations** 26:1
**considered** 98:6
**consistent** 45:17 45:22 46:1,3,11 46:14 56:9 94:8

110:17 111:1
**consistently** 46:6
**consolidated** 20:3 20:4 31:18 32:6 32:8,12 33:20 117:4
**consolidation** 33:21
**consult** 74:18
**consulted** 92:13
**contact** 49:5 100:16
**contemplated** 27:3
**contents** 22:17 36:18 37:12,14 41:13,21 44:2,9 44:15 45:1,5
**CONTINUED** 5:2 7:2 8:2
**contract** 27:3,4 62:4
**contrary** 105:2
**contribute** 24:12
**controller** 47:19 78:22
**conversation** 64:7 94:10,14,16,21 113:10 114:7
**conversations** 22:19 75:6,9
**convey** 66:21
**copied** 32:20 82:15
**copies** 89:4 105:16
**copy** 34:7 42:3 47:1 53:11,15 55:12,17,20 71:22 95:18,19
**CORP** 5:16
**corporate** 102:9
**Corporation** 104:22
**correct** 13:5 14:5 19:6 28:5 29:2,6 30:9 32:10,13 32:16 35:20
39:21,22 47:15 55:1 56:4,5,19 57:16 59:9 61:11 62:10 63:20 66:7 67:9 69:1 71:3,7,9,10 71:13 74:15 75:13 78:21 81:19 83:16 86:4 89:6,7,10 89:17 98:14 100:8 105:13 107:12 109:8,13 109:14,17,18 112:4 118:11,14 120:11
**corrections** 120:11
**CORY** 5:5
**cost** 116:2
**counsel** 6:7 7:3 8:3,21 47:6,6,6 104:2 121:10,13
**COUNTY** 120:4
**couple** 25:9 47:2
**course** 110:19
**court** 1:1 3:13 10:2 15:4
**cover** 104:13
**CPA** 15:12,13
**criticize** 58:9
**critique** 58:8
**currently** 9:12,14 92:7
**C-E-N-C-E-R-I...** 17:11
**C.S.R** 121:20

**D**

**D** 120:1
**Dara** 14:1 16:8 107:3
**date** 16:2 34:15 43:1 61:14 69:18 72:10,14 72:14 119:22
**dated** 34:14 48:16 68:9,10 69:17
104:13 105:15
**Dave** 97:6
**DAVID** 1:4
**day** 10:11 92:13 120:18
**deadline** 63:7
**deal** 22:12
**dealing** 98:20 99:9,13
**decide** 25:10 74:6
**decided** 38:4 49:17 51:10,15 74:16
**decision** 37:20 73:9,15,19 74:3 90:2 91:1 108:17 110:1,7
**Defendant** 1:8,14 5:4
**Defendant's** 34:2 46:18 51:18 58:15 69:5 77:17 79:20 81:8 82:7 83:9 92:16 116:7
**deferred** 70:15
**deficiency** 117:10
**defined** 118:7
**definition** 40:15 40:17
**DeGRAW** 2:1 3:1 6:2,9 7:5 8:5 9:1 9:11,19 32:17 34:3,6 46:19,22 51:19,22 52:4 58:16,19 69:6,9 77:18,21 79:21 80:2 81:9,16 82:8 83:10 92:17,20 96:19 97:5 116:8,11 119:22 120:8,15
**degree** 15:7
**delivered** 87:20 88:5,8
**Deloitte** 6:13 11:22 12:2 49:1 49:6,12,18,22
50:10 52:12 54:6 56:3,7,18 57:19 58:10 59:2 60:1,3,5 61:1,5,12,17,19 62:8 63:10 68:3 68:17 69:13 71:2 72:4,10,16 73:14 74:6,16 74:22 76:7,14 77:10,13 78:8 78:13,19 80:16 81:22 83:19 84:1,9,12 86:22 88:9 90:3,7,14 90:18 91:2 93:21 94:3 107:12 108:6,13 108:17 109:16 109:20 110:1,9 110:15,18 111:2 111:16,21 112:5 112:11,18 113:17 114:11
**department** 5:6 11:22 100:15,17 102:9
**departments** 14:11 100:13
**depend** 40:11
**depends** 40:10
**deposition** 2:1 3:1 6:9 7:5 8:5 9:18 10:14 11:5 15:3 34:2 46:18 51:18 58:15 69:5 77:17 79:20 81:8 82:7 83:9 92:16 116:7 118:17,19 120:10 121:7
**Depositions** 121:12
**describe** 13:9,13 15:21 99:20 101:4
**desire** 62:16
**detail** 33:19
100:21
**determination** 108:7,8
**determine** 50:1 105:11
**determined** 27:17 28:1 51:3,4 108:13,18 109:20 110:2,18 111:1,16,21 112:6,19 114:11
**determining** 27:18 28:10 29:10 112:13
**Diener** 1:10 4:13 29:5,12,15 37:3 38:15 39:21 40:9 41:6,13 44:1 48:10 53:2 53:6 55:20 56:2 56:21 72:1,7 74:21 76:3,18 77:8 94:5,14 95:17 97:6 105:16 106:4,18
**Dieners** 55:3,13 56:21 58:9 76:9 96:12
**difference** 50:15 50:21 56:16 70:10,19 79:13 79:15 80:10 86:10
**differences** 30:22 108:2
**different** 54:10 56:12 58:3,4 60:17 64:15 70:13 76:4,8,13 76:13,14,16 89:13 94:4 105:5
**difficult** 15:5
**difficulty** 39:4,10
**diligence** 18:19 18:21 19:11,12
**Diller** 92:9
**direct** 22:1

**directions** 44:22
**directly** 98:4,5 99:9,13
**director** 12:6,9,22 13:11 15:19 17:2,6 30:7
**disagreement** 106:19 107:21
**DISC** 64:1
**discount** 57:8,13 64:5,18 65:6,15 66:11,21 67:2 67:19 71:12 73:10 85:22 86:3 92:12 113:3,15,17,22 115:12,14,16,16
**Discounted** 115:11
**discounts** 65:18 73:1,5 112:6,7 112:13,20 113:8 113:12 114:11 115:7
**discuss** 10:16 11:6 23:4 31:4 74:2 75:14 95:4 101:12 106:18 107:1 108:8 113:5,21
**discussed** 44:18 46:17 72:3 76:1 78:15 86:14 95:3
**discussing** 21:15 35:6 37:6,12,14 39:2,15 51:16 72:6 75:20,22 77:10 113:7
**discussion** 34:1 72:15 73:4 104:19 107:11 114:3
**discussions** 22:16 22:21 44:9 72:9 72:13 78:13,16 86:22 99:15 101:12 107:6 108:1
**dispose** 25:15
**disposed** 25:16
**document** 7:9,15 8:7,10 52:1 58:20 68:1 69:10 77:22 80:3 92:21 115:20 116:13 116:17
**documents** 11:13 21:3 24:12 67:11
**doing** 18:11 23:10 50:5 61:10,15 65:4 66:14 68:21 69:4 71:18 83:7
**dollar** 26:7 112:7
**dollars** 62:6,6 73:6 112:3 114:20 115:8
**done** 50:6 51:8 54:12 58:9 60:10 68:13,14 84:6 101:14
**double-check** 74:11
**doubt** 33:1 66:8 78:4
**down** 10:2,3 15:5 33:19 63:21
**draft** 6:11 7:12,18 33:9,15 34:8,20 35:4,13 41:18 41:21 42:6 68:2 68:8 77:4 81:13 83:14 87:9,11 89:5 106:6
**drafted** 83:18
**drafts** 68:4
**DT** 6:14,16
**DT-243** 52:1
**DT222** 58:20
**due** 18:19,20 19:10,12
**duly** 9:2
**during** 11:13 13:10,16,20 14:3 16:2,8 17:4 18:19 23:14 28:22 54:3 55:8 87:14 90:22 95:20 97:22 98:2,8,11,19 99:2,14,15 103:19
**Durney** 13:21
**duties** 13:10
**D.C** 4:9 5:9

**E**

**E** 4:1,1 5:1,1 6:1,6 7:1 8:1 119:1 120:1,1,1 121:1 121:1
**each** 15:6 31:13 84:8,20 85:10
**earlier** 23:13 39:18 56:1 81:16 84:4 90:10 102:10 114:21
**earned** 27:7
**earnout** 27:3,6,20 28:4,11 30:2
**earnouts** 27:13 28:8
**economic** 91:12 91:15
**Economics** 15:8
**education** 15:11 15:15
**educational** 11:19
**EDWARD** 5:15
**Edwards** 17:9 102:11
**either** 44:7,10,19 88:9 92:22 97:13 105:22 108:21 113:18
**element** 86:8,11
**Eleventh** 4:7
**else's** 73:21
**employed** 9:14 101:5 121:10,14
**employee** 121:13
**end** 48:3
**engaged** 38:1
**engagement** 61:5
**entail** 101:2
**entities** 92:3
**entitled** 117:12
**entity** 19:21 118:7
**equity** 30:22
**Eric** 2:1 3:1 6:2 9:1,11 119:22 120:8,15
**Ernst** 19:15 24:1 24:2,4 30:20 31:2,6,10 32:1 37:18,21 38:1,5 39:3,6 41:8,15 44:22 60:12,14 84:7,22 85:2,3 85:11 88:8,9 101:7,19 102:7 103:7,11,13,19 104:13 110:12
**ESQUIRE** 4:4,5 4:14 5:5,15
**essentially** 29:8
**establish** 111:5
**established** 41:4
**estimate** 48:6
**estimates** 113:6
**Evans** 17:5 102:14
**Even** 36:21
**events** 11:6,8
**eventually** 12:4
**ever** 9:18 13:3 34:20 35:3,6 41:6,12 42:11 43:4,13,19 44:1 44:4,7,14 53:5 53:15,17 54:17 55:5,20 67:6 69:2 72:19 76:17 80:4 83:3 86:15 87:12 88:17,17 90:2 92:13 93:18 115:20
**everybody** 62:14
**everything** 10:4
**exactly** 86:17 105:8
**EXAMINATION** 6:2 9:6 97:3
**except** 94:9 102:8
**exchange** 27:20
**exchanged** 27:14
**executive** 38:19
**exhibit** 6:9 7:5 8:5 32:18 34:3,6 34:16,17,18 37:17 42:3,5,7 42:11,15,17,20 43:17 46:19,22 51:19,22 58:16 58:19 68:1 69:6 69:9 77:18,21 79:21 80:2,4,19 80:20 81:2,6,9 81:13,20 82:8 82:12,12,13 83:10,14 92:20 104:12 105:14 105:15 106:9 111:9 112:10,11 112:17 114:13 116:8,12
**Exhibits** 8:21 87:9 88:22 92:17
**expectation** 105:2
**expected** 100:5
**Expedia** 97:19 98:1,2,3 116:15 118:8,10
**expertise** 58:8
**experts** 74:9
**Expires** 121:20
**explanation** 107:7
**exposure** 91:18 91:21,22 118:6
**exposures** 19:2,4 19:5
**extent** 117:22
**externally** 30:20

**E&Y** 24:4 33:14 71:19 84:19 86:12 88:14 106:6
**e-mail** 6:18 47:1 47:13,20 48:4 58:20,21 59:7 62:11,19 63:22 66:9 67:16 78:1 78:2,17,19 105:15,17,21,22 106:10 112:18
**e-mails** 6:16 7:7 78:7

**F**

**F** 121:1
**fact** 69:3,3 75:14 106:18
**facts** 69:1 91:11
**fair** 38:4 40:4,6 40:13,15,17,19 40:21 50:1,13 51:2,4 56:10 57:17 58:5,7 101:15,18 103:4 105:10,11 109:11 111:15 111:19
**fairly** 90:21
**fall** 54:1
**familiar** 20:15 65:18 112:1,2
**family** 25:5
**FAS** 70:10
**February** 24:8
**federal** 1:1 70:6 101:20 103:7,11
**fee** 52:12
**feedback** 68:16 68:20 106:12,14
**feeling** 66:21 67:17
**fees** 59:19 106:13
**felt** 57:3
**Ferguson** 5:15 10:22
**few** 13:21 44:11 97:7 104:3
**file** 23:1,1 32:14 38:8 45:10,13 56:9 63:15,19 87:21
**filed** 20:2,18 21:2 21:8,21,22 22:7 22:10,13 30:4 39:19 43:14 48:18 49:3 50:10 51:1,11 52:21 76:5 87:12,15,17 88:18,21 90:7 90:11,14 93:10 93:13,16,19 100:19
**filing** 18:4 30:17 56:11 76:19 107:8
**fill** 31:3
**final** 68:4 113:15 113:18
**finalize** 39:5
**finalizing** 68:18 78:14
**finance** 100:17
**financial** 70:5,7,8 70:14 79:9,11 79:16 91:13
**financially** 121:14
**find** 42:14 83:4 93:12,15
**finished** 14:22 63:3
**firm** 18:22 48:5 60:17 92:13 101:11
**firms** 49:6,10,11 49:14 60:6 66:2 83:21 105:11
**first** 9:2 34:10 52:14 70:1 77:16 95:21 98:13 114:20
**Fitzgibbon** 62:21 62:21 63:22 67:6 78:1 112:18 113:4,8
**Fitzgibbons** 67:4
**five-minute** 96:21
**flip** 101:14
**floor** 5:17
**focus** 33:21 101:15
**folks** 97:19
**follow** 83:3
**following** 119:4,5
**follows** 9:4 113:2
**followup** 97:7
**forecast** 27:13
**forecasts** 24:22
**foregoing** 120:9 121:6
**form** 20:15,15 21:11,13 22:10 22:18 23:5,16 30:3 35:13 36:17 37:6,13 37:15 39:19 40:3 41:14,21 42:15,17,20 43:14,14,16,20 44:2 45:1,6,10 45:13 46:8 52:20 89:5 104:19,20 105:1 110:16 111:14 111:18
**formal** 15:11,15
**forms** 21:7 45:16 89:12
**formula** 28:1
**forth** 85:20
**forward** 111:8
**forwarded** 105:22
**forwarding** 78:18
**found** 91:19 117:10,16
**four** 11:2 13:20
**four-year** 112:22
**frame** 34:22 68:6 68:12 69:20 97:22
**FRANKLIN** 5:8
**friends** 25:5
**from** 11:20,21 14:18 15:7,19 16:10 32:19 39:5 47:5,13 55:3,9 56:3 58:14 61:18 62:20 67:3 70:14,16 77:1 78:1,7,19 80:17 82:15 85:2 87:15 94:4 95:19 97:1 99:16 103:5,6 103:13 104:7,13 105:16 106:8,10 106:14 109:16 109:19 111:4 112:18 118:1
**function** 44:13
**Fung** 31:9 32:2 32:19 35:6 36:15 38:22 39:16 82:15 83:4
**Fung's** 34:12
**further** 63:21 108:1 121:9,12
**future** 26:3 59:13
**f/k/a** 1:17

**G**

**G** 120:1
**GAAP** 50:13,16 50:22 54:21 56:17 60:16 114:21 115:2,4
**Gandhi** 32:20 33:5 74:22 75:18 77:7 82:15 83:3 95:4 105:16,18,22
**Gary** 103:20
**gathered** 42:22
**gave** 65:9,10 71:8 71:15,21,22 102:10
**general** 13:15 14:12 23:6 35:3 47:6 62:3 65:17 65:20,22
**generally** 11:5 22:9,21 31:4 36:21 40:13,18 44:12 46:1 50:18 56:8 57:7 63:11 65:8 68:21 75:17 85:16 88:4 101:7,16 115:5
**gets** 70:8,14
**getting** 39:4,10 81:17 85:2 103:2 109:8
**give** 9:22 27:5 48:5 71:19 86:19 107:19 117:4
**given** 21:5 25:6 29:11,21 64:17
**giving** 44:21 45:4 68:19
**gleaned** 55:9
**go** 56:3,6 57:18 118:3
**goes** 66:18 112:22 113:4 115:6,10
**going** 9:21 10:3 16:22 38:8 48:13 59:4 60:20 64:8,11 69:2 75:1,2 97:18 100:1 114:4 117:21
**good** 9:8,9 58:12 80:10,11,15 110:22 116:2
**gotten** 106:12
**graduated** 11:21
**Greg** 16:19
**group** 33:20 117:4
**growth** 24:22 26:10,14
**guess** 25:11 35:12

88:11
**guidance** 107:19

**H**

**H** 6:6 7:1 8:1
**half** 98:13
**handed** 116:11
**handled** 99:18
**handling** 17:14 97:12
**handwriting** 42:21 43:2 52:8 93:4
**happy** 85:1,3
**hard** 100:12
**having** 9:2 22:11 39:4,10 41:11 78:13 99:15 105:21 120:8
**HC** 7:13,19 35:11 35:12 83:15
**HC00133** 111:10
**HC116** 81:14
**HC350** 89:3
**head** 10:1 17:13
**headlines** 52:15
**heard** 54:12 106:3,7
**hearing** 57:11
**held** 3:1 19:17
**help** 39:7 97:20
**helped** 103:1
**her** 15:5 32:4 59:18 64:7,16 64:17,19 65:1,2 66:14,20 67:10 67:13,14,18,20
**high** 11:20 26:8 57:13 58:2 64:1 64:5,18,21 66:10 113:13 115:13,16,22
**him** 39:2 44:5 47:8 76:1 108:1 108:4,8
**hire** 18:22 48:9 84:12
**hired** 16:5,13,17 19:14 61:17 71:2 84:9
**hiring** 61:18,18 62:15
**history** 11:11
**Home** 12:10,17 12:17 31:14,18
**HOTEL** 1:17
**Hotels** 18:11 84:7 84:9,11,19 85:1 85:12 86:11 91:13 92:7 98:17 99:17 103:15 118:8
**Hotels's** 87:3
**Hotels.com** 1:16 4:3 24:3 43:7 91:19 98:3 99:4 99:8,12 117:11 117:12
**Hotels.com's** 98:6 99:14
**house** 11:10
**Houston** 4:18
**HRN** 6:11 7:12 7:18 19:20,22 20:2,19 21:2,11 24:3,8,22 25:3 26:12 32:6,7,14 33:5,10,14 34:7 34:21 35:4,7,19 36:17 38:7,9,16 39:1,5,16 40:3 41:7,14 42:3,8 43:14 45:6,7,10 47:11,12 48:20 49:3 50:9 52:21 55:19 56:17 61:16,17 71:22 72:4 74:18,20 75:15 76:5,17 80:13,16 81:14 81:18 83:14 84:11 87:10 88:1,17 90:16 90:20 91:19 95:6,10,13 96:5 96:14 97:13 98:19 99:14 103:5 104:21 109:13 110:17 110:22
**HRN's** 37:21 38:5 44:15 45:1 48:17 50:2 51:11 71:5 73:16 74:7,17 76:19 97:9 101:20 103:7,11 107:17 108:13 108:18 109:20 110:3
**hundred** 25:9

**I**

**IAC** 5:16 6:21 7:7 7:10,16 8:8,11 9:17 12:4,6 13:4 15:19 30:12,14 33:21 38:2,4 82:13 84:18 91:12,18,21 92:3,7 97:13 98:1,2,6 106:22 109:19 115:15 116:14 118:8
**IAC's** 84:14
**IAC000869** 114:14
**IAC317** 69:11
**IAC59** 92:21
**IAC70** 77:22
**IAC866** 80:3
**idea** 57:7 67:2 81:5 115:19
**Identification** 34:4 46:20 51:20 58:17 69:7 77:19 79:22 81:10 82:9 83:11 92:18 116:9
**identify** 48:5 52:3 116:12
**immediately** 105:2
**impact** 40:7 79:5 79:8 117:15
**impacts** 117:20
**important** 108:22
**impression** 64:17 66:9
**Inc** 1:16,18 12:10 12:11,12 13:1 18:11,15 20:12 22:17 26:16 29:8 30:1 118:10
**incentive** 59:18
**include** 61:15 109:12 118:7
**included** 43:16 45:1,5 89:5
**including** 72:1 98:17
**income** 101:20 103:8,12 117:18
**inconsistent** 107:9
**incorporated** 19:17
**incorporating** 82:2
**increase** 89:19
**Indemnification** 117:18
**indemnified** 92:4 118:8,10
**indented** 70:1
**indicate** 80:20
**indicates** 32:20 33:4 62:20 63:2 89:8
**indicating** 106:12
**inevitably** 70:8
**information** 24:14 39:5,7,9 39:11,13 42:22 43:20 55:9 65:9 67:10 71:14 85:4,7 103:5,6
**information-ga...** 85:4
**initial** 24:7 48:5 64:2 112:8
**initials** 52:9
**input** 116:20,21
**instance** 46:10 83:2,7
**instruct** 22:1
**instruction** 76:22
**instructions** 44:21 45:4 46:6 46:8
**intending** 59:17 59:18
**intention** 53:1
**INTERACTIVE** 5:16
**interest** 86:8,8,11 91:13
**interested** 121:15
**Internal** 98:21 99:9,13 100:19 114:9
**internally** 30:20 72:9 95:10 103:1
**interrupted** 12:20
**interviewing** 66:3
**investment** 24:13
**involved** 14:6 18:14 27:18 30:10 31:6,11 32:2 76:18 77:3 79:17 97:21 99:5 102:8 109:3,8
**involvement** 18:17 21:18,20 24:10,15,18,21 27:8,12 28:10 29:10
**involves** 18:9
**involving** 99:4
**in-house** 47:6
**IPO** 24:7,19 25:2 25:16,22 26:6 26:12,17 27:4,6 28:4 72:13 73:6
**IRS** 20:16 40:18 53:10,11 64:8

64:12 66:16 87:15 90:22 114:5
**issuance** 39:20 45:11 112:12 116:3
**issue** 11:7,9 22:7 50:19,21 75:21 75:22 85:13,17 85:18,22 86:3,5 87:4 92:11,12 100:5 109:6
**issued** 111:20
**issues** 14:6,10,15 17:15 44:18 97:18 99:4 100:2 109:4
**items** 31:3 99:1 101:10,16 111:13

**J**

**Jeannette** 2:9 3:12 121:4,20
**Jersey** 3:14
**job** 2:7 13:9 14:9 18:3 60:2
**John** 4:14 97:5
**Johnson** 5:5 6:3 8:21 9:7 34:5 46:21 51:21 58:18 69:8 77:20 80:1 81:11 82:10 83:12 92:19 96:19
**joined** 12:8,13,15 12:21
**Jones** 92:13
**June** 2:3 121:20
**just** 11:5,17 12:19 13:8,13 14:12 21:21 22:9,10 22:22 23:7 26:8 34:16 39:11 46:4,16 50:10 54:12 55:8 57:9 58:3 68:7,10,14 68:22 70:16 76:10,11 82:21 86:13 95:2,10 97:7 100:4 104:3 107:7 110:4,19 111:4 111:4,7 114:8
**JUSTICE** 5:6

**K**

**K** 4:5 120:1
**KARI** 4:4
**keep** 59:8,19 106:13
**kept** 108:4
**Kevin** 62:20
**Khosrowshahi** 14:1 16:9 107:3 107:14 108:12
**KIM** 4:5
**King** 12:16
**knew** 57:9 63:18 64:7 67:21 75:7 76:3,7,11
**know** 10:6 11:8 11:11 15:3 17:21 19:3,14 20:1,18,20 21:3 22:22 29:3,19 33:11 37:20 38:11,12,18,21 40:10 42:12 44:8 46:10,16 47:4,7,8 48:22 50:8 51:10,13 51:14,14 55:7 55:16,19,22 57:5,6 58:1,3 60:8,22 61:2,12 61:14,20 62:3 65:2 66:12 67:5 67:12,13 68:5 70:12,18,20 71:21 72:2,3 73:9,12 75:4,5,8 76:12 77:3,13 77:15 78:11 80:17,20 81:2,4 83:22 84:20 86:15 87:10 88:2,3 89:22 91:12,16,18 92:14 94:18 95:1,2,9,14 96:1 96:1,6,8,9 100:4 101:13 105:1 106:15,17 110:8 113:17 115:15
**knowledge** 26:13 27:12,16 41:10 70:17 93:6
**known** 64:10

**L**

**L** 120:1
**lack** 112:6
**large** 49:11,13 101:16
**larger** 85:6
**Larson** 4:4 10:20 117:21 118:16
**last** 43:9
**lately** 20:21
**later** 43:1 89:19
**LATHAM** 4:6
**latter** 32:11,11,15
**law** 3:2 9:3 92:13
**lawyers** 11:17
**leading** 27:9
**learn** 41:6 43:13 53:21 55:2,5 105:4
**learned** 43:19 54:16,20 55:7 56:11 64:14 87:14 93:10 96:10,15 105:8
**learning** 41:12,17 41:20 56:1
**least** 34:7 75:11 89:8
**leaves** 117:3
**leaving** 14:1 17:12
**led** 29:12
**Ledge** 47:4
**left** 97:18
**legal** 117:22
**Les** 17:5 102:14
**less** 25:17 68:10
**let** 10:6 26:5 27:17 37:13 82:11 93:22 105:1
**letter** 6:14 32:19 32:21 33:4 34:15 54:6 68:9 69:16 82:14 104:13,18
**letters** 82:21
**Let's** 96:21
**level** 33:19,22
**liability** 70:15 91:19 118:6,9
**lieu** 30:2
**like** 33:14 42:2 46:1 47:2 49:11 52:2 59:7 64:1,4 64:17 66:10,13 67:17,22 81:12 88:3 106:12 113:5
**limit** 63:6
**LINE** 119:7
**lines** 100:1
**liquidating** 111:20
**list** 102:10
**listed** 89:13
**Litman** 1:4 4:13 29:5,12,16 37:3 38:15 39:21 40:9 41:7,13 44:4 48:11 53:2 53:6 55:20 56:2 56:21 72:1,7 74:21 76:4,18 77:8 94:5,15 95:17 97:7 105:17 106:4,19
**Litmans** 55:3,14 58:10 76:9 96:12
**little** 11:10 62:17 102:10
**live** 9:12
**LLP** 3:4 4:6,15
**long** 95:7
**look** 11:13 19:1 32:17 42:14,18 49:5 52:2 62:19 63:21 81:12 83:13 88:22 89:1 105:14 111:9 112:10,17 114:13
**looked** 34:16 80:19 87:9
**looking** 19:4 42:5 77:4 101:2 106:11 111:12
**lot** 31:15 39:4 55:9
**Louisiana** 4:17
**low** 26:8 57:9,12 57:15,22 58:2 64:18 76:11,12 115:11,15
**lower** 54:18,21
**lowest** 64:1,5 66:10
**lowness** 57:17

**M**

**M** 4:4 120:1
**made** 16:10 73:15 73:19 74:3 83:21 90:3 91:1 108:17 110:7
**mail** 88:21
**main** 97:18
**make** 14:22 21:21 22:12 48:9 60:15 69:1 119:4
**makes** 15:5
**making** 109:11
**Malia** 1:4 97:7
**manager** 12:3 17:12 32:3
**many** 27:19 29:19 36:1

**March** 89:9
**MARIE** 4:5
**mark** 10:2
**marked** 32:18 34:3,6 42:2 46:19,22 51:19 51:22 58:16,19 68:1 69:6,9 77:18,21 79:21 80:2 81:9,13 82:8,11 83:10 83:13 92:18,20 116:8,12
**market** 40:4,6,13 40:15,17,19,21 50:1,13 51:2,4 56:10 58:5 105:12 109:12 111:15,19
**marketability** 73:1 112:6
**Marketing** 104:22
**Mary** 78:10
**materials** 67:11 67:13
**matter** 108:22
**may** 14:1 44:11 51:17
**maybe** 25:8 62:7
**McCormick** 2:9 3:13 121:4,20
**mean** 11:9 18:20 20:6 43:16 45:20 57:12 59:15 61:7 65:9 79:11 83:1 86:2 87:22 96:17 100:4
**meant** 107:8,9
**meet** 10:16,22 11:17
**meeting** 11:14 31:2 101:7,19 101:22 102:2
**meetings** 102:5 102:17
**Mel** 47:8,9
**memory** 102:22
**mentioned** 11:17 23:13,21 24:17 68:11 81:16 92:11 93:9
**merged** 12:16
**met** 10:17 11:2
**Michael** 13:21,22 17:7 102:17
**Michelle** 1:10 97:6
**middle** 47:13 53:10,14
**might** 27:13 61:21 81:5 93:6 102:11 117:10 117:15,15
**million** 62:5,6,7 104:8,9 112:3 112:21 113:1,2 113:4,16 114:1 115:8,8,10,13 115:14 116:5
**mind** 115:1,3
**minutes** 104:3
**monitoring** 18:18
**month** 25:17 43:9
**more** 27:5 35:21
**morning** 9:8,9
**Morrow** 16:19
**most** 24:1 44:11
**moved** 12:5
**much** 25:7 54:18 54:20 76:12 85:6,7
**myself** 58:1 102:8

N

**N** 4:1 5:1 6:1,1 120:1,1
**name** 9:10 12:8 12:19 13:6,8 15:20 16:19 17:5 31:9 32:4
**named** 17:7,8
**names** 18:11 49:15
**necessarily** 83:1
**necessary** 73:22
**need** 9:22 11:10 30:3 45:10,13 58:4 59:12 66:16 107:10
**needed** 39:9 45:16 46:11 51:2,4 54:4 56:13,14 60:15
**needs** 63:2,3
**negotiated** 52:11
**neither** 121:9
**network** 1:18 12:11,17,18 18:12 31:15,18 102:6,8 103:6 104:4 106:21
**Networks** 12:10 12:12,13,18 13:1,4,12 30:15 38:2 44:13 84:18 101:5
**Networks's** 20:5
**Network's** 103:18
**never** 43:19 44:18 53:8 77:7 95:18
**new** 2:2,2 3:6,6 3:14,14 5:18,18 9:13 12:5 80:11 120:3,4
**Nobody** 14:20
**normally** 33:20 74:2
**Northwest** 4:7
**Nos** 6:14,21 7:7,9 7:13,15,19 8:7 8:10 92:17
**Notary** 3:13 120:22 121:5
**note** 48:3
**noted** 58:21
**nothing** 10:15 39:14 62:16
**notice** 3:12 34:14 42:5,7
**notified** 100:6,7
**number** 50:14 54:19,21 57:6,9 57:12,18,21 58:3,4 64:8,9,11 64:15,20 66:15 66:16 67:21 76:11,12,14 89:1 105:14 106:9 111:9 112:1,2,10,11 114:4 115:22 116:2,5,12
**numbers** 35:11 65:16 81:14 107:9

O

**O** 6:1 120:1
**object** 117:21
**objected** 41:13
**objections** 41:7 41:11,17,20
**obtain** 63:19
**obtained** 53:6 55:3,13 95:16 96:2,4,11,14 108:6
**obtaining** 91:13
**obviously** 50:6 67:8 94:11
**occasionally** 10:11
**occur** 26:2
**occurred** 13:7 27:1 28:6 98:16 107:11
**October** 47:21 48:16 54:8 68:10 69:17 106:10
**off** 17:13 34:1 92:3 98:18
**offering** 24:8 26:2 26:2,7 112:8
**offhand** 29:20 49:16 61:14
**office** 102:9
**officers** 38:12,20
**offices** 3:2
**off-the-cuff** 66:4
**oftentimes** 82:20
**OID** 85:20 86:2,5 87:6
**okay** 10:9 12:20 35:21 36:14 55:2 57:14 63:1 70:1 104:15 114:18 117:14
**once** 56:11 58:3 111:5
**one** 4:16 13:22,22 14:1,1 17:12,12 20:18,21 21:1,7 21:14,15,21 22:2,7 23:1,2,15 23:20 31:16 32:1 33:11 35:1 35:2,17,21 36:3 36:4,5,11,13 42:7 43:19 46:16 47:13 49:17 55:6 59:4 60:5 62:20 67:10 75:20 82:4 83:18,22 86:15 87:14,15 87:17 88:8,12 88:13 89:19 93:1,2,12,15,18 94:4 96:1,8,9 102:11 104:2,8 104:9 106:21 115:7 116:19 117:3
**ones** 49:8
**only** 21:20 24:15 32:1 36:2,4 64:6 65:1 75:20 92:8 107:5 110:11,11 114:3,6
**open** 99:1
**opinion** 26:7 65:14 71:11 86:19 107:14,15 108:2
**order** 56:13 58:4 103:6
**original** 27:2

80:10 85:22 86:2 92:12
**originally** 41:8,14 54:19 76:5
**other** 11:16 14:21 15:6,11,15 17:12 23:4 39:13 46:16 49:5,6,11 55:19 60:9 62:16 65:1 65:3,5,12 72:14 73:7 84:8,20 85:10 86:16 96:2,8,9 115:9 117:9,18
**otherwise** 92:10 114:6
**out** 14:2 17:12 19:13 43:21 56:3,6,18 57:18 60:4 61:1 62:2 83:4 84:9,12 93:12,15 99:1 101:12 104:4 105:11 107:12 109:15 114:16
**outcome** 117:9
**outside** 60:12,14
**outsourced** 23:22
**outstanding** 85:8
**over** 15:6 86:7 111:4
**overall** 13:13 41:1 41:3 101:9
**overboard** 91:9
**oversee** 14:9
**overseen** 99:20
**owe** 91:19
**owed** 117:11
**own** 56:14 57:3 107:10
**owned** 98:1,2,3,4 98:5 100:13,14
**owners** 29:8

**P**

**P** 4:1,1 5:1,1
**page** 6:2,9 7:5 8:5 34:10 35:10 42:20 52:6,8,14 68:9 80:22 82:12,14 89:1,4 89:12 101:3,3 101:13,14 114:13 119:7 120:12
**pages** 2:8 42:16 120:9
**paper** 10:4
**papers** 114:16
**paragraph** 52:14 70:1,2 104:18 111:13
**parent** 97:13 98:7 99:19,21 108:22
**part** 14:9,12 18:10 32:11 75:12
**particular** 62:12
**parties** 22:22 40:21 117:6 121:11
**partner** 103:10 103:18,21
**party** 117:3
**pass** 118:15
**pay** 62:16 117:10
**paying** 85:3
**payment** 37:2
**payments** 28:4,11 30:2 86:6,7
**people** 17:14 23:13,20 97:19 102:11
**per** 57:14 104:10 104:11 112:7 114:20
**percent** 64:2 66:19,21 67:17 113:3,16,17,18 113:19,22 114:1 115:7,9
**period** 13:17,21 14:4 16:8 17:1,4 38:7 54:2,3,5 112:22 117:6
**periods** 28:22
**person** 14:15 17:5 17:6,8 31:9 38:9 58:2 59:2 75:17 76:1 107:5
**personal** 44:16
**phone** 99:10
**picked** 70:15
**Pictures** 12:3,15 12:16
**piece** 97:20
**place** 24:2 27:5,6
**Plaintiffs** 1:5,11 1:19 4:3,13
**play** 97:12
**Plaza** 3:5 4:16
**please** 10:6 104:12 105:1 106:9 111:9 112:10
**point** 26:2 30:14 48:18 50:5 60:8 63:18 81:17 97:17 104:9
**pointing** 54:6
**Pompan** 103:20
**Porter** 4:14 6:4 96:21 97:4,5 116:10 118:2,15
**portion** 32:10,15
**position** 47:16 87:3
**possible** 19:4 62:17 63:16 64:1,5,18 66:11 83:5 113:6
**possibly** 66:6
**post-close** 118:9
**practice** 23:3,6 33:13,18
**preparation** 21:15 22:18 23:5 24:1 30:11 30:17 31:8,12 31:14 35:7 76:19 79:17
**prepare** 10:14 11:16 22:2 37:21 38:2,5 39:5,8,12 56:13 58:4,6 75:2 81:17 84:9 85:4 85:6 103:7 110:16,22 115:18
**prepared** 21:15 21:22 22:3,7 24:4 30:19,22 33:15 36:12 37:17 38:1 41:8 41:15 45:21 46:5 53:8,18 69:14 75:15 81:5 83:22 93:7 101:8 103:2 104:21
**preparers** 71:16 102:7 110:12,16 110:22
**preparing** 23:16 31:15 36:11 61:9 68:7 75:5 75:10 87:1 116:16
**president** 13:2 15:18,20 16:11 16:13,18,22
**previous** 80:19
**previously** 32:18 42:3 50:6 51:8 67:22
**pre-spin** 118:6,12
**price** 24:19 26:7 40:12 59:8 62:11 73:6,7 86:9 112:8
**primary** 60:12,14
**Principles** 115:5
**prior** 25:22 28:4 50:10 53:13,13 53:18 60:2 61:10,18 68:4 68:18 78:14 87:16 105:10 112:11,21 118:12
**probably** 15:14 31:5 33:16 62:5
**problem** 109:5,7 109:10,15
**problems** 85:11
**process** 27:9 29:12 60:19 61:3,22 77:1 84:3 100:3 101:1,5 104:4 110:5
**profit** 25:20
**project** 62:22
**projections** 24:22
**promotion** 15:20 15:22
**proper** 86:20 109:11
**prospects** 26:11 26:14
**provide** 24:13 59:18 65:13 110:9 112:12 116:19
**provided** 55:12 68:3 73:14 116:21
**providing** 24:21 68:16
**prudent** 57:3
**public** 3:13 24:8 92:10 120:22 121:5
**purchase** 18:10 18:14 19:8 20:12,13 21:5 23:17 25:2,10 27:3 28:14 86:6 86:9
**purchased** 19:16
**purchases** 20:16
**purpose** 49:18,22 73:16 116:22 117:2
**purposes** 48:14 51:2,6,7 54:13 56:9 70:6,7 71:3 74:7,17 79:9,12

90:19
**pursuant** 3:12 29:16 116:15
**push** 39:7
**put** 10:3 27:5 88:20
**putting** 60:4 104:4
**p.m** 118:20
**P.O** 5:7

**Q**

**question** 10:5,8 14:22 71:1 109:2 111:17 117:22
**questions** 9:22 47:2 97:8 104:2 118:17
**quick** 48:5 63:10
**quickly** 68:15

**R**

**R** 4:1 5:1 119:1,1 121:1
**range** 112:3,13 113:5,7,12
**ranges** 65:18,20 66:1 113:1
**rather** 10:1
**reached** 73:9
**read** 68:22 72:20 120:9
**reading** 47:5
**realized** 94:3
**really** 26:13 66:12 115:18
**reask** 10:7
**reason** 33:1 63:13 66:8,14 71:17 71:19 78:4 91:9 119:9,11,13,15 119:17,19
**reasonable** 67:2 74:14
**reasons** 119:5
**recalculation** 80:15
**recall** 17:22 18:2 18:6 19:10,13 19:16 20:1,7,8 20:12 21:19,20 22:3,6,16,21 23:8,10 24:7 25:7,8 27:11 31:11 32:2,4,21 32:22 33:8 34:17,19,20 35:1,6,15,16,21 36:1,1,2,4,14,18 36:18 37:1,4,5,6 37:12,14 38:15 38:22 39:2,9,15 40:20 41:1,12 41:17,19,20 44:9,14,21 45:4 48:1 49:1,15 51:16 53:4,17 54:9,15 55:4,10 55:11,15 61:22 62:13 63:6,9,12 64:16 65:8,20 65:22 66:20 67:14,18,20 68:3,5,11,12,14 68:16,19,21 69:2,4,16,17 72:6,9,15,22 73:4 74:20 75:20,22 77:9 77:12 78:2 80:5 81:20,21 82:4 82:18 83:7 87:12 90:2 91:1 101:19,22 103:10 105:8,21 106:3,7,17 107:5,6,7,18,22 108:11 109:22 111:12,14 113:7 114:8 115:20 116:1
**receive** 27:19 28:13 32:21 53:5,15 69:18 83:2 117:12
**received** 28:4 29:16 33:2,8,11 34:17,19 53:8 53:14 70:21 74:13 78:2,4,19 82:18 93:21 94:2 105:7 106:21
**receiving** 35:4 37:9 48:1 76:6 78:7
**recently** 43:5,9
**Recess** 58:14 97:1
**recognize** 34:9 42:9 43:2 52:4 69:11 92:22 93:3
**recollect** 42:13 44:3,6 51:15,17 63:17 67:1 83:6 86:17 92:15
**recollection** 20:9 20:11 21:10,12 21:14 22:8 25:19 28:20 32:7 35:3 39:3 48:17 62:3 72:19 74:1,19 75:16 78:12 84:8,11,22 85:8 88:6,13,15 91:5 95:12,22 108:5 108:15,20 110:4 113:11 116:6
**recollections** 87:2
**recommended** 49:20,21
**reconciliations** 30:21 31:1 101:9
**record** 9:10 34:1
**recorded** 40:2
**recused** 77:1
**reduction** 52:11
**Reed** 78:10
**reference** 84:19
**referring** 10:19
**refers** 115:1
**reflect** 30:4 37:2 39:20 79:15 111:19
**reflected** 40:2,7 45:16 89:17 105:1 106:5 107:16
**reflects** 66:9 111:14
**refresh** 78:12
**refund** 91:13 117:11
**regard** 23:10 31:6 50:19
**regarding** 22:17 23:17 28:7 39:1 40:21 41:18,21 45:5 61:4 68:17 72:10,13 78:8
**related** 86:5 92:4 104:3 121:10
**relative** 121:13
**rely** 56:12
**remaining** 99:1
**remember** 14:21 22:4,9,10,19 25:11,12 36:7,9 36:10,11,13 49:9 50:14 53:22 54:18 57:10 63:8 64:6 64:19 65:1,2,16 65:17 66:14 68:22 71:17 72:5 74:12 78:7 85:15,16,18,19 86:13,14,22 87:3,8 88:19 94:9,10 95:5,8 102:15,18 110:11 112:15 113:9
**Rendered** 52:15
**renovation** 11:9
**rephrase** 10:6
**report** 6:20 13:16 14:16,18 19:1 19:12 53:5,8,18 54:9,10,11 68:2 68:4,4,6,18 69:10,13 70:6 70:10,22 71:8 71:22 72:20 73:14 74:4,11 74:13 76:7 77:14 78:14 81:22 82:2 85:22 95:16 96:2 112:12 113:15,18 116:2
**reported** 2:9 16:3 16:4,6,7 17:2,3 32:3 70:19 85:20
**reporter** 3:13 10:2 15:4 121:5
**reporting** 16:11 17:6,7 70:6,7,9 99:22 114:22 115:2
**represent** 97:5
**request** 111:3
**requesting** 48:4
**require** 84:14
**required** 84:16,17
**Reservation** 18:12
**RESERVATIO...** 1:18
**resolution** 86:20
**resolved** 86:15,18
**respect** 98:1 99:4 101:5 103:11 105:5 106:19 107:19,20 108:2 108:3 109:16
**respects** 40:18
**responded** 79:2
**response** 10:1,3 65:14
**responsibilities** 13:10 16:1
**responsibility** 13:14
**responsible** 14:15 18:18 23:16
**restricted** 105:6

106:20 109:12 110:2 111:15,19 112:14 116:3
**restrictions** 28:15 28:19,21 29:11 40:8
**result** 19:10 37:9 61:3
**results** 82:2 117:20
**retain** 37:20 49:17 56:7,18 57:18
**retained** 6:7 7:3 8:3,21 49:1 68:11
**retaining** 49:22 50:10 66:6
**retention** 6:13 54:6
**return** 6:11 7:12 7:18 20:2,3,5 24:2,5 30:11,12 30:17,19 31:4 31:16,21 32:7,8 32:14 33:5,9,9 33:15 34:7,20 35:4,7 38:5,8,10 39:1,6,8,12 41:7 41:18 42:4,6,6 45:1,5 48:17,19 49:3 50:3 51:1 51:11 54:19,22 56:13 58:5,6 63:15,19 64:10 64:22 70:13 71:5,16 73:17 74:8,17 76:5 80:13 81:13,18 81:21 82:19 83:1,3,4,15 84:10 85:5,6,13 85:21 86:1 87:1 87:12,21 88:6 88:10,14,15,18 90:4,7,11,13 93:10 97:10,13 98:19 99:5,14 99:18 100:2 101:3,4,8,13,17 101:21 103:8,12 105:19 106:6 107:17 109:4 110:15,22
**returns** 17:19 18:4 19:1 33:20 37:21 38:2 39:16 44:15,16 50:9 61:9 75:2,5 75:10,11,15 76:20 77:4 79:18 87:10,11 89:6 90:20 100:19 101:6 102:3 103:2,22 108:14,18 109:13,21 110:3
**Revenue** 98:21 99:9,13 100:20 114:9
**review** 18:3 33:18 47:1 53:3 74:10 100:18,22 101:1 101:4,20
**reviewed** 31:1 101:1,10
**reviewing** 21:10 21:13 24:16 77:4
**right** 10:17 26:8 54:7 69:21 94:5 95:18
**rights** 27:20
**ringing** 99:10
**ROBERT** 1:10
**Robinson** 47:8,9 47:14 48:3 74:21 105:17,18 106:1
**Rockefeller** 3:5
**role** 38:18,19 97:12,16 98:20 98:22 116:16
**rolls** 111:4,6
**roughly** 62:5 104:7
**rule** 46:5
**rules** 40:14
**run** 85:5
**running** 22:11 77:7 115:15
**Rye** 9:13

**S**

**S** 1:4,10 4:1 5:1 6:1,6 7:1 8:1
**sale** 40:8
**same** 12:19 13:3 34:15 50:13 65:9 94:13 103:21
**Savoy** 12:3,14,16
**saw** 36:2,5,6 43:5 82:5
**saying** 46:3 54:18 66:20 69:3 94:20
**says** 46:5,7 67:16 106:11 112:19 113:1,2 114:19 115:7
**school** 11:20
**scrutinized** 64:11 94:12,22 107:10 114:5
**second** 42:20 52:14 55:6 58:20 80:22 82:12,14 89:4 89:12 104:18
**secondary** 26:1
**Section** 117:17,20
**sections** 24:16
**see** 33:5 35:11 37:18 48:6 52:15 59:13 63:4 70:3 80:22 82:16,22 83:19 89:13,20
**seeing** 34:20 35:1 35:2,4,15,16,21 36:2,4,13,18 81:20,21 105:21 115:20
**seek** 109:19
**seeking** 105:11 109:15
**seems** 80:20 111:22
**seen** 20:21,22 21:1,4 42:11 43:4,11 80:4 95:18
**sell** 25:20 29:1
**seller** 23:1 40:12 40:19 56:9 67:17 104:21 105:5
**sellers** 22:17 23:4 26:16 27:5,19 28:3,7,13,22 29:3 45:13 54:11 64:14 67:18 96:3,12 96:18 111:20
**seller's** 105:2
**send** 36:8 82:21
**sending** 33:4 78:18 88:6,13 88:14 110:11
**senior** 16:11,13 16:17,22 32:3
**sense** 22:12
**sensitive** 62:12
**sent** 24:13 33:14 36:14 53:11 58:21 67:10,13 67:14 80:21 82:22 88:9,9,12 88:16 110:14
**sentence** 106:11
**separate** 19:18 20:2 32:14 38:8 61:22 92:10 112:19
**separately** 45:21 61:18
**September** 32:19 34:15 104:14 105:4,15
**series** 9:21
**serves** 102:22
**Service** 98:21 99:9,13 100:20 114:10
**services** 52:15 59:12,15
**set** 19:21 63:7
**setting** 24:18
**Severans** 47:14 47:17 78:18,19
**shake** 10:1
**share** 53:2 57:14 112:7 114:20 115:8,10
**shareholders** 98:18
**shares** 25:9,9,10 25:13 27:19 29:19,21 30:5 48:6,10 49:2 50:2 54:13 59:5 72:11 105:6,12 106:20 107:15 107:16 108:3,7 109:12,17 110:2 111:15,20 112:14,20,21 113:1,3,4,16 114:2,17,19 115:17 116:4
**sharing** 8:13 116:14,22 117:2 117:8
**Shell** 4:16
**Shopping** 12:11 12:17,17 31:14 31:18
**short** 68:7,12
**Shorthand** 121:5
**shortly** 25:16
**show** 42:2 67:22 82:11
**shown** 43:6 120:12
**shows** 80:9
**side** 23:4 60:16
**sign** 17:18 38:10
**signature** 34:9,12 42:9 52:6

**signed** 38:11 42:7 42:8 89:9,10
**significant** 101:16 116:19
**Silican** 13:22
**Silver** 12:16
**simply** 13:6
**since** 13:3
**size** 62:4 85:1
**small** 25:6
**social** 44:12
**sold** 112:21
**solved** 109:15
**some** 14:11,12 26:2 42:21 72:14 73:7 97:17 100:12,14
**somebody** 22:1 36:8,15 42:8 48:9 73:12 88:14 94:18 95:10 100:16
**someone** 31:8 47:7 95:12 106:16
**something** 67:17 92:2 112:2 113:19,22
**sometime** 16:15
**soon** 63:16 105:4 105:9
**sorry** 12:20 23:9 82:13 93:2 99:11
**sort** 15:3 57:7 59:21 66:4
**sought** 107:12
**sound** 69:21
**speak** 99:3
**specific** 22:19 33:19 39:3 61:14 63:13 64:6 65:19 74:19 75:6,16 87:2 88:13,15 98:20,22 100:3 103:15 108:5,20 111:3
**specifically** 18:2 20:7,8,20 21:4 22:3,4 25:8,11 25:12 32:22 35:1 36:2 37:5 38:14,19,21 39:14 47:7 48:2 49:9 50:14,20 53:22 54:11,17 55:4 57:6,10 63:8 64:22 65:7 65:16 66:13 67:12,15 68:5 68:19 71:17 75:8 77:15 78:3 82:6 83:5 84:16 85:14 87:5,8 88:7,19,20 89:1 93:3 94:9 95:1,5 101:2,22 102:15 102:18 106:15 108:11 111:10 111:13 112:15 113:9
**specifics** 86:14
**spell** 17:10
**spinoff** 116:15
**split-up** 117:6
**spoke** 75:17 88:4
**spoken** 44:7,8,12 44:14
**spreadsheet** 79:3 80:9,18,21 81:3
**spun** 92:3 98:18
**ss** 120:3
**stamp** 89:2
**stamped** 35:11 42:16 52:1 58:20 69:11 77:22 80:3 82:13 83:15 89:2
**stands** 19:13
**Stanford** 11:21 15:7
**start** 15:1 111:5
**started** 11:22
**starts** 114:16
**state** 9:10 120:3
**statement** 79:9,11 104:20
**statements** 70:14 79:16
**states** 1:1 3:14 63:22 70:5 104:18
**STATION** 5:8
**still** 12:18 16:20 25:13
**stock** 24:8 25:2 27:5,14,19 28:13 29:1,11 29:16 37:3 39:20 40:2,8,22 45:11 50:20 58:8 71:3 75:12 85:12,19 89:16
**stop** 12:7
**Street** 4:7,17 5:17
**subject** 120:11
**subscribed** 120:17
**subsequent** 90:16 110:21
**subsidiaries** 1:17 14:10,11,13 31:14,17 38:3 100:13,14,18 101:6
**subsidiary** 14:3 14:14,16,16,18 19:18 33:14 100:2,7,10 102:3 103:22 109:4
**Suite** 4:8
**superiors** 106:21
**supervised** 30:12
**supervising** 30:10
**supplied** 43:1
**sure** 14:2,22 15:2 17:11 21:21 22:12 35:17 48:22,22 55:7 55:22 59:11 60:7,9 68:7 69:1 69:19 70:16 78:15 80:5 86:17 94:11 96:7 99:6,6 100:3 105:9 106:7 108:4 109:11
**Susan** 114:8,9
**SVP** 16:5,6
**switch** 83:21 84:2 84:4,6
**switching** 60:17
**sworn** 9:2 120:17

**T**

**T** 5:15 6:1,1,6 7:1 8:1 119:1 120:1 121:1,1
**take** 10:12 30:7 32:17 42:14 47:1,5 52:11 58:12 76:6 78:17 83:13 88:22 89:1 96:21
**taken** 9:18 24:2 121:12
**talk** 11:4 15:4 23:3 44:1,4 67:3 67:6,8 112:22
**talked** 11:9 65:3,5 65:13
**talking** 15:6 38:22 54:2 66:5 114:21
**tax** 6:11 7:12,18 8:13 11:22 12:2 12:5,8,22 13:11 14:6,10,11,15 15:19 16:12,14 16:18 17:1,15 17:17,18 18:4 18:19,20 19:1,4 19:10,12 20:2,3 20:5 23:22 24:2 24:4,5,16,17 30:7,11,12,17 30:21 31:4,16 31:21 32:6,8,14 33:5,9,9,19 34:7 34:20 35:4,7 37:21 38:2 39:1 39:8,12,16 40:13,18 41:7 42:4 44:15,18 45:1 48:6,14,17 48:19 49:3 50:2 50:9,17 51:1,2,6 51:7,11 52:20 54:13,19,22 56:8,8,13 58:5,6 60:16,18 61:4,9 61:15 64:10,22 70:6,13,17 71:3 71:5,15,16 73:16 74:7,17 76:1,5,19 79:5,7 79:13,14,17 80:10,11,13 81:13,21 82:18 83:1,3,4,14 84:10 85:5,6,20 85:22 87:1,10 87:20 88:5 91:13 97:10,19 100:2,13,15,19 101:2,6,8,13,20 102:3,9 103:2,8 103:10,12,18,19 104:4 105:19 107:17 108:13 108:18 109:4,13 109:21 110:3,12 110:15,21 116:14,22 117:2 117:8 118:6
**taxation** 13:2,15 14:13 15:19 16:5,6
**taxes** 91:20 92:4 117:5,18,18
**technically** 12:14 15:22 45:22
**telephone** 4:10,19 5:10,19 66:5
**tell** 10:13 11:19

17:3 18:17,20 26:22 30:16 34:11 61:7 62:14 64:4 76:17 80:17 82:20 88:17,19 91:17 93:18 102:16 117:14
**telling** 64:6,16,19 65:1,2,17 66:14 67:20 74:20 113:11 114:8
**terms** 13:9 99:22 99:22
**testified** 9:3
**testimony** 104:6 120:9
**Texas** 4:18
**Thank** 96:19
**their** 14:6 32:6 44:15 47:5 64:2 65:14 66:18 68:4,17 71:11 73:16 74:10,13 76:7 96:16,17 102:7 113:12,18
**themselves** 96:3
**thing** 14:21 21:20 64:6 65:1
**things** 76:1
**think** 13:1,20 17:13 19:21 22:15 23:6,7,19 25:5,18 26:13 26:21 28:5 34:13 42:12 43:5,5 46:4,4,6 47:10 48:21 50:12 53:11 56:1 57:21 59:1 60:3,4,21 61:17 62:14,18 64:20 67:7,21 69:22 80:9 84:7,16,17 93:9 94:2 95:17 95:19 98:5,10 98:12 100:4 101:18 102:13 102:22 104:1,7 107:7,13 108:11 109:10 110:19 116:15
**thinking** 72:19 87:19
**third** 106:11
**thought** 32:6 64:2 66:19 74:14 87:14,16 90:10 101:11 113:12
**thousand** 25:9
**three** 49:9
**three-page** 42:17
**through** 13:11 14:4 17:1 24:2 25:5 52:1 60:10 60:20 69:11 80:3 81:15 82:14 83:15 92:21,22
**throughout** 10:11
**throw** 91:9
**Thursday** 63:3 113:6
**time** 13:16 14:4 17:1,4 26:6,11 26:17 28:20,22 33:9 34:21 38:7 38:13,16 43:11 47:1,9,16 53:1 54:2,3,5,8 58:12 60:5,13,20,21 63:6 68:6,12 69:20,20 95:21 97:17,22 98:3 99:15
**timely** 22:13 39:8
**times** 44:11 90:6
**time-line** 22:10 22:11
**title** 13:1,3
**titled** 68:1 69:10
**TMF** 18:10,15 19:5 20:12 21:6 22:17 26:16 29:8,22 86:6 96:3 105:18 106:4 111:20
**TMF's** 23:17
**today** 9:22 10:4 10:14 14:21
**together** 117:7
**told** 11:10 17:2 32:5 38:22 39:18 43:19 45:9 53:17 54:9 54:17 57:10 65:22 67:18 76:10,11 77:7 84:3 88:20 90:10,22 94:2 95:17 106:4
**top** 17:13 33:21 114:17
**totals** 115:12,14
**Touche** 6:13 12:1 12:2 49:2,6,12 49:18 50:1,11 54:6 56:4,7,18 57:19 58:10 59:2 60:1,3,5 61:1,13 62:9 68:3,17 69:14 71:2 72:4,10,17 73:14 74:7,16 74:22 76:7 77:11,13 78:8 78:13,20 80:16 81:22 83:19 84:1,12 90:3,8 90:14,18 91:2 93:21 94:3 107:12 108:6,13 108:18 109:16 109:20 110:2,9 110:15,18 111:2 111:16,21 112:5
**Touche's** 52:12 76:14
**training** 15:16 58:8
**transaction** 23:7 23:7,11
**transcript** 120:11 121:7
**transfer** 30:4 37:2
**transferred** 48:10
**transmittal** 82:21
**travel** 92:3 98:17 118:6
**treat** 117:5
**trial** 39:11
**true** 120:10 121:6
**truth** 91:17 102:16
**try** 10:6 94:7
**trying** 27:13 88:11 98:22 115:19
**Tuesday** 2:3
**turn** 35:10 104:12 106:9
**turn-around** 63:10
**two** 16:4,14 41:10 45:16 49:9 62:7 89:5,12 97:18 99:1 104:8,9 112:20 115:16 117:6
**two-page** 92:20
**type** 10:3 39:13
**types** 59:12
**typical** 100:12 104:1
**typically** 100:9,11 100:15,18 102:5 103:21 109:3,5

**U**

**ultimate** 98:6
**ultimately** 110:5 116:1 117:12
**Um-mm** 81:1
**under** 18:11 28:14 40:13 52:14 56:8 70:10 77:14 111:13 115:22
**understand** 10:5 10:7 13:7 18:9 52:18 62:21 71:1 95:9 98:22 109:2
**understanding** 21:5,7,9 26:19 26:22 27:2,22 28:3,15,17,18 29:7,15 30:6 38:9 39:19 40:1 40:4,6 45:9,12 45:14,15,19 46:11,13 48:13 50:15,22 72:16 72:18 79:7 80:6 90:6,17,18 92:5 92:6 96:11,13 96:15 112:9 117:5,13,19 118:4,5
**understood** 10:9 29:21
**unhappy** 84:8,20
**UNITED** 1:1
**University** 11:21
**unnatural** 15:3
**unreasonable** 64:3 66:20,22
**until** 12:2 16:4 98:14 111:6
**unusual** 102:1,4
**update** 48:4
**updated** 108:4
**USA** 1:7,13,21 12:10,12,13,18 13:1,4,12 14:3 17:2,19 18:10 19:17 20:4,18 21:2,11 24:5 26:16 28:7 30:7 30:14,15 31:7 31:19 32:6 33:14 38:1 44:13 47:16 55:16 60:1 63:22 64:4,17 66:10 67:3 78:22 84:14,18 95:11 101:5 102:6,8 103:6 103:18 104:4

106:21
**USA's** 20:3 30:17 32:8 61:4
**use** 50:2 51:10,15 67:11 71:16 73:15 74:3,6,16 75:1 90:3 91:2 100:12 108:17 109:20 110:1 113:22
**used** 28:1 48:14 50:8,12,13,16 50:17 51:1,11 51:14 52:20 54:19,21 56:17 56:17,22 57:5,8 57:21 64:15 67:17,19 70:7,8 71:5 72:14 76:5 90:19 113:15,17 116:2
**using** 56:20 60:1 108:12 111:16 111:21 112:5
**usual** 62:16
**U.S** 5:6

V

**v** 1:6,12,20
**valuating** 59:5
**valuation** 6:20 50:20 52:20 53:2,5 54:10,12 54:15,20 55:2 55:13,21 56:2,3 56:12,15,17,20 57:4,5,8 58:2 59:8,15 60:2 62:12,22 63:3 63:19 65:3,5,6 65:13,15 66:2 67:4 68:2,6,12 69:10,13 70:2 71:18 74:7,9,17 75:1,12 76:4,8 77:11 78:8,14 79:8 80:16 81:17 85:13,19 89:16 90:3,8,14 90:19 91:3,6 93:22 94:3,4,8 95:16 96:10,13 107:10,12 114:17
**valuations** 58:9 94:12,22
**value** 40:2,5,7,13 40:16,17,19,21 48:6 50:1,2,8,12 50:12,14 51:1,2 51:4,10,13 56:10,16 57:14 58:5,8 64:1,5,18 66:10 71:2 89:19 105:6,12 106:20 107:15 107:16 108:3,7 108:9,13,18 109:12,17,20 110:2 111:1,15 111:19 112:13 114:19,22 115:1
**valued** 72:11
**values** 45:15 89:13 110:17 115:11
**verbal** 9:22
**very** 13:15 64:9 68:15 114:10
**vice** 13:2 15:18,20 16:11,13,18,22
**view** 105:5
**Viren** 75:17,18 88:4 95:2 105:16
**volume** 62:1

W

**W** 4:14 120:1
**want** 19:2 63:15 64:20 85:9
**wanted** 64:9 114:4
**Washington** 4:9 5:9
**wasn't** 54:17 85:1 85:3 100:16 101:13 109:1 111:7
**WATKINS** 4:6
**way** 15:4 46:16 70:16 79:4 86:15 96:1,8,9
**week** 68:10,13
**Weiss** 114:8,9
**well** 10:22 12:10 12:14 13:20 14:7 19:12 30:19 35:12 42:6,14,16 45:13 55:6 70:8 71:2 76:15 85:1 87:14 91:7 93:22 94:20 109:3 111:22
**went** 56:18 84:9 84:12
**were** 13:11,21 17:1 18:14 22:16 24:13 26:1 27:14,18 28:13,19,20 29:3,7,21 30:7 30:10 31:18 32:20 38:13,15 38:20 39:10 44:11 49:11,13 53:17 56:11 59:17,18 60:3,6 60:14,16,16,17 60:19 61:10 65:17,18,20 66:14 67:13 69:1 74:14 75:4 75:4,6,9,9,11,15 77:3 78:16 82:15 84:8,19 85:2 86:7 87:6 92:17 97:18 99:1 100:4,19 106:4 114:10,21 115:19 116:19 117:7
**weren't** 85:2 94:12
**West** 5:17
**we're** 54:2 64:20 75:1,2
**we've** 51:22 74:22 87:9 112:19
**whited** 43:20
**whole** 71:17
**wife** 97:6
**wish** 119:4
**witness** 5:14 118:1,15 120:8
**word** 100:12
**worded** 70:16
**words** 117:9
**work** 11:11 31:15 60:4,7,9 61:4,6 61:8,16 62:2,15 63:2 65:4 66:3 68:17 85:7 104:5,6 114:16
**worked** 12:1 17:3 23:14
**working** 11:22 62:22 66:3
**works** 11:5
**worth** 104:6
**wouldn't** 36:12 66:22 94:16 102:3 111:3
**wound** 109:7
**wrong** 69:3,3

X

**x** 1:3,9,15,22 6:6 7:1 8:1

Y

**year** 20:1,19 21:1 22:18 23:14,17 24:5 30:4,11,13 30:18 31:7 32:5 32:8 34:8,21 35:7,19 36:17 37:3,22 39:1,20 40:3 41:8,14,22 42:4 43:13 45:2 45:6,10 48:20 50:3,9 51:11,13 71:5 73:17 76:6 77:5 81:14 83:16 85:13 87:11,13 91:14 91:20 92:12 97:9 101:6 104:10,11 105:20 110:17 111:4,5
**years** 13:10 16:2 16:4,14 17:17 17:18 18:7 90:16 91:2,7,10 110:21
**Yee** 31:9
**yesterday** 10:17
**York** 2:2,2 3:6,6 3:14 5:18,18 9:13 12:5 120:3 120:4
**Young** 19:15 24:1 24:3,4 30:20 31:2,6,10 32:1 37:18,21 38:1,5 39:4,6 41:9,15 44:22 60:12,14 84:7,22 85:2,3 85:11 88:9,9 101:8,20 102:7 103:7,11,13,19 104:13 110:13

Z

**Zeikel** 58:22 60:22 62:20,22 64:4 65:10 67:4 67:8 106:10 113:8
**Zeikel's** 63:21 66:9

$

**$15,000** 77:14

0

**0013** 111:11
**02** 89:9,10
**04** 93:9
**05-956T** 1:6

**05-971T** 1:12
**06-285T** 1:20

**1**

**1** 2:8 111:13
**10/9/01** 6:18
**10:26** 58:14
**10:33** 58:14
**1000** 4:8
**10019** 5:18
**101** 112:3 115:14 116:5
**101,486,928** 115:22
**10112-4498** 3:6
**109** 70:10
**11** 54:8
**11:40** 97:1
**11:45** 97:1
**1120** 104:20
**116** 7:13 8:13
**12** 106:10
**12:19** 118:18,20
**121** 2:8
**13** 2:3
**133** 111:12
**15,000** 59:8,19 106:13
**152** 5:17
**158** 82:14
**16** 26:7 73:6 112:7 114:20
**18** 68:10 69:17 121:20
**19** 32:19 104:14 105:4
**19th** 34:15
**1989** 11:21
**1996** 12:2,3,15
**1998** 12:4,8,11,22 13:11 14:4 17:1
**1999** 17:17,21 18:3,12,15 19:8 20:1,19 21:1,8 21:11,16 22:14 22:18 23:11,14 23:18 24:5 32:5 41:4

**2**

**2** 68:9 111:13
**2000** 6:11 7:12,18 17:17 18:1,3 23:15 24:8 29:16 30:4,8,11 30:13,15,18 31:7,13 32:9,10 32:12 34:8,21 35:8,19 36:17 37:3,22 38:7 39:1,16,20 40:3 41:5,8,14,22 42:4,6 45:2,6,10 48:20 50:3,9 51:12,13 71:6 73:17 76:6 77:5 81:14 83:16 85:13 87:11,13 91:14,16,20 92:12 97:10 98:19 99:14 100:1 101:6,20 103:7,11,19 105:20 108:14 108:19 110:3,17
**2000's** 99:5
**20004-1304** 4:9
**2001** 30:8 32:19 34:21 35:15 43:13 48:16 54:1,1,9 55:14 69:17 90:16 104:14 105:4,15 108:14,19 110:3
**2002** 13:1,11 14:4 15:18 16:2 17:1 90:17 108:14,19 110:3
**2003** 90:17 97:9,9 97:22 98:2,8 108:14,19 110:3
**2004** 16:15,18 53:10,14 87:15 87:16 90:17 95:19,20 97:22 98:11
**20044** 5:9
**2005** 98:13,16 118:13
**2006** 2:3 120:19
**2008** 121:20
**202** 4:10 5:10
**212** 3:7 5:19
**221** 7:13 81:15
**222** 6:16
**229-1597** 4:19
**24** 105:15
**24-80324** 2:7
**243** 6:14
**250** 6:14 52:1
**26** 5:7

**3**

**3** 52:8 117:17,20
**30** 3:5 113:3
**307-3046** 5:10
**314-7300** 5:19
**317** 6:21
**321** 7:19 83:15
**33** 115:7
**34** 6:11
**35** 113:3
**355** 6:21 69:11

**4**

**4** 52:6
**4.9** 112:21 113:2 115:8,8
**40** 64:2 66:19,21 113:16,17,19 114:1 115:9
**408-2500** 3:7
**42nd** 5:17
**45** 113:18,19,22 114:1
**46** 6:18
**470** 7:19 83:15
**48** 111:22
**486,928** 115:14

**5**

**5.1** 113:1,3,16 114:1 115:9
**51** 6:14
**52** 111:22
**54** 7:16 68:1 82:13
**555** 4:7
**57th** 5:17
**58** 6:16 7:16
**59** 8:8

**6**

**60** 8:8 92:21
**600,000** 62:6 104:7
**61** 32:18 34:16,18 104:12
**62** 42:3,7,11,15 42:21 43:17
**63** 105:14,15
**637-2200** 4:10
**69** 6:21

**7**

**7.11.3** 112:20 113:2
**7.15** 113:3
**70** 7:7
**71** 7:7 77:22 89:1 89:2
**713** 4:19
**72** 35:11
**73** 35:11
**74** 35:12
**77** 7:7
**77002** 4:18
**79** 7:10

**8**

**80** 6:11 34:3,6,17 37:17 42:5 67:17
**81** 6:13 7:13 51:19,22
**82** 6:16 7:16 58:16,19 106:9
**83** 6:18 7:19 46:19,22
**84** 6:20 69:6,9
**8495** 104:19
**85** 7:7 77:18,21 80:20 112:10,17
**8594** 20:15,22 21:4 22:18 23:16 30:3 35:13,16,19 36:17 37:6 39:19 41:14,21 42:15,20 43:14 44:2 45:2,6,10 46:9 52:21 89:5 89:12 105:19 106:6 110:16 111:14,18
**8594s** 45:21 56:9 107:9
**86** 7:9 79:21 80:2 80:4 81:2,6 112:11 114:13
**863** 8:11 92:21
**865** 8:11 92:22
**866** 7:10
**869** 7:10 80:3 114:15
**87** 7:12 81:9,13 81:20 87:9 111:9
**88** 7:15 82:8,12 87:9 88:22 89:1 89:8
**89** 7:18 12:1 83:10,14 87:9 88:22 89:2,9

**9**

**9** 6:3 48:16 118:13
**9th** 47:21
**9:00** 2:4
**90** 8:7 12:1 92:17 92:20
**91** 8:10 15:14 92:17,21 93:4
**910** 4:17
**92** 8:8,11,13 15:14 116:8,12
**920** 121:21
**96** 115:12
**97** 6:4