HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 1 | Addendum to Expert Reports of Dr. Mukesh Bajaj | | Expert Report Addendum |
| 2 | BAJAJ 01852 | BAJAJ 02098 | Pre-Open Bid and Offer Prices |
| 3 | BAJAJ00538 | BAJAJ00678 | Articles |
| 4 | BAJAJ01099 | BAJAJ01244 | Pre-Open Bid and Offer Prices |
| 5 | Burns Addendum | | Burns Addendum |
| 6 | Burns Expert Report | | Burns Expert Report |
| 7 | DT000368 | DT000472 | HRN Roadshow and Background Materials |
| 8 | DT00222 | DT00222 | E-mail |
| 9 | Expert Report of Dr. Mukesh Bajaj | | Expert Report |
| 10 | HC 000001 | HC 000004 | Amendment to Amended and Restated Asset Purchase Agreement |
| 11 | HC 00044 | HC 00046 | Press Coverage |
| 12 | HC 00483 | HC 00543 | Annual Report |
| 13 | HC 00544 | HC 00559 | 10-Q |
| 14 | HC 00560 | HC 00660 | Prospectus |
| 15 | HC 00665 | HC 00665 | Correspondence Regarding Pells |
| 16 | HC001615 | HC001622 | Tax Refund Claim |
| 17 | HC001623 | HC001655 | Tax Refund Claim |
| 18 | HC001656 | HC001682 | Tax Refund Claim |
| 19 | HC002015 | HC002024 | Closing Memorandum |
| 20 | HC002029 | HC002034 | Secretary's Certificate |
| 21 | HC002035 | HC002035 | Correspondence regarding Stock Certificates |
| 22 | HC002036 | HC002036 | Transfer Agent and Regsitrar Certificates |
| 23 | HC002037 | HC002039 | Correspondence regarding Stock Certificates |
| 24 | HC002041 | HC002115 | U.S. Tax Return |
| 25 | HC002284 | HC002334 | Board Minutes |
| 26 | HC002445 | HC002448 | Pricing Committee Approval |
| 27 | HC002478 | HC002492 | Underwriting Agreement Index |
| 28 | HC002493 | HC002690 | 10-K/A |
| 29 | HC002691 | HC002721 | Underwriting Agreement |
| 30 | HC002803 | HC002824 | Audit Committee Minutes |
| 31 | HC003020 | HC003071 | Board Minutes |
| 32 | HC003072 | HC003214 | Board Minutes |
| 33 | HC003360 | HC003374 | Audit Committee Minutes |
| 34 | HC003868 | HC003879 | SEC Correspondence |
| 35 | HC003911 | HC003915 | SEC Correspondence |
| 36 | HC003916 | HC003920 | SEC Correspondence |
| 37 | HC003921 | HC003925 | SEC Correspondence |
| 38 | HC003926 | HC003927 | SEC Correspondence |
| 39 | HC003928 | HC003935 | SEC Correspondence |
| 40 | HC003936 | HC003938 | SEC Correspondence |
| 41 | HC003939 | HC003948 | SEC Correspondence |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 42 | HC003949 | HC003950 | SEC Correspondence |
| 43 | HC003951 | HC003955 | SEC Correspondence |
| 44 | HC003956 | HC003959 | SEC Correspondence |
| 45 | HC003960 | HC003970 | SEC Correspondence |
| 46 | HC003971 | HC003972 | SEC Correspondence |
| 47 | HC003973 | HC003975 | SEC Correspondence |
| 48 | HC003980 | HC004005 | Draft 10-Q |
| 49 | HC004006 | HC004006 | Tax Reporting Summary Exhibit |
| 50 | HC004007 | HC004007 | February 2000 Calendar |
| 51 | HC004008 | HC004008 | Bajaj Document regarding Mitchell Report |
| 52 | HC004009 | HC004009 | Bajaj Document regarding Mitchell Report |
| 53 | HC004010 | HC004010 | Stock Price Reporting |
| 54 | HC004011 | HC004011 | Stock Price Reporting |
| 55 | HC004012 | HC004012 | Stock Price Reporting |
| 56 | HC004013 | HC004013 | Stock Price Reporting |
| 57 | HC00694 | HC00800 | Amended and Restated Asset Purchase Agreement |
| 58 | HC00837 | HC00837 | E-mail |
| 59 | HC00938 | HC00939 | E-mail |
| 60 | IAC 000001 | IAC 000031 | SEC Correspondence |
| 61 | IAC 000317 | IAC 000355 | Valuation Report |
| 62 | IAC 000739 | IAC 000781 | Proxy Statement |
| 63 | IAC 000841 | IAC 000846 | Spreadsheet |
| 64 | IAC 000847 | IAC 000848 | Spreadsheet |
| 65 | IAC 000849 | IAC 000857 | Pricing Analysis |
| 66 | IAC-P 000011 | IAC-P 000018 | Correspondence regarding Earn Out Computations |
| 67 | IAC-P 000095 | IAC-P 000095 | Analysis |
| 68 | IAC-P 000608 | IAC-P 000608 | Spreadsheet |
| 69 | IAC-P 000609 | IAC-P 000609 | Spreadsheet |
| 70 | IAC-P 000615 | IAC-P 000615 | Spreadsheet |
| 71 | IAC-P 001035 | IAC-P 001036 | Correspondence regarding Draft Prospectus |
| 72 | IAC-P 001037 | IAC-P 001092 | Draft Prospectus |
| 73 | IAC-P 001399 | IAC-P 001408 | Spreadsheet |
| 74 | IAC-P 002660 | IAC-P 002665 | Spreadsheet |
| 75 | IAC-P 002666 | IAC-P 002666 | Spreadsheet |
| 76 | IAC-P 002710 | IAC-P 002710 | Spreadsheet |
| 77 | IAC-P 002807 | IAC-P 002810 | Spreadsheet |
| 78 | IAC-P 002811 | IAC-P 003579 | Spreadsheet |
| 79 | IAC-P 003159 | IAC-P 003184 | Spreadsheet |
| 80 | IAC-P 003185 | IAC-P 003208 | Spreadsheet |
| 81 | IAC-P 003209 | IAC-P 003228 | Spreadsheet |
| 82 | IAC-P 003229 | IAC-P 003248 | Spreadsheet |
| 83 | IAC-P 003335 | IAC-P 003346 | Spreadsheet |
| 84 | IAC-P 003772 | IAC-P 003809 | Spreadsheet |
| 85 | KPMG 00228 | KPMG 00235 | IRS Form 8594 and related notes |
| 86 | KPMG 00236 | KPMG 00242 | IRS Form 8594 and related notes |
| 87 | KPMG 00243 | KPMG 00247 | KPMG Memorandum |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 88 | KPMG 00248 | KPMG 00250 | KPMG Invoice |
| 89 | LD 000061 | LD 000090 | U.S. Tax Return |
| 90 | LD 000385 | LD 000453 | U.S. Tax Return |
| 91 | LD 001077 | LD 001103 | U.S. Tax Return |
| 92 | LD 001592 | LD 001655 | 10-K |
| 93 | LD 002085 | LD 002267 | Asset Purchase Agreement |
| 94 | LD 002268 | LD 002372 | Amended and Restated Asset Purchase Agreement |
| 95 | LD 002653 | LD 002657 | E-mail |
| 96 | LD 002658 | LD 002664 | Correspondence regarding Earn Out Computations |
| 97 | LD 002665 | LD 002671 | Correspondence regarding Earn Out Computations |
| 98 | LD 002672 | LD 002689 | Agreement |
| 99 | LD 002690 | LD 002963 | Draft Prospectus |
| 100 | LD 003586 | LD 003594 | KPMG Memorandum |
| 101 | LD 003595 | LD 003595 | E-mail |
| 102 | LD 003647 | LD 003659 | Lidji Memorandum |
| 103 | LD 003789 | LD 003790 | Stock Transaction Chart |
| 104 | LD 004079 | LD 004080 | Correspondence regarding Stock Certificates |
| 105 | LD 004081 | LD 004086 | Correspondence regarding Stock Certificates |
| 106 | LD 004636 | LD 005006 | Draft Prospectus |
| 107 | LD 005126 | LD 005136 | Draft Prospectus |
| 108 | LD 005272 | LD 005278 | Correspondence regarding Stock Certificates |
| 109 | LD 005288 | LD 005300 | Correspondence regarding Stock Certificates |
| 110 | LD 005301 | LD 005306 | Correspondence Regarding Pells |
| 111 | LD 005844 | LD 005855 | Stock Transaction Chart |
| 112 | LD 005856 | LD 005862 | Stock Transaction Chart |
| 113 | LD 005863 | LD 005863 | Workpapers |
| 114 | LD 006021 | LD 006037 | Agreement |
| 115 | LD 006038 | LD 006051 | Agreement |
| 116 | LD000921 | LD00939 | U.S. Tax Return |
| 117 | LD000980 | LD000995 | U.S. Tax Return |
| 118 | LD004093 | LD004125 | Roadshow Presentation |
| 119 | LD004126 | LD004138 | Roadshow Schedule |
| 120 | LD005244 | LD005255 | IPO Institutional Orders List |
| 121 | LD005308 | LD005310 | Correspondence Regarding Pells |
| 122 | LD005346 | LD 005364 | IRS Form 8594 and related notes |
| 123 | LIDJI 00218 | LIDJI 00233 | Draft Amended and Restated Asset Purchase Agreement |
| 124 | LIDJI 00234 | LIDJI 00235 | Draft Amended and Restated Asset Purchase Agreement |
| 125 | LIDJI 00236 | LIDJI 00302 | Draft Amended and Restated Asset Purchase Agreement |
| 126 | LIDJI 02155 | LIDJI 02156 | Assignment |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 127 | LIDJI 02157 | LIDJI 02157 | TMF Minutes |
| 128 | LIDJI 02202 | LIDJI 02202 | Representations Letter |
| 129 | LIDJI 02205 | LIDJI 02206 | Correspondence regarding Stock Certificates |
| 130 | LIDJI 02207 | LIDJI 02207 | Representations Letter |
| 131 | LIDJI 02208 | LIDJI 02209 | Correspondence regarding Stock Certificates |
| 132 | LIDJI 02210 | LIDJI 02219 | Correspondence regarding Stock Certificates |
| 133 | LIDJI 02431 | LIDJI 02437 | Lidji Memorandum |
| 134 | LIDJI 02550 | LIDJI 02550 | E-mail |
| 135 | LIDJI 02551 | LIDJI 02552 | E-mail |
| 136 | LIDJI 02553 | LIDJI 02554 | E-mail |
| 137 | LIDJI 02555 | LIDJI 02558 | E-mail |
| 138 | LIDJI 02561 | LIDJI 02561 | E-mail |
| 139 | LIDJI 02562 | LIDJI 02562 | E-mail |
| 140 | LIDJI 02563 | LIDJI 02571 | Agreement |
| 141 | LIDJI 02572 | LIDJI 02573 | E-mail |
| 142 | LIDJI 02574 | LIDJI 02575 | E-mail |
| 143 | LIDJI 02576 | LIDJI 02577 | E-mail |
| 144 | LIDJI 02578 | LIDJI 02579 | E-mail |
| 145 | LIDJI 02580 | LIDJI 02581 | E-mail |
| 146 | LIDJI 02582 | LIDJI 02588 | Agreement |
| 147 | LIDJI 02589 | LIDJI 02590 | E-mail |
| 148 | LIDJI 02591 | LIDJI 02592 | E-mail |
| 149 | LIDJI 02595 | LIDJI 02595 | E-mail |
| 150 | LIDJI 02616 | LIDJI 02616 | Correspondence regarding Stock Certificates |
| 151 | LIDJI 02676 | LIDJI 02683 | Correspondence regarding Stock Certificates |
| 152 | LIDJI 02680 | LIDJI 02680 | Representations Letter |
| 153 | LIDJI 02681 | LIDJI 02681 | Representations Letter |
| 154 | LIDJI 02682 | LIDJI 02682 | Receipt and Release of Claims |
| 155 | LIDJI 02684 | LIDJI 02684 | E-mail |
| 156 | LIDJI 02690 | LIDJI 02693 | Correspondence regarding Earn Out Computations |
| 157 | LIDJI 02715 | LIDJI 02718 | Correspondence regarding Earn Out Computations |
| 158 | LIDJI 02719 | LIDJI 02726 | Correspondence |
| 159 | LIDJI 02727 | LIDJI 02732 | Correspondence regarding Earn Out Computations |
| 160 | LIDJI 02734 | LIDJI 02736 | Correspondence regarding Earn Out Computations |
| 161 | LIDJI 02746 | LIDJI 02746 | Funding Memorandum |
| 162 | LIDJI 02747 | LIDJI 02747 | Funding Memorandum |
| 163 | LIDJI 02765 | LIDJI 02771 | Correspondence regarding Earn Out Computations |
| 164 | LIDJI 02772 | LIDJI 02779 | Correspondence regarding Earn Out Computations |
| 165 | LIDJI 02904 | LIDJI 02906 | Correspondence regarding Stock Certificates |
| 166 | LIDJI 02907 | LIDJI 02910 | Correspondence regarding Stock Certificates |
| 167 | LIDJI 03516 | LIDJI 03516 | E-mail |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 168 | LIJ000618 | LIJ000618 | E-mail |
| 169 | LIJ000668 | LIJ000669 | Donation Statement |
| 170 | LIJ003553 | LIJ003555 | E-mail |
| 171 | LIJ004483 | LIJ004483 | E-mail |
| 172 | LIJ004484 | LIJ004486 | Correspondence regarding Earn Out Computations |
| 173 | LIJ005224 | LIJ005224 | E-mail |
| 174 | LIJ005230 | LIJ005230 | E-mail |
| 175 | LIJ006671 | LIJ006671 | E-mail |
| 176 | LIJ006818 | LIJ006823 | Draft Amended and Restated Asset Purchase Agreement |
| 177 | LIJ006824 | LIJ006824 | E-mail |
| 178 | LIJ006825 | LIJ006840 | Draft Amended and Restated Asset Purchase Agreement |
| 179 | LIJ006842 | LIJ006842 | Email |
| 180 | LIJ006843 | LIJ006858 | Draft Amended and Restated Asset Purchase Agreement |
| 181 | LIJ006859 | LIJ006874 | Draft Amended and Restated Asset Purchase Agreement |
| 182 | LIJ011558 | LIJ011564 | Lidji Invoices |
| 183 | LIJ012931 | LIJ012944 | Correspondence |
| 184 | LIJ015598 | LIJ015677 | Draft Prospectus |
| 185 | LIJ015678 | LIJ015748 | Draft Prospectus |
| 186 | LIJ015749 | LIJ015822 | Draft Prospectus |
| 187 | LIJ016993 | LIJ017097 | Draft Prospectus |
| 188 | LIJ017098 | LIJ017208 | Draft Prospectus |
| 189 | LIJ017321 | LIJ017426 | Draft Prospectus |
| 190 | LIJ017589 | LIJ017688 | Draft Prospectus |
| 191 | MC00010 | MC00012 | Correspondence regarding Valuation |
| 192 | MC00227 | MC00229 | Lidji Memorandum |
| 193 | Mitchell Addendum | | Mitchell Addendum |
| 194 | Mitchell Expert Report | | Mitchell Expert Report |
| 195 | Mitchell Rebuttal Report (Bajaj) | | Mitchell Rebuttal Report (Bajaj) |
| 196 | Mitchell Rebuttal Report (Burns) | | Mitchell Rebuttal Report (Burns) |
| 197 | Rebuttal Report of Dr. Mukesh Bajaj | | Expert Rebuttal Report |
| 198 | US H-027 | US H-052 | IRS Correspondence |
| 199 | US0925 | US 0938 | Notice of Deficiency |
| **May Rely** | | | |
| 200 | All Written Discovery | | |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 201 | B00001 | B00004 | Notes |
| 202 | Case file Estate of | | |
| 203 | Dep. Ex. 117 | | Valuation Report |
| 204 | Dep. Ex. 119 | | Mitchell Correspondence |
| 205 | Dep. Ex. 120 | | Mitchell Correspondence |
| 206 | Dep. Ex. 121 | | CBIZ Correspondence |
| 207 | Dep. Ex. 123 | | White Paper |
| 208 | Dep. Ex. 124 | | White Paper |
| 209 | Dep. Ex. 165 | | Notes |
| 210 | Dep. Ex. 166 | | Notes |
| 211 | Dep. Ex. 167 | | Notes |
| 212 | Dep. Ex. 168 | | E-mail |
| 213 | Dep. Ex. 171 | | Correspondence regarding Bohlman Valuation |
| 214 | Dep. Ex. 175 | | E-mail |
| 215 | Dep. Ex. 176 | | E-mail |
| 216 | Dep. Ex. 177 | | Article |
| 217 | Dep. Ex. 178 | | Article |
| 218 | Dep. Ex. 179 | | Article |
| 219 | Dep. Ex. 180 | | Article |
| 220 | Dep. Ex. 181 | | Article |
| 221 | Dep. Ex. 182 | | Article |
| 222 | Dep. Ex. 183 | | Article |
| 223 | Dep. Ex. 184 | | Article |
| 224 | Dep. Ex. 185 | | Stock reports |
| 225 | Dep. Ex. 186 | | Burns Correspondence |
| 226 | Dep. Ex. 187 | | Burns' Draft Questions |
| 227 | Dep. Ex. 188 | | Burns' Draft Questions |
| 228 | Dep. Ex. 189 | | Table of Contents |
| 229 | Dep. Ex. 190 | | Notes |
| 230 | Dep. Ex. 191 | | Stock performance chart |
| 231 | Dep. Ex. 192 | | Stock performance data |
| 232 | Dep. Ex. 193 | | Draft Report Edits |
| 233 | DT00213 | DT00214 | E-mail |
| 234 | DT00215 | DT00215 | E-mail |
| 235 | DT00216 | DT00218 | E-mail |
| 236 | DT00219 | DT00221 | E-mail |
| 237 | DT00223 | DT00223 | E-mail |
| 238 | DT00224 | DT000241 | Notes |
| 239 | DT00242 | DT00250 | Engagement Letter |
| 240 | F00001 | F00001 | Mitchell Correspondence |
| 241 | FB 001 | FB 127 | Valuation Report |
| 242 | FB 128 | FB 203 | Valuation Report |
| 243 | FB 204 | FB 245 | Valuation Report |
| 244 | FB 246 | FB 308 | Valuation Report |
| 245 | February 8, 2007 Fax letter and attachment with changed pages for Mitchell Report | | |
| 246 | G00001 | G00005 | Engagement Letter |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 247 | HC 00052 | HC 00057 | IDR Response |
| 248 | HC 00063 | HC 00115 | U.S. Tax Return |
| 249 | HC 00116 | HC 00221 | U.S. Tax Return |
| 250 | HC 00222 | HC 00320 | U.S. Tax Return |
| 251 | HC 00321 | HC 00470 | Tax Form |
| 252 | HC 00471 | HC 00472 | Correspondence regarding Tax Return |
| 253 | HC 00473 | HC 00476 | IRS Form 8594 and related notes |
| 254 | HC 00477 | HC 00478 | E-mail |
| 255 | HC 00666 | HC 00675 | Correspondence Regarding Pells |
| 256 | HC 00679 | HC 00679 | Correspondence Regarding Pells |
| 257 | HC 00680 | HC 00681 | Correspondence Regarding Pells |
| 258 | HC 00684 | HC 00684 | Correspondence Regarding Pells |
| 259 | HC001690 | HC001698 | IRS Form 886A |
| 260 | HC001711 | HC001757 | Personnel File |
| 261 | HC001758 | HC001816 | Personnel File |
| 262 | HC002025 | HC002028 | Executive Officers' Certificate |
| 263 | HC002116 | HC002269 | U.S. Tax Return |
| 264 | HC002449 | HC002450 | Correspondence regarding Underwriting Agreement |
| 265 | HC002451 | HC002453 | Correspondence regarding Underwriting Agreement |
| 266 | HC002454 | HC002455 | Correspondence regarding Underwriting Agreement |
| 267 | HC002456 | HC002458 | Correspondence regarding Underwriting Agreement |
| 268 | HC002459 | HC002461 | Correspondence regarding Underwriting Agreement |
| 269 | HC002462 | HC002464 | Correspondence regarding Underwriting Agreement |
| 270 | HC002465 | HC002467 | Correspondence regarding Underwriting Agreement |
| 271 | HC002468 | HC002469 | Correspondence regarding Underwriting Agreement |
| 272 | HC002470 | HC002472 | Correspondence regarding Underwriting Agreement |
| 273 | HC002473 | HC002475 | Correspondence regarding Underwriting Agreement |
| 274 | HC002476 | HC002477 | Correspondence regarding Underwriting Agreement |
| 275 | HC002722 | HC002732 | Board Resolutions |
| 276 | HC002734 | HC002802 | Board Minutes |
| 277 | HC003215 | HC003220 | Audit Committee Minutes |
| 278 | HC003316 | HC003359 | Board Minutes |
| 279 | HC00805 | HC00815 | Separation Agreement |
| 280 | HC00816 | HC00820 | Employment Contract |
| 281 | HC00821 | HC00823 | Employment Offer |
| 282 | HC00824 | HC00828 | Personnel File |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 283 | HC00829 | HC00836 | Separation Correspondence |
| 284 | HC00845 | HC00847 | Correspondence regarding Asset Purchase Agreement |
| 285 | HC00848 | HC00851 | Lidji Invoices |
| 286 | HC00855 | HC00855 | Stock Transaction Chart |
| 287 | HC00908 | HC00937 | Tax Sharing Agreement |
| 288 | HC00940 | HC00943 | Correspondence regarding Tax Return |
| 289 | HC00944 | HC00946 | Correspondence regarding Tax Return |
| 290 | HC00948 | HC00993 | U.S. Tax Return |
| 291 | HC01468 | HC01614 | U.S. Corporation Income Tax Return |
| 292 | I00001 | I00010 | Correspondence regarding Bohlman Valuation |
| 293 | IAC 000054 | IAC 000105 | U.S. Tax Return |
| 294 | IAC 000309 | IAC 000316 | Draft 10-K |
| 295 | IAC 000356 | IAC 000403 | Spreadsheet |
| 296 | IAC 000404 | IAC 000429 | Spreadsheet |
| 297 | IAC 000430 | IAC 000489 | Spreadsheet |
| 298 | IAC 000490 | IAC 000524 | Spreadsheet |
| 299 | IAC 000525 | IAC 000548 | Spreadsheet |
| 300 | IAC 000549 | IAC 000659 | Spreadsheet |
| 301 | IAC 000660 | IAC 000730 | Spreadsheet |
| 302 | IAC 000839 | IAC 000840 | Volatility Analysis |
| 303 | IAC 000870 | IAC 000871 | E-mail |
| 304 | IAC-P 000096 | IAC-P 000096 | Correspondence regarding Asset Purchase Agreement |
| 305 | IAC-P 000097 | IAC-P 000099 | Correspondence regarding Asset Purchase Agreement |
| 306 | IAC-P 000183 | IAC-P 000187 | Outline |
| 307 | IAC-P 000188 | IAC-P 000205 | PowerPoint Slides |
| 308 | IAC-P 000358 | IAC-P 000424 | Confidential Offering Memorandum |
| 309 | IAC-P 000434 | IAC-P 000440 | Financial Reporting Information |
| 310 | IAC-P 000611 | IAC-P 000614 | Spreadsheet |
| 311 | IAC-P 000651 | IAC-P 000652 | Correspondence regarding Tax Return |
| 312 | IAC-P 000658 | IAC-P 000662 | Correspondence regarding Tax Return |
| 313 | IAC-P 000671 | IAC-P 000672 | Correspondence regarding Tax Return |
| 314 | IAC-P 000705 | IAC-P 000707 | Correspondence regarding Valuation |
| 315 | IAC-P 000813 | IAC-P 000963 | U.S. Tax Return |
| 316 | IAC-P 001034 | IAC-P 001034 | IAC Memorandum |
| 317 | IAC-P 001114 | IAC-P 001114 | E-mail |
| 318 | IAC-P 001248 | IAC-P 001251 | Spreadsheet |
| 319 | IAC-P 001348 | IAC-P 001348 | Spreadsheet |
| 320 | IAC-P 001349 | IAC-P 001352 | Spreadsheet |
| 321 | IAC-P 001353 | IAC-P 001353 | Spreadsheet |
| 322 | IAC-P 001354 | IAC-P 001356 | Spreadsheet |
| 323 | IAC-P 001383 | IAC-P 001395 | 10-Q |
| 324 | IAC-P 001396 | IAC-P 001398 | Resume |
| 325 | IAC-P 002761 | IAC-P 002761 | Spreadsheet |
| 326 | IAC-P 002762 | IAC-P 002785 | Spreadsheet |
| 327 | IAC-P 003597 | IAC-P 003618 | PowerPoint Slides |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 328 | IAC-P 003752 | IAC-P 003771 | Spreadsheet |
| 329 | IAC-P 003810 | IAC-P 003848 | Spreadsheet |
| 330 | IAC-P 004004 | IAC-P 004017 | Spreadsheet |
| 331 | KPMG 00001 | KPMG 00059 | Valuation Report |
| 332 | KPMG 00112 | KPMG 00166 | Valuation Report |
| 333 | KPMG 00167 | KPMG 00167 | Web Page |
| 334 | KPMG 00168 | KPMG 00169 | KPMG Analysis |
| 335 | KPMG 00170 | KPMG 00227 | Valuation Report |
| 336 | LD 000001 | LD 000060 | U.S. Tax Return |
| 337 | LD 000091 | LD 000112 | U.S. Tax Return |
| 338 | LD 000113 | LD 000122 | U.S. Tax Return |
| 339 | LD 000158 | LD 000188 | U.S. Tax Return |
| 340 | LD 000189 | LD 000211 | U.S. Tax Return |
| 341 | LD 000212 | LD 000221 | U.S. Tax Return |
| 342 | LD 000229 | LD 000314 | U.S. Tax Return |
| 343 | LD 000315 | LD 000324 | U.S. Tax Return |
| 344 | LD 000454 | LD 000476 | U.S. Tax Return |
| 345 | LD 000477 | LD 000491 | U.S. Tax Return |
| 346 | LD 000508 | LD 00575 | U.S. Tax Return |
| 347 | LD 000576 | LD 000641 | U.S. Tax Return |
| 348 | LD 000642 | LD 000678 | U.S. Tax Return |
| 349 | LD 000717 | LD 000731 | U.S. Tax Return |
| 350 | LD 000747 | LD 000901 | U.S. Tax Return |
| 351 | LD 001656 | LD 001711 | 10-K |
| 352 | LD 001712 | LD 001756 | 10-K/A |
| 353 | LD 001757 | LD 001902 | 10-K/A |
| 354 | LD 001903 | LD 001964 | 10-K/A |
| 355 | LD 002648 | LD 002648 | Correspondence regarding Asset Purchase Agreement |
| 356 | LD 002649 | LD 002651 | Correspondence regarding Asset Purchase Agreement |
| 357 | LD 002686 | LD 002687 | Assignment |
| 358 | LD 002964 | LD 002964 | Lidji Memorandum |
| 359 | LD 003075 | LD 003123 | Valuation Analysis |
| 360 | LD 003339 | LD 003361 | Mitchell Correspondence |
| 361 | LD 003366 | LD 003366 | Prospectus |
| 362 | LD 003367 | LD 003370 | Press Coverage |
| 363 | LD 003461 | LD 003461 | E-mail and Notes |
| 364 | LD 003465 | LD 003469 | Engagement Letter |
| 365 | LD 003470 | LD 003486 | Draft Report |
| 366 | LD 003487 | LD 003487 | Report Instructions |
| 367 | LD 003488 | LD 003489 | Engagement Letter |
| 368 | LD 003490 | LD 003490 | Report Instructions |
| 369 | LD 003491 | LD 003491 | Correspondence regarding Bohlman Valuation |
| 370 | LD 003492 | LD 003492 | Engagement Letter |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 371 | LD 003512 | LD 003521 | Draft Report |
| 372 | LD 003522 | LD 003523 | Correspondence regarding Bohlman Valuation |
| 373 | LD 003524 | LD 003526 | Correspondence regarding Bohlman Valuation |
| 374 | LD 003581 | LD 003585 | Correspondence regarding Valuation |
| 375 | LD 003598 | LD 003635 | Draft Valuation Report |
| 376 | LD 003670 | LD 003675 | Correspondence regarding Stock Certificates |
| 377 | LD 003693 | LD 003693 | Correspondence regarding Stock Certificates |
| 378 | LD 003729 | LD 003733 | Correspondence regarding Stock Certificates |
| 379 | LD 003742 | LD 003744 | Correspondence regarding Stock Certificates |
| 380 | LD 003745 | LD 003768 | SEC Form 144 |
| 381 | LD 003872 | LD 003875 | Correspondence regarding Stock Certificates |
| 382 | LD 003907 | LD 003907 | Correspondence regarding Stock Certificates |
| 383 | LD 003956 | LD 003963 | SEC Form 144 |
| 384 | LD 004040 | LD 004040 | Correspondence regarding Stock Certificates |
| 385 | LD 004058 | LD 004059 | Stock Transaction Chart |
| 386 | LD 005307 | LD 005307 | Correspondence Regarding Pells |
| 387 | LD 005535 | LD 005543 | IRS Correspondence |
| 388 | LD 005801 | LD 005803 | Mitchell Correspondence |
| 389 | LD 005804 | LD 005806 | Mitchell Correspondence |
| 390 | LD 005807 | LD 005807 | E-Mail |
| 391 | LD 005808 | LD 005809 | E-Mail |
| 392 | LD 005810 | LD 005811 | E-Mail |
| 393 | LD 005812 | LD 005813 | E-Mail |
| 394 | LD 005814 | LD 005815 | Affidavit |
| 395 | LD 005816 | LD 005816 | E-Mail |
| 396 | LD 005817 | LD 005818 | Affidavit |
| 397 | LD 005819 | LD 005819 | E-Mail |
| 398 | LD 005820 | LD 005821 | Affidavit |
| 399 | LD 005822 | LD 005823 | Affidavit |
| 400 | LD 005824 | LD 005824 | E-Mail |
| 401 | LD 005825 | LD 005825 | E-Mail |
| 402 | LD 005826 | LD 005826 | E-Mail |
| 403 | LD 005828 | LD 005828 | E-Mail |
| 404 | LD 006052 | LD 006052 | Analysis |
| 405 | LD 006208 | LD 006220 | Workpapers |
| 406 | LD000336 | LD000384 | U.S. Tax Return |
| 407 | LD000902 | LD000920 | U.S. Tax Return |
| 408 | LD000956 | LD000979 | U.S. Tax Return |
| 409 | LD000996 | LD001076 | U.S. Tax Return |
| 410 | LD001104 | LD001136 | U.S. Tax Return |
| 411 | LD001188 | LD001195 | Workpapers |
| 412 | LD001198 | LD001591 | 10-K/A |
| 413 | LD003596 | LD003597 | IAC Correspondence |
| 414 | LD00940 | LD00955 | U.S. Tax Return |
| 415 | LIDJI 02028 | LIDJI 02035 | SEC Form 144 |
| 416 | LIDJI 02153 | LIDJI 02154 | Correspondence regarding Stock Certificates |
| 417 | LIDJI 02172 | LIDJI 02173 | Correspondence regarding Stock Certificates |
| 418 | LIDJI 02220 | LIDJI 02221 | Final Report |
| 419 | LIDJI 02222 | LIDJI 02223 | Correspondence regarding Bohlman Valuation |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 420 | LIDJI 02224 | LIDJI 02232 | Valuation Report |
| 421 | LIDJI 02233 | LIDJI 02236 | Spreadsheet |
| 422 | LIDJI 02237 | LIDJI 02238 | Valuation Report |
| 423 | LIDJI 02259 | LIDJI 02260 | Correspondence regarding Stock Certificates |
| 424 | LIDJI 02262 | LIDJI 02262 | Correspondence regarding Stock Certificates |
| 425 | LIDJI 02371 | LIDJI 02371 | E-mail |
| 426 | LIDJI 02405 | LIDJI 02406 | Stock Transaction Chart |
| 427 | LIDJI 02452 | LIDJI 02452 | Correspondence regarding Stock Certificates |
| 428 | LIDJI 02454 | LIDJI 02454 | Correspondence regarding Stock Certificates |
| 429 | LIDJI 02470 | LIDJI 02471 | Assignment |
| 430 | LIDJI 02477 | LIDJI 02478 | TMF Minutes |
| 431 | LIDJI 02496 | LIDJI 02497 | TMF Minutes |
| 432 | LIDJI 02530 | LIDJI 02531 | Correspondence regarding Stock Certificates |
| 433 | LIDJI 02559 | LIDJI 02560 | Correspondence regarding Stock Certificates |
| 434 | LIDJI 02666 | LIDJI 02666 | Dissolution Documents |
| 435 | LIDJI 02743 | LIDJI 02745 | Memorandum |
| 436 | LIDJI 02881 | LIDJI 02881 | Correspondence Regarding Pells |
| 437 | LIDJI 02893 | LIDJI 02894 | Correspondence Regarding Pells |
| 438 | LIDJI 02915 | LIDJI 02917 | Correspondence regarding Stock Transactions |
| 439 | LIDJI 02959 | LIDJI 02959 | Correspondence regarding Stock Transactions |
| 440 | LIDJI 02975 | LIDJI 02975 | Correspondence regarding Stock Transactions |
| 441 | LIDJI 02976 | LIDJI 02996 | Correspondence regarding Stock Transactions |
| 442 | LIDJI 03020 | LIDJI 03020 | Correspondence regarding Stock Transactions |
| 443 | LIDJI 03116 | LIDJI 03116 | Correspondence Regarding Pells |
| 444 | LIDJI02753 | LIDJI02764 | Correspondence regardning IPO |
| 445 | LIJ 004488 | LIJ 004488 | Correspondence regarding Stock Certificates |
| 446 | LIJ 006603 | LIJ 006603 | E-mail |
| 447 | LIJ 006604 | LIJ 006606 | E-mail |
| 448 | LIJ 006677 | LIJ 006678 | E-mail |
| 449 | LIJ 009609 | LIJ 009610 | Correspondence regarding Stock Certificates |
| 450 | LIJ 009632 | LIJ 009633 | Correspondence regarding Stock Certificates |
| 451 | LIJ 009661 | LIJ 009669 | SEC Form 144 |
| 452 | LIJ 009671 | LIJ 009674 | SEC Form 144 |
| 453 | LIJ 009685 | LIJ 009686 | Correspondence regarding Stock Certificates |
| 454 | LIJ 009690 | LIJ 009690 | Correspondence regarding Stock Certificates |
| 455 | LIJ 009742 | LIJ 009743 | Correspondence regarding Stock Certificates |
| 456 | LIJ 009791 | LIJ 009792 | Correspondence regarding Stock Certificates |
| 457 | LIJ 009921 | LIJ 009924 | Correspondence regarding Stock Certificates |
| 458 | LIJ 009925 | LIJ 009927 | Correspondence regarding Stock Certificates |
| 459 | LIJ 009928 | LIJ 009929 | Correspondence regarding Stock Certificates |
| 460 | LIJ 009930 | LIJ 009931 | Correspondence regarding Stock Certificates |
| 461 | LIJ 009934 | LIJ 009935 | E-mail |
| 462 | LIJ 012434 | LIJ 012509 | Proxy Statement |
| 463 | LIJ000621 | LIJ000621 | E-mail |
| 464 | LIJ000810 | LIJ000811 | Exchange Agent Agreement |
| 465 | LIJ000836 | LIJ000845 | Draft SEC Form S-4 |
| 466 | LIJ003627 | LIJ003632 | Earnings Report |
| 467 | LIJ003675 | LIJ003675 | E-mail |
| 468 | LIJ003676 | LIJ003731 | Draft SEC Form S-4 |
| 469 | LIJ003875 | LIJ003875 | Correspondence regarding ROOM delisting |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 470 | LIJ003899 | LIJ003899 | E-mail |
| 471 | LIJ003900 | LIJ003900 | E-mail |
| 472 | LIJ003921 | LIJ003923 | Lidji Memorandum |
| 473 | LIJ005451 | LIJ005452 | E-mail |
| 474 | LIJ005996 | LIJ005996 | E-mail |
| 475 | LIJ005999 | LIJ006002 | Press Release |
| 476 | LIJ006083 | LIJ006084 | SEC Form 4 |
| 477 | LIJ006085 | LIJ006087 | SEC Form 4 |
| 478 | LIJ006088 | LIJ006089 | SEC Form 4 |
| 479 | LIJ006673 | LIJ006673 | E-mail |
| 480 | LIJ006797 | LIJ006797 | E-mail |
| 481 | LIJ006798 | LIJ006812 | Draft 10-Q |
| 482 | LIJ006893 | LIJ006897 | Earnings Report |
| 483 | LIJ008375 | LIJ008403 | Press Coverage |
| 484 | LIJ008409 | LIJ008421 | Press Coverage |
| 485 | LIJ008935 | LIJ008944 | Correspondence regarding Asset Purchase Agreement |
| 486 | LIJ009259 | LIJ009269 | Correspondence regarding Asset Purchase Agreement |
| 487 | LIJ010481 | LIJ010503 | Lidji Invoices |
| 488 | LIJ010634 | LIJ010643 | Lidji Invoices |
| 489 | LIJ011035 | LIJ011038 | Lidji Invoices |
| 490 | LIJ011410 | LIJ011414 | Lidji Invoices |
| 491 | LIJ011416 | LIJ011416 | Correspondence regarding Asset Purchase Agreement |
| 492 | LIJ011700 | LIJ011700 | E-mail |
| 493 | LIJ012511 | LIJ012512 | E-mail |
| 494 | LIJ012925 | LIJ012930 | Memorandum regarding IPO |
| 495 | LIJ012955 | LIJ012958 | Correspondence regarding IPO |
| 496 | LIJ013200 | LIJ013202 | E-mail |
| 497 | LIJ013534 | LIJ013534 | E-mail |
| 498 | LIJ013999 | LIJ013999 | Correspondence Regarding Pells |
| 499 | LJI010519 | LJI010535 | Lidji Invoices |
| 500 | MC00001 | MC00009 | U.S. Tax Return |
| 501 | MC00120 | MC00172 | Valuation Report |
| 502 | MC00176 | MC00179 | Mitchell Correspondence |
| 503 | MC00180 | MC00186 | Lidji Memorandum |
| 504 | MC00187 | MC00191 | Mitchell Correspondence |
| 505 | MC00192 | MC00193 | Correspondence regarding Valuation |
| 506 | MC00213 | MC00214 | Draft Valuation Report |
| 507 | MC00230 | MC00248 | Draft Report |
| 508 | MC00249 | MC00286 | Valuation Report |
| 509 | MM00001 | MM00065 | Valuation Report |
| 510 | MM00066 | MM00079 | Valuation Report |
| 511 | MM00080 | MM00179 | Valuation Report |
| 512 | MM00180 | MM00196 | Valuation Report |
| 513 | MM00197 | MM00222 | Valuation Report |
| 514 | MM00223 | MM00230 | Valuation Report |
| 515 | MM00231 | MM00237 | Valuation Report |
| 516 | MM00238 | MM00279 | Valuation Report |

HOTELS.COM EXHIBIT LIST
EXHIBIT 1

| Exhibit No. | Beg Bate | End Bate | Doc Type |
|---|---|---|---|
| 517 | MM00280 | MM00293 | Valuation Report |
| 518 | MM00294 | MM00313 | Valuation Analysis |
| 519 | MM00314 | MM00330 | Valuation Analysis |
| 520 | MM00331 | MM00356 | Valuation Analysis |
| 521 | MM00357 | MM00501 | Valuation Analysis |
| 522 | MM00502 | MM00640 | Valuation Analysis |
| 523 | MM00641 | MM00651 | Article |
| 524 | MM00652 | MM00657 | Article |
| 525 | MM00658 | MM00671 | Article |
| 526 | MM00672 | MM00743 | Valuation Report |
| 527 | MM00744 | MM00825 | Valuation Report |
| 528 | Non-Bates labeled documents produced by Burns/DOJ | | |
| 529 | Non-Bates labeled documents produced by CBIZ | | |
| 530 | US0262 | US0268 | Haney Valuation Analysis |
| 531 | US0363 | US0369 | Haney Valuation Analysis |
| 532 | US0757 | US0759 | Haney Valuation Analysis |
| 533 | US0922 | US0924 | IRS Form 8594 and related notes |
| 534 | US1062 | US1066 | Haney Valuation Analysis |
| 535 | US1068 | US1071 | Valuation Memorandum |
| 536 | US1144 | US1147 | IRS Form 8594 and related notes |
| 537 | LIJ014423 | LIJ014442 | Public Filing |