# APB Opinion No. 16
# Business Combinations

## STATUS

Issued: August 1970

Effective Date: For business combinations initiated after October 31, 1970

Affects: Amends ARB 43, Chapter 1B, paragraph 7
Deletes prospectively ARB 43, Chapter 5, paragraph 10
Supersedes ARB 48
Deletes ARB 51, paragraphs 7 and 8
Deletes APB 6, paragraphs 12(c) and 22
Deletes APB 10, paragraph 5 and footnote 6
Amends APB 11, paragraph 49

Affected by: Paragraph 6 deleted by FAS 71, paragraph 26(f)
Paragraph 87 amended by FAS 96, paragraph 205(c), and FAS 109, paragraph 288(d)
Paragraph 88 amended by FAS 38, paragraph 7; FAS 87, paragraph 75; FAS 96, paragraph 205(c); FAS 106, paragraph 89; and FAS 109, paragraph 288(d)
Paragraph 88(a) amended by FAS 135, paragraph 4(c)
Paragraph 88(d) replaced by FAS 121, paragraph 20
Paragraph 88(h) amended by FAS 87, paragraph 75
Paragraph 89 deleted by FAS 96, paragraph 205(c), and FAS 109, paragraph 288(d)
Paragraph 96 amended by FAS 79, paragraph 6
Paragraph 99 amended by FAS 10, paragraph 7
Footnote 13 deleted by FAS 87, paragraph 75
Superseded by FAS 141, paragraph E1(a)

Other Interpretive Pronouncements: AIN-APB 16, Interpretations No. 1 through 39 (Superseded by FAS 141)
FIN 4
FIN 9
FIN 21
FIN 25 (Superseded by FAS 96 and FAS 109)
FTB 81-2 (Superseded by FAS 96 and FAS 109)
FTB 85-5

AICPA Accounting Standards Executive Committee (AcSEC)

Related Pronouncements: SOP 90-7
PB 4
PB 6

Issues Discussed by FASB Emerging Issues Task Force (EITF)

Affects: No EITF Issues

Interpreted by: Paragraph 1 interpreted by EITF Issue No. 98-3
Paragraph 43 interpreted by EITF Issue No. 90-5
Paragraph 46(b) interpreted by EITF Issue No. 95-12
Paragraph 47(b) interpreted by EITF Issues No. 85-14, 86-10, 87-15, 87-16, 87-27, 88-26, 96-8, and 97-2
Paragraph 47(c) interpreted by EITF Issues No. 87-15, 87-27, 97-9, and 99-6
Paragraph 47(d) interpreted by EITF Issues No. 88-27 and 99-7 and Topic No. D-19
Paragraph 48(a) interpreted by EITF Issue No. 99-7
Paragraphs 67, 68, and 70 interpreted by EITF Issue No. 90-13
Paragraph 72 interpreted by EITF Issues No. 88-16 and 95-3
Paragraphs 73, 75, and 76 interpreted by EITF Issue No. 88-16
Paragraph 74 interpreted by EITF Issues No. 88-16 and 99-12
Paragraphs 77 through 79 interpreted by EITF Issues No. 97-8 and 97-15
Paragraph 80 interpreted by EITF Issues No. 95-8 and 97-15
Paragraphs 81 through 83 interpreted by EITF Issue No. 97-15
Paragraph 86 interpreted by EITF Issue No. 95-8
Paragraph 87 interpreted by EITF Issues No. 85-41, 90-12, 95-3, and 98-1
Paragraph 88 interpreted by EITF Issues No. 85-41, 88-19, 90-12, 95-3, and 98-1
Paragraph 88(h) interpreted by EITF Issue No. 85-45
Paragraph 94 interpreted by EITF Topic No. D-87

Related Issues: EITF Issues No. 84-22, 85-46, 86-9, 87-21, 90-10, 91-5, 92-9, 93-2, 94-2, 95-7, 96-5, 96-7, 96-17, 96-23, 98-4, 99-15, 99-18, 00-6, 01-2, and 01-3 and Topics No. D-40, D-54, D-59, D-84, and D-97

**APB Opinion No. 16**

**Business Combinations**

**August 1970**

**CONTENTS**

| | Paragraph Numbers |
|---|---|
| Summary | 1— 8 |
| Problem | 1— 3 |
| Scope and Effect of Opinion | 4— 7 |
| Conclusions | 8 |
| Background | 9—41 |
| Present Accounting and Its Development | 9—14 |
| Development of Two Methods | 9—10 |
| Purchase Method | 11 |
| Pooling of Interests Method | 12—14 |
| Appraisal of Accepted Methods of Accounting | 15—41 |
| Purchase Method | 17—26 |
| An acquisition | 18 |
| A bargained transaction | 19—20 |
| Reporting economic substance | 21 |
| Defects attributed to purchase method | 22—26 |
| Pooling of Interests Method | 27—41 |
| Validity of the concept | 28—30 |
| Consistency with other concepts | 31 |
| Usefulness of the concept | 32 |
| Application of the concept | 33—34 |
| Defects attributed to pooling of interests method | 35—41 |
| Opinion | 42—96 |
| Applicability of Accounting Methods | 42—49 |
| Conditions for Pooling of Interests Method | 45—48 |
| Combining companies | 46 |
| Combining of interests | 47 |
| Absence of planned transactions | 48 |
| Subsidiary Corporation | 49 |
| Application of Pooling of Interests Method | 50—65 |
| Assets and Liabilities Combined | 51—52 |
| Stockholders' Equity Combined | 53—55 |

| | |
|---|---|
| Reporting Combined Operations | 56—57 |
| Expenses Related to Combination | 58 |
| Disposition of Assets After Combination | 59—60 |
| Date of Recording Combination | 61—62 |
| Disclosure of a Combination | 63—65 |
| Application of Purchase Method | 66—96 |
| Principles of Historical-Cost Accounting | 66—69 |
| Acquiring assets | 67 |
| Allocating cost | 68 |
| Accounting after acquisition | 69 |
| Acquiring Corporation | 70—71 |
| Determining Cost of an Acquired Company | 72—76 |
| Costs of acquisition | 76 |
| Contingent Consideration | 77—86 |
| Contingency based on earnings | 80 |
| Contingency based on security prices | 81—83 |
| Interest or dividends during contingency period | 84 |
| Tax effect of imputed interest | 85 |
| Compensation in contingent agreements | 86 |
| Recording Assets Acquired and Liabilities Assumed | 87—89 |
| Amortization of Goodwill | 90 |
| Excess of Acquired Net Assets Over Cost | 91—92 |
| Acquisition Date | 93—94 |
| Disclosure in Financial Statements | 95—96 |
| Effective Date | 97—99 |

**APB Opinion No. 16**

**Business Combinations**

**August 1970**

## SUMMARY

### Problem

1. A business combination occurs when a corporation and one or more incorporated or unincorporated businesses are brought together into one accounting entity. The single entity carries on the activities of the previously separate, independent enterprises.

2. Two methods of accounting for business combinations—"purchase" and "pooling of interests"—have been accepted in practice and supported in pronouncements of the Board and its predecessor, the Committee on Accounting Procedure. The accounting treatment of a combination may affect significantly the reported financial position and net income of the combined corporation for prior, current, and future periods.

3. The Director of Accounting Research of the Amercan Institute of Certified Public Accountants has published two studies on accounting for business combinations and the related goodwill: Accounting Research Study No. 5, *A Critical Study of Accounting for Business Combinations,* by Arthur R. Wyatt and Accounting Research Study No. 10, *Accounting for Goodwill,* by George R. Catlett and Norman O. Olson.[1] The two studies describe the origin and development of the purchase and pooling of interests methods of accounting for business combinations. The studies also cite the supporting authoritative pronouncements and their influences on accounting practices and evaluate the effects of practices on financial reporting.

### Scope and Effect of Opinion

4. The Board has considered the conclusions and recommendations of Accounting Research Studies Nos. 5 and 10, the discussions of the need for and appropriateness of the two accepted methods of accounting for business combinations, and pro-

[1]Accounting research studies are not pronouncements of the Board or of the Institute but are published for the purpose of stimulating discussion on important accounting matters.

posals for alternative accounting methods. It has also observed the present treatments of combinations in various forms and under differing conditions. The Board expresses in this Opinion its conclusions on accounting for business combinations.

5. This Opinion covers the combination of a corporation and one or more incorporated or unincorporated businesses; both incorporated and unincorporated enterprises are referred to in this Opinion as companies. The conclusions of this Opinion apply equally to business combinations in which one or more companies become subsidiary corporations, one company transfers its net assets to another, and each company transfers its net assets to a newly formed corporation. The acquisition of some or all of the stock held by minority stockholders of a subsidiary is not a business combination, but paragraph 43 of this Opinion specifies the applicable method of accounting. The term business combination in this Opinion excludes a transfer by a corporation of its net assets to a newly formed substitute corporate entity chartered by the existing corporation and a transfer of net assets or exchange of shares between companies under common control (control is described in paragraph 2 of ARB No. 51), such as between a parent corporation and its subsidiary or between two subsidiary corporations of the same parent. This Opinion does not specifically discuss the combination of a corporation and one or more unincorporated businesses or of two or more unincorporated businesses, but its provisions should be applied as a general guide.

6. This Opinion applies to regulated companies in accordance with the provisions of the Addendum to APB Opinion No. 2, *Accounting for the "Investment Credit,"* 1962.

7. The conclusions of this Opinion modify previous views of the Board and its predecessor committee. This Opinion therefore supersedes the following Accounting Research Bulletins (ARB) and Opinions of the Accounting Principles Board (APB):

- ARB No. 43, Chapter 5, *Intangible Assets,* paragraph 10.
- ARB No. 48, *Business Combinations.*
- ARB No. 51, *Consolidated Financial Statements,* paragraphs 7 and 8.
- APB Opinion No. 6, *Status of Accounting Research Bulletins,* paragraphs 12c and 22.
- APB Opinion No. 10, *Omnibus Opinion—1966,* paragraph 5.

Since this Opinion supersedes those existing pronouncements, paragraph 87 of this Opinion should be substituted for the reference to ARB No. 51 in paragraph 49 of APB Opinion No. 11.

### Conclusions

8. The Board concludes that the purchase method and the pooling of interests method are both acceptable in accounting for business combinations, although not as alternatives in accounting for the same business combination. A business combination which meets specified conditions requires accounting by the pooling of interests method. A new basis of accounting is not permitted for a combination that meets the specified conditions, and the assets and liabilities of the combining companies are combined at their recorded amounts. All other business combinations should be accounted for as an acquisition of one or more companies by a corporation. The cost to an acquiring corporation of an entire acquired company should be determined by the principles of accounting for the acquisition of an asset. That cost should then be allocated to the identifiable individual assets acquired and liabilities assumed based on their fair values; the unallocated cost should be recorded as goodwill.

## BACKGROUND

### Present Accounting and Its Development

#### Development of Two Methods

9. Most business combinations before World War II were classified either as a "merger," the acquisition of one company by another, or as a "consolidation," the formation of a new corporation. Accounting for both types of combinations generally followed traditional principles for the acquisition of assets or issuance of shares of stock. The accounting adopted by some new corporations was viewed as a precedent for the combining of retained earnings and of amounts of net assets recorded by predecessor corporations as retained earnings and net assets of a new entity.

10. Emphasis shifted after World War II from the legal form of the combination to distinctions between "a continuance of the former ownership or a new ownership" (ARB No. 40, paragraph 1). New ownership was accounted for as a purchase; continuing ownership was accounted for as a pooling of interests. Carrying forward the stockholders' equity, including retained earnings, of the constituents became an integral part of the pooling of interests method. Significant differences between the purchase and pooling of interests methods accepted today are in the amounts ascribed to assets and liabilities at the time of combination and income reported for the combined enterprise.

**Purchase Method**[2]

11. The purchase method accounts for a business combination as the acquisition of one company by another. The acquiring corporation records at its cost the acquired assets less liabilities assumed. A difference between the cost of an acquired company and the sum of the fair values of tangible and identifiable intangible assets less liabilities is recorded as goodwill. The reported income of an acquiring corporation includes the operations of the acquired company after acquisition, based on the cost to the acquiring corporation.

**Pooling of Interests Method**[2]

12. The pooling of interests method accounts for a business combination as the uniting of the ownership interests of two or more companies by exchange of equity securities. No acquisition is recognized because the combination is accomplished without disbursing resources of the constituents. Ownership interests continue and the former bases of accounting are retained. The recorded assets and liabilities of the constituents are carried forward to the combined corporation at their recorded amounts. Income of the combined corporation includes income of the constituents for the entire fiscal period in which the combination occurs. The reported income of the constituents for prior periods is combined and restated as income of the combined corporation.

13. The original concept of pooling of interests as a fusion of equity interests was modified in practice as use of the method expanded.[3] The method was first applied in accounting for combinations of affiliated corporations and then extended to some combinations of unrelated corporate ownership interests of comparable size. The method was later accepted for most business combinations in which common stock was issued. New and complex securities have been issued in recent business combinations and some combination agreements provide for additional securities to be issued later depending on specified events or circumstances. Most of the resulting combinations are accounted for as poolings of interests. Some combinations effected by both disbursing cash and issuing securities are now accounted for as a "part purchase, part pooling."

---

[2]This Opinion refers to the "purchase method of accounting" for a business combination because the term is widely used and generally understood. However, the more inclusive terms "acquire" (to come into possession of) and "acquisition" are generally used to describe transactions rather than the more narrow term "purchase" (to acquire by the payment of money or its equivalent). The broader terms clearly encompass obtaining assets by issuing stock as well as by disbursing cash and thus avoid the confusion that results from describing a stock transaction as a "purchase." This Opinion does not describe a business combination accounted for by the pooling of interests method as an "acquisition" because the meaning of the word is inconsistent with the method of accounting.

[3]The origin, development, and application of the pooling of interests method of accounting are traced in Accounting Research Study No. 5 and summarized in Accounting Research Study No. 10.

14. Some accountants believe that the pooling of interests method is the only acceptable method for a combination which meets the requirements for pooling. Others interpret the existing pronouncements on accounting for business combinations to mean that a combination which meets the criteria for a pooling of interests may alternatively be accounted for as a purchase.

**Appraisal of Accepted Methods of Accounting**

15. The pooling of interests method of accounting is applied only to business combinations effected by an exchange of stock and not to those involving primarily cash, other assets, or liabilities. Applying the purchase method of accounting to business combinations effected by paying cash, distributing other assets, or incurring liabilities is not challenged. Thus, those business combinations effected primarily by an exchange of equity securities present a question of choice between the two accounting methods.

16. The significantly different results of applying the purchase and pooling of interests methods of accounting to a combination effected by an exchange of stock stem from distinct views of the nature of the transaction itself. Those who endorse the pooling of interests method believe that an exchange of stock to effect a business combination is in substance a transaction between the combining stockholder groups and does not involve the corporate entities. The transaction therefore neither requires nor justifies establishing a new basis of accountability for the assets of the combined corporation. Those who endorse the purchase method believe that the transaction is an issue of stock by a corporation for consideration received from those who become stockholders by the transaction. The consideration received is established by bargaining between independent parties, and the acquiring corporation accounts for the additional assets at their bargained—that is, current—values.

**Purchase Method**

17. The more important arguments expressing the advantages and disadvantages of the purchase method and some of the practical difficulties experienced in implementing it are summarized in paragraphs 18 to 26.

18. *An acquisition.* Those who favor the purchase method of accounting believe that one corporation acquires another company in almost every business combination. The acquisition of one company by another and the identities of the acquiring and acquired companies are usually obvious. Generally, one company in a business combination is clearly the dominant and continuing entity and one or more other companies cease to control their own assets and operations because control passes to the acquiring corporation.

19. *A bargained transaction.* Proponents of purchase accounting hold that a business combination is a significant economic event which results from bargaining between independent parties. Each party bargains on the basis of his assessment of the current status and future prospects of each constituent as a separate enterprise and as a contributor to the proposed combined enterprise. The agreed terms of combination recognize primarily the bargained values and only secondarily the costs of assets and liabilities carried by the constituents. In fact, the recorded costs are not always known by the other bargaining party.

20. Accounting by the purchase method is essentially the same whether the business combination is effected by distributing assets, incurring liabilities, or issuing stock because issuing stock is considered an economic event as significant as distributing assets or incurring liabilities. A corporation must ascertain that the consideration it receives for stock issued is fair, just as it must ascertain that fair value is received for cash disbursed. Recipients of the stock similarly appraise the fairness of the transaction. Thus, a business combination is a bargained transaction regardless of the nature of the consideration.

21. *Reporting economic substance.* The purchase method adheres to traditional principles of accounting for the acquisition of assets. Those who support the purchase method of accounting for business combinations effected by issuing stock believe that an acquiring corporation accounts for the economic substance of the transaction by applying those principles and by recording:

a. All assets and liabilities which comprise the bargained cost of an acquired company, not merely those items previously shown in the financial statements of an acquired company.
b. The bargained costs of assets acquired less liabilities assumed, not the costs to a previous owner.
c. The fair value of the consideration received for stock issued, not the equity shown in the financial statements of an acquired company.
d. Retained earnings from its operations, not a fusion of its retained earnings and previous earnings of an acquired company.
e. Expenses and net income after an acquisition computed on the bargained cost of acquired assets less assumed liabilities, not on the costs to a previous owner.

22. *Defects attributed to purchase method.* Applying the purchase method to business combinations effected primarily by issuing stock may entail difficulties in measuring the cost of an acquired company if neither the fair value of the consideration given nor the fair value of the property acquired is clearly evident. Measuring fair values of assets acquired is complicated by the presence of intangible assets or other