**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-956T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **ROBERT B. DIENER and MICHELLE S. DIENER,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-971T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | ) | **No. 06-285T (Judge Christine O.C. Miller)** |
| **Plaintiffs,** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS-COUNTERDEFENDANTS,**
**DAVID S. LITMAN AND MALIA A. LITMAN AND**
**ROBERT B. DIENER AND MICHELLE S. DIENER'S EXHIBIT LIST**

Plaintiffs-Counterdefendants, David S. Litman and Malia A. Litman and Robert B. Diener and Michelle S. Diener ("Plaintiffs") submit the following list of Exhibits that Plaintiffs expect to offer at trial in this case pursuant to Appendix A ¶ 16 of the Rules of the Court of Federal Claims.

| Exhibit No. | Document Description |
|---|---|
| 1. | Notice of Deficiency to Robert and Michelle Diener. (LD 005374 - LD 005459) (Depo. Exh. 7) |
| 2. | Notice of Deficiency to David and Malia Litman. (LD 005374 - LD 005459) (Depo. Exh. 8) |
| 3. | Letter from Susan Weiss to David and Malia Litman Re: assignment of Federal Income tax return for examination; Attachments: Form 4564 - Information Document Request (LD 005433 - LD 005434) (Depo. Exh. 10) |
| 4. | Letter from John Porter to Susan Weiss Re: 2000 Form 1040 for David S. Litman and Malia A. Litman, response to 04/06/04 Information Document Request (LD 005495 - LD 005497) (Depo. Exh. 11) |
| 5. | Letter from Susan Weiss to Robert and Michelle Diener Re: assignment of Federal Income tax return for examination; Attachments: Form 4564 - Information Document Request (LD 005365 - LD 005366) (Depo. Exh. 12) |
| 6. | Letter from John Porter to Susan Weiss Re: 2000 Form 1040 for Robert B. and Michelle S. Diener, response to 04/06/04 Information Document Request (LD 005549 - LD 005551) (Depo. Exh. 13) |
| 7. | Form 8594 - HRN, Inc. (US1144 - US1147) (Depo. Exh. 15) |
| 8. | Email from Jennifer China to Eric Degraw Re: Hotels.com IRS Audit Update; Cc: Les Evans (HC 00477 - HC 00478) (Depo. Exh. 16) |
| 9. | Deloitte & Touche Valuation Report Discount Study - Consideration Shares in Hotel Reservations Network, Inc. (Valuation as of February 25, 2000), dated October 18, 2001. (US1021 - US1061) (Depo. Exh. 17) |
| 10. | 2000 Form 1120X - Hotel Reservations Networks Inc. & Subsidiary. (HC 00116 - HC 00117). (Depo. Exh. 18) |
| 11. | 2000 Form 1120X - Hotel Reservations Networks Inc. & Subsidiary. (HC 00222 - HC 00223) (Depo. Exh. 19) |
| 12. | Notes/Questions for Eric DeGraw (US1019 - US1020) (Depo. Exh. 20) |
| 13. | Fax from Susan Weiss to Eric DeGraw regarding HRN, Inc. Information Document Request #7 enclosing Form 4564 and IRS Memo from Ruth Haney to Susan Weiss regarding Consultation Referral, limited scope valuation of restricted stock, dated January 5, 2005. (US1062 - US1066) (Depo. Exh. 22) |
| 14. | Deloitte & Touche Memo from Frederick Kautz to Christine Zeikel Re: Analysis of HRN volatility and impact on implied marketability discount (US1068 - US1071) (Depo. Exh. 23) |
| 15. | IRS Memo from Ruth Haney to Susan Weiss regarding March 23, 2005 Letter from Deloitte & Touche, LLP - HRN Analysis, dated April 11, 2005. (US1072 - US1078) (Depo. Exh. 24) |
| 16. | IRS Memo from Ruth Haney to Susan Weiss regarding Value of Restricted Stock, dated April 28, 2005. (US0363 - US0369) (Depo. Exh. 25) |

| Exhibit No. | Document Description |
|---|---|
| **17.** | Payment Agreement from David Litman to Andy Pells, dated May 7, 1999. (LD 005301 - LD 005306) (Depo. Exh. 30) |
| **18.** | Letter from Robert Diener to Andy Pells regarding Correction to Severance Agreement, dated August 24, 1999. (LD 005307) (Depo. Exh. 31) |
| **19.** | Amendment to Payment Agreement from David Litman to Andy Pells, dated February 21, 2000. (LD 005308 - LD 005310) (Depo. Exh. 32) |
| **20.** | Letter of Representations from Andy Pells to HRN, Inc. (LD 005311) (Depo. Exh. 33) |
| **21.** | Letter from Andy Pells to Hotel Reservations Network, Inc. regarding TMF Liquidating Trust and Andy Pells stock certificates of Hotel Reservations Network, Inc., dated March 7, 2000. (LD 005312 - LD 005313) (Depo. Exh. 34) |
| **22.** | Stock Option Agreement for Members of Management (LD 005279 - LD 005287) (Depo. Exh. 40) |
| **23.** | 2000 Form 1040 - Andrew S. and Jodie A. Pells (Depo. Exh. 41) |
| **24.** | Payroll records of Andy Pells (LD 005329 - LD 005345) (Depo. Exh. 42) |
| **25.** | Form 8822 - Change of Address Form for Robert and Michelle Diener, dated September 30, 2004. (Depo. Exh. 45) |
| **26.** | Form 8822 - Change of Address Form for David and Malia Litman, dated September 30, 2004. (Depo. Exh. 46) |
| **27.** | Letter from Susan Weiss to John W. Porter regarding Ruth Haney's valuation of Restricted Shares, dated May 18, 2005 (LD 005411 - LD 005412) (Depo. Exh. 47) |
| **28.** | Hotel Reservations Network PowerPoint presentation - Offering Summary: 5,400,000 Class A Shares. (DT000442 - DT000467) (Depo. Exh. 48) |
| **29.** | Email from David Litman to Brian Lidji regarding Fwd: Earnout for equity (forwarding 01/18/00 email from Dara Khosrowshahi to Robert Diener; Cc: David Litman), dated January 23, 2000. (LD 002653 - LD 002657) (Depo. Exh. 50) |
| **30.** | HRN Earnout For Equity Trade. (IAC 000841 - IAC 000858) (Depo. Exh. 51) |
| **31.** | HRN Comparable Volatilty Analysis (IAC 000839 - IAC 000840) (Depo. Exh. 55) |
| **32.** | Hotel Reservations Network 2000 Annual Report. (HC 00483 - HC 00543) (Depo. Exh. 56) |
| **33.** | Amended and Restated Asset Purchase Agreement, dated February 2, 2000. (LD 002268 - LD 002315) (Depo. Exh. 57) |
| **34.** | Amendment to Amended and Restated Asset Purchase Agreement, dated November 13, 2003. (LD 006018 - LD 006021) (Depo. Exh. 58) |
| **35.** | 1999 Form 1120S for TMF, Inc. (LD 000996 - LD 001076) (Depo. Exh. 59) |
| **36.** | 2000 Form 1041 - TMF Liquidating Trust. (Depo. Exh. 60) |
| **37.** | Letter from Bo-Yee R. Fung to Viren Gandhi regarding Income Tax Returns for HRN, Inc. and Subsidiary, dated September 19, 2001. (HC 00471 - HC 00472) (Depo. Exh. 61) |

| Exhibit No. | Document Description |
|---|---|
| **38.** | 2000 Form 1120 - HRN, Inc. & Subsidiary (Depo. Exh. 62) |
| **39.** | Email from Bob Diener to Viren Gandhi regarding Improper advice from E & Y; Cc: Mel Robinson, David Litman, dated September 24, 2001. (HC00837) (Depo. Exh. 63) |
| **40.** | Handwritten note from Bob Diener to Jim Horan enclosing proposed Form 8594 for TMF Liquidating Trust and notes. (LD 005349 - LD 005364) (Depo. Exh. 64) |
| **41.** | KPMG Invoices for Robert and Michelle Diener. (KPMG 00248 - KPMG 00250) (Depo. Exh. 65) |
| **42.** | Asset Purchase Agreement dated April 13, 1999. (L 00184 - L 00269) (Depo. Exh. 69) |
| **43.** | Email string between Brian Lidji and Robert Diener regarding Urgent - IPO; Cc: David Litman, dated November 7, 1999. (LIJ006671) (Depo. Exh. 73) |
| **44.** | Prospectus for Hotel Reservations Network: 5,400,000 Shares of Class A Common Stock, dated February 25, 2000. (HC 00560 - HC 00660) (Depo. Exh. 74) |
| **45.** | KPMG Memo regarding "Various Tax Discussions Relating to TMF Liquidating Trust," dated April 6, 2001 (KPMG 00243 - KPMG 00250) (Depo. Exh. 76) |
| **46.** | Email from Robert Diener to Mark Mitchell Re: Contingency payments (LD 003461) (Depo. Exh. 78) |
| **47.** | 2000 Form 1120 for HRN, Inc. & Subsidiary. (HC 00063 - HC 00115) (Depo. Exh. 80) |
| **48.** | Letter from Deloitte & Touche to Eric DeGraw Re: proposal to prepare appraisal (DT000243 - DT000250) (Depo. Exh. 81) |
| **49.** | Email from Christine Zeikel to Kevin Fitzgibbon Re: FW: Valuation (forwarding email from Eric DeGraw to Christine Zeikel; Cc: Mark Goldstein) (DT00222) (Depo. Exh. 82) |
| **50.** | Email string between Greg Porter, Mel Robinson, Bill Severance, Eric DeGraw, Adler, and Viren Gandhi Re: Amended & Restated Purchase Agreement for HRN_v1.DOC (HC00938 - HC00939) (Depo. Exh. 83) |
| **51.** | Deloitte & Touche Valuation Report Discount Study - Consideration Shares in Hotel Reservations Network, Inc. (Valuation as of February 25, 2000), dated October 18, 2001. (IAC 000317 - IAC 000355) (Depo. Exh. 84) |
| **52.** | Email from Eric DeGraw to Fung BoYee regarding FW: HRN Restricted Stock Discounts (forwarding email string between Eric DeGraw and Bill Severance (forwarding October 17, 2001 email from Kevin Fitzgibbon to Eric DeGraw; Cc: Christine Zeikel, Graeme Coll)), dated October 19, 2001. (IAC 000870 - IAC 000871) (Depo. Exh. 85) |
| **53.** | Amendment workpapers (IAC 000866 - IAC 000869) (Depo. Exh. 86) |
| **54.** | 2000 Form 1120X - Hotel Reservations Networks Inc. & Subsidiary. (HC 00116 - HC 00221) (Depo. Exh. 87) |
| **55.** | Email from David Litman to Brian Lidji regarding Fwd: HRN earnouts (enclosing July 30, 1999 email string between Dara Khosrowshahi and David Litman; Cc: Robert Diener), dated August 2, 1999. (LIJ003553 - LIJ003555) (Depo. Exh. 93) |

| Exhibit No. | Document Description |
|---|---|
| **56.** | Form 10-Q - Quarterly Report for Hotel Reservations Network dated March 31, 2000 (HC 00544 - HC 00559) (Depo. Exh. 111) |
| **57.** | USPS Delivery Notice/Reminder/Receipt. (LD 005607 - LD 005609) (Depo. Exh. 112) |
| **58.** | BVS Valuation Analysis as of February 24, 2000 - Restricted Stock, Hotel Reservations Network, Inc., dated February 24, 2000. (Depo. Exh. 114) |
| **59.** | Contingent Payment Calculation - Hotel Reservations Network, Inc. (LD 006052) (Depo. Exh. 118) |
| **60.** | Mark Mitchell Expert Report, dated June 20, 2006. (Depo. Exh. 122) |
| **61.** | Mark Mitchell Rebuttal Report regarding Burns, dated July 12, 2006. (Depo. Exh. 125) |
| **62.** | Mark Mitchell Rebuttal Report regarding Bajaj, dated July 12, 2006. (Depo. Exh. 126) |
| **63.** | Email from Bob Diener to Mel Robinson regarding 2000 HRN Tax Return; Cc: Dave Litman dated March 19, 2002. (LD 003595) (Depo. Exh. 131) |
| **64.** | Minutes of Meeting of the Audit Committee of the Board of Directors of Hotel Reservations Network, Inc., dated October 19, 2001. (HC003372 - HC003374) (Depo. Exh. 132) |
| **65.** | Minutes of Meeting of the Audit Committee of the Board of Directors of Hotel Reservations Network, Inc., dated January 25, 2002. (HC002804 - HC002807) (Depo. Exh. 133) |
| **66.** | Memorandum from Brian Lidji to TMF Liquidating Trust File regarding Hotel Reservations Network/TMF Liquidating Trust - Final Stock Restriction Summary, dated March 1, 2000. (LD 003647 - LD 003659) (Depo. Exh. 135) |
| **67.** | Letter from Brian Lidji to David Litman, Robert Diener, and Andy Pells enclosing transmittal memo from Paul, Weiss, stock certificates delivered to Salomon Smith Barney, and receipts for certificates, dated March 15, 2001. (LD 005288 - LD 005297) (Depo. Exh. 138) |
| **68.** | Handwritten note from Bob Diener to Jim Horan (and Brian Lidji) enclosing proposed Form 8594 for TMF Liquidating Trust. (KPMG 00236 - KPMG 00242) (Depo. Exh. 139) |
| **69.** | Mukesh Bajaj Expert Report, dated June 21, 2006. (Depo. Exh. 140) |
| **70.** | Mukesh Bajaj Rebuttal Report, dated July 12, 2006. (Depo. Exh. 141) |
| **71.** | *Firm Value and Marketability Discounts*, by Mukesh Bajaj, David Denis, Stephen Ferris, and Atulya Sarin, The Journal of Corporation Law, Vol. 27, Number 1, Fall 2001. (BAJAJ00154 - BAJAJ00181) (Depo. Exh. 142) |
| **72.** | Trial Transcript, Volume III, *Estate of Annette N. McDonald, et al., v. Commissioner of the Internal Revenue*, dated May 1, 2002 . (Depo. Exh. 143) |
| **73.** | Email from Kim Boylan to Mukesh Bajaj regarding Expedia/Hotels.com; Cc: Kari Larson, dated April 10, 2006. (BAJAJ00966) (Depo. Exh. 144) |
| **74.** | Email from Mukesh Bajaj to Kim Boylan regarding Materials attached; Attachments: Bajaj's paper on marketability discount; Cc: Sumon Mazumdar, dated May 4, 2006. (BAJAJ00979) (Depo. Exh. 145) |

| Exhibit No. | Document Description |
|---|---|
| **75.** | Email string between Kim Boylan, Sumon Mazumdar, and Kari Larson regarding Hotels.com: documents request; Cc: Mukesh Bajaj, dated June 2, 2006. (BAJAJ00182 - BAJAJ00183) (Depo. Exh. 146) |
| **76.** | Email from Mukesh Bajaj to Kim Boylan regarding Draft Report; Cc: Sumon Mazumdar, dated June 12, 2006. (BAJAJ00996) (Depo. Exh. 147) |
| **77.** | Prospectus Companies Vol Calc. spreadsheet; Volatility. (125 after IPO) (BAJAJ01099 - BAJAJ01207) (Depo. Exh. 148) |
| **78.** | Expert Report of Dr. Mukesh Bajaj, dated June 13, 2006. (BAJAJ01246 - BAJAJ001275) (Depo. Exh. 149) |
| **79.** | Bajaj et al Raw Data, Sample of Private Placements (January 1, 1991 through December 31, 1995) (BAJAJ01046 - BAJAJ01066) (Depo. Exh. 150) |
| **80.** | Email from Kim Boylan to Mu`kesh Bajaj and Sumon Mazumdar regarding Simultaneously with the closing; Cc: Tammi Walker, Kari Larson, dated June 16, 2006. (BAJAJ00251) (Depo. Exh. 151) |
| **81.** | *A Review of IPO Activity, Pricing, and Allocations*, by Jay R. Ritter and Ivo Welch, The Journal of Finance, Vol. LVII, No. 4, August 2002. (Depo. Exh. 152) |
| **82.** | *The Block Pricing Puzzle*, by Michael J. Barclay, Clifford G. Holderness, and Dennis P. Sheehan, University of Rochester, The Bradley Policy Research Center Financial Research and Policy Working Paper No. FR 01-05, March 2001. (Depo. Exh. 153) |
| **83.** | Bajaj Direct Report spreadsheet. (BAJAJ01070 - BAJAJ01088) (Depo. Exh. 154) |
| **84.** | Bajaj Invoice - Expedia.com and Hotels.com (Pre-Bill through June 30, 2006), dated July 12, 2006. (BAJAJ00925 - BAJAJ00933) (Depo. Exh. 155) |
| **85.** | LECG, LLC Invoice - Expedia.com and Hotels.com, Litman/Diener, dated June 30, 2006. (BAJAJ00922 - BAJAJ00924) (Depo. Exh. 156) |
| **86.** | Email from Mukesh Bajaj to Kim Boylan regarding Preliminary and Incomplete Draft Report; Attachment: highlighted draft report; Cc: Kari Larson, Sumon Mazumdar, Tammi Walker, L. Indrieri, N. Caswell, S. Bennett, dated June 14, 2006. (BAJAJ00219 - BAJAJ00249) (Depo. Exh. 157) |
| **87.** | *The Impact of Transfer Restrictions on Stock Prices*, by John D. Finnerty, dated June 2003. (Depo. Exh. 158) |
| **88.** | Letter from Mark Mitchell to Robert Diener enclosing draft BVS Valuation Analysis for Restricted Stock of Hotel Reservations Network, Inc. (as of February 24, 2000), dated March 23, 2000 (KPMG 00112 - KPMG 00168) (Depo. Exh. 158) |
| **89.** | KPMG memo regarding “Various Tax Discussions Relating to TMF Liquidating Trust,” dated April 3, 2001 (LD 003586 - LD 3590) (Depo. Exh. 159) |
| **90.** | TMF, Inc. Stock Issuance chart with handwritten notes and letter from Mark Mitchell to Robert Diener regarding BVS valuation analysis for Hotel Reservations Network, Inc., dated February 24, 2000 (KPMG 00169 - KPMG 00172) (Depo. Exh. 160) |

| Exhibit No. | Document Description |
|---|---|
| **91.** | Letter from Mark Mitchell to Robert Diener enclosing draft BVS Valuation Analysis for Restricted Stock of Hotel Reservations Network, Inc. (as of February 24, 2000), dated March 23, 2000, and handwritten notes regarding Form 8594 - Acquisition Statement for HRN (KPMG 00173 - KPMG 00237) (Depo. Exh. 161) |
| **92.** | Francis Burns Expert Report, dated June 20, 2006. (Depo. Exh. 173) |
| **93.** | Francis Burns Addendum, dated July 25, 2006. (Depo. Exh. 174) |
| **94.** | Email from Francis Burns to Brian Potter and Gabriel Ratliff regarding litman v. us, dated March 17, 2006. (Depo. Exh. 175) |
| **95.** | Email from Gabriel Ratliff to Jeff Snell regarding Monte Carlo, dated March 1, 2006. (Depo. Exh. 176) |
| **96.** | SEC Institutional Investor Study. (Depo. Exh. 177) |
| **97.** | Valuing a Business: The Analysis and Appraisal of Closely Held Companies. (Depo. Exh. 178) |
| **98.** | Analysis of Restricted Stocks of Public Companies: 1980-1995. (Depo. Exh. 179) |
| **99.** | *Restricted Stock Discounts, 1991-95*, by Bruce Johnson, Business Valuation Library, March 1999. (Depo. Exh. 180) |
| **100.** | Pegasus Systems, Inc. Reports Record Fourth Quarter and Year-End Operating Results Internet Hotel Bookings Increase by 165% Over the Fourth Quarter 1998, Financial News, Dallas, dated February 1, 2000. (Depo. Exh. 181) |
| **101.** | *Option Pricing as a Proxy for Discount for Lack of Marketability in Private Company Valuations*, by David B.H. Chaffe III, Business Valuation Review, December 1993. (Depo. Exh. 182) |
| **102.** | *Valuation of Restricted Stocks: An Option Theory Approach*, by Reynolds Griffith, ASA Valuation, February 1988, Vol. 33, No. 1. (Depo. Exh. 183) |
| **103.** | *Modern Financial Engineering and Discounts: The Collar Message*, by Les Barenbaum and Walter Schubert, March 2004. (Depo. Exh. 184) |
| **104.** | Standard Option Valuations. (Depo. Exh. 185) |
| **105.** | Fax from Francis Burns to Cory Johnson regarding Litman/Diener v. US, Attachments: list of potential deposition questions relating to valuation issues, dated March 28, 2006. (Depo. Exh. 186) |
| **106.** | Potential Deposition Questions - David Bohlmann. (Depo. Exh. 187) |
| **107.** | Proposed Deposition Questions. (Depo. Exh. 188) |
| **108.** | Consent to Action by the Board of Directors of HRN, Inc., dated November 5, 1999. (HC003038 - HC003049) |
| **109.** | Consent to Action by the Sole Stockholder - HRN, Inc. (Attachments: Resignations from the board of directors of Michael Durney and Thomas Kuhn), dated November 6, 1999. (HC003050 - HC003055) |
| **110.** | Consent to Action by the Board of Directors - Hotel Reservations Network, Inc., dated December 23, 1999. (HC003056 - HC003067) |

| Exhibit No. | Document Description |
|---|---|
| **111.** | Memorandum of Closing - 5,400,000 Shares of Hotel Reservations Network, Inc. Class A Common Stock (Par Value $0.01 Per Share), dated March 1, 2000. (HC002015 - HC002024) |
| **112.** | 2000 Form 1120 HRN, Inc. & Subsidiary. (HC002041 - HC002115) |
| **113.** | Mark Mitchell Addendum, dated June 22, 2006. |
| **114.** | Mukesh Bajaj Addendum, dated July 27, 2006. |
| **115.** | Letter from Mary Reidy to Jason Meier dated February 18, 2000. (HC003971 - HC003972) |
| **116.** | David Bohlmann Valuation Report for Hotel Reservations Network, Inc. as of February 25, 2000, dated July 21, 2000 |
| **117.** | Draft Form 10-Q for Hotel Reservations Network with handwritten notes (HC003980 - HC004005) |
| **118.** | Claim for Refund and Request for Abatement for David S. and Malia A. Litman |
| **119.** | Claim for Refund and Request for Abatement for Robert B. and Michelle S. Diener |
| **120.** | Revenue Agent's Report of Susan Weiss (LFOIA 000484 - LFOIA 000495) |
| **121.** | The United States' Responses to the Litmans' and Dieners' First Requests for Admissions |
| **122.** | The United States' Responses to the Litmans' and Dieners' Second Requests for Admissions |
| **123.** | Hotels.com's Responses to the Litmans' and Dieners' First Requests for Admissions to Hotels.com |
| **124.** | The United States' Responses to the Litmans' and Dieners' First Sets of Interrogatories |
| **125.** | Hotels.com's Response to the United States' First Set of Interrogatories to Hotels.com |
| **126.** | Hotels.com's Responses to the Litmans' and Dieners' First Sets of Interrogatories to Hotels.com |
| **127.** | Charts showing stock prices of comparables and indices based on Bajaj volatility analysis data; S&P 500; and Dow Jones Internet Composite Index |
| **128.** | Charts showing volatility of stock prices of comparables and indices based on Bajaj volatility analysis data; S&P 500; and Dow Jones Internet Composite Index |
| **129.** | Chart showing comparison of volatility of comparable stocks and S&P 500 |
| **130.** | Chart showing comparison of volatility of Dow Jones Internet Composite Index and S&P 500 |
| **131.** | Timeline of Appraisals |
| **132.** | Chart of Appraised Values of Restricted Shares |

| **Exhibit No.** | **Document Description** |
|---|---|
| **133.** | Chart of Discounts Applied to Restricted Shares |

Plaintiffs reserve the right to use any exhibit listed by Hotels.com or the United States and to introduce any exhibit necessary for impeachment purposes.

Respectfully submitted,

BAKER BOTTS L.L.P.

Dated: February 26, 2007

By: s/ John W. Porter

John W. Porter
Attorney of Record
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
(713) 229-1597
(713) 229-2797 (Fax)

Stephanie Loomis-Price (Of Counsel)
J. Graham Kenney (Of Counsel)

COUNSEL FOR PLAINTIFFS-COUNTERDEFENDANTS