**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,**<br><br>**Plaintiffs-Counterdefendants,**<br><br>**V.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiff.** | ) | **No. 05-956T** |
| **ROBERT B. DIENER and MICHELLE S. DIENER,**<br><br>**Plaintiffs-Counterdefendants,**<br><br>**V.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiff.** | ) | **No. 05-971T** |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),**<br><br>**Plaintiffs,**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 06-285T**<br>**(Judge Christine O.C. Miller)** |

**PLAINTIFFS-COUNTERDEFENDANTS, DAVID S. LITMAN, MALIA A. LITMAN, ROBERT B. DIENER, AND MICHELLE S. DIENER'S MOTION FOR LEAVE TO FILE TRANSCRIPT OF DEPOSITION TESTIMONY OF CHRISTINE ZEIKEL**

Plaintiffs-Counterdefendants, David S. Litman, Malia A. Litman, Robert B. Diener, and Michelle S. Diener file this Motion for Leave to File Transcript of Deposition Testimony of Christine Zeikel (this "Motion") pursuant to ¶ 15(B) of Appendix A and Rule 32 of the Rules of the Court of Federal Claims. In support of this Motion, Plaintiffs state as follows:

1. Christine Zeikel's deposition was taken in this case on July 26, 2006. Counsel for the Litmans and Dieners, Hotels.com, and the United States were present at the deposition.

2. Ms. Zeikel is an appraiser at Deloitte & Touché hired by Hotels.com (and its former parent company, USA Networks) to appraise the Restricted Shares of Hotel Reservations Network stock issued to TMF Liquidating Trust. Ms. Zeikel's testimony would be relevant to several issues in the case, including, without limitation, her opinion regarding the proper valuation methods to determine the lack of marketability discounts that should be applied to the Restricted Shares, the lack of marketability discount to be applied when valuing the Restricted Shares which was used by Hotels.com to report the value of the Restricted Shares, the fair market value of the Restricted Shares and the facts and circumstances surrounding the preparation of her valuation report regarding same for Hotels.com, her determination that the lack of marketability for the Restricted Shares should be as follows: 40% - 4 year restricted; 35% - 3 year restricted; 30% - 2 year restricted; 25% - 1 year restricted.

3. Ms. Zeikel lives in the New York City area, which more than 100 miles from the place of trial in this case, Dallas, Texas. Ms. Zeikel, an employee of Deloitte & Touché hired by Hotels.com (and its former parent, USA Networks), is not under the control of Plaintiffs.

4. Ms. Zeikel would not be absent due to any fault of Plaintiffs.

5. Ms. Zeikel's testimony by deposition will not harm the interests of justice and will serve judicial economy.

6. Plaintiffs intend to introduce the following portions of the transcript of the deposition at trial:

(a) Page 6, Lines 1-11;

(b) Page 6, Line 19 through Page 50, Line 25;

(c) Page 56, Line 3 through Page 57, Line 20;

(d) Page 60, Line 23 through Page 63, Line 9; and

(e) Page 70, Line 11 through Page 80, Line 13.

Respectfully submitted,

BAKER BOTTS L.L.P.

Dated: February 26, 2007

By: s/ John W. Porter

John W. Porter
Attorney of Record
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1597
(713) 229-1522 (FAX)

Stephanie Loomis-Price (Of Counsel)
J. Graham Kenney (Of Counsel)

COUNSEL FOR PLAINTIFFS-COUNTERDEFENDANTS