**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-956T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **ROBERT B. DIENER and MICHELLE S. DIENER,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-971T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | ) | **No. 06-285T (Judge Christine O.C. Miller)** |
| **Plaintiffs,** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS-COUNTERDEFENDANTS, DAVID S. LITMAN, MALIA A. LITMAN, ROBERT B. DIENER, AND MICHELLE S. DIENER'S MOTION FOR LEAVE TO FILE TRANSCRIPT OF DEPOSITION TESTIMONY OF ANDREW PELLS**

Plaintiffs-Counterdefendants, David S. Litman, Malia A. Litman, Robert B. Diener, and Michelle S. Diener file this Motion for Leave to File Transcript of Deposition Testimony of Andrew Pells (this "Motion") pursuant to ¶ 15(B) of Appendix A and Rule 32 of the Rules of the Court of Federal Claims. In support of this Motion, Plaintiffs state as follows:

1. Andrew Pells' deposition was taken in this case on May 22, 2006. Counsel for

the Litmans and Dieners, Hotels.com, and the United States were present at the deposition.

2. Mr. Pells is a former employee of Hotel Reservations Network, Inc. (now known as Hotels.com), TMF, Inc., and the TMF Liquidating Trust. Mr. Pells testimony is relevant to a number of issues in this case, including without limitation the reasonableness of the compensation paid to him by TMF Liquidating Trust and the operations of HRN (which relate to the value of the Restricted Shares issued to TMF Liquidating Trust).

3. Mr. Pells lives in Hawaii, which is more than 100 miles from the place of trial in this case, Dallas, Texas. While Plaintiffs hope that Mr. Pells will voluntarily appear to testify in this case, it cannot be guaranteed that he will do so. Mr. Pells is not under the control of Plaintiffs.

4. Andrew Pells would not be absent due to any fault of Plaintiffs.

5. Andrew Pells's testimony by deposition will not harm the interests of justice and will serve judicial economy.

6. Plaintiffs intend to introduce the following portions of the transcript of the deposition at trial:

(a) Page 6, Lines 1-19;

(b) Page 11, Lines 10-24;

(c) Page 12, Line 11 through Page 16, Line 23;

(d) Page 17, Line 15 through Page 23, Line 17;

(e) Page 24, Line 14 through Page 25, Line 21;

(f) Page 26, Line 1 through Page 35, Line 13;

(g) Page 41, Line 11 through Page 45, Line 9;

(h) Page 45, Line 14 through Page 47, Line 21;

(i) Page 48, Line 7 through Page 63, Line 23;

(j) Page 65, Line 9 through Page 79, Line 11;

(k) Page 79, Line 16 through Page 89, Line 11;

(l) Page 89, Line 16 through Page 92, Line 11;

(m) Page 97, Lines 1-11;

(n) Page 99, Line 20 through Page 102, Line 2;

(o) Page 103, Line 6 through Page 104, Line 24;

(p) Page 105, Line 7 through Page 107, Line 2;

(q) Page 114, Line 5 through Page 117, Line 22;

(r) Page 118, Lines 5-24;

(s) Page 119, Lines 9-18;

(t) Page 121, Line 17 through Page 122, Line 11;

(u) Page 126, Lines 6-12;

(v) Page 127, Line 5 through Page 130, Line 25;

(w) Page 131, Line 4 through Page 135, Line 3.

Respectfully submitted,

BAKER BOTTS L.L.P.

Dated: February 26, 2007

By: s/ John W. Porter
John W. Porter
Attorney of Record
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1597
(713) 229-1522 (FAX)

Stephanie Loomis-Price (Of Counsel)
J. Graham Kenney (Of Counsel)

COUNSEL FOR PLAINTIFFS-COUNTERDEFENDANTS