**Feb. 24, 2000**

**Restricted Shares Issued to TMF Liquidating Trust**

**Feb. 25, 2000**

Litman/Diener Expert - Mark Mitchell/BVS Report issued; $4.54 per share

1 year discount 49.5%
2 year discount 61.5%
3 year discount 63.5%
4 year discount 79.0%

**Jul. 21, 2000**

Litman/Diener Expert - David Bohlmann Report issued; $3.20 per share 80% overall discount

**2000**

**Apr. 3, 2001**

Litman/Diener Expert - KPMG Valuation Group certifies reasonbleness of BVS/Mitchell Valuation

**May 22, 2001**

TMF Liquidating Trust files return using BVS value.

**2001**

**Oct. 15, 2001**

2000 Federal Income Tax Returns are due for Litmans, Dieners, and HRN

**Oct. 18, 2001**

HRN Expert - Deloitte & Touche Report issued $10.18 per share (HRN uses in 2001-2005 tax returns and in audit)

1 year discount 25%
2 year discount 30%
3 year discount 35%
4 year discount 40%

**Dec. 2004**

**Dec. 21, 2004**

IRS Expert - Ruth Haney report issued; $8.71 per share

1 year discount 33.09%
2 year discount 42.71%
3 year discount 46.97%
4 year discount 48.59%

**2005**

**Apr. 28, 2005**

IRS expert - Ruth Haney amended Report issued; $10.11 per share

1 year discount 26.9%
2 year discount 34.2%
3 year discount 37.8%
4 year discount 39.7%

**Aug. 30, 2005**

Refund Lawsuit FILED by Litmans and Dieners

**2006**

**Jun. 21, 2006**

IRS Expert - Burns Report issued $11.10 per share

1 year discount 13.1%
2 year discount 24.6%
3 year discount 25.7%
4 year discount 25.7%

**Jun. 21, 2006**

HRN Expert - Bajaj Report issued; $23.625 per share (used for the first time a March 1, 2000 valuation date); 10% discount for all four tranches

**Jul. 25, 2006**

IRS Expert - Burns Supplemental Report; $12.75 per share

1 year discount 9.4%
2 year discount 13.4%
3 year discount 13.7%
4 year discount 13.7%

**Jul. 27, 2006**

HRN Expert - Bajaj Supplemental Report - suggests that March 1 analysis also applies to February 24

EXHIBIT A