# Appraised Values of HRN Restricted Shares by Tranche




EXHIBIT B