**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-956T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **ROBERT B. DIENER and MICHELLE S. DIENER,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-971T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | ) | **No. 06-285T (Judge Christine O.C. Miller)** |
| **Plaintiffs,** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME WITH WHICH TO OBJECT TO MOTIONS FOR LEAVE TO FILE DEPOSITION TRANSCRIPTS**

Plaintiffs-Counterdefendants, David S. and Malia A. Litman ("the Litmans"), Robert B. and Michelle S. Diener ("the Dieners"), Plaintiff, Hotels.com, Inc. ("Hotels.com"), and Defendant, the United States ("Defendant"), together respectfully request that the Court allow all the parties an additional 18 days (until April 2, 2007) to file objections to the Motions

for Leave to File Deposition Transcripts filed by Hotels.com and the Litmans and Dieners on February 26, 2007 ("the Motions for Leave").

The Rules of the Court of Federal Claims currently require objections to be filed to the Motions for Leave by March 15, 2007. The Court's Order, dated February 21, 2007, provides that the Litmans, Dieners, and Hotels.com will file objections to Exhibit Lists on April 2, 2007. The Parties file this Motion to request that the Court extend that Order to include objections to the Motions for Leave and to provide identical additional time to the United States to file its objections to the Motions for Leave. Given the parties' expressed desire to enter into meaningful stipulation discussions, it is expected that the introduction of and/or objections to deposition testimony may be reduced or simplified if given additional time. Moreover, given the unique nature of this consolidated case and the Court's Order dated February 21, 2007, the additional time will conserve both judicial and party resources by simplifying and consolidating the filings in this case.

Accordingly, for the foregoing reasons and for the reasons stated in the Motion for Enlargement of Time filed by Hotels.com, the Litmans, and the Dieners on February 20, 2007, all parties respectfully request an enlargement of time of 18 days (or any other reasonable duration that the Court deems appropriate) within which to file any objections to the Motions for Leave to File Deposition Transcripts.

Respectfully submitted,

BAKER BOTTS L.L.P.

Dated: March 14, 2007

By: s/John W. Porter____________________
John W. Porter

Stephanie Loomis-Price (Of Counsel)
J. Graham Kenney (Of Counsel)

3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
(713) 229-1597
(713) 229-2797 (Fax)
john.porter@bakerbotts.com
s.loomis-price@bakerbotts.com
graham.kenney@bakerbotts.com

COUNSEL FOR PLAINTIFFS-COUNTERDEFENDANTS DAVID S. AND MALIA A. LITMAN AND ROBERT B. AND MICHELLE S. DIENER

LATHAM & WATKINS L.L.P.

Dated: March 14, 2007

By: s/Kim Marie K. Boylan________________
Kim Marie K. Boylan

Kari M. Larson (Of Counsel)

555 Eleventh Street N.W.
Suite 1000
Washington, DC 20004-1304
(202) 637-2235
(202) 637-2201 (Fax)
Kim.Boylan@lw.com
Kari.Larson@lw.com

COUNSEL FOR HOTELS.COM

UNITED STATES DEPARTMENT
OF JUSTICE TAX DIVISION

Dated: March 14, 2007

By: s/Cory A. Johnson____________________
Mr. Cory A. Johnson

Eileen J. O'Connor
Assistant Attorney General

David Gustafson
Acting Chief, Court of Federal Claims Sec.

By: s/Steven I. Frahm____________________
Steven I. Frahm (Of Counsel)
Asst. Chief, Court of Federal Claims Sec.

555 4th Street N.W.
Judiciary Center Building
Washington, DC 20530
(202) 307-3046
(202) 514-9440 (Fax)
Cory.A.Johnson@usdoj.gov
eileen.j.o'connor@usdoj.gov

COUNSEL FOR THE UNITED STATES