# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALA A. LITMAN,** *

Plaintiffs, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Mar. 15, 2007)

Defendant. *

_________________________________________ *

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

___________________________________________ *

**HOTELS.COM, INC. and Subsidiaries (f/k/a** *
**HOTEL RESERVATIONS NETWORK, INC.),**

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

The parties' Joint Motion for Enlargement of Time With[in] Which to Object To Motions for Leave to File Deposition Transcripts filed on March 14, 2007, is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. The parties shall file their objections to the Motions for Leave to File Deposition Transcripts by April 2, 2007.

2. The order entered on February 21, 2007 is further modified insofar as plaintiffs shall file any objections to defendant's exhibit list by April 5, 2007. The court is reluctant to disturb the remainder of the scheduling order entered on November 16, 2006, absent a serious joint motion by all counsel.

s/ Christine O. C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge