229588 v2 (NYDOCS1)

Confidential

# HOTEL RESERVATIONS NETWORK

MARCH 9, 2000

HOTEL RESERVATIONS NETWORK

# TABLE OF CONTENTS


1 WORKING GROUP LIST

2 ROADSHOW SCHEDULE

3 INSTITUTIONAL ORDERS

4 ROADSHOW PRESENTATION

5 RELATED NEWS ARTICLES

6 PROSPECTUS FOR EQUITY OFFERING

1

**Donaldson, Lufkin & Jenrette**

HOTEL RESERVATIONS NETWORK

# WORKING GROUP LIST

229588 v2 (NYDOCS1)

HOTEL RESERVATIONS NETWORK

*Working Group List*

HOTEL RESERVATIONS NETWORK

MARCH 9, 1999

HOTEL RESERVATIONS NETWORK

USA NETWORKS INC

Carnegie Hall Tower
152 West 57th Street, 42nd Floor
New York, NY 10019

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **Victor Kaufman**<br>Vice Chairman | (212) 314-7344<br>(212) 314-7349 (Fax)<br>kaufman@usanetworks.com | |
| **Mike Sileck**<br>Chief Financial Officer | *1230 Avenue of the Americas*<br>*New York, NY 10020*<br>(212) 413-5250<br>(212) 413-6532 (Fax)<br>msileck@usanetworks.com | 5 Charles Court<br>Chappaqua, NY 10514<br>(914) 238-2129 |
| **Tom Kuhn***<br>Senior Vice President & General Counsel | (212) 314-7322<br>(212) 314-7329 (Fax)<br>(917) 543-6310 (Cellular)<br>kuhn@usanetworks.com | 325 East 57th Street, #6B<br>New York, NY 10022<br>(212) 223-4080<br>(212) 751-3418 (Fax)<br>(516) 324-2163 (weekend number) |
| **Dara Khosrowshahi***<br>President, USA Networks Interactive | (212) 314-7440<br>(212) 314-7319 (Fax)<br>(917) 601-3965 (Cellular)<br>khosrowshahi@usanetworks.com | 251 West 19th Street, #9C<br>New York, NY 10011<br>(212) 691-6726<br>(212) 352-0682 (Fax) |
| **Mike Durney***<br>Vice President & Controller | (212) 314-7484<br>(212) 314-7439 (Fax)<br>(917) 743-5619 (Cellular)<br>durney@usanetworks.com | 44 Dorchester Road<br>Rockville Centre, NY 11570<br>(516) 766-5346<br>(516) 536-8167 (Fax) |
| **Eric DeGraw**<br>Director of Taxation | (212) 314-7380<br>(212) 314-7439 (Fax)<br>(917) 324-3620 (Cellular)<br>degraw@usanetworks.com | 95 Wappanoca Avenue<br>Rye, NY 10580<br>(914) 925-1046 |
| **Deirdre Stanley***<br>Deputy General Counsel | (212) 314-7260<br>(212) 314-7308 (Fax)<br>stanley@usanetworks.com | 30 West 61st Street, #17B<br>New York, NY 10023<br>(212) 586-1783 |
| **Lara Ratzan**<br>Assistant Controller | (212) 314-7381<br>(212) 314-7439 (Fax)<br>ratzan@usanetworks.com | 1365 York Avenue, #32C<br>New York, NY 10021<br>(212) 288-2885 |
| **Jeremy Liew**<br>Director of Business Development<br>USA Networks Interactive | (212) 314-7362<br>(212) 314-7319 (Fax)<br>liew@usanetworks.com | 628 Forest Av, #C<br>Palo Alto CA 94301<br>(650) 208-2018<br>(708) 575 6835 (Fax) |
| **Bill Severance***<br>Director of Accounting & Reporting | (212) 314-7282<br>(212) 314-7439 (Fax)<br>severance@usanetworks.com | 842 Carroll Street<br>Brooklyn, NY 11215<br>(718) 789-7669 |

HOTEL RESERVATIONS NETWORK

HOTEL RESERVATIONS NETWORK

## DALLAS OFFICE

8140 Walnut Hill Lane
Suite 203
Dallas, TX 75231
(214) 361-7311
(214) 265-0974 (Fax)

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **David Litman*** CEO | (214) 361-7311 ext. 1117<br>(214) 265-0974 (Fax)<br>dlitman@180096hotel.com | 5001 Swiss Avenue<br>Dallas, TX 75214<br>(214) 826-1917 (Fax)<br>(972) 326-8076 (Pager for Urgent Calls ONLY) |
| **Jack Rubin*** Chief Financial and Strategic Officer | (214) 361-7311 ext. 1515<br>(214) 361-1748 (Fax)<br>jrubin@hoteldiscount.com | 6602 Forestshire Dr.<br>Dallas, TX 75230<br>(214) 265-9990 |

## MIAMI OFFICE

12000 Biscayne Boulevard
Suite 511
Miama, FL 33181
305-892-6880

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **Robert Diener*** President | (305) 892-6880<br>(305) 892-4443 (Fax)<br>rdiener@hoteldiscount.com | 8877 Collins Avenue, PHA<br>Surfside, FL 33154<br>(305) 868-4922 (Fax)<br>(800) 532-5521 (Pager for Urgent Calls ONLY) |

HOTEL RESERVATIONS NETWORK

# DONALDSON, LUFKIN & JENRETTE

## NEW YORK OFFICE

277 Park Avenue
New York, NY 10172
(212) 892-3000
(212) 892-7272 (Fax)

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **INVESTMENT BANKING**<br>***Media and Communications*** | | |
| **Christopher Morris***<br>Managing Director | (212) 892-3675<br>(212) 892-7215 (Fax)<br>cmorris@dlj.com | 100 West 80th Street, #8E<br>New York, NY 10024<br>(212) 769-9279<br>(212) 874-0026 (Fax) |
| **Andy Sriubas***<br>Vice President | (212) 892-7156 (Phone)<br>(212) 892-6857 (Fax)<br>(917) 416-5255 (Mobile/Pager)<br>asriubas@dlj.com | 45 West 67th Street, #27F<br>New York, NY 10023<br>(212) 579-5070 |
| **Alice Kang***<br>Associate | (212) 892-3492<br>(212) 892-7502 (Fax)<br>akang@dlj.com | 333 West 56th Street, #5J<br>New York, NY 10019<br>(212) 757-6613 |
| **Cedric Bobo***<br>Analyst | (212) 892-7411<br>(212) 892-3321 (Fax)<br>cbobo@dlj.com | 36 Clark Street, #6E<br>Brooklyn, NY 11201<br>(718) 852-4139 |
| **EQUITY CAPITAL MARKETS** | | |
| **John Kennedy**<br>Managing Director | (212) 892-4530<br>(212) 892-7272 (Fax)<br>jkennedy@dlj.com | 215 East 68th Street, #3F<br>New York, NY 10021<br>(212) 327-1195<br><br>1336 Wilmington Island Rd<br>Savannah, GA 31410<br>(912) 897-7259<br>(917) 868-0602 (Cell)<br>(800) 795-7243 (Pager) |
| **EQUITY RESEARCH** | | |
| **Jake Fuller**<br>Research Analyst, Lodging | (212) 892-8903<br>(212) 892-7272 (Fax)<br>jfuller@dlj.com | 523 Washington Street<br>Hoboken, NJ 07030<br>(201) 653- 0920 |
| **Jamie Kiggen**<br>Research Analyst, Internet | (212) 892-8985<br>(212) 892-6152 (Fax)<br>jkiggen@dlj.com | 143 North Clove Road<br>Verbank, NY 12585<br>(914) 677-5059 |
| **INTERNAL LEGAL COUNSEL** | | |
| **Sara Jeffries***<br>Counsel | (212) 892-6643<br>(212) 892-8215 (Fax)<br>sjeffrie@dlj.com | 308 East 79th, #13H<br>New York, NY 10021<br>(212) 794-4809 |

* Document Distribution

LD005837

HOTEL RESERVATIONS NETWORK

# Donaldson, Lufkin & Jenrette (Cont'd)

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **MERGERS & ACQUISITIONS** | | |
| **Michael Wildish**<br>Managing Director | (212) 892-3559<br>(212) 892-6189 (Fax)<br>mwildish@dlj.com | 187 Leroy Avenue<br>Darien, CT 06820<br>(203) 662-0782<br>(203) 662-0781 |
| **Mark Wasserberger**<br>Associate | (212) 892-6982<br>(212) 892-6189 (Fax)<br>mwasserb@dlj.com | 201 East 69th Street, #5V<br>New York, NY 10021<br>(212) 794-8984 |

## Dallas Office

2200 Ross Avenue
Suite 2900
Dallas, TX 75201
(214) 979-4100
(214) 979-4123 (Fax)

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **Tom Davis**<br>Managing Director | (214) 979-4101<br>(214) 979-4122 (Fax)<br>tdavis@dlj.com | 5022 Shadywood<br>Dallas, TX 75209<br>(214) 956-8854<br>(214) 956-9577 (Fax) |
| **Rick Deitch**<br>Senior Vice President | (214) 979-4112<br>(214) 979-4123 (Fax)<br>rdeitch@dlj.com | 3624 Maplewood<br>Dallas, TX 75205<br>(214) 526-3833<br>(214) 526-4419 (Fax) |
| **John Bozalis***<br>Vice President | (214) 979-4162<br>(214) 979-4123 (Fax)<br>jbozalis@dlj.com | 6522 Desco<br>Dallas, TX 75225<br>(214) 373-7272 |
| **ISG - *Directed Share Program*** | | |
| **Noble Nash**<br>Senior Vice President | (214) 979-4051<br>(212) 979-4043 (Fax)<br>mnash@dlj.com | 3709 Patomac<br>Dallas, TX 75205<br>(214) 526-8090 |
| **Stanley Bould**<br>Senior Vice President | (214) 979-4014<br>(214) 979-4043 (Fax)<br>sbould@dlj.com | 3708 Dartmouth<br>Dallas, TX 75205<br>(214) 443-9808 |
| **James S. Tardy, Jr. ("Chip")**<br>Vice President | (214) 979-4059<br>(214) 979-4043 (Fax)<br>jtardy@dlj.com | 7015 Azalea Lane<br>Dallas, TX 75230<br>(214) 739-1110 |
| **Tim Low**<br>Vice President | (212) 892-4910<br>(212) 892-8775 (Fax)<br>tlow@dlj.com | 422 E. 77nd Street, Apt. 3E<br>New York, NY 10021<br>(212) 794-2606 |

* Document Distribution

HOTEL RESERVATIONS NETWORK

# DONALDSON, LUFKIN & JENRETTE (CONT'D)

## DLJ*DIRECT*

277 Park Avenue
New York, NY 10172
(212) 892-3000
(212) 892-7272 (Fax)

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **Glenn Tongue**<br>President | (201) 308-3333<br>(212) 536-5003 (Fax)<br>gtongue@dljdirect.com | 350 East 79th Street Apt. 18B<br>New York, NY 10021<br>(212) 744-0485<br>(212) 744-0371 (Fax) |
| **Craig Sim**<br>Director of Investment Banking<br>c/o DLJ<br>277 Park Avenue<br>16th Floor<br>New York, NY 10172 | (212) 892-3399<br>(212) 892-7848 (Fax)<br>csim@dlj.com | 53 Split Rock Road<br>Syosset, NY 11791<br>(516) 922-1262<br>(516) 922-1265 (Fax) (call first) |
| **Kathleen Gilston**<br>Administration<br>c/o DLJ<br>277 Park Avenue<br>16th Floor<br>New York, NY 10172 | (212) 892-7406<br>(212) 892-7848 (Fax)<br>kgilston@dlj.com | 425 East 63rd Street #3A West<br>New York, NY 10021<br>(212) 751-2883 |

* Document Distribution

HOTEL RESERVATIONS NETWORK

# ALLEN & COMPANY INCORPORATED

## NEW YORK OFFICE

711 Fifth Avenue
New York, NY 10022
(212) 832-8000

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **CORPORATE FINANCE** | | |
| **Nancy Peretsman**<br>Managing Director<br><br>*Asst: Kathleen Boles* | (212) 339-2592<br>(212) 339-2642 (Fax)<br>nperetsman@allenco.com | 9 East 79th Street<br>New York, NY 10021<br>(212) 879-7170 |
| **Jonathan Lipton***<br>Vice President<br><br>*Asst: Raquel Hocking*<br>*(212) 339-2472* | (212) 339-2452<br>(212) 935-1554 (Fax)<br>jlipton@allenco.com | 300 East 75th Street, Apt. 20N<br>New York, NY 10021<br>(212) 988-4979 |
| **EQUITY CAPITAL MARKETS** | | |
| **Denise Calvo-Silver**<br>Director | (212) 339-2220<br>(212) 508-5811 (Fax)<br>dcalvo@allenco.com | 55 Hudson Street, Apt. 3B<br>New York, NY 10013<br>(212) 349-1385<br>(212) 349-1395 (Fax) |
| **Jim Quinn**<br>Director | (212) 339-2220<br>(212) 508-5811 (Fax)<br>jquinn@allenco.com | 15 Koewing Place<br>West Orange, NJ 07052<br>(973) 731-3732<br>(973) 731-1671 (Fax) |
| **Dan Weidlein**<br>Associate | (212) 339-2220<br>(212) 508-5811 (Fax)<br>dweidlein@allenco.com | 16 Constitution Drive<br>Howell, NJ 07731<br>(732) 840-8035 |

* Document Distribution

HOTEL RESERVATIONS NETWORK

# BEAR, STEARNS & CO. NEW YORK OFFICE

245 Park Avenue
New York, NY 10167
(212) 272-2000

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **INVESTMENT BANKING** | | |
| **Lisbeth Barron***<br>Senior Managing Director | (212) 272-5821<br>(212) 272-8296 (Fax)<br>lbarron@bear.com | 525 East 72nd Street, #27F<br>New York, NY 10021<br>(212) 744-5505<br>(212) 628-5965 (Fax) |
| **Alex Mandel***<br>Vice President | (212) 272-9248<br>(212) 881-9618 (Fax)<br>(800) 515-2327 (Pager)<br>amandel@bear.com | 2373 Broadway, Apt. 1003<br>New York, NY 10024<br>(212) 873-1066 (Tel & Fax) |
| **Carolyn Saacke***<br>Vice President | (212) 272-6780<br>(212) 881-9713 (Fax)<br>(800) 515-2327 (Pager)<br>csaacke@bear.com | 25 West 87th Street, #3F<br>New York, NY 10024<br>(212) 787-1349 (Tel & Fax) |
| **Gustavo Hojman***<br>Associate | (212) 272-8274<br>(212) 272-3613 (Fax)<br>ghojman@bear.com<br>(800) 515-2327 (Pager) | 31 River Court, Apt. 1706<br>Jersey City, NJ 07310<br>(201) 626-8966 |
| **Anthony Wong***<br>Analyst | (212) 272-9746<br>(212) 881-9594<br>awong@bear.com<br>(800) 515-2327 (Pager) | 750 Columbus Avenue, Apt. 4T<br>New York, NY 10025<br>(917) 603-4113 |
| **EQUITY RESEARCH** | | |
| **Jason Ader**<br>Senior Managing Director | (212) 272-4257<br>(212) 272-3429 (Fax)<br>(800) 515-2327 (Pager)<br>jader@bear.com | 123 East 75th Street, Apt. 2B,<br>New York, NY 10021<br>(212) 517-8586 |
| **Jim Kissane**<br>Senior Managing Director | (212) 272-2832<br>(212) 272-3344 (Fax)<br>jkissane@bear.com | 1470 First Avenue, Apt. 6C<br>New York, NY 10021<br>(212) 288-2019 |
| **Bob LaFleur**<br>Associate Director | Tel: (212) 272-9883<br>Fax: (212) 272-3429<br>rlafleur@bear.com | 7 Vani Court<br>Westport, CT 06880<br>(203) 226-8644 |

* Document Distribution

HOTEL RESERVATIONS NETWORK

# THOMAS WEISEL PARTNERS LLC

One Montgomery Street, Suite 3700
San Francisco, CA 94104
(415) 364-2500
(415) 364-2695 (Fax)
(800) 933-3445

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **INVESTMENT BANKING** | | |
| **David Crowder*** Partner | (415) 364-2606<br>(415) 364-2604 (Fax)<br>dcrowder@tweisel.com<br>Assistant:<br>Tamara Lewis<br>(415) 364-2609 | 191 Seminary Drive<br>Menlo Park, CA 94025<br>(650) 327-8875<br>(415) 819-0841 (Cell)<br>(415) 869-7644 (Pager) |
| **Jason Pederse*** Partner | (415) 364-2553<br>(415) 364-2604 (Fax)<br>jpedersen@tweisel.com<br>Assistant:<br>Jennifer Sauser<br>(415) 364-2948 | 78 Fernwood Drive<br>San Anselmo, CA 94960<br>(415) 454-7255<br>(415) 298-2797 (Cell)<br>(800) 659-1825 (Pager) |
| **John Hollan*** Vice President | (415) 364-2657<br>(415) 364-2604 (Fax)<br>jholland@tweisel.com<br>Assistant:<br>Jennifer Sauser<br>(415) 364-2948 | 548 Lombard Street<br>San Francsico, CA 94133<br>(415) 391-6043<br>(415) 987-5788 (Cell) |
| **Brian Meye*** Vice President | (415) 271-3711<br>(415) 271-3749 (Fax)<br>bmeyer@tweisel.com<br>Assistant:<br>Carrie Kronick<br>(212) 271-3715 | 55 West End Avenue, Apt. 14E,<br>New York, NY 10023<br>(212) 265-9249<br>(917) 854-0919 (Cell) |
| **Tina Longfiel*** Associate | (415) 364-2906<br>(415) 364-2698 (Fax)<br>tlongfield@tweisel.com<br>Assistant:<br>Christi Whitham<br>(415) 364-2679 | 4515B 25th Street<br>San Francisco, CA 94114<br>(415) 285-8704<br>(612) 308-5493 (Cell)<br>(888) 477-9516 (Pager) |
| **Bibi Green*** Analyst | (415) 364-2526<br>(415) 364-2944 (Fax)<br>bgreen@tweisel.com<br>Assistant:<br>Christi Whitham<br>(415) 364-2679 | 120 Guerrero Street, #5<br>San Francisco, CA 94103<br>(415) 861-6365<br>(415) 244-6365 (Cell)<br>(888) 869-7644 (Pager) |

* Document Distribution

HOTEL RESERVATIONS NETWORK

# THOMAS WEISEL PARTNERS LLC (CONT'D)

| Name / Title | Phone / Fax / Other | Home Address / Phone |
|---|---|---|
| **RESEARCH** | | |
| **Faye Landes**<br>Partner<br>Sr. Research Analyst | (212) 271-3573<br>(212) 271-3599 (Fax)<br>flandes@tweisel.com<br><br>Assistant:<br>Geri Neglia<br>(212) 271-3754 | 513 Winthrop Road<br>Teaneck, NJ 07666<br>(201) 862-0673<br>(201) 862-0624 (Fax) |
| **Dan Stanzler**<br>Associate | (415) 364-2626<br>(415) 364-2696 (Fax)<br>dstanzler@tweisel.com<br><br>Assistant:<br>Geri Neglia<br>(212) 271-3754 | 272 9th Avenue, Apt. B<br>San Francisco, CA 94102<br>(415) 221-6308 |
| **Capital Markets** | | |
| **Jay Jacobs**<br>Partner<br>Head of Institutional Sales | (415) 364-2701<br>(415) 364-2797 (Fax)<br>jjacobs@tweisel.com<br><br>Assistant:<br>Shelly Henderson<br>(415) 364-2921 | 41 Poplar Road<br>Ross, CA 94957<br>(415) 461-2744<br>(415) 336-9069 (Mobile) |
| **Mo Cheston**<br>Vice President<br>Head of Capital Markets | (415) 364-2636<br>(415) 364-2798 (Fax)<br>mcheston@tweisel.com<br>Assistant:<br>Gretchen Lee<br>(415) 364-2790 | 2677 Larkin Street<br>San Francisco, CA 94109<br>(415) 345-8677<br>(415) 819-0620 (Mobile) |
| **Nick Weiksner**<br>Associate | (415) 364-2737<br>(415) 364-2798 (Fax)<br>nweiksner@tweisel.com<br><br>Assistant:<br>Gretchen Lee<br>(415) 364-2790 | (415) 923-1584 |
| **Gretchen Lee**<br>Syndicate Assistant (Roadshow Coordinator) | (415) 364-2790<br>(415) 364-2798 | (925) 376-3651 |

* Document Distribution

LD005843