PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10019-6064

November 1, 1999

MEMORANDUM

To Persons Listed Below

From Jay L. Dubiner
Andrew A. Fink
Mary E. Reidy

Subject Hotel Reservations Network

Enclosed please find a revised draft of the prospectus in connection with the initial public offering of Hotel Reservations Network (formerly referred to as Travel Reservations Network), marked to show changes from the draft distributed on October 25, 1999. A copy of the prospectus also will be available on Merrill Corporation's website (http://e-collaborate.com) tomorrow morning.

The next drafting session is scheduled to be held at Merrill Corporation (225 Varick Street, New York, New York) at 8 a.m. on Wednesday, November 3, 1999.

Please call Jay (at 373-3004), Andrew (at 373-3062) or Mary (at 373-3844) if you have any questions or if you need anything prior to our next meeting.

Best regards.

J.L.D.
A.A.F.
M.E.R.

Enclosures

BY HAND/FEDERAL EXPRESS

Doc#: NY5: 426882.1

EXHIBIT C

**Distribution**

***Hotel Reservations Network***
Robert Diener
David Litman

***USA Networks***
Thomas Kuhn
Deirdre Stanley
Michael Durney
Bill Severance
Lara Ratzan
Dara Khosrowshahi
Brad Galinson

***Donaldson, Lufkin & Jenrette***
Christopher Morris
John Bozalis
Andy Sriubas
Alice Kang
Cedric Bobo
Sara Jeffries

***Allen & Company***
Nancy Peretsman
Jonathan Lipton

***Bear Stearns***
Lisbeth Barron
Alex Mandel
Gustavo Hojman
Anthony Wong

***Thomas Weisel Partners***
David Crowder
Jason Pedersen
John Holland
Brian Meyer
Tina Longfield
Bibi Green

***Ernst & Young***
Marty Shannon
Srikant Nagaraj

*Grant Thornton*
George Banks
Michelle Smallwood

*Davis Polk & Wardwell*
Richard Truesdell
Elizabeth Schutz Weinstein
Edith Fassberg

*Heller, Ehrman*
Robert Werbel

*Sayles & Lidji*
Brian Lidji

*Paul, Weiss, Rifkind, Wharton & Garrison*
Paul D. Ginsberg
Robert B. Schumer

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10019-6064

October 25, 1999

MEMORANDUM

To Persons Listed Below

From Jay L. Dubiner
Andrew A. Fink
Mary E. Reidy

Subject Hotel Reservations Network

Enclosed please find a revised draft of the prospectus in connection with the initial public offering of Hotel Reservations Network (formerly referred to as Travel Reservations Network), marked to show changes from the draft distributed on October 11, 1999.

The next drafting session is scheduled to be held in our offices at 9 a.m. on Thursday, October 28, 1999.

Please call Jay (at 373-3004), Andrew (at 373-3062) or Mary (at 373-3844) if you have any questions or if you need anything prior to our next meeting.

Best regards.

J.L.D.
A.A.F.
M.E.R.

Enclosures

<u>BY HAND/FEDERAL EXPRESS</u>

**Distribution**

***Hotel Reservations Network***
Robert Diener
David Litman

***USA Networks***
Thomas Kuhn
Deirdre Stanley
Michael Durney
Bill Severance
Lara Ratzan
Dara Khosrowshahi
Jeremy Liew
Brad Galinson

***Donaldson, Lufkin & Jenrette***
Christopher Morris
John Bozalis
Andy Sriubas
Alice Kang
Cedric Bobo
Sara Jeffries

***Allen & Company***
Nancy Peretsman
Johathan Lipton

***Bear Stearns***
Lisbeth Barron
Alex Mandel
Gustavo Hojman
Anthony Wong

***Thomas Weisel Partners***
David Crowder
Jason Pedersen
John Holland
Brian Meyer
Tina Longfield
Bibi Green

***Ernst & Young***
Marty Shannon
Srikant Nagaraj

*Grant Thornton*
George Banks
Michelle Smallwood

*Davis Polk & Wardwell*
Richard Truesdell
Elizabeth Schutz Weinstein
Edith Fassberg

*Heller, Ehrman*
Robert Werbel

*Sayles & Lidji*
Brian Lidji

*Paul, Weiss, Rifkind, Wharton & Garrison*
Paul D. Ginsberg
Robert B. Schumer

F

# SAYLES & LIDJI
## MEMORANDUM

*Via Federal Express*

TO: Edith Fassberg
Mary Reidy
Deirdre Stanley
John Bozalis

cc: David Litman
Robert Diener
Brian M. Lidji

FROM: Kyle C. Hooper

RE: Hotel Reservations Network/First Supplement to Due Diligence Materials

DATE: November 4, 1999

---

In connection with the supplemental due diligence materials in response to Paul, Weiss, Rifkind, Wharton & Garrison's due diligence request via email on October 28, 1999, enclosed are the following additional documents:

1. Index, Page 2 (to be inserted immediately behind first index page);
2. Lycos Affiliate Agreement (Tab 12);
3. Sabre Affiliate Agreement (Tab 13);
4. 401(k) Plan (Tab 26);
5. HRN Marketing Corp. Organizational Documents (Tab 27);
6. Letters of Credit (Tab 28); and
7. Yupi Affiliate Agreement (Tab 29).

These documents have been previously faxed to Elizabeth Moody. Should you have any questions, please do not hesitate to call me at (214)939-8718.

Best regards.

65145.1

4400 Renaissance Tower 1201 Elm Street Dallas, Texas 75270 Telephone 214.939.8700 Fax 214.939.8787

*Attorneys - A Professional Corporation*

F

# SAYLES & LIDJI

## MEMORANDUM

*Via Federal Express*

TO: Edith Fassberg
Mary Reidy
Deirdre Stanley
John Bozalis

cc: David Litman
Robert Diener

FROM: Brian M. Lidji
Kyle C. Hooper KCH

RE: Hotel Reservations Network/First Supplement to Due Diligence Materials

DATE: November 2, 1999

---

Enclosed is a binder containing supplemental due diligence materials in response to Paul, Weiss, Rifkind, Wharton & Garrison's due diligence request via email on October 28, 1999.

Should you have any questions, please do not hesitate to call either of us.

Best regards.

65001.1

4400 Renaissance Tower 1201 Elm Street Dallas, Texas 75270 Telephone 214.939.8700 Fax 214.939.8787
Attorneys - A Professional Corporation

# SAYLES & LIDJI

## MEMORANDUM

*Via Telecopy*

| | | | |
|---|---|---|---|
| TO: | Edith Fassberg<br>Mary Reidy<br>Deirdre Stanley<br>John Bozalis | cc: | David Litman<br>Robert Diener |
| FROM: | Brian M. Lidji<br>Kyle C. Hooper | | |
| RE: | Hotel Reservations Network/Due Diligence Materials | | |
| DATE: | October 15, 1999 | | |

---

Attached are additional documents to supplement the due diligence materials you received today. We have included a cover sheet preceding such materials to indicate which numbered tabs the materials should be placed behind. If you have any questions, please do not hesitate to contact either of us.

64597.1

4400 Renaissance Tower 1201 Elm Street Dallas, Texas 75270 Telephone 214.939.8700 Fax 214.939.8787

*Attorneys - A Professional Corporation*