**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN And MALIA A. LITMAN,**<br>**Plaintiffs-Counterdefendants,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant-Counterplaintiff** | ) | **No. 05-956T** |
| **ROBERT B. DIENER And MICHELLE S. DIENER,**<br>**Plaintiffs-Counterdefendants,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant-Counterplaintiff** | ) | **No. 05-971T** |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a**<br>**HOTEL RESERVATIONS NETWORK, INC.)**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant** | ) | **No. 06-285T**<br>**(Judge Christine O.C. Miller)** |

**HOTELS.COM AND SUBSIDIARIES' OBJECTIONS TO DAVID S. LITMAN, MALIA A. LITMAN, ROBERT B. DIENER AND MICHELLE S. DIENER'S TRIAL EXHIBITS**

Plaintiffs Hotels.com and Subsidiaries ("Hotels.com") object as follows to Plaintiffs-Counterdefendants, David S. Litman, Malia A. Litman, Robert B. Diener and Michelle S. Diener's Trial Exhibits. To the extent Hotels.com designated exhibits to which we now object, such designations were protective in nature in the event our objections (which were anticipated at the time of our designations and are set forth herein) were overruled.

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 1 | Bates range not properly identified: LD 005374-94 | LD 005374 - LD 005459 | Notice of Deficiency to Dieners |
| 2 | Bates range not properly identified: LD005439-59 | LD 005374 - LD 005459 | Notice of Deficiency to Litmans |
| 3 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | LD 005433 - LD 005434 | Letter from Susan Weiss to David and Malia Litman re: assignment of federal income tax return for examination; Attachments Form 4564 - IDR |
| 4 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | LD 005495 - LD 005497 | Letter from John Porter to Susan Weiss re: 2000 Form 1040 for David S. Litman and Malia A. Litman, response to 4/6/04 IDR |
| 5 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | LD 05365 - LD 005366 | Letter from Susan Weiss to Robert and Michelle Diener re: assignment of Federal Income tax return for examination; Attachments: Form 4564 - IDR |
| 6 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | LD 005549 - LD 005551 | Letter from John Porter to Susan Weiss re: 2000 Form 1040 for Robert B. and Michelle S. Diener, response to 4/6/04 IDR |
| 7 | None, but note that certain information on US1147 has been blacked out which is inconsistent with the original document | US1144 - US1147 | Form 8594 - HRN, Inc. |
| 8 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | HC 00477 - HC 00478 | Email from Jennifer China to Eric DeGraw re: Hotels.com IRS Audit Update; cc: Les Evans |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 9 | Misidentified: US1021 is a cover letter, Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine. US1022 - US1061 is the February 25, 2000 valuation report - Object (Relevance, IRS Administrative Process, FRE 408) only to the extent it relates to discussions or actions taken during the IRS audit process. | US1021 - US1061 | Deloitte & Touche Valuation Report Discount Study - Consideration Shares in Hotel Reservations Network, Inc. (Valuation as of February 25, 2000), dated October 18, 2001 |
| 10 | Foundation, Relevance | HC 00116 - HC 00117 | 2000 Form 1120X - Hotel Reservations Networks Inc. & Subsidiary |
| 11 | Foundation, Relevance | HC 00222 - HC 00223 | 2000 Form 1120X - Hotel Reservations Networks Inc. & Subsidiary |
| 12 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | US1019 - US1020 | Notes/Questions for Eric DeGraw |
| 13 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | US1062 - US1066 | Fax from Susan Weiss to Eric DeGraw re: HRN, Inc. IDR #7 enclosing Form 4564 and IRS Memo from Ruth Haney to Susan Weiss re: Consultation Referral, limited scope valuation of restricted stock, dated January 5, 2005 |
| 14 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | US1068 - US1071 | Deloitte & Touche Memo from Frederick Kautz to Christine Ziekel re: analysis of HRN volatility and impact on implied marketability discount |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 15 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | US1072 - US1078 | IRS Memo from Ruth Haney to Susan Weiss re: March 23, 2005 Letter from Deloitte & Touche, LLP - HRN Analysis, dated April 11, 2005 |
| 16 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | US0363 - US0369 | IRS Memo from Ruth Haney to Susan Weiss re: Value of Restricted Stock, dated April 28, 2005 |
| 17 | None | LD 005301 - LD 005306 | Payment Agreement from David Litman to Andy Pells dated May 7, 1999 |
| 18 | None | LD 005307 | Letter from Robert Diener to Andy Pells re: correction to Severance Agreement dated 8/24/99 |
| 19 | None | LD 005308 - LD005310 | Amendment to Payment Agreement from David Litman to Andy Pells dated February 21, 2000 |
| 20 | None | LD 005311 | Letter of Representations from Andy Pells to HRN, Inc. |
| 21 | None | LD 005312 - LD 005313 | Letter from Andy Pells to Hotels Reservations Network, Inc. re: TMF Liquidating Trust and Andy Pells stock certificates of Hotels Reservations Network, Inc. dated March 7, 2000 |
| 22 | Relevance | LD 005279 - LD 005287 | Stock Option Agreement for Members of Management |
| 23 | None | | 2000 Form 1040 - Andrew S. and Jodie A. Pells |
| 24 | None | LD 005329 - LD 005345 | Payroll records of Andy Pells |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 25 | None | | Form 8822 - Change of Address Form for Robert and Michelle Diener dated September 30, 2004 |
| 26 | None | | Form 8822 - Change of Address Form for David and Malia Litman dated September 30, 2004 |
| 27 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | LD 005411 - LD 005412 | Letter from Susan Weiss to John Porter re: Ruth Haney's valuation of Restricted Shares dated May 18, 2005 |
| 28 | None | DT000442 - DT000467 | Hotel Reservations Network PowerPoint presentation - Offering Summary: 5,400,000 Class A Shares |
| 29 | None | LD 002653 - LD 002657 | Email from David Litman to Brian Lidji re: Earnout for equity (forwarding 1/8/00 email from Dara Khosrowshahi to Robert Diener; cc: David Litman) dated January 23, 2000 |
| 30 | Misidentified: IAC 000841 - IAC 000846 is the HRN Earnout for equity trade, no objection. IAC 000847 - IAC 000848 is the HRN Options Analysis, no objection. IAC 000849 - IAC 000857 is HRN Pricing Analysis, no objection. IAC 000858 is Goodwill Rollforward, Objection: Foundation, Hearsay. | IAC 000841 - IAC 000858 | HRN Earnout for equity trade |
| 31 | Foundation, Relevance. Document also excludable under FRE 1003 as a defective duplicate. | IAC 000839 - IAC 000840 | HRN Comparable Volatility Analysis |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 32 | None | HC 00483 - HC 00543 | Hotel Reservations Network 2000 Annual Report |
| 33 | None | LD 002268 - LD 002315 | Amended and Restated Purchase Agreement dated February 2, 2000 |
| 34 | None | LD 006018 - LD 006021 | Amendment to Amended and Restated Asset Purchase Agreement dated November 13, 2003 |
| 35 | Object to description - No indication this return is a true and correct copy of what was actually filed, Foundation | LD 00996 - LD 001076 | 1999 Form 1120S for TMF, Inc. |
| 36 | None | | 2000 Form 1041 - TMF Liquidating Trust |
| 37 | None | HC 00471 - HC 00472 | Letter from Bo-Yee R. Fung to Viren Gandhi re: Income Tax Returns for HRN, Inc. and Subsidiary dated September 19, 2001 |
| 38 | None | | 2000 Form 1120 - HRN, Inc. & Subsidiary |
| 39 | None | HC 00837 | Email from Bob Diener to Viren Gandhi re: Improper advice from E&Y; cc: Mel Robinson, David Litman dated September 24, 2001 |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 40 | Misidentified document. LD 005349 - LD 005355, no objection. LD 005356 - LD 005357 is a separate document, foundation objection. LD 005358 is a separate document, no objection. LD 005359 - LD 005360 is a separate document, foundation objection. LD 005361 - LD 005364 is a separate document, foundation objection. | LD 005349 - LD 005364 | Handwritten note from Bob Diener to Jim Horan enclosing proposed Form 8594 for TMF Liquidating Trust and notes |
| 41 | Hearsay (subject of Motion in Limine) | KPMG 00248 - KPMG 00250 | KPMG Invoices for Robert and Michelle Diener. |
| 42 | Object: document is incomplete. | L 00184 - L 00269 | Asset Purchase Agreement dated April 13, 1999. |
| 43 | None | LIJ006671 | Email string between Brian Lidji and Robert Diener regarding Urgent - IPO; cc: David Litman, dated November 7, 1999 |
| 44 | None | HC 00560 - HC 00660 | Prospectus for Hotel Reservations Network: 5,400,000 Shares of Class A Common Stock, dated February 25, 2000 |
| 45 | Hearsay, Foundation (subject of Motion in Limine) | KPMG 00243 - KPMG 00250 | KPMG Memo regarding “Various Tax Discussions Relating to TMF Liquidating Trust,” dated April 6, 2001 |
| 46 | None | LD 003461 | Email from Robert Diener to Mark Mitchell Re: Contingency payments |
| 47 | Object to description - This version of the document was modified at R. Diener’s direction before filing. | HC 00063 - HC 00115 | 2000 Form 1120 for HRN, Inc. & Subsidiary |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 48 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | DT000243 - DT000250 | Letter from Deloitte & Touche to Eric DeGraw Re: proposal to prepare appraisal |
| 49 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | DT00222 | Email from Christine Zeikel to Kevin Fitzgibbon Re: FW: Valuation (forwarding email from Eric DeGraw to Christine Zeikel; Cc: Mark Goldstein) |
| 50 | None | HC00938 - HC00939 | Email string between Greg Porter, Mel Robinson, Bill Severance, Eric DeGraw, Adler, and Viren Gandhi Re: Amended & Restated Purchase Agreement for HRN_v1.DOC |
| 51 | Relevance, IRS Administrative Process, FRE 408, only to the extent it relates to discussions or actions taken during the IRS audit process. | IAC 000317 - IAC 000355 | Deloitte & Touche Valuation Report Discount Study - Consideration Shares in Hotel Reservations Network, Inc. (Valuation as of February 25, 2000), dated October 18, 2001. |
| 52 | Foundation, Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | IAC 000870 - IAC 000871 | Email from Eric DeGraw to Fung Bo Yee regarding FW: HRN Restricted Stock Discounts (forwarding email string between Eric DeGraw and Bill Severance (forwarding October 17, 2001 email from Kevin Fitzgibbon to Eric DeGraw; Cc: Christine Zeikel, Graeme Coll)), dated October 19, 2001. |
| 53 | Foundation, Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | IAC 000866 - IAC 000869 | Amendment workpapers |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 54 | Foundation, Relevance | HC 00116 - HC 00221 | 2000 Form 1120X - Hotel Reservations Networks Inc. & Subsidiary |
| 55 | None | LIJ003553 - LIJ003555 | Email from David Litman to Brian Lidji regarding Fwd: HRN earnouts (enclosing July 30, 1999 email string between Dara Khosrowshahi and David Litman; Cc: Robert Diener), dated August 2, 1999 |
| 56 | None | HC 00544 - HC 00559 | Form 10-Q - Quarterly Report for Hotel Reservations Network dated March 31, 2000 |
| 57 | None | LD 005607 - LD 005609 | USPS Delivery Notice/Reminder/Receipt |
| 58 | None | | BVS Valuation Analysis as of February 24, 2000 - Restricted Stock, Hotel Reservations Network, Inc., dated February 24, 2000 |
| 59 | Foundation | LD 006052 | Contingent Payment Calculation - Hotel Reservations Network, Inc. |
| 60 | None | | Mark Mitchell Expert Report, dated June 20, 2006 |
| 61 | None | | Mark Mitchell Rebuttal Report regarding Burns, dated July 12, 2006. |
| 62 | None | | Mark Mitchell Rebuttal Report regarding Bajaj, dated July 12, 2006 |
| 63 | None | LD 003595 | Email from Bob Diener to Mel Robinson regarding 2000 HRN Tax Return; Cc: Dave Litman dated March 19, 2002 |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 64 | Incomplete document - Draft, Hearsay, Foundation | HC003372 - HC003374 | Minutes of Meeting of the Audit Committee of the Board of Directors of Hotel Reservations Network, Inc., dated October 19, 2001 |
| 65 | Hearsay, Foundation | HC002804 - HC002807 | Minutes of Meeting of the Audit Committee of the Board of Directors of Hotel Reservations Network, Inc., dated January 25, 2002. |
| 66 | None | LD 003647 - LD 003659 | Memorandum from Brian Lidji to TMF Liquidating Trust File regarding Hotel Reservations Network/TMF Liquidating Trust - Final Stock Restriction Summary, dated March 1, 2000 |
| 67 | None | LD 005288 - LD 005297 | Letter from Brian Lidji to David Litman, Robert Diener, and Andy Pells enclosing transmittal memo from Paul, Weiss, stock certificates delivered to Salomon Smith Barney, and receipts for certificates, dated March 15, 2001 |
| 68 | None | KPMG 00236 - KPMG 00242 | Handwritten note from Bob Diener to Jim Horan (and Brian Lidji) enclosing proposed Form 8594 for TMF Liquidating Trust |
| 69 | None | | Mukesh Bajaj Expert Report, dated June 21, 2006 |
| 70 | None | | Mukesh Bajaj Rebuttal Report, dated July 12, 2006 |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 71 | None | BAJAJ00154 - BAJAJ00181 | *Firm Value and Marketability Discounts*, by Mukesh Bajaj, David Denis, Stephen Ferris, and Atulya Sarin, The Journal of Corporation Law, Vol. 27, Number 1, Fall 2001 |
| 72 | Hearsay | | Trial Transcript, Volume 111, *Estate of Annette N McDonald, et al., v. Commissioner of the Internal Revenue*, dated May 1, 2002 |
| 73 | None | BAJAJ00966 | Email from Kim Boylan to Mukesh Bajaj regarding Expedia/Hotels.com; Cc: Kari Larson, dated April 10, 2006 |
| 74 | None | BAJAJ00979 | Email from Mukesh Bajaj to Kim Boylan regarding Materials attached; Attachments: Bajaj's paper on marketability discount; Cc: Sumon Mazumdar, dated May 4, 2006 |
| 75 | None | BAJAJ00182 - BAJAJ00183 | Email string between Kim Boylan, Sumon Mazumdar, and Kari Larson regarding Hotels.com: documents request; Cc: Mukesh Bajaj, dated June 2, 2006, |
| 76 | None | BAJAJ00996 | Email from Mukesh Bajaj to Kim Boylan regarding Draft Report; Cc: Sumon Mazumdar, dated June 12,2006. |
| 77 | None | BAJAJ0I099 - BAJAJ01207 | Prospectus Companies Vol Calc. spreadsheet; Volatility. (125 after IPO) |
| 78 | None | BAJAJ01246 - BAJAJ01275 | Expert Report of Dr. Mukesh Bajaj, dated June 13,2006. |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 79 | None | BAJAJ0I046 - BAJAJ0I066 | Bajaj et al Raw Data, Sample of Private Placements (January 1, 1991 through December 31, 1995) |
| 80 | None | BAJAJ00251 | Email from Kim Boylan to Mukesh Bajaj and Sumon Mazumdar regarding Simultaneously with the closing; Cc: Tammi Walker, Kari Larson, dated June 16, 2006. |
| 81 | None | | *A Review of IPO Activity, Pricing, and Allocations*, by Jay R. Ritter and Ivo Welch, The Journal of Finance, Vol. LVII, No. 4, August 2002. |
| 82 | None | | *The Block Pricing Puzzle*, by Michael J. Barclay, Clifford G. Holderness, and Dennis P. Sheehan, University of Rochester, The Bradley Policy Research Center Financial Research and Policy Working Paper No. FR 01-05, March 2001. |
| 83 | None | BAJAJ01070 - BAJAJ01088 | Bajaj Direct Report spreadsheet. |
| 84 | None | BAJAJ00925 - BAJAJ00933 | Bajaj Invoice - Expedia.com and Hotels.com (Pre-Bill through June 30, 2006), dated July 2, 2006. |
| 85 | None | BAJAJ00922 - BAJAJ00924 | LECG, LLC Invoice - Expedia.com and Hotels.com, Litman/Diener, dated June 30, 2006. |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 86 | None | BAJAJ00219 - BAJAJ00249 | Email from Mukesh Bajaj to Kim Boylan regarding Preliminary and Incomplete Draft Report; Attachment: highlighted draft report; Cc: Kari Larson, Sumon Mazumdar, Tammi Walker, L. Indrieri, N. Caswell, S. Bennett, dated June 14, 2006. |
| 87 | None | | *The Impact of Transfer Restrictions on Stock Prices*, by John D. Finnerty, dated June 2003. |
| 88 | Hearsay, Foundation (subject of Motion in Limine) | KPMG 00112 - KPMG 00168 | Letter from Mark Mitchell to Robert Diener enclosing draft BVS Valuation Analysis for Restricted Stock of Hotel Reservations Network, Inc. (as of February 24, 2000), dated March 23, 2000 |
| 89 | Hearsay, Foundation (subject of Motion in Limine) | LD 003586 - LD 3590 | KPMG memo regarding “Various Tax Discussions Relating to TMF Liquidating Trust,” dated April 3, 2001 |
| 90 | Foundation- no indication that documents are related | KPMG 00169 - KPMG 00172 | TMF, Inc. Stock Issuance chart with handwritten notes and letter from Mark Mitchell to Robert Diener regarding BVS valuation analysis for Hotel Reservations Network, Inc., dated February 24, 2000 |
| 91 | Underlying document, no objection. Handwriting on first page of document, Hearsay (subject of Motion in Limine). KPMG 00237 is a separate document, objections - Relevance, Hearsay (subject of Motion in Limine) | KPMG 00173 - KPMG 00237 | Letter from Mark Mitchell to Robert Diener enclosing draft BVS Valuation Analysis for Restricted Stock of Hotel Reservations Network, Inc. (as of February 24, 2000), dated March 23, 2000, and handwritten notes regarding Form 8594 - Acquisition Statement for HRN |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 92 | None | | Francis Bums Expert Report, dated June 20,2006. |
| 93 | None | | Francis Bums Addendum, dated July 25, 2006. |
| 94 | None | | Email from Francis Burns to Brian Potter and Gabriel Ratliff regarding Litman v. US, dated March 17, 2006. |
| 95 | None | | Email from Gabriel Ratliff to Jeff Snell regarding Monte Carlo, dated March 1, 2006. |
| 96 | Hearsay, Foundation | | SEC Institutional Investor Study. |
| 97 | Hearsay, Foundation | | Valuing a Business: The Analysis and Appraisal of Closely Held Companies. |
| 98 | Hearsay, Foundation | | Analysis of Restricted Stocks of Public Companies: 1980-1995. |
| 99 | Hearsay, Foundation | | *Restricted Stock Discounts, 1991-95*, by Bruce Johnson, Business Valuation Library, March 1999. |
| 100 | Hearsay, Foundation | | Pegasus Systems, Inc. Reports Record Fourth Quarter and Year-End Operating Results Internet Hotel Bookings Increase by 165% Over the Fourth Quarter 1998, Financial News, Dallas, dated February 1, 2000. |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 101 | Hearsay, Foundation | | *Option Pricing as a Proxy for Discount for Lack of Marketability in Private Company Valuations*, by David B.H. Chaffe III, Business Valuation Review, December 1993. |
| 102 | Hearsay, Foundation | | *Valuation of Restricted Stocks: An Option Theory Approach*, by Reynolds Griffith, ASA Valuation, February 1988, Vol. 33, No. 1. |
| 103 | Hearsay, Foundation | | *Modern Financial Engineering and Discounts: The Collar Message*, by Les Barenbaum and Walter Schubert, March 2004. |
| 104 | Foundation, Relevance | | Standard Option Valuations. |
| 105 | None | | Fax from Francis Burns to Cory Johnson regarding Litman/Diener v. US, Attachments: list of potential deposition questions relating to valuation issues, dated March 28, 2006. |
| 106 | None | | Potential Deposition Questions - David Bohlmann |
| 107 | None | | Proposed Deposition Questions. |
| 108 | None | HC003038 - HC003049 | Consent to Action by the Board of Directors of HRN. Inc., dated November 5, 1999 |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 109 | None | HC003050 - HC003055 | Consent to Action by the Sole Stockholder – HRN, Inc. (Attachments: Resignations from the board of directors of Michael Durney and Thomas Kuhn), dated November 6, 1999. |
| 110 | None | HC003056 - HC003067 | Consent to Action by the Board of Directors - Hotel Reservations Network, Inc., dated December 23,-1999. |
| 111 | None | HC002015 - HC002024 | Memorandum of Closing -5,400,000 Shares of Hotel Reservations Network, Inc. Class A Common Stock (Par Value $0.01 Per Share), dated March 1, 2000. |
| 112 | None | HC002041 - HC002115 | 2000 Form 1120 HRN, Inc. & Subsidiary. |
| 113 | None | | Mark Mitchell Addendum, dated June 22, 2006. |
| 114 | None | | Mukesh Bajaj Addendum, dated July 27, 2006. |
| 115 | None | HC003971 - HC003972 | Letter from Mary Reidy to Jason Meier dated February 18, 2000. |
| 116 | None | | David Bohlmann Valuation Report for Hotel Reservations Network, Inc. as of February 25, 2000, dated July 21, 2000 |
| 117 | Foundation | HC003980 - HC004005 | Draft Form 10-Q for Hotel Reservations Network with handwritten notes |
| 118 | None | | Claim for Refund and Request for Abatement for David S. and Malia A. Litman |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 119 | None | | Claim for Refund and Request for Abatement for Robert B. and Michelle S. Diener |
| 120 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine | LFOIA 000484 - LFOIA 000495 | Revenue Agent's Report of Susan Weiss |
| 121 | None | | The United States' Responses to the Litmans' and Dieners' First Requests for Admissions |
| 122 | None | | The United States' Responses to the Litmans' and Dieners' Second Requests for Admissions |
| 123 | None | | Hotels.com's Responses to the Litmans' and Dieners' First Requests for Admissions to Hotels.com |
| 124 | None | | The United States' Responses to the Litmans' and Dieners' First Sets |
| 125 | None | | Hotels.com's Response to the United States' First Set of Interrogatories to Hotels.com |
| 126 | None | | Hotels.com's Responses to the Litmans' and Dieners' First Sets of Interrogatories to Hotels.com |
| 127 | Foundation, Hearsay, Failure to comply with RCFC Appendix A 13(a) requirements for Summary Exhibits | | Charts showing volatility of stock prices of comparables and indices based on Bajaj volatility analysis data; S&P 500; and Dow Jones Internet Composite Index |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 128 | Foundation, Hearsay, Failure to comply with RCFC Appendix A 13(a) requirements for Summary Exhibits | | Chart showing comparison of volatility of comparable stocks and S&P 500 |
| 129 | Foundation, Hearsay, Failure to comply with RCFC Appendix A 13(a) requirements for Summary Exhibits | | Chart showing comparison of volatility of comparable stocks and S&P 500 |
| 130 | Foundation, Hearsay, Failure to comply with RCFC Appendix A 13(a) requirements for Summary Exhibits | | Chart showing comparison of volatility of Dow Jones Internet Composite Index and S&P 500 |
| 131 | Mischaracterizes Mitchell/BVS, Deloitte and Touche, and Bajaj valuation reports, Foundation, Hearsay (also see objections to documents concerning purported KPMG review of Mitchell valuation), Failure to comply with RCFC Appendix A 13(a) requirements for Summary Exhibits, Certain underlying documents: Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine (see objections to Deloitte and Touche and Haney reports) | | Timeline of Appraisals |

| Litman/Diener Trial Exhibit Number | Objection | Bates Range | Litman/Diener Description |
|---|---|---|---|
| 132 | Mischaracterizes Mitchell/BVS, Deloitte and Touche, and Bajaj valuation reports, Foundation, Hearsay, Failure to comply with RCFC Appendix A 13(a) requirements for Summary Exhibits, Certain underlying documents: Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine (see objections to Deloitte and Touche and Haney reports) | | Chart of Appraised Values of Restricted Shares |
| 133 | Mischaracterizes Mitchell/BVS, Deloitte and Touche, and Bajaj valuation reports, Foundation, Hearsay, Failure to comply with RCFC Appendix A 13(a) requirements for Summary Exhibits, Certain underlying documents: Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine (see objections to Deloitte and Touche and Haney reports) | | Chart of Discounts Applied to Restricted Shares |

Respectfully submitted,

April 2, 2007

s/ Kim Marie K Boylan
Latham & Watkins, LLP
555 11th Street, NW
Washington, DC 20004
(202) 637-2235
Attorney of Record for Plaintiffs
Hotels.com and Subsidiaries

Kari M. Larson
Latham & Watkins, LLP
555 11th Street, NW
Washington, DC 20004
Of Counsel