**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiffs.** | **No. 05-956 T** |
| **ROBERT B. DEINER and MICHELLE S. DEINER,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiff.** | **No. 05-971 T** |
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.**<br><br>**Plaintiff**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant** | **No. 06-285 T**<br><br>**(Christine O. C. Miller)** |

**THE UNITED STATES' WITNESS LIST FOR TRIAL**

The United States, pursuant to RCFC Appendix A, ¶ 15, submits the following list of witnesses that it expects to call at trial, or may call if the need arises.

## I. WITNESSES EXPECTED TO BE PRESENTED

| **Witness** | **Topics of testimony** |
| --- | --- |
| David Litman | Filing and preparation of TMF, Inc., TMF Liquidating Trust, HRN, Hotels.com and personal tax returns. HRN business and IPO. Valuations of HRN restricted stock. Receipt of statutory notice of deficiency. Payments to Andrew Pells. Other topics related to his refund claims and defenses in this case. (1 hour) |
| Robert Diener | Filing and preparation of TMF, Inc., TMF Liquidating Trust, HRN Hotels.com and personal tax returns. HRN business and IPO. Valuations of HRN restricted stock. Receipt of statutory notice of deficiency. Payments to Andrew Pells. Other topics related to his refund claims and defenses in this case. (1 hour) |
| Michelle Diener | Filing and preparation of TMF, Inc., TMF Liquidating Trust, HRN Hotels.com and personal tax returns. Valuations of HRN restricted stock. Receipt of statutory notice of deficiency. Payments to Andrew Pells. Other topics related to her refund claims and defenses in this case. (½ hour) |
| Francis Burns | Value of HRN restricted stock and applicable marketability discount. Other topics addressed in report and deposition. (1 hour) |
| Mel Robinson | Valuation of HRN restricted stock and preparation and filing of HRN tax returns. HRN business. Other topics addressed in deposition. (½ hour) |
| Brian Lidji | Issuance of HRN restricted stock, HRN IPO and negotiation of Amended and Restated Asset Purchase Agreement. Valuation of HRN restricted stock. (½ hour) |
| Viren Ghandi | Preparation and filing of HRN tax returns. Valuation of HRN restricted stock. (½ hour) |

## II. WITNESSES THAT MAY BE PRESENTED IF THE NEED ARISES

Whether the United States calls some of the witnesses below depends, in part, on whether portions of their deposition transcripts are permitted to be filed, and, in part, on whether either of the plaintiffs calls the witnesses first, during their case, in which case the United States may not need to also separately call the witnesses. The presentation of these witnesses also depends on whether certain issues arise, and the parties cannot agree to their resolution.

| Witness | Topics of testimony |
| --- | --- |
| James Horan | Preparation and filing of TMF, Inc. and TMF Liquidating Trust tax returns. Valuation of HRN restricted stock. Other topics addressed in deposition. (½ hour) |
| Eric DeGraw | Preparation and filing of HRN tax returns. Valuation of HRN restricted stock. Other topics addressed in deposition. (½ hour) |
| Fran Erskine | Issuance of HRN restricted stock to TMF Liquidating Trust. Tax returns and refund claims filed by Hotels.com for 2000 - 2002. (1/4 hour) |
| James Mincey | Valuations of HRN restricted stock. Preparation and filing of tax returns by HRN, TMF Liquidating Trust, TMF Inc. and the Litmans and Dieners. (½ hour) |
| Victor Kaufman | Amended Asset Purchase Agreement, HRN IPO, HRN business, issuance of HRN restricted stock, valuation of HRN stock and contingent earn-out payments. (½ hour) |
| Tom Kuhn | Amended Asset Purchase Agreement, HRN IPO, HRN business, issuance of HRN restricted stock. (½ hour) |
| Dara Khosrowshahi | Amended Asset Purchase Agreement, HRN IPO, HRN business, issuance of HRN restricted stock, valuation of HRN stock and contingent earn-out payments. (½ hour) |
| John Porter | Receipt of statutory notices of deficiency by the Litmans and Dieners, and their agents and attorneys. Change of address notice submitted by Dieners and Litmans. (1/4 hour) |

| | |
|---|---|
| Jean Wharton | Issuance of statutory notices of deficiency to Litmans and Dieners, determination of correct addresses. Processing of change of address forms of the Litmans and Dieners. (½ hour) |
| Susan Weiss | Plaintiff's actions and responsiveness during the audits for purposes of 26 U.S.C. § 7491, if necessary. (1/4 hour) |
| Malia Litman | Filing and preparation of TMF, Inc., TMF Liquidating Trust, Hotels.com and personal tax returns. Valuations of HRN restricted stock. Receipt of statutory notice of deficiency. Payments to Andrew Pells. Other topics addressed in deposition. (1/4 hour) |
| Mukesh Bajaj | Value of HRN restricted stock and applicable marketability discount. Other topics addressed in deposition and reports. (½ hour) |
| Mark Mitchell | Value of HRN restricted stock and applicable marketability discount. Other topics addressed in deposition and reports. (½ hour) |
| Andrew Pells | Payments received from TMF Liquidating Trust. Work for TMF, Inc., TMF Liquidating Trust, HRN and Hotels.com. (½ hour) |

Respectfully Submitted,

*s/ Cory A. Johnson*

Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Eileen J. O'Connor
Assistant Attorney General
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

*s/ Steven I. Frahm*

Of Counsel

Attorney for The United States

Dated: April 2, 2007