**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** | ) | |
| **Plaintiffs-Counterdefendants** | ) | |
| **vs.** | ) | **No. 05-956 T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiffs.** | ) | |

| | | |
|---|---|---|
| **ROBERT B. DEINER and MICHELLE S. DEINER,** | ) | |
| **Plaintiffs-Counterdefendants** | ) | |
| **vs.** | ) | **No. 05-971 T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |

| | | |
|---|---|---|
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.** | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **No. 06-285 T** |
| **THE UNITED STATES,** | ) | **(Christine O. C. Miller)** |
| **Defendant** | ) | |

**THE UNITED STATES' EXHIBIT LIST FOR TRIAL**

The United States, pursuant to RCFC Appendix A, ¶ 16, submits the following list of exhibits that it expects to offer, or may offer if the need arises, at trial of this case, commencing on April 30, 2007.

## I. EXHIBITS EXPECTED TO BE OFFERED

| Trial Exhibit No. | Deposition Exhibit No. | Description and/or Bates # |
|---|---|---|
| 1 | 2 | Statutory Notice Checklist |
| 2 | 3 | Statutory Notice Checklist |
| 3 | 4 | IRS records re Diener address |
| 4 | 17 | D&T valuation with cover memos |
| 5 | 23 | D&T memo |
| 6 | 45 | Diener Change of Address |
| 7 | 46 | Litman Change of Address |
| 8 | 48 | HRN Roadshow materials |
| 9 | 49 | HRN 2000 Business Plan |
| 10 | 50 | D. Khosrawshahi email, 1/23/00 |
| 11 | 54 | Draft D&T valuation |
| 12 | 56 | HRN 2000 Annual Report |
| 13 | 57 | Amended and Restated Asset Purchase Agreement |
| 14 | 58 | Amendment to Asset Purchase Agreement, 11/13/03 |
| 15 | 59 | TMF, Inc. 1999 Tax Return |

| | | |
|---|---|---|
| 16 | 60 | TMF Liquidating Trust 2000 Tax Return |
| 17 | 62 | HRN 2000 Tax Return |
| 18 | 63 | Diener 9/24/01 email |
| 19 | 64 | Diener fax to Horan with Forms 8594 (LD5349 - LD5355 only) |
| 20 | 64 | Fax to M. Diener with Form 8594 (LD5356 - LD5357) |
| 21 | 64 | Form 8594 (LD5359 - LD5360) |
| 22 | 64 | Purchase price allocation/ Closing Balance Sheet (LD5361 - LD5364) |
| 23 | 65 | KPMG bills |
| 24 | 66 | KPMG notes, Diener fax and Forms 8594 |
| 25 | 69 | Asset Purchase Agreement |
| 26 | 74 | HRN IPO Prospectus |
| 27 | 79 | Draft Mitchell Opinion |
| 28 | 81 | D&T engagement letter |
| 29 | 105 | Mincey fax |
| 30 | 106 | Mitchell letter |
| 31 | 118 | Contingent Payment Calculation |
| 32 | 132 | HRN board minutes, 10/19/01 |
| 33 | 133 | HRN board minutes, 1/25/02 |
| 34 | 138 | HRN stock certificates and cover |

| | | |
|---|---|---|
| | | letters/ memos |
| 36 | 139 | Diener fax with Forms 8594 (with Horan notes) |
| 37 | 149 | Bajaj draft report |
| 38 | 151 | Boylan email 6/16/06 |
| 39 | 173 | Burns report |
| 40 | 174 | Burns report addendum |
| 41 | | Litmans' Answers to U.S. Interrogatories |
| 42 | | Dieners' Answers, and Amended Answers, to U.S. Interrogatories |
| 44 | | Dieners' Response to U.S. Requests to Admit |
| 45 | | Hotels.com's Response to the United States First Set of Interrogatories to Hotels.com |
| 46 | | Hotels.com's Complaint |
| 47 | | Hotels.com's 2001 and 2002 refund claims. (HC1623 - HC1683) |
| 48 | | Draft Mitchell Report (MC120 - MC172) |
| 49 | | Mitchell letter (MC176 - MC179) |
| 50 | | Draft Mitchell letter (MC187 - MC191) |
| 51 | | Mincey fax (MC192) |
| 52 | | Mitchell letter (MC 213) |

| | | |
|---|---|---|
| 53 | | Mincey letter to Mitchell (MC216 - MC226) |
| 54 | | Dieners' 2000 tax return |
| 55 | | Litmans' 2000 tax return |
| 56 | | Donaldson, Lufkin & Jenrette HRN IPO materials (LD 5829 - LD 6017) |
| 57 | | HRN Form 10-Q (March 31, 2000) (HC00544 - HC00559) |
| 58 | | US 562 - 66 |

## II. EXHIBITS THAT MAY BE OFFERED

| Trial Exhibit No. | Deposition Exhibit No. | Description and/or Bates # |
|---|---|---|
| 59 | 7 | Notice of Deficiency |
| 60 | 8 | Notice of Deficiency |
| 63 | 30 | Pells agreement |
| 64 | 32 | Pells agreement amendment |
| 65 | 41 | Pells 2000 tax return |
| 66 | 42 | Pells W-2s and 1099s |
| 67 | 126 | Mitchell rebuttal report (re Bajaj) |
| 68 | 141 | Bajaj rebuttal report (re Mitchell) |
| 69 | | Mellon Investor Services letter. HC004486 |

The United States also reserves the right to introduce any admissible exhibit listed by plaintiffs in their previously filed exhibit lists.

Respectfully Submitted,

*s/ Cory A. Johnson*

Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Eileen J. O'Connor
Assistant Attorney General
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

*s/ Steven I. Frahm*

Of Counsel

Attorney for The United States

Dated: April 2, 2007