*The United States's Objections to Litman's and Diener's Exhibits*

| Exhibit No. | Objection |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Incomplete document |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | FRE 402, 403 Audit proceedings irrelevant |
| 13 | FRE 402, 403 Audit proceedings irrelevant |
| 14 | |
| 15 | FRE 402,403 Audit proceedings irrelevant |
| 16 | FRE 402,403 Audit proceedings irrelevant |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | FRE 402, 403 Audit proceedings irrelevant |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | FRE 401,402, 403, 702, 802. RCFC 26 Hearsay evidence -- cannot be admitted to show alleged reasonableness of BVS valuation or value of HRN restricted stock. Horan and KPMG not qualified as expert witnesses to offer valuation opinion. |
| 46 | |
| 47 | |
| 48 | |

*The United States's Objections to Litman's and Diener's Exhibits*

| | |
|---|---|
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | FRE 402,403 Irrelevant, waste of time. |
| 73 | |
| 74 | |
| 75 | |
| 76 | |
| 77 | FRE 403,703,802,901 Hearsay, lack of foundation and authentication |
| 78 | |
| 79 | |
| 80 | |
| 81 | FRE 402, 403, 802, 803 Hearsay, lack of foundation and authentication |
| 82 | FRE 802, 803, 901 Hearsay, lack of foundation and authentication |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | FRE, 402,403, 802, 803, 901 Hearsay, lack of foundation and authentication |
| 88 | |
| 89 | FRE, 402, 403, 802, 702, RCFC 26. Hearsay -- cannot be admitted for purposes of showing reasonableness of BVS valuation or value of HRN stock. Horan and KPMG not qualified as expert witness for offering of opinion evidence. |
| 90 | |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | FRE 802, 803, 901,703 Hearsay, and lack of foundation and authentication |
| 97 | FRE 802,803, 901, 703 Hearsay, and lack of foundation and authentication |
| 98 | FRE 802,803, 901, 703 Hearsay, and lack of foundation and authentication |

*The United States's Objections to Litman's and Diener's Exhibits*

| | |
|---|---|
| 99 | FRE 802, 803, 901, 703 Hearsay, and lack of foundation and authentication |
| 100 | FRE,802,803, 901,703 Hearsay, and lack of foundation and authentication |
| 101 | FRE 802,803, 901,703 Hearsay, and lack of foundation and authentication |
| 102 | FRE 802,803, 901,703 Hearsay, and lack of foundation and authentication |
| 103 | FRE 802,803, 901,703 Hearsay, and lack of foundation and authentication |
| 104 | FRE 802,803, 901,703 Hearsay, and lack of foundation and authentication |
| 105 | |
| 106 | |
| 107 | |
| 108 | |
| 109 | |
| 110 | |
| 111 | |
| 112 | |
| 113 | |
| 114 | |
| 115 | |
| 116 | FRE,702, 802, 901. Hearsay, cannot be admitted to prove value of HRN restricted stock. Lack of foundation to admit as expert opinion evidence. |
| 117 | |
| 118 | FRE 402, 403 Audit proceedings irrelevant. |
| 119 | FRE 402, 403 Audit proceedings irrelevant. |
| 120 | FRE 402, 403 Audit proceedings irrelevant. |
| 121 | |
| 122 | |
| 123 | |
| 124 | |
| 125 | |
| 126 | |
| 127 | FRE 402, 403, 802, 901 Hearsay, lack of foundation and authentication. |
| 128 | FRE 402, 403, 802, 901 Hearsay, lack of foundation and authentication. |
| 129 | FRE 402,403, 802, 901 Hearsay, lack of foundation and authentication. |
| 130 | FRE 402, 403, 802, 901 Hearsay, lack of foundation and authentication. |
| 131 | FRE 402, 703, 802, 901 Contains some hearsay, and material with a lack of foundation and authentication |
| 132 | FRE 802, 901 Contains some hearsay, and material with a lack of foundation and authentication |
| 133 | FRE 802, 901 Contains some hearsay, and material with a lack of foundation and authentication |