**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiffs.** | **No. 05-956 T** |
| **ROBERT B. DEINER and MICHELLE S. DEINER,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiff.** | **No. 05-971 T** |
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.**<br><br>**Plaintiff**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant** | **No. 06-285 T**<br><br>**(Christine O. C. Miller)** |

**THE UNITED STATES' OBJECTIONS TO**
**HOTELS.COM'S PROPOSED EXHIBITS**

The United States objects to the proposed trial exhibits of plaintiff Hotels.com as indicated on the spreadsheet attached as Exhibit A. A reference to the applicable Federal Rule of Evidence is indicated for the exhibits to which the United States has an objection.

Hotels.com listed 199 exhibits in its filing of Febraury 26, 2007, that it expects to introduce at trial, and an additional 338 exhibits that it may introduce at trial. Many of the documents have not been authenticated, or contain hearsay or concern events after the relevant transactions, and valuation date, at issue in this case. In addition, the list contains a number of duplications. The United States, has accordingly, objected to many of the proposed exhibits. The parties are continuing to assemble a list of joint exhibits and stipulated facts that, the United States believes, will render many of Hotels.com's exhibits unnecessary.

Respectfully Submitted,

*s/ Cory A. Johnson*

Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Eileen J. O'Connor
Assistant Attorney General
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

*s/ Steven I. Frahm*

Of Counsel
Attorney for The United States

Dated: April 2, 2007