*The United States Objections to Hotels.com's Exhibits*

| Exhibit No. | Objection |
|---|---|
| 1 | RCFC 26 Opinion disclosed late, after deadline and deposition |
| 2 | FRE 402, 403, 703,802, 803, 901 |
| 3 | FRE 402, 403, 703,802, 803, 901 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | FRE 402, 403, 703,802, 803, 901 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | 901 Appears to be incomplete document. |
| 26 | |
| 27 | 901 Appears to be incomplete document. |
| 28 | |
| 29 | |
| 30 | |
| 31 | FRE 402, 403, |
| 32 | |
| 33 | |
| 34 | FRE 402,403,802,901 |
| 35 | FRE 402,403,802,901 |
| 36 | FRE 402,403,802,901 |
| 37 | FRE 402,403,802,901 |
| 38 | FRE 402, 403,802, 901 |
| 39 | FRE 402,403,802,901 |
| 40 | FRE 402,403,802,901 |
| 41 | FRE 402,403,802,901 |
| 42 | FRE 402,403,802,901 |
| 43 | FRE 402,403,802,901 |
| 44 | FRE 402,403,802,901 |
| 45 | FRE 402,403,802,901 |
| 46 | FRE 402,403,802,901 |
| 47 | FRE 402, 403, 802, 901 |
| 48 | FRE 402,403,802,901 |
| 49 | FRE 402,403,802,901 |
| 50 | |
| 51 | |

*The United States Objections to Hotels.com's Exhibits*

| | |
|---|---|
| 52 | |
| 53 | FRE 402,403,802,901 |
| 54 | FRE 402, 403, 802, 901 |
| 55 | FRE 402, 403, 802, 901 |
| 56 | FRE 402, 403, 802, 901 |
| 57 | |
| 58 | |
| 59 | |
| 60 | FRE 402, 403, 802, 901 |
| 61 | |
| 62 | |
| 63 | FRE 402, 403, 802, 901 |
| 64 | FRE 402, 403, 802, 901 |
| 65 | FRE 802, 901 |
| 66 | |
| 67 | FRE 402, 403, 802, 901 |
| 68 | FRE 402, 403, 802, 901 |
| 69 | FRE 402, 403, 802, 901 |
| 70 | FRE 402, 403, 802, 901 |
| 71 | FRE 402, 403, 802, 901 |
| 72 | FRE 402, 403, 802, 901 |
| 73 | FRE 402, 403, 802, 901 |
| 74 | FRE 402, 403, 802, 901 |
| 75 | FRE 402, 403, 802, 901 |
| 76 | FRE 402, 403, 802, 901 |
| 77 | FRE 402, 403, 802, 901 |
| 78 | FRE 402, 403, 802, 901 |
| 79 | FRE 402, 403, 802, 901 |
| 80 | FRE 402, 403, 802, 901 |
| 81 | FRE 402, 403, 802, 901 |
| 82 | FRE 402, 403, 802, 901 |
| 83 | FRE 402, 403, 802, 901 |
| 84 | FRE 402, 403, 802, 901 |
| 85 | |
| 86 | |
| 87 | FRE 802, 702, 901 |
| 88 | |
| 89 | |
| 90 | |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | |
| 97 | |
| 98 | |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | FRE 402, 403, 802, 901 |

*The United States Objections to Hotels.com's Exhibits*

| | |
|---|---|
| 104 | |
| 105 | |
| 106 | FRE 402, 403, 802, 901 |
| 107 | FRE 402, 403, 802, 901 |
| 108 | |
| 109 | |
| 110 | FRE 402, 403, 802, 939 |
| 111 | FRE 402, 403, 802, 901 |
| 112 | FRE 402, 403, 802, 901 |
| 113 | FRE 402, 403, 802, 901 |
| 114 | |
| 115 | |
| 116 | |
| 117 | |
| 118 | FRE 402, 403, 802, 947 |
| 119 | FRE 402, 403, 802, 948 |
| 120 | FRE 402, 403, 802, 949 |
| 121 | FRE 402, 403, 802, 950 |
| 122 | FRE 402, 403, 802, 951 |
| 123 | FRE 901 |
| 124 | FRE 901 |
| 125 | FRE 901 |
| 126 | FRE 402, 403, 802, 901 |
| 127 | |
| 128 | |
| 129 | |
| 130 | |
| 131 | |
| 132 | |
| 133 | FRE 402, 403, 802, 901 |
| 134 | FRE 402, 403, 802, 901 |
| 135 | FRE 402, 403, 802, 901 |
| 136 | FRE 402, 403, 802, 901 |
| 137 | FRE 402, 403, 802, 901 |
| 138 | FRE 402, 403, 802, 901 |
| 139 | |
| 140 | FRE 402, 403, 802, 901 |
| 141 | FRE 402, 403, 802, 901 |
| 142 | FRE 402, 403, 802, 901 |
| 143 | FRE 402, 403, 802, 901 |
| 144 | FRE 402, 403, 802, 901 |
| 145 | |
| 146 | FRE 402, 403, 802, 901 |
| 147 | FRE 402, 403, 802, 901 |
| 148 | FRE 402, 403, 802, 901 |
| 149 | |
| 150 | |
| 151 | |
| 152 | |
| 153 | |
| 154 | |
| 155 | |

*The United States Objections to Hotels.com's Exhibits*

| | |
|---|---|
| 156 | |
| 157 | |
| 158 | |
| 159 | |
| 160 | |
| 161 | |
| 162 | |
| 163 | |
| 164 | |
| 165 | |
| 166 | |
| 167 | |
| 168 | |
| 169 | |
| 170 | |
| 171 | |
| 172 | |
| 173 | |
| 174 | |
| 175 | |
| 176 | |
| 177 | |
| 178 | |
| 179 | |
| 180 | |
| 181 | |
| 182 | FRE 402, 403, 802, 901 |
| 183 | FRE 402, 403, 802, 901 |
| 184 | FRE 402, 403, 802, 901 |
| 185 | FRE 402, 403, 802, 901 |
| 186 | FRE 402, 403, 802, 901 |
| 187 | FRE 402, 403, 802, 901 |
| 188 | FRE 402, 403, 802, 901 |
| 189 | FRE 402, 403, 802, 901 |
| 190 | |
| 191 | |
| 192 | |
| 193 | |
| 194 | |
| 195 | |
| 196 | |
| 197 | FRE 402, 403 |
| 198 | FRE 402, 403 |
| 199 | |
| 200 | FRE 402, 403, 802, 901 |
| 201 | FRE 402, 403, 802, 901 |
| 202 | |
| 203 | |
| 204 | |
| 205 | |
| 206 | |
| 207 | |

*The United States Objections to Hotels.com's Exhibits*

| | |
|---|---|
| 208 | |
| 209 | |
| 210 | |
| 211 | |
| 212 | |
| 213 | |
| 214 | FRE 402, 403, 802, |
| 215 | FRE 402, 403, 703, 802, |
| 216 | FRE 402, 403, 703, 802, |
| 217 | FRE 402, 403, 703, 802, |
| 218 | FRE 402, 403, 703, 802, |
| 219 | FRE 402, 403, 703, 802, |
| 220 | FRE 402, 403, 703, 802, |
| 221 | FRE 402, 403, 703, 802 |
| 222 | FRE 402, 403, 703, 802 |
| 223 | |
| 224 | |
| 225 | |
| 226 | |
| 227 | FRE 402, 403, 703, 802, 901 |
| 228 | |
| 229 | |
| 230 | |
| 231 | |
| 232 | |
| 233 | |
| 234 | |
| 235 | |
| 236 | |
| 237 | |
| 238 | |
| 239 | |
| 240 | FRE 402, 403, 802, 901 |
| 241 | FRE 402, 403, 802, 901 |
| 242 | FRE 402, 403, 802, 901 |
| 243 | FRE 402, 403, 802, 901 |
| 244 | |
| 245 | FRE 901 |
| 246 | FRE 402, 403, 802, 901 |
| 247 | |
| 248 | |
| 249 | |
| 250 | |
| 251 | |
| 252 | |
| 253 | FRE 402, 403, 901 |
| 254 | FRE 402, 403, 901 |
| 255 | FRE 402, 403, 901 |
| 256 | FRE 402, 403, 901 |
| 257 | FRE 402, 403, 901 |
| 258 | |
| 259 | FRE 402, 403, 802, 901 |

*The United States Objections to Hotels.com's Exhibits*

| | |
|---|---|
| 260 | FRE 402, 403, 802, 901 |
| 261 | |
| 262 | |
| 263 | FRE 402, 403, 802, 901 |
| 264 | FRE 402, 403, 802, 901 |
| 265 | FRE 402, 403, 802, 901 |
| 266 | FRE 402, 403, 802, 901 |
| 267 | FRE 402, 403, 802, 901 |
| 268 | FRE 402, 403, 802, 901 |
| 269 | FRE 402, 403, 802, 901 |
| 270 | FRE 402, 403, 802, 901 |
| 271 | FRE 402, 403, 802, 901 |
| 272 | FRE 402, 403, 802, 901 |
| 273 | FRE 402, 403, 802, 901 |
| 274 | FRE 402, 403, 802, 901 |
| 275 | FRE 402, 403, 802, 901 |
| 276 | FRE 402, 403, 802, 901 |
| 277 | FRE 402, 403, 802, 901 |
| 278 | |
| 279 | |
| 280 | |
| 281 | |
| 282 | |
| 283 | |
| 284 | |
| 285 | FRE 402, 403, 802, 901 |
| 286 | |
| 287 | |
| 288 | |
| 289 | FRE 901 |
| 290 | FRE 901 |
| 291 | |
| 292 | |
| 293 | FRE 402, 403, 802, 901 |
| 294 | FRE 402, 403, 802, 901 |
| 295 | FRE 402, 403, 802, 901 |
| 296 | FRE 402, 403, 802, 901 |
| 297 | FRE 402, 403, 802, 901 |
| 298 | FRE 402, 403, 802, 901 |
| 299 | FRE 402, 403, 802, 901 |
| 300 | FRE 402, 403, 802, 901 |
| 301 | FRE 402, 403, 802, 901 |
| 302 | |
| 303 | FRE 402, 403, 802, 901 |
| 304 | FRE 402, 403, 802, 901 |
| 305 | FRE 402, 403, 802, 901 |
| 306 | FRE 402, 403, 802, 901 |
| 307 | FRE 402, 403, 802, 901 |
| 308 | FRE 402, 403, 802, 901 |
| 309 | FRE 402, 403, 802, 901 |
| 310 | FRE 402, 403, 802, 901 |
| 311 | FRE 402, 403, 802, 901 |

*The United States Objections to Hotels.com's Exhibits*

| | |
|---|---|
| 312 | FRE 402, 403, 802, 901 |
| 313 | FRE 402, 403, 802, 901 |
| 314 | FRE 402, 403, 802, 901 |
| 315 | FRE 402, 403, 802, 901 |
| 316 | FRE 402, 403, 802, 901 |
| 317 | FRE 402, 403, 802, 901 |
| 318 | FRE 402, 403, 802, 901 |
| 319 | FRE 402, 403, 802, 901 |
| 320 | FRE 402, 403, 802, 901 |
| 321 | FRE 402, 403, 802, 901 |
| 322 | FRE 402, 403, 802, 901 |
| 323 | FRE 402, 403, 802, 901 |
| 324 | FRE 402, 403, 802, 901 |
| 325 | FRE 402, 403, 802, 901 |
| 326 | FRE 402, 403, 802, 901 |
| 327 | FRE 402, 403, 802, 901 |
| 328 | FRE 402, 403, 802, 901 |
| 329 | FRE 402, 403, 802, 901 |
| 330 | |
| 331 | |
| 332 | |
| 333 | |
| 334 | FRE 901 |
| 335 | |
| 336 | |
| 337 | |
| 338 | |
| 339 | |
| 340 | |
| 341 | |
| 342 | |
| 343 | |
| 344 | |
| 345 | |
| 346 | |
| 347 | |
| 348 | |
| 349 | |
| 350 | |
| 351 | |
| 352 | |
| 353 | |
| 354 | |
| 355 | |
| 356 | |
| 357 | |
| 358 | |
| 359 | |
| 360 | |
| 361 | |
| 362 | |
| 363 | |

*The United States Objections to Hotels.com's Exhibits*

| | |
|---|---|
| 364 | FRE 402, 403, 802, 901 |
| 365 | |
| 366 | |
| 367 | FRE 402, 403, 802, 901 |
| 368 | FRE 402, 403, 802, 901 |
| 369 | FRE 402, 403, 802, 901 |
| 370 | FRE 402, 403, 802, 901 |
| 371 | |
| 372 | |
| 373 | |
| 374 | FRE 402, 403, 802, 901 |
| 375 | FRE 402, 403, 802, 901 |
| 376 | FRE 402, 403, 802, 901 |
| 377 | FRE 402, 403, 802, 901 |
| 378 | FRE 402, 403, 802, 901 |
| 379 | |
| 380 | FRE 402, 403, 802, 901 |
| 381 | FRE 402, 403, 802, 901 |
| 382 | |
| 383 | FRE 402, 403, 802, 901 |
| 384 | FRE 402, 403, 802, 901 |
| 385 | |
| 386 | FRE 402, 403, 802, 901 |
| 387 | |
| 388 | |
| 389 | |
| 390 | |
| 391 | |
| 392 | |
| 393 | |
| 394 | |
| 395 | |
| 396 | |
| 397 | |
| 398 | |
| 399 | |
| 400 | |
| 401 | |
| 402 | |
| 403 | |
| 404 | |
| 405 | |
| 406 | |
| 407 | |
| 408 | |
| 409 | |
| 410 | |
| 411 | |
| 412 | |
| 413 | |
| 414 | |
| 415 | FRE 402, 403, 802, 901 |

*The United States Objections to Hotels.com's Exhibits*

| | |
|---|---|
| 416 | FRE 402, 403, 802, 901 |
| 417 | |
| 418 | |
| 419 | |
| 420 | |
| 421 | |
| 422 | FRE 402, 403, 802, 901 |
| 423 | FRE 402, 403, 802, 901 |
| 424 | FRE 402, 403, 802, 901 |
| 425 | FRE 402, 403, 802, 901 |
| 426 | FRE 402, 403, 802, 901 |
| 427 | FRE 402, 403, 802, 901 |
| 428 | FRE 402, 403, 802, 901 |
| 429 | FRE 402, 403, 802, 901 |
| 430 | FRE 402, 403, 802, 901 |
| 431 | FRE 402, 403, 802, 901 |
| 432 | FRE 402, 403, 802, 901 |
| 433 | FRE 402, 403, 802, 901 |
| 434 | FRE 402, 403, 802, 901 |
| 435 | FRE 402, 403, 802, 901 |
| 436 | FRE 402, 403, 802, 901 |
| 437 | FRE 402, 403, 802, 901 |
| 438 | FRE 402, 403, 802, 901 |
| 439 | FRE 402, 403, 802, 901 |
| 440 | FRE 402, 403, 802, 901 |
| 441 | FRE 402, 403, 802, 901 |
| 442 | FRE 402, 403, 802, 901 |
| 443 | FRE 402, 403, 802, 901 |
| 444 | FRE 402, 403, 802, 901 |
| 445 | FRE 402, 403, 802, 901 |
| 446 | FRE 402, 403, 802, 901 |
| 447 | FRE 402, 403, 802, 901 |
| 448 | FRE 402, 403, 802, 901 |
| 449 | FRE 402, 403, 802, 901 |
| 450 | FRE 402, 403, 802, 901 |
| 451 | FRE 402, 403, 802, 901 |
| 452 | FRE 402, 403, 802, 901 |
| 453 | FRE 402, 403, 802, 901 |
| 454 | FRE 402, 403, 802, 901 |
| 455 | FRE 402, 403, 802, 901 |
| 456 | FRE 402, 403, 802, 901 |
| 457 | FRE 402, 403, 802, 901 |
| 458 | FRE 402, 403, 802, 901 |
| 459 | FRE 402, 403, 802, 901 |
| 460 | FRE 402, 403, 802, 901 |
| 461 | |
| 462 | FRE 402, 403, 802, 901 |
| 463 | FRE 402, 403, 802, 901 |
| 464 | FRE 402, 403, 802, 901 |
| 465 | FRE 901 |
| 466 | FRE 402, 403, 802, 901 |
| 467 | FRE 402, 403, 802, 901 |

*The United States Objections to Hotels.com's Exhibits*

| | |
|---|---|
| 468 | FRE 402, 403, 802, 901 |
| 469 | FRE 802, 901 |
| 470 | FRE 802, 901 |
| 471 | FRE 802, 901 |
| 472 | FRE 802, 901 |
| 473 | FRE 802, 901 |
| 474 | FRE 802, 901 |
| 475 | FRE 802, 901 |
| 476 | FRE 802, 901 |
| 477 | FRE 802, 901 |
| 478 | FRE 802, 901 |
| 479 | FRE 802, 901 |
| 480 | FRE 802, 901 |
| 481 | FRE 802, 901 |
| 482 | FRE 802, 901 |
| 483 | FRE 802, 901 |
| 484 | FRE 802, 901 |
| 485 | FRE 802, 901 |
| 486 | FRE 802, 901 |
| 487 | FRE 802, 901 |
| 488 | FRE 802, 901 |
| 489 | FRE 802, 901 |
| 490 | FRE 802, 901 |
| 491 | FRE 802, 901 |
| 492 | FRE 802, 901 |
| 493 | FRE 802, 901 |
| 494 | FRE 802, 901 |
| 495 | FRE 802, 901 |
| 496 | FRE 802, 901 |
| 497 | FRE 802, 901 |
| 498 | FRE 802, 901 |
| 499 | |
| 500 | |
| 501 | |
| 502 | |
| 503 | |
| 504 | |
| 505 | |
| 506 | |
| 507 | |
| 508 | |
| 509 | |
| 510 | |
| 511 | |
| 512 | |
| 513 | |
| 514 | |
| 515 | |
| 516 | |
| 517 | |
| 518 | |
| 519 | |

*The United States Objections to Hotels.com's Exhibits*

| | |
|---|---|
| 520 | |
| 521 | |
| 522 | |
| 523 | |
| 524 | |
| 525 | |
| 526 | |
| 527 | |
| 528 | FRE 402, 403, 703, 901 |
| 529 | FRE 402, 403, 802, 901 |
| 530 | FRE 402, 403, 702, 703, 802 |
| 531 | FRE 402, 403, 702, 703, 802 |
| 532 | FRE 402, 403, 702, 703, 802 |
| 533 | |
| 534 | FRE 402, 403, 702, 703, 802 |
| 535 | FRE 402, 403, 702, 703, 802 |
| 536 | |
| 537 | FRE 402, 403, 802, 901 |