# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DAVID S. and MALA A. LITMAN,** | * | |
| Plaintiffs-Counterdefendants, | * | |
| v. | * | No. 05-956T |
| **THE UNITED STATES,** | * | (Filed Mar. 4, 2007) |
| Defendant. | * | |
| ______________________________________ | * | |
| **ROBERT B. and MICHELLE S. DIENER,** | * | |
| Plaintiffs-Counterdefendants, | * | |
| v. | * | No. 05-971T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |
| ______________________________________ | * | |
| **HOTELS.COM, INC., and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | * | |
| Plaintiffs, | * | |
| v. | * | No. 06-285T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

1. Due to a scheduling conflict, ¶ 6 of the order entered on November 16, 2006, is modified only insofar as the pretrial conference shall be held at 4:00 p.m. on Monday, April 23, 2007, in the Howard T. Markey National Courts Building.

2. After a review of the parties' respective filings, ¶ 7 of the order entered on November 16, 2006, is modified insofar as trial shall commence at 10:00 a.m. on Monday, April 30, 2007, through Thursday, May 3, 2007, and reconvene at 9:00 a.m. on Monday, May 7, 2007, through Thursday, May 10, 2007.

**IT IS SO ORDERED.**

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge