# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALA A. LITMAN,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Mar. 4, 2007)

Defendant. *

__________________________________________ *

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

____________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a** *
**HOTEL RESERVATIONS NETWORK, INC.),**

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs Hotels.com and subsidiaries' (Hotels.com") Motion for Leave To Subpoena Documents and Deposition Testimony of John R. Bozalis, Jr., and Request for Expedited Response and Reply Schedule was filed on March 20, 2007. Without an order expediting briefing, plaintiffs-counterdefendants Litmans and Dieners responded on March 22, 2007. Defendant United States did not respond. Pursuant to RCFC 7.2(a), the court rules without a reply. Plaintiffs-counterdefendants did not state that defendant United States asked for identification of witnesses, as opposed to persons with knowledge, nor did plaintiffs-counterdefendants state that any party had identified Mr. Bozalis as a witness prior to the filing of witness lists. Therefore, Hotels.com shall be allowed to depose John R. Bozalis, Jr., prior to his giving testimony for plaintiffs-counterdefendants. Accordingly,

**IT IS ORDERED**, as follows:

1. Hotels.com's motion is granted. Plaintiffs-counterdefendants shall make Mr. Bozalis available for deposition upon documents prior to April 23, 2007.

2. Hotels.com's motion to expedite briefing is denied as moot.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge