**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-956T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **ROBERT B. DIENER and MICHELLE S. DIENER,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-971T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | ) | |
| **Plaintiffs,** | ) | |
| **V.** | ) | **No. 06-285T (Judge Christine O.C. Miller)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS-COUNTERDEFENDANTS, DAVID S. LITMAN, MALIA A. LITMAN, ROBERT B. DIENER, AND MICHELLE S. DIENER'S OBJECTIONS TO THE UNITED STATES' EXHIBIT LIST**

Plaintiffs-Counterdefendants, David S. Litman, Malia A. Litman, Robert B. Diener, and Michelle S. Diener file these Objections to the United States' Exhibit List (these "Objections") pursuant to ¶ 14(a)(3) of Appendix A of the Rules of the Court of Federal Claims

(the "Rules") and the Court's Order dated February 22, 2007. Plaintiffs make the following Objections to Exhibits on the United States' Exhibit List for the reasons stated:

**Exhibit No. 19**[1] -- Plaintiffs object to this document on the grounds that it is irrelevant (F.R.E. 402, 403).

**Exhibit No. 24** -- Plaintiffs object to this document on the grounds that it is irrelevant (F.R.E. 402, 403).

**Exhibit No. 27** -- Plaintiffs object to this document on the grounds that it is irrelevant (F.R.E. 402, 403) and lacks foundation (F.R.E. 901). The proposed exhibit relates to a valuation date (October 13, 2000) that is eight months after the February 24, 2000 valuation date at issue in this case.

**Exhibit No. 50** -- Plaintiffs object to this document on the grounds that it is irrelevant (F.R.E. 402, 403) and lacks foundation (F.R.E. 901). The proposed exhibit relates to a valuation date (October 13, 2000) that is eight months after the February 24, 2000 valuation date at issue in this case.

**Exhibit No. 51** Plaintiffs object to this document on the grounds that it is irrelevant (F.R.E. 402, 403) and lacks foundation (F.R.E. 901). The proposed exhibit relates to a valuation date (October 13, 2000) that is eight months after the February 24, 2000 valuation date at issue in this case.

---

[1] Exhibit numbers are those provided in the United States' Exhibit List. Plaintiffs reserve the right to object to any such proposed exhibit at trial on the grounds that a proper foundation has not been laid.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request these Objections be sustained.

Respectfully submitted,

BAKER BOTTS L.L.P.

Dated: April 5, 2007

By: John W. Porter
John W. Porter
Attorney of Record
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1597
(713) 229-1522 (FAX)

Stephanie Loomis-Price (Of Counsel)
J. Graham Kenney (Of Counsel)

COUNSEL FOR PLAINTIFFS-
COUNTERDEFENDANTS