# EXHIBIT A

For the reasons stated in the foregoing Motion *In Limine* to Exclude Evidence of Administrative Settlement Negotiations Prior to the Issuance of Notice of Deficiency, Hotels.com and Subsidiaries ("Hotels.com") object to the following portions of Eric DeGraw's deposition testimony designated by the Litmans and Dieners in their Motion for Leave to File Transcript of Deposition Testimony of Eric DeGraw, filed on February 26, 2007. To the extent Hotels.com designated testimony to which we now object, such designations were protective in nature in the event our objections (which were anticipated at the time of our designations and are set forth herein) were overruled.

**Eric DeGraw – Deposition Testimony (June 13, 2006)**

40:20 through 41:5
46:10 through 46:17
50:8 through 51:9
55:7 through 55:11
56:20 through 58:11
63:21 through 65:4
66:8 through 67:21
87:11 through 87:18
90:6 through 90:15
90:16 through 90:22
91:5 through 91:11
94:7 through 95:22
98:19 through 99:7
113:21 through 114:12