# EXHIBIT B

For the reasons stated in the foregoing Motion *In Limine* to Exclude Evidence of Administrative Settlement Negotiations Prior to the Issuance of Notice of Deficiency, Hotels.com and Subsidiaries ("Hotels.com") object to the admissibility of the following documents relating to IRS settlement negotiations. The documents are listed according to the Trial Exhibit Numbers designated by the Litmans and Dieners ("LD"), the United States ("US"), and Hotels.com ("HC"), respectively. To the extent Hotels.com previously designated exhibits to which we now object, such designations were protective in nature in the event our objections (which were anticipated at the time of our designations and are set forth herein) were overruled.

| Trial Exhibit Number | Bates Range |
|---|---|
| LD 3 | LD 005433 - LD 005434 |
| LD 4 | LD 005495 - LD 005497 |
| LD 5 | LD 05365 - LD 005366 |
| LD 6 | LD 005549 - LD 005551 |
| LD 8 | HC 00477 - HC 00478 |
| LD 9 | US1021 - US1061 (only to the extent it relates to discussions or actions taken during the IRS audit process) |
| LD 12 | US1019 - US1020 |
| LD 13 | US1062 - US1066 |
| LD 14 | US1068 - US1071 |
| LD 15 | US1072 - US1078 |
| LD 16 | US0363 - US0369 |
| LD 27 | LD 005411 - LD 005412 |
| LD 48 | DT000243 - DT000250 |
| LD 49 | DT00222 |
| LD 51 | IAC 000317 - IAC 000355 (only to the extent it relates to discussions or actions taken during the IRS audit process) |
| LD 52 | IAC 000870 - IAC 000871 |
| LD 53 | IAC 000866 - IAC 000869 |
| LD 120 | LFOIA 000484 - LFOIA 000495 |
| LD 131 | No Bates Numbering - Timeline of Appraisals |
| LD 132 | No Bates Numbering - Chart of Appraised Values of Restricted Shares |

| Trial Exhibit Number | Bates Range |
|---|---|
| LD 133 | No Bates Numbering - Chart of Discounts Applied to Restricted Shares |
| US 4 | US1021 - US1061 (only to the extent it relates to discussions or actions taken during the IRS audit process) |
| US 5 | US1068 - US1071 |
| US 11 | LD003598 - LD003638 |
| US 28 | DT000243 - DT000250 |
| HC 8 | DT00222 |
| HC 233 | DT00213 - DT00214 |
| HC 234 | DT00215 |
| HC 235 | DT00216 - DT00218 |
| HC 236 | DT00219 - DT00221 |
| HC 237 | DT00223 |
| HC 238 | DT00224 - DT00241 |
| HC 239 | DT00242 - DT00250 |
| HC 247 | HC 00052 - HC 00057 |
| HC 254 | HC 00477 - HC 00478 |
| HC 259 | HC001690 - HC001698 |
| HC 303 | IAC 000870 - IAC 000871 |
| HC 317 | IAC-P 001114 |
| HC 375 | LD 003598 - LD 003635 |
| HC 530 | US0262 - US0268 |
| HC 531 | US0363 - US0369 |
| HC 532 | US0757 - US0759 |
| HC 534 | US1062 - US1066 |
| HC 535 | US1068 - US1071 |