**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DAVID S. LITMAN And MALIA A. LITMAN,**<br>**Plaintiffs-Counterdefendants,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant-Counterplaintiff** | **No. 05-956T** |
| **ROBERT B. DIENER And MICHELLE S. DIENER,**<br>**Plaintiffs-Counterdefendants,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant-Counterplaintiff** | **No. 05-971T** |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.)**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant** | **No. 06-285T**<br>**(Judge Christine O.C. Miller)** |

**HOTELS.COM AND SUBSIDIARIES' OBJECTIONS TO THE UNITED STATES' TRIAL EXHIBITS**

Plaintiffs Hotels.com and Subsidiaries ("Hotels.com") object as follows to the United States' Trial Exhibits. Because the United States' exhibit descriptions reference deposition exhibit numbers rather than specific bates ranges, our objections presume that the entire bates range of the deposition exhibit has been designated. To the extent Hotels.com designated exhibits to which we now object, such designations were protective in nature in the event our objections (which were anticipated at the time of our designations and are set forth herein) were overruled.

| DOJ Trial Exhibit No. | Description | Bates # | Objection |
|---|---|---|---|
| 1 | Statutory Notice Checklist | US0331 – US0332 | None |
| 2 | Statutory Notice Checklist | US0562 – US0563 | None |
| 3 | IRS records re Diener address | US0968 – US 0969, US0973 – US0988, US0991 – US1009 | None |
| 4 | D&T valuation with cover memos | US1021 – US1061 | US1021, Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine. US1022 - US1061 is the February 25, 2000 valuation report - Object (Relevance, IRS Administrative Process, FRE 408, subject of Motion in Limine) only to the extent it relates to discussions or actions taken during the IRS audit process, Motion in Limine |
| 5 | D&T memo | US1068 – US1071 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine |
| 6 | Diener Change of Address | | None |
| 7 | Litman Change of Address | | None |
| 8 | HRN Roadshow materials | DT000442 – DT000467 | None |
| 9 | HRN 2000 Business Plan | DT000369 – DT000404 | Document ends at DT00403, DT00404 is duplicative of DT00403. |
| 10 | D. Khosrawshahi email, 1/23/00, 1/18/00 | LD002653 – LD002657 | None |

| DOJ Trial Exhibit No. | Description | Bates # | Objection |
|---|---|---|---|
| 11 | Draft D&T valuation | LD003598 – LD003638 | Authenticity, Foundation, Relevance, IRS Administrative Process, FRE 408, Document described ends at LD003635; remainder of document (LD003636 – LD003638) foundation, relevance |
| 12 | HRN 2000 Annual Report | HC00483 – HC00543 | None |
| 13 | Amended and Restated Asset Purchase Agreement | LD002268 – LD002315 | None |
| 14 | Amendment to Asset Purchase Agreement, 11/13/03 | LD006018 – LD006021 | None |
| 15 | TMF, Inc. 1999 Tax Return | LD000996 – LD001076 | Object to description - No indication this return is a true and correct copy of what was actually filed, foundation |
| 16 | TMF Liquidating Trust 2000 Tax Return | | None |
| 17 | HRN 2000 Tax Return | | None |
| 18 | Diener 9/24/01 email | HC00837 | None |
| 19 | Diener fax to Horan with Forms 8594 | LD005349 – LD005355 | None |
| 20 | Fax to M. Diener with Form 8594 | LD005356 – LD005357 | Foundation |
| 21 | Form 8594 | LD005359 – LD005360 | Foundation |

| DOJ Trial Exhibit No. | Description | Bates # | Objection |
|---|---|---|---|
| 22 | Purchase price allocation/ Closing Balance Sheet | LD005361 – LD005364 | Foundation |
| 23 | KPMG bills | KPMG00248 – KPMG00250 | Hearsay (subject of Motion in Limine) |
| 24 | KPMG notes, Diener fax and Forms 8594 | KPMG00228 – KPMG00235 | KPMG00228 is a separate document, foundation, hearsay |
| 25 | Asset Purchase Agreement | L00184 – L00269 | Object, document is incomplete. LD002085 – LD002170 contains additional pages not included in L000184 – L000269 |
| 26 | HRN IPO Prospectus | HC00560 – HC00660 | None |
| 27 | Draft Mitchell Opinion | LD003581 – LD003585 | None |
| 28 | D&T engagement letter | DT000243 – DT000250 | Relevance, IRS Administrative Process, FRE 408, Subject of Motion in Limine |
| 29 | Mincey fax | E00001 – E00002 | None |
| 30 | Mitchell letter | F00001 | None |
| 31 | Contingent Payment Calculation | LD006052 | Foundation |
| 32 | HRN board minutes, 10/19/01 | HC003372 – HC003374 | Incomplete document - draft, hearsay, foundation |
| 33 | HRN board minutes, 1/25/02 | HC002804 – HC002807 | Hearsay, foundation |

| DOJ Trial Exhibit No. | Description | Bates # | Objection |
|---|---|---|---|
| 34 | HRN stock certificates and cover letters/memos | LD005288 – LD005297 | None |
| 36 | Diener fax with Forms 8594 (with Horan notes) | KPMG00236 – KPMG00242 | None |
| 37 | Bajaj draft report | BAJAJ01246 – BAJAJ01275 | None |
| 38 | Boylan email 6/16/06 | BAJAJ00251 | None |
| 39 | Burns report | | None |
| 40 | Burns report addendum | | None |
| 41 | Litmans' Answers to U.S. Interrogatories | | None |
| 42 | Dieners' Answers, and Amended Answers, to U.S. Interrogatories | | None |
| 44 | Dieners' Response to U.S. Requests to Admit | | None |

| DOJ Trial Exhibit No. | Description | Bates # | Objection |
|---|---|---|---|
| 45 | Hotels.com's Response to the United States First Set of Interrogatories to Hotels.com | | None |
| 46 | Hotels.com's Complaint | | None |
| 47 | Hotels.com's 2001 and 2002 refund claims | HC001623 – HC001683 | Misidentified exhibit, bates page HC001683 is unrelated to Hotels.com's 2001 and 2002 refund claims; HC001623 – HC001682 relevance |
| 48 | Draft Mitchell Report | MC120 – MC172 | None |
| 49 | Mitchell letter | MC176 – MC179 | None |
| 50 | Draft Mitchell letter | MC187 – MC191 | None |
| 51 | Mincey fax | MC192 | None |
| 52 | Mitchell letter | MC213 | None |
| 53 | Mincey letter to Mitchell | MC216 – MC226 | None |
| 54 | Dieners' 2000 tax return | | Object to description, no bates range or deposition exhibit number given, relevance, foundation, authenticity |
| 55 | Litmans' 2000 tax return | | Object to description, no bates range or deposition exhibit number given, relevance, foundation, authenticity |

| DOJ Trial Exhibit No. | Description | Bates # | Objection |
|---|---|---|---|
| 56 | Donaldson, Lufkin & Jenrette HRN IPO materials | LD005829 – LD006017 | None |
| 57 | HRN Form 10-Q (March 31, 2000) | HC00544 – HC00559 | None |
| 58 | | US562 – US566 | None |
| 59 | Diener Notice of Deficiency | LD005374 – LD005394 | None |
| 60 | Litman Notice of Deficiency | LD005439 – LD005459 | None |
| 63 | Pells agreement | LD005301 – LD005306 | None |
| 64 | Pells agreement amendment | LD005308 – LD005310 | None |
| 65 | Pells 2000 tax return | | None |
| 66 | Pells W-2s and 1099s | LD005329 – LD005345 | None |
| 67 | Mitchell rebuttal report (re Bajaj) | | None |
| 68 | Bajaj rebuttal report (re Mitchell) | | None |
| 69 | Mellon Investor Services letter | HC004486 | Foundation, hearsay |

Respectfully submitted,

April 5, 2007

s/ Kim Marie K. Boylan
Latham & Watkins, LLP
555 11th Street, NW
Washington, DC 20004
(202) 637-2235
Attorney of Record for Plaintiffs
Hotels.com and Subsidiaries

Kari M. Larson
Latham & Watkins, LLP
555 11th Street, NW
Washington, DC 20004
Of Counsel

Jennifer S. Crone
Latham & Watkins, LLP
555 11th Street, NW
Washington, DC 20004
Of Counsel