# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiffs.** | **No. 05-956 T** |
| **ROBERT B. DEINER and MICHELLE S. DEINER,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiff.** | **No. 05-971 T** |
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.**<br><br>**Plaintiff**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant** | **No. 06-285 T**<br><br>**(Christine O. C. Miller)** |

## THE UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED MOTION *IN LIMINE*

The United States moves for leave to file a corrected version of its Motion *in Limine* to Exclude Certain Testimony and Proposed Exhibits About KPMG's Purported Review of the Mitchell Valuation. The original motion *in limine* was filed yesterday, April 5, 2007. Plaintiffs do not oppose the United States' motion to file a corrected version.

The attached version of the motion corrects the date indicated for the Mitchell valuation report – it should have been 2000, not 2001. No other changes have been made. The United States requests that the attached motion be substituted for the original motion filed on April 4, 2007.

Respectfully Submitted,

*s/ Cory A. Johnson*
Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Eileen J. O'Connor
Assistant Attorney General
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

*s/ Steven I. Frahm*
Of Counsel

Attorney for The United States

Dated: April 6, 2007