**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN And MALIA A. LITMAN,**<br>**Plaintiffs-Counterdefendants,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant-Counterplaintiff** | ) | **No. 05-956T** |
| **ROBERT B. DIENER And MICHELLE S. DIENER,**<br>**Plaintiffs-Counterdefendants,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant-Counterplaintiff** | ) | **No. 05-971T** |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.)**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant** | ) | **No. 06-285T**<br>**(Judge Christine O.C. Miller)** |

**PLAINTIFF HOTELS.COM AND SUBSIDIARIES RESPONSE TO THE UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE CERTAIN TESTIMONY AND PROPOSED EXHIBITS ABOUT KPMG'S PURPORTED REVIEW OF THE MITCHELL VALUATION**

Plaintiff, Hotels.com and Subsidiaries ("Hotels.com"), does not oppose the United States' Motion *in limine* and believes it to be consistent with Hotels.com's own Motion *in limine* to Exclude Evidence Relating to Alleged KPMG Review of the Mitchell valuation, filed with the Court on April 5, 2007. For the reasons stated in that motion, Hotels.com respectfully requests

that the Court exclude any and all evidence relating to KPMG's purported "review" of Mark Mitchell's 2000 valuation of the HRN shares as inadmissible hearsay evidence and/or lacking in proper foundation.

April 13, 2007

Respectfully submitted,

s/ Kim Marie K. Boylan____
Kim Marie K. Boylan
Latham & Watkins, LLP
555 11th Street, NW
Washington, DC 20004
(202) 637-2235
Attorney of Record

Kari M. Larson
Latham & Watkins, LLP
555 11th Street, NW
Washington, DC 20004
Of Counsel

Jennifer S. Crone
Latham & Watkins, LLP
555 11th Street, NW
Washington, DC 20004
Of Counsel