# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALA A. LITMAN,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Apr. 27, 2007)

Defendant. *

________________________________________ *

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

__________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a** *
**HOTEL RESERVATIONS NETWORK, INC.),**

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The administrative staff for the United States District Court for the Northern District of Texas has clarified their preferences regarding the use of wireless devices and cellular telephones in the courthouse. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 16 of the April 25, 2007 order is vacated.

2. The parties' telephonic request of April 25, 2007, for permission to bring printers, copiers, fax machines, and laptop computers into the witness rooms is granted. The person(s) carrying the equipment are directed to have a copy of this order to display when bringing such equipment into the United States Court for the Northern District of Texas.

s/ Christine O.C. Miller

_______________________________________

**Christine Odell Cook Miller**
Judge