# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALIA A. LITMAN,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed May 16, 2007)

Defendant. *

________________________________________ *

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

__________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a** *
**HOTEL RESERVATIONS NETWORK, INC.),**

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Trial in this matter having concluded on May 9, 2007,

**IT IS ORDERED**, as follows:

1. The exhibits to be filed under seal will be designated by subsequent order.

2. The proofs shall be closed upon the filing of the official transcript of trial and exhibits.

3. By May 31, 2007, defendant shall file its post-trial brief, not to exceed ten pages, addressing the applicability of the variance doctrine to plaintiffs-counterdefendants Hotels.com's claims and the applicability of the doctrine of judicial admission to Hotels.com's allegations and discovery responses concerning the date of issuance of the restricted stock and the valuation thereof as of that date.

4. Plaintiffs-counterdefendants Litmans and Dieners and Hotels.com shall file responsive briefs on these issues, not to exceed ten pages, by June 11, 2007.

5. Defendant may file a reply, not to exceed five pages, by June 19, 2007.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge