# In the United States Court of Federal Claims

**05-956T**

**Filed: May 17, 2007**

**DAVID S. LITMAN and MALIA A. LITMAN, et al.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (7 volumes)**
**Held in Dallas, Texas**
**April 30, 2007 through May 9, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.