**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-956T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **ROBERT B. DIENER and MICHELLE S. DIENER,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-971T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | ) | **No. 06-285T (Judge Christine O.C. Miller)** |
| **Plaintiffs,** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION TO SEAL DOCUMENTS**

Plaintiffs-Counterdefendants, David S. Litman, Malia A. Litman, Robert B. Diener, and Michelle S. Diener ("Plaintiffs") move that the below-listed exhibits introduced at trial in this case containing private, sensitive personal and financial information be placed under seal:

Joint Exhibit 2
Joint Exhibit 19
Joint Exhibit 20

Joint Exhibit 21
Joint Exhibit 25
Joint Exhibit 26
LD Exhibit 3
LD Exhibit 5
LD Exhibit 25
US Exhibit 2
US Exhibit 3
US Exhibit 70
US Exhibit 71
Hotels.com Exhibit 114A
Hotels.com Exhibit 115A
Hotels.com Exhibit 115B
Hotels.com Exhibit 117
Hotels.com Exhibit 129
Hotels.com Exhibit 155
Hotels.com Exhibit 342
Hotels.com Exhibit 343

The above-listed exhibits contain sensitive private information regarding Plaintiffs and their children, including addresses and social security numbers, that should be sealed in order to prevent the release of that information to the public as the potential exists for that information to be used for illegitimate purposes. Moreover, Hotels.com Exhibits 114A, 115A, and 115B contain financial information regarding Plaintiffs' children that should not be publicly disclosed. Accordingly, Plaintiffs respectfully request that the Court enter the proposed Order attached to this Motion as Exhibit A.

Plaintiffs have provided a copy of this Motion and attached Order to counsel for Hotels.com and the United States. Both have indicated no objection to the granting of this Motion and entry of the attached Order with regard to the following Exhibits:

Joint Exhibit 2
Joint Exhibit 19
Joint Exhibit 20
Joint Exhibit 21
Hotels.com Exhibit 117
Hotels.com Exhibit 129
Hotels.com Exhibit 155
Hotels.com Exhibit 342

Hotels.com Exhibit 343

However, counsel for the United States and Hotels.com do object to sealing the remaining documents in Plaintiffs' Motion and proposed Order.

In an abundance of caution, Plaintiffs also request that their social security numbers be redacted from other documents filed in this case, for security reasons and to prevent identity theft. Plaintiffs ask that their social security numbers be redacted from the documents (and exhibits attached thereto) listed below:

| Transcript Page | Document | Page # |
|---|---|---|
| 1 (05-956) | Complaint (filed by Plaintiffs David S. and Malia A. Litman) - Exhibit 1 | Form 843 - page 1<br>Exhibit A - page 1<br>Exhibit A - page 1 of Exhibit 1 (Notice of Deficiency)<br>Form 4089-B - page 1 (duplicate copies)<br>Form 4089-B - continuation sheet<br>Form 4089-B - Summary page<br>Form CG-5278 - pages 1 and 2<br>Form CG-5278 - 2000-Schedule D attached<br>Form CG-5278 - 2000-Form 6251 attached and continuation page |
| 1 (05-956) | Plaintiffs Litmans' Complaint - Exhibit 2 | Litman letter to I.R.S. dated 01/04/05<br>Litman letter - check attached |
| 1 (06-285) | Complaint (filed by Plaintiffs Hotels.com) - Exhibit 1 | Page 62, 64, 65, 67-70, 73-75, 77, 79, 80, 82-85, 88-89 |
| 10 (05-956) | Plaintiffs' David & Malia Litman Proposed Findings of Uncontroverted Facts - Exhibit A | Form 843 - page 1<br>Form 843 - Exhibit A, page 1<br>Form 843 - Exhibit 1, page 1<br>Form 4089-B (duplicate copies)<br>Form 843 - Exhibit 2, pages 1 and 2 |
| 10 (05-956) | Plaintiffs' Litman Proposed Findings of Uncontroverted Facts - Exhibit C | Pages 1 through 12 (LFOIA 000484 - LFOIA 000495) |

| | | |
|---|---|---|
| 10 (05-956) | Plaintiffs' Litmans Proposed Findings of Uncontroverted Facts - Exhibit D | Exhibit C - Form 1040, all pages<br>Exhibit D - Form 1041, pages 3 through 8 (Grantor Tax Information letters) |
| 1 (05-971) | Complaint (filed by PlaintiffsRobert B. and Michelle S. Diener) - Exhibit 1 | Form 843 - page 1<br>Form 843 - Exhibit A, page 1<br>Exhibit A - page 1 of Exhibit 1 (Notice of Deficiency)<br>Form 4089-B - page 1 (duplicate copies)<br>Form 4089-B - continuation sheet<br>Form 4089-B - Summary page<br>Form CG-5278 - pages 1 and 2<br>Form CG-5278 - 2000-Schedule D attached<br>Form CG-5278 - 2000-Form 6251 attached and continuation page |
| 1 (05-971) | Plaintiffs' Dieners Complaint - Exhibit 2 | Diener letter to I.R.S. dated 01/04/05<br>Diener letter - check attached |
| 1 (06-285) | Complaint (filed by Plaintiffs Hotels.com) - Exhibit 1 | Page 62, 64, 65, 67-70, 73-75, 77, 79, 80, 82-85, 88-89 |
| 9 (05-971) | Plaintiffs' Robert B. and Michelle S. Diener Proposed Findings of Uncontroverted Facts - Exhibit A | Form 843 - page 1<br>Form 843 - Exhibit A, page 1<br>Form 843 - Exhibit 1, page 1<br>Form 4089-B (duplicate copies)<br>Form 843 - Exhibit 2, pages 1 and 2 |
| 9 (05-971) | Plaintiffs' Dieners Proposed Findings of Uncontroverted Facts - Exhibit C | Form 886-A - pages 1 through 7 |
| 9 (05-971) | Plaintiffs' Dieners Proposed Findings of Uncontroverted Facts - Exhibit D | Exhibit C - Form 1040, all pages<br>Exhibit D - Form 1041, pages 5 through 9 (Grantor Tax Information letters) |

Respectfully submitted,

BAKER BOTTS L.L.P.

By: s/John W. Porter
John W. Porter
Attorney of Record
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1597
(713) 229-1522 (FAX)

J. Graham Kenney (Of Counsel)

COUNSEL FOR PLAINTIFFS-COUNTERDEFENDANTS, DAVID S. LITMAN, MALIA A. LITMAN, ROBERT B. DIENER AND MICHELLE S. DIENER