**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-956T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **ROBERT B. DIENER and MICHELLE S. DIENER,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-971T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | ) | **No. 06-285T (Judge Christine O.C. Miller)** |
| **Plaintiffs,** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**ORDER TO SEAL DOCUMENTS**

It is hereby ORDERED that the below-listed exhibits introduced at trial in this case containing private, sensitive personal and financial information regarding Plaintiffs-Counterdefendants, David S. Litman, Malia A. Litman, Robert B. Diener, and Michelle S. Diener ("Plaintiffs") be placed under seal:

Joint Exhibit 2
Joint Exhibit 19
Joint Exhibit 20

Joint Exhibit 21
Joint Exhibit 25
Joint Exhibit 26
LD Exhibit 3
LD Exhibit 5
LD Exhibit 25
US Exhibit 2
US Exhibit 3
US Exhibit 70
US Exhibit 71
Hotels.com Exhibit 114A
Hotels.com Exhibit 115A
Hotels.com Exhibit 115B
Hotels.com Exhibit 117
Hotels.com Exhibit 129
Hotels.com Exhibit 155
Hotels.com Exhibit 342
Hotels.com Exhibit 343

Plaintiffs' social security numbers be redacted from the documents (and exhibits attached thereto) listed below:

| Transcript Page | Document | Page # |
|---|---|---|
| 1 (05-956) | Complaint (filed by Plaintiffs David S. and Malia A. Litman) - Exhibit 1 | Form 843 - page 1<br>Exhibit A - page 1<br>Exhibit A - page 1 of Exhibit 1 (Notice of Deficiency)<br>Form 4089-B - page 1 (duplicate copies)<br>Form 4089-B - continuation sheet<br>Form 4089-B - Summary page<br>Form CG-5278 - pages 1 and 2<br>Form CG-5278 - 2000-Schedule D attached<br>Form CG-5278 - 2000-Form 6251 attached and continuation page |
| 1 (05-956) | Plaintiffs Litmans' Complaint - Exhibit 2 | Litman letter to I.R.S. dated 01/04/05<br>Litman letter - check attached |
| 1 (06-285) | Complaint (filed by Plaintiffs Hotels.com) - Exhibit 1 | Page 62, 64, 65, 67-70, 73-75, 77, 79, 80, 82-85, 88-89 |

| | | |
|---|---|---|
| 10 (05-956) | Plaintiffs' David & Malia Litman Proposed Findings of Uncontroverted Facts - Exhibit A | Form 843 - page 1<br>Form 843 - Exhibit A, page 1<br>Form 843 - Exhibit 1, page 1<br>Form 4089-B (duplicate copies)<br>Form 843 - Exhibit 2, pages 1 and 2 |
| 10 (05-956) | Plaintiffs' Litman Proposed Findings of Uncontroverted Facts - Exhibit C | Pages 1 through 12 (LFOIA 000484 - LFOIA 000495) |
| 10 (05-956) | Plaintiffs' Litmans Proposed Findings of Uncontroverted Facts - Exhibit D | Exhibit C - Form 1040, all pages<br>Exhibit D - Form 1041, pages 3 through 8 (Grantor Tax Information letters) |
| 1 (05-971) | Complaint (filed by PlaintiffsRobert B. and Michelle S. Diener) - Exhibit 1 | Form 843 - page 1<br>Form 843 - Exhibit A, page 1<br>Exhibit A - page 1 of Exhibit 1 (Notice of Deficiency)<br>Form 4089-B - page 1 (duplicate copies)<br>Form 4089-B - continuation sheet<br>Form 4089-B - Summary page<br>Form CG-5278 - pages 1 and 2<br>Form CG-5278 - 2000-Schedule D attached<br>Form CG-5278 - 2000-Form 6251 attached and continuation page |
| 1 (05-971) | Plaintiffs' Dieners Complaint - Exhibit 2 | Diener letter to I.R.S. dated 01/04/05<br>Diener letter - check attached |
| 1 (06-285) | Complaint (filed by Plaintiffs Hotels.com) - Exhibit 1 | Page 62, 64, 65, 67-70, 73-75, 77, 79, 80, 82-85, 88-89 |
| 9 (05-971) | Plaintiffs' Robert B. and Michelle S. Diener Proposed Findings of Uncontroverted Facts - Exhibit A | Form 843 - page 1<br>Form 843 - Exhibit A, page 1<br>Form 843 - Exhibit 1, page 1<br>Form 4089-B (duplicate copies)<br>Form 843 - Exhibit 2, pages 1 and 2 |
| 9 (05-971) | Plaintiffs' Dieners Proposed Findings of Uncontroverted Facts - Exhibit C | Form 886-A - pages 1 through 7 |

| | | |
|---|---|---|
| 9 (05-971) | Plaintiffs' Dieners Proposed Findings of Uncontroverted Facts - Exhibit D | Exhibit C - Form 1040, all pages Exhibit D - Form 1041, pages 5 through 9 (Grantor Tax Information letters) |

Entered this ________ day of ______, 2007.

________________________________________
JUDGE CHRISTINE O.C. MILLER