LD - 3, 4, 5, 6, 9, 13, 15, 16, 20, 22, 25, 37, 46, 48, 51, 58, 59, 60, 61, 62, 64, 65, 71, 73, 74, 76, 78, 80, 84, 85, 86, 88, 89, 96, 98, 99, 115, 125, 132, 134, 135, 136, 137, 138, 139, 140

HC - 1, 2, 9, 10, 19, 20, 23, 25, 26, 27, 31D, 31E, 32C, 98-A, 98-B, 98-C, 102, 114A, 115A, 115B, 117, 124, 129, 155, 179, 182, 197, 200-K, 200-O, 200-P, 200-Q, 200R, 200-S, 200-BB, 230, 231, 245, 247, 248, 259, 300, 304, 307, 308, 319, 342, 343, 364, 365, 502, 538, 539, 540, 541, 542, 543, 544

DX - 1, 2, 3, 39, 40, 41, 42, 43, 58, 70, 71, 72, 73, 74, 75