# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALIA A. LITMAN,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed May 23, 2007)

Defendant. *

___________________________________________ *

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

_____________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** *

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Plaintiffs-Counterdefendants David S. Litman, Malia A. Litman, Robert B. Diener, and Michelle S. Diener's ("Plaintiffs-Counterdefendants Litmans and Dieners") Motion To Seal Documents filed May 18, 2007, is granted, in part, with respect to the request for relief that is unopposed. Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiffs-Counterdefendants Litmans and Dieners having moved to put the following trial exhibits under seal, and there being no objection thereto, the Clerk of the Court shall maintain these documents under seal, subject to further order of the court:

1) Joint Exhibit ("JX") 2
2) JX 19
3) JX 20
4) JX 21
5) Hotels.com Exhibit ("HX") 117
6) HX 129
7) HX 155
8) HX 342
9) HX 343

2. Pursuant to RCFC 7.2(a), briefing on Plaintiffs-Counterdefendants' Motion To Seal Documents is expedited, insofar as the motion is opposed. Plaintiffs-Counterdefendants Hotels.com and defendant shall reply by May 29, 2007. The court shall rule without a reply.

3. Plaintiffs-Counterdefendants Litmans' and Dieners' motion to redact their social security numbers from the following exhibits is granted, there being not objection thereto. Plaintiffs-Counterdefendants' shall file a redacted copy of these exhibits with the Clerk of the Court as soon as practicable:

1) David S. Litman and Malia A. Litman's Complaint, Litman v. United States, No. 05-956T (Fed. Cl. Aug. 30, 2005) ("Litman Compl."), Ex. 1;
2) Litman Compl., Ex. 2;
3) Hotels.com's Complaint, Hotels.com v. United States, No. 06-285T (Fed. Cl. Apr. 10, 2006), Ex. 1;
4) David S. Litman and Malia A. Litman's Proposed Findings of Uncontroverted Facts, Litman v. United States, No. 05-956T (Fed. Cl. Nov. 14, 2005) ("Litmans' Proposed

Findings”), Ex. A;

5) Litmans’ Proposed Findings, Ex. C;

6) Litmans’ Proposed Findings, Ex. D;

7) Robert B. Diener and Michelle S. Diener’s Complaint, Diener v. United States, No. 05-971T (Fed. Cl. Sept. 7, 2005) (“Diener Compl.”), Ex. 1;

8) Diener Compl., Ex. 2;

9) Robert B. Diener and Michelle S. Diener’s Proposed Findings of Uncontroverted Facts, Diener v. United States, No. 05-971T (Fed. Cl. Nov. 21, 2005) (“Dieners’ Proposed Findings”), Ex. A;

10) Dieners’ Proposed Findings, Ex. C;

11) Dieners’ Proposed Findings, Ex. D;

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge