**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** <br><br> **Plaintiffs-Counterdefendants,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant-Counterplaintiff.** | ) | **No. 05-956T** |
| **ROBERT B. DIENER and MICHELLE S. DIENER,** <br><br> **Plaintiffs-Counterdefendants,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant-Counterplaintiff.** | ) | **No. 05-971T** |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** <br><br> **Plaintiffs,** <br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | ) | **No. 06-285T** <br> **(Judge Christine O.C. Miller)** |

**NOTICE TO THE COURT REGARDING**
**PLAINTIFFS-COUNTERDEFENDANTS' MOTION TO SEAL DOCUMENTS**

Plaintiffs-Counterdefendants, David S. Litman, Malia A. Litman, Robert B. Diener, and Michelle S. Diener ("Plaintiffs"), file this Notice to the Court with respect to their Motion to Seal Documents (the "Motion").

1. On May 18, 2007, Plaintiffs filed a Motion to Seal Documents, requesting that the Court seal a number of exhibits and documents in the Court's record. Among the documents Plaintiffs requested the Court to place under seal is HC Exhibit 129.

2. In the Motion, Plaintiffs' counsel listed the documents that Plaintiffs and Hotels.com did not object to placing under seal. In the "no objection" list of documents, Plaintiffs' counsel inadvertently included HC Exhibit 129. As to that exhibit, both Hotels.com and the Department of Justice stated to counsel that they did not object to redacting Andy Pells' social security number from the document, but objected to the placing the remainder of the document under seal.

3. Plaintiffs' counsel realized they had inadvertently included HC Exhibit 129 in the "no objection" list upon reviewing Hotels.com's response today. Plaintiffs' counsel apologizes to both the Court and to counsel for its inadvertent inclusion of HC Exhibit 129 in the "no objection" list.

4. Of course, Plaintiffs continue to urge their request that HC Exhibit 129 and the other documents identified in the Motion be placed under seal.

Respectfully submitted,

BAKER BOTTS L.L.P.

Dated May 25, 2007

By: s/ John W. Porter

John W. Porter
Attorney of Record
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1597
(713) 229-1522 (FAX)

J. Graham Kenney (Of Counsel)

COUNSEL FOR PLAINTIFFS-COUNTERDEFENDANTS, DAVID S. LITMAN, MALIA A. LITMAN, ROBERT B. DIENER AND MICHELLE S. DIENER