**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiffs.** | ) | **No. 05-956 T** |
| **ROBERT B. DEINER and MICHELLE S. DEINER,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiff.** | ) | **No. 05-971 T** |
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.**<br><br>**Plaintiff**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant** | ) | **No. 06-285 T**<br><br>**(Christine O. C. Miller)** |

**UNOPPOSED MOTION OF THE UNITED STATES**
**TO ENLARGE THE TIME FOR FILING**
**ITS POST-TRIAL REPLY BRIEF**

Pursuant to this Court's Order of May 16, 2007, the parties are submitting post-trial briefs on the limited issues of Hotels.com's judicial admissions and the applicability of the variance doctrine to Hotels.com's claims. The United States filed its opening brief on May 31, 2007. The Litmans and Deiners' and Hotels.com's response briefs are due June11, and the United States' reply brief is due June 19, 2007. Because counsel for the United States is currently scheduled to be traveling, and away from his office, from June 12 through June 18, the United States requests an enlargement of time, to June 22, 2007, in which to file its reply brief. Plaintiffs do not object to this three-day extension of the due date for the reply brief.

Respectfully submitted,

*s/ Cory A. Johnson*
Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Eileen J. O'Connor
Assistant Attorney General
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

*s/ Steven I. Frahm*
Of Counsel

Attorney for The United States

Dated: June 4, 2007