# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DAVID S. and MALIA A. LITMAN,** | * | |
| Plaintiffs-Counterdefendants, | * | |
| v. | * | No. 05-956T |
| **THE UNITED STATES,** | * | (Filed June 4, 2007) |
| Defendant. | * | |
| ________________________________ | * | |
| **ROBERT B. and MICHELLE S. DIENER,** | * | |
| Plaintiffs-Counterdefendants, | * | |
| v. | * | No. 05-971T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |
| ________________________________ | * | |
| **HOTELS.COM, INC., and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | * | |
| Plaintiffs, | * | |
| v. | * | No. 06-285T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REVISED ORDER**

Pursuant to off-the-record telephonic discussions by the court's law clerk with counsel for plaintiffs-counterdefendants Litmans and Dieners held on May 24, 2007, the court vacates ¶ 3 of the Order entered May 23, 2007, due to the limitations of the electronic filing system. Also, further to the order entered on May 23, 2007, requiring further briefing on the sealing of documents, defendant on May 29, 2007 filed The United States' Response to the Litmans' and Dieners' Motion To Seal Documents. Plaintiffs Hotels.com, Inc.'s Response in Opposition to Plaintiffs Litmans and Dieners' Motion To Seal was filed on May 25, 2007. Plaintiffs-counterdefendants Litmans and Dieners' Motion To Seal filed on May 18, 2007, was granted in part, see order entered on May 23, 2007, and now is granted further, insofar as allowing the requested redactions, and otherwise is denied, based on the objections of defendant and plaintiffs Hotels.com. On May 25, 2007, plaintiffs-counterdefendants Litmans and Dieners filed a Notice to the Court Regarding Plaintiffs-Counterdefendants' Motion To Seal Documents notifying the court that it inadvertently indicated that the other parties had no objection to the sealing of Hotels.com's Exhibit 129. The court therefore vacates ¶ 1.6 of the Order entered May 23, 2007. Accordingly,

**IT IS ORDERED,** as follows:

1. Paragraphs 3 and 1.6 of the Order entered May 23, 2007, are vacated.

2. The following exhibits shall be placed under seal, and the Clerk of the Court shall maintain these documents under seal, subject to further order of the court:

1) David S. Litman and Malia A. Litman's Complaint, Litman v. United States, No. 05-956T (Fed. Cl. Aug. 30, 2005) ("Litmans' Compl.");
2) Hotels.com's Complaint, Hotels.com v. United States, No. 06-285T (Fed. Cl. Apr. 10, 2006) ("Hotels.com's Compl.");
3) David S. Litman and Malia A. Litman's Proposed Findings of Uncontroverted Facts, Litman v. United States, No. 05-956T (Fed. Cl. Nov. 14, 2005) ("Litmans' Proposed Findings");
4) Robert B. Diener and Michelle S. Diener's Complaint, Diener v. United States, No. 05-971T (Fed. Cl. Sept. 7, 2005) ("Dieners' Compl.");
5) Robert B. Diener and Michelle S. Diener's Proposed Findings of Uncontroverted Facts, Diener v. United States, No. 05-971T (Fed. Cl. Nov. 21, 2005) ("Dieners' Proposed Findings").

3. Plaintiffs-Counterdefendants Litmans' and Dieners' motion to redact their social security numbers from the following exhibits is granted, there being no objection thereto.

Plaintiffs-Counterdefendants shall file a redacted copy of these documents with the Clerk of the Court as soon as practicable:

1) Litmans' Compl.;
2) Hotels.com's Compl.;
3) Litmans' Proposed Findings;
4) Dieners' Compl.;
9) Dieners' Proposed Findings;
10) Joint Exhibit ("JX") 26;
11) JX 27;
12) Litman- Diener Exhibit ("PX") 3;
13) PX 5;
14) PX 25;
15) DX 2;
16) DX 3;
17) DX 70;
18) DX 71;
19) HX 114A;
20) HX 115A;
21) HX 115B
22) HX 129

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge