# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALIA A. LITMAN,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Sept. 7, 2007)

Defendant. *

___________________________________________ *

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

_____________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a** *
**HOTEL RESERVATIONS NETWORK, INC.),**

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs-Counterdefendants having filed Plaintiffs-Counterdefendants, David S. Litman, Malia A. Litman, Robert B. Diener and Michelle S. Diener's Motion for Reconsideration on September 6, 2007,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 59(b) defendant and plaintiffs Hotels.com shall respond by September 20, 2007.

2. Plaintiffs-Counterdefendants may reply by September 28, 2007.

3. Paragraphs 2 and 4 in the ordering language of the Opinion issued on August 22, 2007, are modified only to the extent that the dates are extended to October 10, and 17, 2007, respectively.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge