BloBek AB

**Home**
**Exchanges**
**Quotes**
**Online Brokers**
**Black-Scholes**
**Option Tips**
**Business News**
**Financial Literature**
**Financial Software**
**Investors' Forum**
**Currency Conversion**

**Wireless (WAP)**

**Contact Us**
**Mailing Lists**
**Tell a Friend**
**Guestbook**
**Disclaimer**

FREE Sell Your Links! ClickBank.com

# Black-Scholes Analysis

This calculator assumes European Style Options and neglects the effects of possible dividends being paid between transaction and expiration. To use it: **Fill in the input fields, then click Compute.**

**NEW: BloBek goes wireless. Try our Black-Scholes for WAP!**

Click here for a brief primer on Black-Scholes analysis

| Input | | | Output | | |
|---|---|---|---|---|---|
| | | | | Calls | Puts |
| Strike price | 16 | | Option value | 10.7182 | 7.672 |
| Share price | 16 | | Delta | | |
| Time to expiration (days) | 1186 | | Theta | | |
| Volatility (%) | 100 | | Vega | | |
| Annual interest rate (%) | 6.5 | | Rho | | |
| | | | Gamma | | |

Compute Option Values Only | Compute Everything | Clear form

**Join the options discussion in the Investors' Forum!** That's also where you may find the answers to your questions about options and Black-Scholes analysis, or post the questions you are looking for answers to. We are in the process of preparing an FAQ for options and Black-Scholes analysis. It will partly be based on the questions our visitors post in the Investors' Forum.

---

**Disclaimer:** This Black-Scholes calculator is not intended as a basis for trading decisions. No responsibility whatsoever is assumed for its correctness or suitability for any given purpose. Use at your own risk...

---



**Disclaimer:** The information contained in the pages on this web site, www.BloBek.com, is compiled for the convenience of site visitors, is furnished without responsibility for accuracy, and is accepted by the site visitor on the condition that errors or omissions shall not be made the basis for any claim, demand or cause for action. Nothing on this site shall be construed as investment advice.

Hotels.com Response
and Cross-Motion
Exhibit 3