# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALIA A. LITMAN,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Sept. 21, 2007)

Defendant. *

__________________________________________ *

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

__________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a** *
**HOTEL RESERVATIONS NETWORK, INC.),**

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs Hotels.com filed on September 20, 2007, a cross-motion for Reconsideration in connection with their response to the pending motion for reconsideration filed by plaintiffs-counterdefendants. The court will treat this motion for reconsideration as timely filed. Accordingly,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 59(b), plaintiffs-counterdefendants and defendant shall respond by October 1, 2007.

2. Pursuant to Rule 7.2(a), the court will rule without further briefing.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**

Judge