# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DAVID S. and MALIA A. LITMAN,** | * | |
| Plaintiffs-Counterdefendants, | * | |
| v. | * | No. 05-956T |
| **THE UNITED STATES,** | * | (Filed Oct. 1, 2007) |
| Defendant. | * | |
| ________________________________________ | * | |
| **ROBERT B. and MICHELLE S. DIENER,** | * | |
| Plaintiffs-Counterdefendants, | * | |
| v. | * | No. 05-971T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |
| __________________________________________ | * | |
| **HOTELS.COM, INC., and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | * | |
| Plaintiffs, | * | |
| v. | * | No. 06-285T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs-counterdefendants filed their Reply with Respect to Their Motion for Reconsideration on September 27, 2007, raising the new issue of "mathematical error" in the court's deduction of 25% from the discounts propounded by their expert, Mr. Mitchell.

The court's own review of the record has revealed the absence of I.R.C. § 7491 from the court's discussion of burden of proof, raised in plaintiffs-counterdefendants' Pretrial Memorandum of Fact and Law, Plfs' Br. filed Feb. 26, 2007, at 21, but not addressed by defendant or plaintiffs-counterdefendants during opening argument or thereafter.

Plaintiffs-Counterdefendants having raised a new issue, and the court having made its own review of the record,

**IT IS ORDERED**, as follows:

1. Plaintiffs Hotels.com and defendant shall respond to the new issue raised in plaintiffs-counterdefendants' reply brief.

2. Plaintiffs-counterdefendants, plaintiffs Hotels.com, and defendant shall address the application of I.R.C. § 7491 to the court's opinion in light of defendant's taking the position that it has been "whipsawed," Def's Br. filed Apr. 2, 2007, at 2, in this valuation case and in light of defendant's having produced its own expert valuation witness.

3. All three supplemental briefs shall be filed by October 10, 2007. The brief of plaintiffs-counterdefendants shall not exceed five pages; the briefs of defendant and plaintiffs Hotels.com shall not exceed seven pages each.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge