# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALIA A. LITMAN,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Oct. 2, 2007)

Defendant. *

________________________________________ *

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

__________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a** *
**HOTEL RESERVATIONS NETWORK, INC.),**

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the order entered September 7, 2007, and in view of the orders entered September 21, 2007, and October 1, 2007,

**IT IS ORDERED**, as follows:

Paragraphs 2 and 4 of the opinion and order entered on August 22, 2007, are modified insofar as the dates will be reset upon resolution of plaintiffs-counterdefendants' motion for reconsideration and plaintiffs Hotels.com's cross-motion for reconsideration.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge