# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALIA A. LITMAN,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Dec. 11, 2007)

Defendant. *

________________________________________ *

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

__________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** *

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pending an off-the-record telephonic status conference to be held on Friday, December 14, 2007,

**IT IS ORDERED**, as follows:

Paragraph 4 of the Order on Cross-Motions for Reconsideration entered on November 16, 2007, is vacated. The date that the parties shall file a form of judgment will be reset at the status conference.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge