# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **DAVID S. and MALIA A. LITMAN,** | * | |
| Plaintiffs-Counterdefendants, | * | |
| v. | * | No. 05-956T |
| **THE UNITED STATES,** | * | (Filed Dec. 17, 2007) |
| Defendant. | * | |
| ___________________________________ | * | |
| **ROBERT B. and MICHELLE S. DIENER,** | * | |
| Plaintiffs-Counterdefendants, | * | |
| v. | * | No. 05-971T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |
| ___________________________________ | * | |
| **HOTELS.COM, INC., and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | * | |
| Plaintiffs, | * | |
| v. | * | No. 06-285T |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Further to defendant's status report filed December 7, 2007, and the off-the-record telephonic status conference held December 14, 2007,

**IT IS ORDERED**, as follows:

1. Plaintiffs Hotels.com shall file a brief, not to exceed ten pages, on January 7, 2008, addressing the issues involving its liability for penalties discussed in defendant's status report filed December 7, 2007.

2. Defendant shall file its response, not to exceed ten pages, on January 17, 2008.

3. Plaintiffs-counterdefendants the Litmans and the Dieners may file a response, not to exceed ten pages, by January 17, 2008.

4. Plaintiffs Hotels.com may file a reply, not to exceed five pages, by January 24, 2008.

5. The date on which the parties shall file a form of judgment for the Litmans and the Dieners on their claim for refund and for Hotels.com on its claim of refund, as called for in paragraph 2 of the August 22, 2007 opinion, will be reset by the order entered by the court that rules on Hotels.com's liability for penalties.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge