**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** | |
| **Plaintiffs-Counterdefendants** | **No. 05-956 T** |
| **vs.** | |
| **THE UNITED STATES,** | |
| **Defendant-Counterplaintiffs.** | |

| | |
|---|---|
| **ROBERT B. DEINER and MICHELLE S. DEINER,** | |
| **Plaintiffs-Counterdefendants** | **No. 05-971 T** |
| **vs.** | |
| **THE UNITED STATES,** | |
| **Defendant-Counterplaintiff.** | |

| | |
|---|---|
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.** | |
| **Plaintiff** | |
| **v.** | **No. 06-285 T** |
| **THE UNITED STATES,** | **(Christine O. C. Miller)** |
| **Defendant** | |

**THE UNITED STATES' MOTION**
**TO EXCEED PAGE LIMIT**

The United States moves for leave to exceed the ten page limit this Court set, in its Order of December 17, 2007, for the United States' response brief regarding Hotels.com's liability for penalties.

As the Court knows, a two-week trial for these consolidated cases was held in April and May 2007. On August 22, 2007, this Court issued its decision, determining a value for the HRN restricted stock. The parties are now briefing the issue of whether Hotels.com is liable for penalties under § 6662 of the Internal Revenue Code.

On January 7, 2008, Hotels.com filed its brief. In its response, the United States has worked hard to be as brief as possible in providing citations to the record, along with an appropriate explanation of the context and relevant legal authorities. It has found, however, that to adequately set forth the evidence – both trial testimony and exhibits – relevant to Hotels.com's claims, ten pages are not sufficient. The United States believes that the extra pages necessary to concisely set forth the relevant portions of the record will be helpful to the Court. The United States' brief is, in total, seventeen pages, although two are entirely consumed by the consolidated caption and signature page. (Hotels.com's opening brief was ten pages, and the Court has allowed it five pages for a reply.)

This motion could not have been filed sooner, as defendant's counsel only yesterday completed a draft of the response, which has been reviewed today. As a result, the United States' response brief, due today, is being submitted along with, and subject to the Court's granting of, this motion.

Respectfully submitted,

*s/ Cory A. Johnson*

Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Richard T. Morrison
Assistant Attorney General
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

*s/ Steven I. Frahm*
Of Counsel

Attorneys for The United States

Dated: January 17, 2008