# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALIA A. LITMAN,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Jan. 22, 2008)

Defendant. *

____________________________________________ *

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs-Counterdefendants, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

______________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** *

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Defendant on January 17, 2008, filed The United States Motion To Exceed Page Limit. Hotels.com this date filed Hotels.com's Opposition to the United States' Motion To Exceed Page Limits, Motion for Enlargement of Time and, If the Government's Motion Is Granted, To Exceed Page Limits. Accordingly, pursuant to RCFC 7.2(a),

**IT IS ORDERED**, as follows:

1. Defendant's motion is granted, and its brief [136] submitted on January 17, 2008, is filed *nunc pro tunc* on January 17, 2008.

2. Hotels.com's motion [139] filed in connection with its opposition to defendant's motion to exceed the page limit is granted, in part, insofar as Hotels.com may file a responsive brief by January 28, 2008, equal in length to defendant's. The court apologies to defendant and Hotels.com for the delay in issuing this ruling.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge