**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-956T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **ROBERT B. DIENER and MICHELLE S. DIENER,** | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| **V.** | ) | **No. 05-971T** |
| **THE UNITED STATES,** | ) | |
| **Defendant-Counterplaintiff.** | ) | |
| **HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** | ) | **No. 06-285T (Judge Christine O.C. Miller)** |
| **Plaintiffs,** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE FORM OF JUDGMENT**

Pursuant to this Court's Supplemental Opinion and Order filed March 20, 2008, the parties are to file a form of judgment on or before April 21, 2008. The parties hereby request an enlargement of time of three weeks, to and including May 12, 2008, in which to file the form of judgment. As good cause therefore, the parties state as follows:

1. The form of judgment must set forth the refunds due to the various plaintiffs in this case, *i.e.*, the Litmans, Dieners, and Hotels.com.

2. The parties are in the process of finalizing the computations.

3. Counsel for Defendant the United States is currently in trial before this Court in Chicago, Illinois, which trial is expected to be completed at the end of April, 2008.

In light of counsel for Defendant's trial schedule and to provide the parties ample time to finalize and review the computations and complete the form of judgment, the parties hereby request an enlargement of time.

Respectfully submitted,

April 15, 2008

s/ *Kim Marie K. Boylan*

Kim Marie K. Boylan
Latham & Watkins, LLP
555 Eleventh Street N.W.
Suite 1000
Washington, DC 20004-1304
(202) 637-2235
(202) 637-2201 (Fax)
Kim.Boylan@lw.com
Attorney of Record for Plaintiff Hotels.com

April 15, 2008

s/ *John W. Porter*

John W. Porter
Baker Botts LLP
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
(713) 229-1597
(713) 229-2797 (Fax)
john.porter@bakerbotts.com
Attorney of Record for Plaintiffs-Counterdefendandants David S. and Malia A. Litman and Robert B. and Michelle S. Diener

April 15, 2008

s/ *Cory A. Johnson*
Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044
(202) 307-3046

Nathan J. Hochman
Assistant Attorney General

Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

s/ *Steven I. Frahm*
Of Counsel

Attorneys for the United States