**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiffs.** | **No. 05-956 T** |
| **ROBERT B. DEINER and MICHELLE S. DEINER,**<br><br>**Plaintiffs-Counterdefendants**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiff.** | **No. 05-971 T** |
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.**<br><br>**Plaintiff**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant** | **No. 06-285 T**<br><br>**(Christine O. C. Miller)** |

**JOINT SUBMISSION REGARDING CALCULATION OF REFUNDS AND PROPOSED FINAL JUDGMENT**

In its Memorandum and Opinion dated August 22, 2007, as amended by Order dated March 20, 2008, and its Supplemental Opinion and Order Further Amending Trial Opinion, dated March 20, 2008, this Court determined a value for the HRN restricted stock at issue in these cases, determined that plaintiffs were not liable for penalties and also determined that plaintiffs David and Malia Litman and Robert and Michelle Diener were liable for interest on their respective under-payments of tax, as redetermined according to the Court's valuation of the HRN restricted stock. Pursuant to the Court's direction, the parties have now calculated the overpayments of tax, penalties or interest by plaintiffs, in light of the Court's rulings. The overpayments are as follows:

| | |
|---|---|
| Hotels.com (No. 06-285): | $1,805,114.86 |
| David and Malia Litman (No. 05-956): | $10,028,362.97 |
| Robert and Michelle Diener (No. 05-971)**:** | $10,123,906.91 |

These amounts will be refunded to plaintiffs with interest as allowed by law. A proposed final judgment is attached as Exhibit A.

Respectfully submitted,

*s/ Cory A. Johnson*
Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Richard T. Morrison
Assistant Attorney General
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

*s/ Steven I. Frahm*
Of Counsel

Attorneys for The United States

*s/ John W. Porter*
John W. Porter
Baker Botts LLP
3000 One Shell Plaza
910 Louisiana
Houston TX 77002

Attorney for plaintiffs David and Malia Litman and Robert and Michelle Diener

*s/ Kim Marie K Boylan*
Kim Marie K. Boylan
Latham & Watkins LLP
555 Eleventh Street, N.W. Suite 1000
Washington D.C. 20004

Attorney for plaintiff Hotels.com

Dated: May 12, 2008