# In the United States Court of Federal Claims

| | |
|---|---|
| **DAVID S. LITMAN and MALIA A. LITMAN,**<br><br>**Plaintiffs-Counterdefendants,**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiffs.** | **No. 05-956 T**<br><br>**(Filed May 14, 2008)** |
| **ROBERT B. DEINER and MICHELLE S. DEINER,**<br><br>**Plaintiffs-Counterdefendants,**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant-Counterplaintiff.** | **No. 05-971 T** |
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 06-285 T** |

**ORDER FOR ENTRY OF FINAL JUDGMENT**

In its Memorandum and Opinion dated August 22, 2007, as amended by Order dated March 20, 2008, and Supplemental Opinion and Order Further Amending Trial Opinion, dated March 20, 2008, this Court determined a value for the HRN restricted stock at issue in these cases, determined that plaintiffs were not liable for penalties, and also determined that plaintiffs David and Malia Litman and Robert and Michelle Diener were liable for interest on their respective under-payments of tax, as redetermined according to the Court's valuation of the HRN restricted stock. The parties having agreed to the amount of refunds due plaintiffs based on this Court's rulings, the Court now enters final judgment.

The Court hereby determines that plaintiffs have overpaid their respective taxes for the periods at issue in the following amounts. Accordingly, subject to 26 U.S.C. § 6402, the Clerk of the Court shall enter judgment providing for the following amounts to be refunded to plaintiffs with interest as allowed by law:

| | |
|---|---|
| Hotels.com (No. 06-285): | $1,805,114.86 |
| David and Malia Litman (No. 05-956): | $10,028,362.97 |
| Robert and Michelle Diener (No. 05-971): | $10,123,906.91 |

**IT IS SO ORDERED.**

No costs.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge