# In the United States Court of Federal Claims

**No. 05-956 T**
**(consolidated with Nos. 05-971T and 06-285T)**

**DAVID S. LITMAN and**
**MAILA A. LITMAN, *et al.***

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Memorandum Opinion dated August 22, 2007, as amended by the Order dated March 20, 2008, and Supplemental Opinion and Order Further Amending Trial Opinion, dated March 20, 2008, and the May 14, 2008, Order for Entry of Final Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, and subject to 26 U.S.C. § 6402, that the following amounts shall be refunded to plaintiffs with interest as allowed by law:

Hotels.com (No. 06-285 T) - $1,805,114.86;
David and Malia Litman (No. 05-956 T) - $10,028,362.97; and
Robert and Michelle Diener (No. 05-971 T) - $10,123,906.91.

No costs.

John S. Buckley
Acting Clerk of Court

May 15, 2008 By: s/ Lisa L. Reyes

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.