United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

June 6, 2008

John William Porter, Esq.
Baker & Botts
One Shell Plaza
910 Louisiana
Houston, TX 77002-4995

In re: David S. Litman and Maila A Litman, et al. v. United States,
Nos. 05-956 T, 05-971 T and 06-285 T

Dear Mr. Porter:

I forward herewith a certified transcript of the judgment, dated May 22, 2008, in the above-entitled case.

I have forwarded to the Tax Division of the Department of Justice, on this date, a certified copy of the judgment and it is expected that payment of this judgment will be made by the defendant pursuant to Section 2411 of Title 28, United States Code, and 26 CFR 301.6402-2(f)(2).

Very truly yours,

Lisa DeFade Reyes

Lisa DeFade Reyes
Chief Deputy Clerk of Operations

Enclosure